RECEIPT #

AMOUNT

SUMMONS IS

LOCAL RULE 4.1

WAIVER FORM

MCF ISSUED

BY DPTY. CLK.

DATE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE COMPANY,

        Plaintiff,

    vs.

JOSEPH D. GIAMPA, FREDERICK T.
GIAMPA, ADVANCED SPINE CENTERS,
INC. d/b/a FIRST SPINE REHAB, FUTURE
MANAGEMENT CORPORATION,
EDWARD KENNEDY, BRIAN J. CULLINEY
and JENNIFER McCONNELL

        Defendants.

CIVIL ACTION NO.: _____

05cv11693 RCL

MAGISTRATE JUDGE _Alexander_

---

## COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

The plaintiff, Encompass Insurance Company (hereinafter "Encompass") by its

attorneys, Smith & Brink, P.C. alleges as follows:

# TABLE OF CONTENTS

I.      INTRODUCTION      ......................................................................................... 1

II.     THE PARTIES ........................................................................................... 1

        A.      Plaintiff.............................................................................................. 1

        B.      Defendants......................................................................................... 2

III.    JURISDICTION AND VENUE .............................................................................. 3

IV.     FACTUAL ALLEGATIONS REGARDING CREATION AND ACTIVITIES OF
        FUTURE MANAGEMENT .................................................................................. 3

V.      FACTUAL ALLEGATIONS REGARDING FALSE MEDICAL BILLING
        SCHEME ...................................................................................................... 8

VI.     SPECIFIC ALLEGATIONS OF MAIL FRAUD
        RACKETEERING ACTIVITY ............................................................................. 13

VII.    SPECIFIC ALLEGATIONS REGARDING GIAMPA CHIROPRACTORS AND
        KENNEDY BROTHERS CONTROL OF THE CORPORATE ENTERPRISES 15

VIII.   DAMAGES.................................................................................................... 17

IX.     CAUSES OF ACTION ...................................................................................... 19

        COUNT I
        Violations of 18 U.S.C. §1962(c).......................................................... 19

        COUNT II
        Innocent Victim Enterprise Violation of 18 U.S.C. §1962(c) ................................ 21

        COUNT III
        Violation of 18 U.S.C. § 1962 (d).......................................................... 22

        COUNT IV
        Mass. Gen. Laws Ch. 93A .................................................................... 23

        COUNT V
        Civil Conspiracy ................................................................................. 24

        COUNT VI
        Fraud ................................................................................................ 25

i

COUNT VII
Intentional Interference With Advantageous Business
And Contractual Relationships ............................................................................. 27

X.    DEMAND FOR RELIEF ...................................................................................... 27

## I.    INTRODUCTION

1.      This is a case about chiropractors, Frederick and Joseph Giampa
(hereinafter "Giampa chiropractors"), working in concert with their employees
(Chiropractors Brian Culliney and Jennifer McConnell) and other business associates
(Edward Kennedy and James Kennedy), who engaged in a scheme to defraud insurance
companies, including Encompass Insurance Company of Massachusetts (hereinafter
"Encompass") by submitting false, fraudulent and inflated chiropractic invoices
containing excessive charges through the U.S. Mail and demanding payment for
excessive and/or non-existent and/or unwarranted chiropractic treatment through their
chiropractic clinic First Spine Rehab.

2.      By this pleading, Encompass brings claims against the named defendants
seeking injunctive relief and money damages for (1) violations of the Federal Racketeer
Influenced and Corrupt Organizations Act, 18 U.S.C. §1962(c)-(d), (2) violations of
Mass. Gen. Laws ch. 93A, §11; (3) civil conspiracy; (4) fraud; and (5) intentional
interference with advantageous business relationships.

3.      All of the acts and omissions of the defendants described throughout this
Complaint were undertaken intentionally.

## II.   THE PARTIES

A.      Plaintiff

4.      The plaintiff, Encompass Insurance Company of Massachusetts is a
Massachusetts corporation duly authorized to carry on and do business in the
Commonwealth of Massachusetts.

1

5.    Prior to 2005, Encompass wrote Massachusetts automobile policies through Boston Old Colony Insurance Company.

6.    Boston Old Colony was at all relevant times a Massachusetts corporation duly authorized to carry on and do business in the Commonwealth of Massachusetts.

7.    At all relevant times and in connection with all of the claims detailed herein, Encompass and Boston Old Colony were writing Encompass risk policies and will be referred to throughout the remainder of this Complaint as "Encompass."

B.    Defendants

8.    At all relevant times, Frederick Giampa was a resident of the Commonwealth of Massachusetts.

9.    At all relevant times, Joseph Giampa was a resident of the Commonwealth of Massachusetts.

10.    At all relevant times, Edward Kennedy was a resident of the Commonwealth of Massachusetts.

11.    Advanced Spine Centers, Inc. d/b/a First Spine Rehab (hereinafter "First Spine"), is a Massachusetts corporation duly licensed to carry on the business of chiropractic services with its principal place of business (for purposes of this Complaint) located at 410 School Street, Lowell, Massachusetts.

12.    Future Management Corporation (hereinafter "Future Management") is a Massachusetts corporation with a principal office address of 73 Princeton Street, North Chelmsford, Massachusetts. Future Management owns a chain of chiropractic offices (including First Spine) in various states, many of which are in Massachusetts.

2

13.     Brian Culliney is a resident of the Commonwealth of Massachusetts, who at all relevant times practiced chiropractic at First Spine.

14.     Jennifer McConnell is a resident of the Commonwealth of Massachusetts, who at all relevant times practiced chiropractic at First Spine.

15.     When referred to collectively hereinafter, Frederick Giampa, Joseph Giampa, Brian Culliney and Jennifer McConnell will be designated "the First Spine chiropractors."

## III.    JURISDICTION AND VENUE

16.     Jurisdiction over this action is conferred upon this Court by 28 U.S.C. §§1331, 1332, 18 U.S.C. §1962(a)-(d), 18 U.S.C. §1964.  Supplemental jurisdiction over the state law claims is proper under 28 U.S.C. §1367.

17.     The vast majority of the wrongful acts known to Encompass as alleged herein with particularity were carried out within the Commonwealth of Massachusetts.

18.     Venue proper under 28 U.S.C. §1391(c).

## IV.    FACTUAL ALLEGATIONS REGARDING CREATION AND ACTIVITIES OF FUTURE MANAGEMENT

19.     James Kennedy is the brother of Edward Kennedy.

20.     Edward Kennedy and James Kennedy (hereinafter collectively referred to as "the Kennedy Brothers") are the sole shareholders, officers and directors of Robert T. Kennedy, Inc. d/b/a Kennedy Professional Supply ("Kennedy Supply"), a business engaged in the sale of durable medical goods to chiropractic clinics and other similarly situated enterprises.

3

21.    On May 19, 2005, James Kennedy filed a Chapter 11 Bankruptcy Petition

(#05-43405) in the United States Bankruptcy Court, District of Massachusetts

(Worcester).

24.    Encompass reserves its right to seek relief from the Automatic Stay, 11

U.S.C. §362, in the bankruptcy forum and move to add James Kennedy as a party to this

action.

25.    Edward Kennedy through Kennedy Supply developed substantial business

contacts in the chiropractic industry.

26.    Through these contacts, Edward Kennedy decided to open medical offices

to provide chiropractic services to the public.

27.    Edward Kennedy contacted Joseph Giampa, a longtime friend who

Edward Kennedy knew to be a licensed chiropractor in Massachusetts, for the purpose of

becoming a partner in the new business venture.

28.    The new business, Future Management Corporation was formally

organized in February 1997.

29.    The Giampa chiropractors and Kennedy Brothers own and/or operate New

England chiropractic and physical therapy clinics including:

- Advanced Spine Center
  3 North Beacon Street
  Allston, MA 02134

- United Physical Therapy
  150 Stanford Street
  Boston, MA 02114

- Attleboro Chiropractic Health Ctr.
  3 Mill Street
  Attleboro, MA 02703

- Physical Rehab. Group
  1515-17 Washington Street
  Boston, MA 02118

- Associated Health Care Group
  150 Stanford Street
  Boston, MA 02114

- Brockton Spine & Rehab
  365 Westgate Drive, Suite 3-4
  Brockton, MA 02301

4

- Mattapoisett Chiropractic
  109 Fairhaven Road, Suite D
  Mattapoisett, MA 02739

- United Physical Therapy
  109 Fairhaven Road, Suite E
  Mattapoisett, MA 02739

- Methuen Spine & Rehab
  30 Hampshire Street
  Methuen, MA 01844

- First Choice Chiropractic &
  Rehab
  94 Allen Street
  Methuen, MA 01844

- Alves Chiropractic Centers
  2834 Acushnet Avenue
  New Bedford, MA 02745

- Back & Neck Treatment
  935 Washington Street
  Norwood, MA 02062

- United Physical Therapy
  243 Church Street
  Pembroke, MA 02359

- First Spine & Rehab
  1212 Hancock Street
  Quincy, MA 02169

- Randolph Spine & Rehab
  326 North Main Street, Suite 11
  Randolph, MA 02368

- Advanced Spine Centers
  37 Roxbury Street
  Roxbury, MA 02119

- Salem Chiropractic Assoc.
  72 Washington Street
  Salem, MA 01970

- Physical Rehab. Group
  149A Highland Avenue
  Somerville, MA 02143

- Advanced Spine Centers
  553-555 Main Street
  W. Springfield, MA 01089

- First Spine & Rehab
  438 Chestnut Street
  Springfield, MA 01107

- United Physical Therapy
  442 Chestnut Street
  Springfield, MA 01103

- Taunton Chiropractic & Rehab
  80-86 Main Street
  Taunton, MA 02780

- Advanced Spine Centers
  248 Moody Street
  Waltham, MA 02453

- Wareham Spine & Rehab
  45 Main Street, Unit C3
  Wareham, MA 02571

- Advanced Spine Centers
  563-555 Main Street
  W. Springfield, MA 01089

- Advanced Spine Centers
  90 Madison Street
  Worcester, MA 01606

30.     Hereinafter, the aforementioned clinics will be collectively referred to as

"the Giampa clinics."

6

31.    Initially, the Giampa chiropractors and Kennedy Brothers agreed that
Future Management would have three shareholders, Edward Kennedy (25%), James
Kennedy (25%) and Joseph Giampa (50%). Later, Joseph Giampa transferred 19% of his
stock in Future Management to his brother, Frederick Giampa.

32.    The creation of Future Management was also intended to benefit Kennedy
Supply's business, as Kennedy Supply was to be Future Management's primary
distributor of medical and chiropractic equipment and supplies.

33.    By September 2003, Future Management expanded from one (1) office in
Lawrence, Massachusetts to over sixty (60) offices throughout New England and across
the United States, including Florida, Oklahoma, Connecticut, Rhode Island, South
Carolina, New Hampshire, Pennsylvania, Illinois and Virginia.

34.    On or about July 20, 1998, Edward Kennedy and James Kennedy formed
First Health, a sister corporation to Kennedy Supply, for the purpose of managing and
handling various aspects of Kennedy Supply's business including, but not limited to,
administering Kennedy Supply's payroll.

35.    Edward Kennedy has accused James Kennedy of using Kennedy Supply
Corporation to enable Future Management to fraudulently borrow hundreds of thousands
of dollars from various lending entities under the guise that Future Management
Corporation was purchasing chiropractic equipment from Kennedy Supply.

36.    James Kennedy transferred money from Kennedy Supply to Future
Management to pay for Future Management's payment of illegal/runner referrals to the
Giampa clinics across Massachusetts.

7

37. James Kennedy was aware that the Massachusetts legislature criminalized the use of "runners" at Mass. Gen. Laws ch. 266 § 111 C.

38. The Massachusetts Code of Regulations 233 C.M.R. 4.12 governing chiropractors, prohibits runner referral fees.

39. Upon information and belief, Kennedy Supply monies were provided to Future Management Corporation to pay runners for "referral" of patients, including Encompass claimants, to First Spine.

40. The payment of runner kickbacks represents an intentionally unfair and deceptive business practice.

41. Payment of runners by the First Spine chiropractors was not disclosed to Encompass.

42. None of the chiropractic records and/or bills created by defendants and caused to be mailed via the U.S. Mail to Encompass referenced the payment of secret runner referral kickbacks.

43. The payment of runner kickbacks encourages fraudulent automobile insurance claims.

44. Upon information and belief, runner kickbacks inflated the chiropractic invoices First Spine submitted to Encompass.

## V.  FACTUAL ALLEGATIONS REGARDING FALSE MEDICAL BILLING SCHEME

45. The defendants successfully executed their fraudulent scheme through the Giampa clinics (including First Spine) they created, operated and controlled.

46. The medical documentation created and submitted by First Spine under the direction, supervision and control of the defendants was created in connection with

8

reported motor vehicle accidents and shared most -- if not all -- of the following common denominators:

- ◆ patients complained only of soft tissue injury;

- ◆ multiple claimants of varying age in the insured vehicle with each claimant receiving substantially identical diagnoses and treatment;

- ◆ the patients routinely did not receive treatment at any other non-affiliated medical facility;

- ◆ First Spine routinely treated the same patient(s) for multiple accidents. Upon information and belief, in some cases reference to prior treatment at First Spine (or previous automobile accidents) was intentionally omitted from the patients' medical record;

- ◆ the vehicles involved in the reported accidents sustained little or no damage, even though First Spine billed thousands of dollars in treatment;

- ◆ patients advanced minimal (and in most claims no) lost wage claims despite the fact that they purportedly received disability ratings (regardless of the patient's age or occupation) from First Spine; and

- ◆ bills for treatment invariably exceeded bills submitted by other chiropractic facilities providing treatment to accident victims in the same geographic area.

47.    In Massachusetts, chiropractors are licensed and monitored by the Massachusetts Board of Chiropractors.

9

48.     Massachusetts chiropractors are further regulated pursuant to the

Massachusetts Code of Regulations, promulgated by the Board of Chiropractors.

49.     The defendants engaged in a systematic pattern and practice of unlawful

acts in violation of the Board of Chiropractor Regulations codified at 233 CMR 4.00-

4.15. Such violations include, but are not limited to, the following:

> a.     Creating and submitting inaccurate, inadequate and inappropriate
>         documentation;
>
> b.     Rendering treatment which exceeds the type, quality and/or
>         amount of the documented and clinically reasonable chiropractic
>         needs of the patient;
>
> c.     Rendering a recipe of treatment absent any individualized medical
>         decision making;
>
> d.     Rendering treatment which is unrelated to the severity of the
>         diagnosed, or reasonably suspected, injury or condition incurred by
>         the patient;
>
> e.     Rendering treatment which is provided solely for the purpose of
>         enabling the patient to incur medical treatment expenses in excess
>         of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
>
> f.     Billing for services which were not performed and/or overstating
>         the amount of time spent evaluating and/or treating patients;
>
> g.     Billing that exceeds reasonable fees for such services;
>
> h.     Submitting invoices containing charges that amount to
>         overutilization of practice;

10

i.      Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j.      Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by treating chiropractor;

k.      Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l.      Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m.      Submitting treatment records documenting patients' disability when presenting at clinic through discharge without differentiation to individual patient's injury, age, employment and other relevant factors; and

n.      Authoring incomplete and misleading reports to insurance companies indicating false positive orthopedic tests without description or appropriate qualification.

11

50.    All of the medical bills advanced by First Spine contained Current Procedural Terminology Codes (hereinafter "CPT Codes").

51.    CPT Codes are published annually by the American Medical Association (hereinafter "AMA") to facilitate the efficient processing of medical charges by insurance carriers and other private and governmental health care payors.

52.    By including CPT Codes on their bills, First Spine represented to Encompass that the modalities listed on the bill were performed in a manner required by the AMA's guidelines.

53.    By creating medical bills that include CPT Codes, then causing such invoices to be mailed to Encompass, the defendants were representing that the invoiced treatment modalities had been performed in conformity with the AMA's CPT Code guidelines.

54.    Upon information and belief, many of the bills prepared and submitted by First Spine, under the defendants' supervision and control, were submitted under improper and/or deceptive CPT Codes.

55.    The defendants operating through First Spine made material misrepresentations of fact and engaged in intentionally unfair and deceptive business practices by creating and mailing through the U.S. Mail, medical bills that included CPT Codes for treatment modalities that were not performed or were not performed consistent with the AMA's CPT requirements.

56.    The number of chiropractic modalities allegedly rendered by First Spine in connection with the treatment of each alleged patient guaranteed that a patient's medical bills would exceed the $2,000 tort threshold codified at Mass. Gen. Laws ch. 231, §6D.

12

57.     Upon information and belief, First Spine and their runner agents would
assist First Spine clinic patients to obtain legal representation to pursue personal injury
lawsuits.

58.     At all relevant times, upon information and belief, First Spine
chiropractors were required to market First Spine services to personal injury attorneys.

59.     First Spine routinely delayed the submission of records and bills to
insurers (including Encompass). This tactic thwarted Encompass' opportunity to perform
a timely, objective and independent evaluation of (1) the patient's true condition, (2) the
necessity of the treatment allegedly rendered, and (3) the reasonableness of the fees
charged.

60.     The defendants exaggerated, misrepresented and fabricated reports to
claimant attorneys to increase settlement potential.

61.     By advancing their bills in this manner, the defendants intended that
Encompass would rely upon the accuracy of such invoices when evaluating them for
payment.

62.     By creating false documentation, First Spine engaged in an ongoing
pattern of unfair and deceptive business practices within the meaning of Mass. Gen. Laws
ch. 93A.

## VI.     SPECIFIC ALLEGATIONS OF MAIL FRAUD RACKETEERING
ACTIVITY

63.     The defendants created, prepared and processed false and fraudulent
documentation including false medical billing invoices and reports and intentionally
violated the laws of the United States by, devising and intending to devise schemes to
defraud and obtain money and property by means of false and fraudulent pretenses in

13

representations, and by causing to be placed, in a post office and/or authorized depository for mail matter, things to be sent and delivered by the United States Postal Service, in violation of 18 U.S.C. §1341 (mail fraud) for the purpose of executing such fraudulent schemes and attempting to do so.

64.     Unless otherwise pled to the contrary, upon information and belief, all documents, notes, reports, health insurance claim forms, medical diagnoses, CPT Code tally sheets, referrals, letters and request for payments in connection with the insurance claims referenced throughout this pleading traveled through the U.S. Mail.

65.     Every automobile insurance claim detailed within, involved at least one use of the U.S. Mail, including the mailing of, among other things, the notice of claim, initial policies, insurance payments, claims settlement checks and the return of the cancelled settlement drafts to the financial institution(s) from which the draft(s) were drawn, as well as return of settlement draft duplicates to the insurance carrier's home office for filing.

66.     Moreover, each claim identified herein, involved at least one mailing since policy documents are issued through the mail at the inception of the policy. In addition, negotiated checks are always returned to Encompass via the U.S. Mail.

67.     The defendants either personally used the mails to further the fraudulent scheme by causing fraudulent medical bills and records to be mailed to Encompass and/or counsel for claimants and/or acted with knowledge that the use of the mails would follow in the ordinary course of business.

68.     The defendants knew that their offices, a patient, a claimant, an insurance carrier, patient's attorney, other medical provider or the plaintiff would use the mails in

14

connection with each of the fraudulent claims, including issuing payments based defendants' fraudulent documentation.

69.    Encompass estimates that the defendants' fraudulent medical billing scheme generated hundreds of mailings. A table highlighting selected examples of mail fraud from the First Spine files is annexed hereto as Exhibit 1.

70.    The defendants' fraudulent scheme went undetected until Encompass had sustained substantial financial injury. The nature of defendants' fraudulent scheme was self-concealing by its very nature -- false medical reports and false invoices appearing legitimate on their face.

71.    The defendants intentionally concealed the fraudulent medical billing scheme from Encompass.

## VII.   SPECIFIC ALLEGATIONS REGARDING GIAMPA CHIROPRACTORS AND KENNEDY BROTHERS CONTROL OF THE ENTERPRISES

72.    The Giampa chiropractors and the Kennedy Brothers are the alter egos of First Spine, Kennedy Supply, Future Management, and the Giampa clinics (hereinafter collectively referred to as "Defendant Entities").

73.    Through the Giampa chiropractors' and Kennedy Brothers' direction and control of the Defendant Entities, they substantively disregarded their corporate forms.

74.    Since the Giampa chiropractors' and Kennedy Brothers' identity is indistinguishable from the Defendant Entities, they are subject to individual liability.

75.    Upon information and belief, in every case in which First Spine patients were provided with unreasonable, unnecessary and excessive chiropractic treatment and/or when false and fraudulent medical records and invoices were created at First

15

Spine, the Giampa chiropractors and Kennedy Brothers supervised and/or directed the chiropractors in connection with such treatments and tests.

76. Upon information and belief, at all material times, the employees of First Spine were under the direction and control of the Giampa chiropractors and Kennedy Brothers.

77. First Spine chiropractors were required by the Giampa chiropractors and Kennedy Brothers to follow a strict treatment protocol without deviation.

78. Accordingly, First Spine chiropractors, under the direction and control of the Giampa chiropractors and Kennedy Brothers, exercised no independent medical decision making with respect to treatment of automobile accident patients.

79. First Spine followed identical, pre-ordained assessments and therapy protocols and used virtually identical treatment and billing forms in connection with most every patient.

80. Upon information and belief, First Spine issued and sought payment for identical durable medical supply packages to auto accident claimants regardless of need and/or the type, nature and severity of injury allegedly sustained.

81. Upon information and belief, the Giampa chiropractors and Kennedy Brothers controlled and directed all management and financial decisions of First Spine, at times working in concert with co-conspirators.

82. The defendants engaged in collection practices on behalf of First Spine knowing that the chiropractic services in connection with which collection was sought were in violation of 233 CMR 4.00-4.15, and that the alleged treatment rendered by chiropractors was either, or a combination of not warranted, not rendered, unreasonable,

16

unnecessary and excessive, and, therefore, that the bills submitted for such services were unfair and deceptive.

83.    The Giampa chiropractors and Kennedy Brothers are vicariously liable for the conduct of the Defendant Entities and the conduct of the employees and agents (including chiropractors and chiropractic aides) thereof.

84.    Upon information and belief, First Spine is nominally capitalized.

85.    Upon information and belief, corporate record keeping is insufficient with regard to intra and inter corporate records.

86.    Upon information and belief, the Defendant Entities' intertwined financial transactions violates accepted corporate practices for corporations in good standing pursuant to Massachusetts law.

87.    Upon information and belief, First Spine maintains inadequate record keeping regarding financial transactions between the Giampa clinics.

88.    Upon information and belief, the Giampa chiropractors and Kennedy Brothers created First Spine not to heal injured persons but to pursue their insurance fraud schemes, which involved issuing to Encompass false, fraudulent and excessive medical bills to obtain money to which they were not entitled.

## VIII.  DAMAGES

89.    The pattern of criminally fraudulent conduct by the defendants injured Encompass in its business and property by reason of the aforesaid violations of state and federal law.  Although it is not necessary for Encompass to calculate damages with specificity at this stage in the litigation, and Encompass' damages continue to accrue, Encompass' injury includes, but is not limited to, compensatory damages for:

17

(1)     the deprivation of Encompass' ability to conduct its insurance businesses
        on the basis of true, accurate, and complete assessments of legitimate,
        compensable claims;

(2)     the loss of funds paid for false and fraudulent (whether wholly fictitious or
        grossly inflated) bills for services, which funds, in part, enabled the
        defendants to continue secretly its pattern of illegal activities and enhance
        its ability to harm further Encompass' business by and through the
        operation of the fraudulent enterprise;

(3)     the expenses incurred to review, adjust, investigate, litigate and pay the
        false and fraudulent claims created by the defendants and supported
        defendants' operation of enterprises through a pattern of illegal activity;

(4)     the past and continuing financial burden incurred by Encompass
        (including other insurance carriers) to establish and carry out systems and
        policies to detect false, fraudulent, and inflated claims; and

(5)     total payments and expenses in excess of $600,000.00, the exact amount to
        be determined at trial. The table annexed hereto as Exhibit 2 and
        incorporated herein identifies Encompass' payments to First Spine in
        connection with these claims determined to be fraudulent as of the filing
        of this Complaint.

18

## IX.   CAUSES OF ACTION

### COUNT I
### VIOLATIONS OF 18 U.S.C. §1962(c)
### (Against Frederick Giampa, Joseph Giampa,
### Edward Kennedy)

90.   Encompass realleges, repleads and incorporates by reference all
paragraphs set forth above as if fully set forth herein.

91.   In connection with each of the claims identified in plaintiff's Complaint,
the Giampa chiropractors and Kennedy Brothers (hereinafter "Count I Defendants")
intentionally caused to be prepared and mailed false, fraudulent, and/or misleading
documentation, medical records and invoices in connection with Encompass insurance
claims, in furtherance of their scheme to defraud.

92.   The Count I Defendants employed one or more mailings to demand and/or
receive payment on certain dates, including but not limited to, those dates referenced
above.

93.   Among other things, medical billing invoices, medical reports,
applications for insurance and premium checks were routinely delivered to Encompass
through the U.S. Mail. Policies of insurance were delivered to First Spine patients
through the U.S. Mail. Medical reports and invoices were delivered to Encompass
through the U.S. Mail. Payments to First Spine traveled via the U.S. Mail.

94.   As documented above, Count I Defendants repeatedly and intentionally
submitted false and inflated bills, reports, and other documents to Encompass for medical
expenses and/or services that were never rendered, were excessive, were not reasonable,
were not necessary, and/or were of little to no therapeutic value to the patients, to collect
payment from Encompass under the personal injury protection benefits portion of the

19

Standard Massachusetts Automobile Policy of Insurance and Mass. Gen. Laws ch. §34A and §34M.

95.     As a result and upon reasonable reliance of these misleading documents and misrepresentations, Encompass by their agents and employees issued drafts to First Spine for the benefit of Count I Defendants that would not otherwise have been paid.

96.     The Count I Defendants' pattern of fraudulent claims, each appearing legitimate on its face, also prevented Encompass from discovering the fraudulent scheme for a long period of time enabling them to continue without being detected.

97.     The acts set forth above constitute indictable offenses pursuant to 18 U.S.C. §1341 (mail fraud).

98.     By filing numerous fraudulent claims in an ongoing scheme, the Count I Defendants engaged in a pattern of racketeering activity within the meaning of 18 U.S.C. §1962(c).

99.     The activities alleged in this case had the direct effect of causing funds to be transferred from Encompass to First Spine for the benefit of the Count I Defendants.

100.    Encompass is in the business of writing insurance and paying claims in the Commonwealth. Insurance fraud schemes practiced here and elsewhere have a deleterious impact on Encompass' overall financial well-being and adversely affect insurance rates.

101.    Each of the Giampa clinics, including First Spine constitute enterprises engaged in, and the activities of which affect interstate commerce.

102.    Future Management Corporation is an enterprise engaged in, and the activities of which effect interstate commerce.

20

103.    The Count I Defendants associated with the foregoing enterprises and participated directly and indirectly in the conduct of each through a pattern of racketeering activities.

104.    Encompass is a "person" as defined by 18 U.S.C. §1961(3), injured in its business or property by reason of the Count I Defendants' conduct.

105.    The Count I Defendants' conduct in violation of 18 U.S.C. §1962(c) was the direct and proximate cause of Encompass' injury.

106.    By virtue of the Count I Defendants' violations of 18 U.S.C. §1962(c), Encompass is entitled to recover from them three times the damages sustained by reason of the claims submitted by them, and others acting in concert with them, together with the costs of suit, including reasonable attorney's fees.

## COUNT II
## INNOCENT VICTIM ENTERPRISE VIOLATION OF 18 U.S.C. §1962(c)
### (Against Joseph Giampa, Frederick Giampa, and Edward Kennedy)

107.    Encompass realleges, repleads and incorporates by reference all paragraphs set forth above as if fully set forth herein.

108.    Encompass is an enterprise engaged in, and the activities of which affect, interstate commerce.

109.    The Count II Defendants associated with Encompass by directing the activities of First Spine and the employees thereof who purported to treat auto accident claimants, and thereafter, working in concert, submitted false and fraudulent bills to Encompass or others to whom Encompass became liable with the intent that Encompass rely upon such false invoices and pay money to or for the benefit of the defendants pursuant to automobile insurance policies.

21

110.    In violation of 18 U.S.C. §1962(c), the defendants by acting with purpose

to cause Encompass to make payments on false claims victimized Encompass by

participating in its affairs directly or indirectly through a pattern of racketeering activity,

including on at least two or more occasions within a ten (10) year period, using the U.S.

Mail to further their insurance fraud schemes.

111.    Encompass has been injured in its business and property in violation of 18

U.S.C. §1962(c).

112.    The defendants' conduct in violation of 18 U.S.C. §1962(c) was the direct

and proximate cause of Encompass' injury.

113.    By virtue of the defendants' violations of 18 U.S.C. §1962(c) Encompass

is entitled to recover three times the damages sustained by reason of the claims submitted

by the defendants, together with the costs of suit, including reasonable attorney's fees.

**COUNT III**
**VIOLATION 18 U.S.C. § 1962 (d)**
**(Against Joseph Giampa, Frederick Giampa, and Edward Kennedy)**

114.    Encompass realleges, repleads and incorporates by reference all

paragraphs set forth above as if fully set forth herein.

115.    The Count III Defendants conspired with one another to violate 18 U.S.C.

§1962 (c) and thereby violated 18 U.S.C. §1962 (d).

116.    As a result of this conspiratorial conduct, Encompass has been injured in its

business and property.

117.    By virtue of the Count III Defendants' violations of 18 U.S.C. § 1962 (d),

Encompass is entitled to recover from each of the defendants identified, three times the

22

damages sustained by reason of the claims submitted by the defendants, and others acting in concert with them, together with the costs of suit, including reasonable attorney's fees.

## COUNT IV
### Mass. Gen. Laws Ch. 93A
### (Against All Defendants)

118. Encompass realleges, repleads and incorporates by reference all paragraphs set forth above as if fully set forth herein.

119. Section 2(a) of the Massachusetts Consumer Protection Act, Massachusetts General Laws Chapter 93A provides, that "unfair methods of competition and/or unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful."

120. At all times relevant hereto, the defendants were engaged in trade or commerce within the Commonwealth of Massachusetts.

121. The conduct alleged throughout this Complaint occurred primarily in Massachusetts.

122. As documented above, the defendants repeatedly and intentionally submitted false and inflated bills, reports, and other documents to Encompass for medical expenses and/or services that were never rendered, were excessive, were not reasonable, were not necessary, and/or were of little to no therapeutic value to the patients, to collect payment from Encompass under the personal injury protection benefits portion of the Standard Massachusetts Automobile Policy of Insurance and Mass. Gen. Laws ch. §34A and §34M.

123. The acts and omissions of the defendants in furtherance of their scheme to defraud Encompass including, but not limited to, the conduct alleged above, constitute

23

intentionally unfair and deceptive business practices as proscribed by Mass. Gen. Laws
ch. 93A, and those regulations promulgated by the Office of the Attorney General for the
Commonwealth of Massachusetts pursuant thereto.

124.    The defendants' intentionally unfair and deceptive acts and practices in
trade or commerce caused Encompass to suffer great harm.

125.    Whereas the defendants' illegal conduct forced Encompass to incur
attorneys fees, such fees constitute a loss of money or property, and are recoverable
pursuant to Mass. Gen. Laws ch. 93A.

126.    As a result of the above-described intentionally fraudulent acts and
practices, Encompass sustained injury and economic damages including, but not limited
to: (1) all monies paid to First Spine, in reliance on false and fraudulent chiropractic bills;
(2) cost of investigating the underlying PIP claims; and (3) the cost of defending this
action (including all attorneys fees, expert witness expenses and court costs).

127.    The defendants' actions described herein were performed intentionally.
Accordingly, Encompass is entitled to multiple damages, costs and attorneys fees.

## COUNT V
## CIVIL CONSPIRACY
## (Against All Defendants)

128.    Encompass realleges, repleads and incorporates by reference all
paragraphs set forth above as if fully set forth herein.

129.    The defendants conspired to defraud Encompass, and agreed to combine
together to accomplish an unethical, unfair, deceptive, wrongful and illegal purpose.
Joining the defendants were certain persons known (including treating chiropractors) and
persons unknown to Encompass who, acting with the defendants, caused Encompass to

24

pay for unnecessary and unreasonable medical expenses which the defendants would not have been able to accomplish acting alone.

130.    As a consequence of the above-referenced conspiracy, Encompass was induced to and did make payments to First Spine, in connection with numerous fraudulent medical bills.

131.    Encompass' damages include, but are not limited to:

   a.    Monies paid for medical expenses and services that were not rendered;

   b.    Monies paid for medical services and/or expenses that were unwarranted and/or excessive;

   c.    Monies paid in settlement of claims based upon fraudulent special damages;  and

   d.    Monies paid (labor and resources) to detect and expose the defendants' conspiracy to defraud Encompass.

## COUNT VI
## FRAUD
### (Against All Defendants)

132.    Encompass realleges, repleads and incorporates by reference all paragraphs set forth above as if fully set forth herein.

133.    The defendants' scheme to defraud Encompass was dependant upon a succession of material misrepresentations of fact by the defendants with respect to the injuries allegedly sustained by the patients, medical billing, medical services rendered, the reporting of losses and the evaluation of injuries.

25

134.   The misrepresentations of fact by the defendants included, but were not limited to, the material misrepresentations of fact made in First Spine medical reports, invoices and collection documentation.

135.   The defendants' representations were false, or required disclosure of additional facts to render the information furnished not misleading.  The misrepresentations were intentionally made by the defendants in furtherance of their scheme to defraud Encompass by submitting fictitious claims for personal injury protection benefits, and bodily injury claims.

136.   These misrepresentations were known to be false and were made for the purposes of inducing Encompass to make payments for claims that were not legitimate.

137.   Encompass reasonably relied upon such material misrepresentations to its detriment in paying numerous, unreasonable, unnecessary, inappropriate, non-meritorious bills for medical expenses pursuant to personal injury protection benefits, bodily injury claims and uninsured/underinsured motorist claims.

138.   Encompass' damages include, but are not limited to:

   a. Monies paid for medical expenses and services that were not rendered;

   b. Monies paid for medical services and/or expenses that were unwarranted and/or excessive;

   c. Monies paid in settlement of claims based upon fraudulent special damages; and

   d. Reimbursement for the fair and reasonable value of the labor and resources expended to detect and expose the defendants' scheme to defraud Encompass.

26

## COUNT VII
## INTENTIONAL INTERFERENCE WITH ADVANTAGEOUS BUSINESS
## AND CONTRACTUAL RELATIONSHIPS
### (Against All Defendants)

139.    Encompass realleges, repleads and incorporates by reference all

paragraphs set forth above as if fully set forth herein.

140.    By engaging in the intentional insurance fraud scheme alleged throughout

this pleading, the defendants, their agents, servants, employees and contractors

unlawfully and intentionally interfered with the contractual and advantageous business

relationships between Encompass and numerous insureds, policyholders, claimants and

others.

## VII.    DEMAND FOR RELIEF

WHEREFORE, the plaintiff, the Encompass Insurance Company respectfully

prays that judgment enter in its favor, as follows:

### COUNT I
### (Violations Of 18 U.S.C. §1962(c))

(a)    AWARD Encompass' actual and consequential damages to be established at

trial;

(b)    AWARD Encompass treble damages pursuant to 18 U.S.C. §1964, interests,

costs and attorneys' fees; and

(c)    GRANT injunctive relief enjoining the defendants from engaging in the

wrongful conduct alleged in the Complaint; and

(d)    GRANT all other relief this Court deems just.

27

## COUNT II
### (Innocent Victim Enterprise Violation Of 18 U.S.C. §1962(c))

(a) AWARD Encompass' actual and consequential damages to be established at

trial;

(b) AWARD Encompass treble damages pursuant to 18 U.S.C. §1964, interests,

costs and attorneys' fees; and

(c) GRANT injunctive relief enjoining the defendants from engaging in the

wrongful conduct alleged in the Complaint.

## COUNT III
### (Violation 18 U.S.C. § 1962 (d))

(a) AWARD Encompass' actual and consequential damages to be established at

trial;

(b) AWARD Encompass treble damages, interests, costs and reasonable

attorneys' fees; and

(c) GRANT injunctive relief enjoining the defendants from engaging in the

wrongful conduct alleged in the Complaint.

## COUNT IV
### (Mass. Gen. Laws ch. 93A)

(a)     ENJOIN the defendants from preparing and submitting false and

fraudulent medical records and bills;

(b)     ENJOIN the defendants from altering, destroying and/or removing from

this Court's jurisdiction any and all documents and materials including,

but not limited to, medical records, medical invoices, appointment books,

28

billing documentation, corporate records, emails, and any other documentation (however stored) regarding the allegations and the claims alleged in connection with Encompass' Complaint.

(c)     ENJOIN the defendants from conveying, secreting, transferring, selling, disposing of, encumbering, destroying, pledging, assigning or in any other manner dealing with any and all property, both real and personal, wherever located, in which the defendants have any interest without prior approval of this Court.

(d)     DIRECT the defendants, their agents , assigns, successors-in-interest (including any bankruptcy trustees) to cease and desist all collection activity regarding Encompass;

(e)     AWARD Encompass its actual damages in an amount to be determined at trial;

(f)     AWARD Encompass its costs, including but not limited to, investigative costs incurred in the detection of defendants' illegal conduct;

(g)     AWARD Encompass its attorneys fees incurred in the prosecution of its Complaint;

(h)     TREBLE the award of damages to Encompass for the defendants' intentional violations of Mass. Gen. Laws ch. 93A;

## COUNT V
### (Civil Conspiracy)

(a)     AWARD Encompass its actual damages to be determined at trial;

(b)     GRANT any other relief this Court deems just.

29

## COUNT VI
### (Fraud)

(a)   AWARD Encompass its actual damages to be determined at trial;

(b)   GRANT any other relief this Court deems just.

## COUNT VII
### (Intentional Interference with Advantageous Business and Contractual Relationships)

(a)   AWARD Encompass its actual damages to be determined at trial;

(b)   AWARD Encompass costs and fees and other expenses related to

investigating and defending against the defendants' illegitimate and

abusive use of process;

(c)   GRANT any other relief this Court deems just.

## JURY TRIAL DEMAND

The plaintiff, Encompass Insurance Company, demands a trial by jury on all

issues pled or to be pleaded where Jury Trial lies as a matter of right.

Respectfully submitted,
For the Defendant,
*Encompass Insurance Company,*
By its attorneys,

David O. Brink, BBO# 547370
Richard D. King, Jr., BBO#638142
Nathan A. Tilden, BBO#647076
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, Massachusetts 02171
(617) 770-2214

Dated:  August 15, 2005

30

**Mail Fraud Chart**

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03468725 | Phoeun Sam | 07/23/02 | Geary & Geary | Encompass | Medical Records and Invoices |
| 03468725 | Krapomroth Khim | 07/23/02 | Geary & Geary | Encompass | Medical Records and Invoices |
| 03468725 | Sophay Porth | 07/23/02 | Geary & Geary | Encompass | Medical Records and Invoices |
| 03421674 | April Thanongsinh | 06/29/99 | Thomas Haggard, Esq. | CNA Insurance | Medical Records and Invoices |
| 03447628 | Veasna Ngeth and Sumang Ngeth | 08/14/01 | Matthew Demaras, Esq. | Encompass | Medical Records and Invoices |
| 03439668 | Veun Long | 11/28/00 | Charles Lonardo, Esq. | CNA Insurance | Medical Records and Invoices |
| 03415449 | Krapomroth Khim | 07/30/01 | Roland Milliard Esq. | CNA Insurance | Medical Records and Invoices |
| 03418926 | Nikki Kim | 08/07/01 | Louis Haskell, Esq. | Encompass | Invoice |
| 03445338 | Ratha So | 01/30/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03445338 | Ratha So | 09/17/02 | Robert Carnavale, Esq. | Encompass | Medical Records and Invoices |
| 379614 | Bunreth Ngeth | 11/18/98 | Louis Haskell, Esq. | CNA Insurance | Medical Records and Invoices |
| 03445702 | Michael Pho | 11/06/01 | Roland Milliard, Esq. | Encompass | Medical Records and Invoices |
| 03331518 | Tut Hok | 03/08/04 | Ambrose & Ambrose | Encompass | Medical Records and Invoices |
| 03331518 | Tut Hok | 02/12/99 | Dane Shulman, Esq. | CNA Insurance | Medical Records and Invoices |
| 03374831 | Sokea Un | 12/22/02 | Ambrose & Ambrose | CNA Insurance | Invoice |
| 03414287 | Cham Sing Kramsing | 02/26/01 | William Early, Esq. | CNA Insurance | Medical Records and Invoices |
| 03414287 | Doeun Uy | 02/26/01 | William Early, Esq. | CNA Insurance | Medical Records and Invoices |
| 03439611 | Sokhan Yang | 11/30/00 | Geary & Geary | CNA Insurance | Medical Records and Invoices |
| 03415760 | Savy Moun | 05/17/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03415432 | Sarunn Vorn | 05/24/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03415432 | Sophal Phan | 10/2/004 | First Spine | Encompass | Invoice |
| 03415432 | Sophal Phan | 07/20/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03415432 | Sarath Bou | 06/26/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03417806 | Hoeum Men | 03/25/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03417806 | Nhem Ngeth | 11/21/01 | William Early, Esq. | CNA Insurance | Medical Records and Invoices |
| 03420777 | Khen Khout | 11/08/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03420777 | Khen Khout | 07/31/01 | Mark Salomone, Esq. | Encompass | Invoice |
| 03382948 | Saroeun Chhan | 05/17/04 | Ambrose & Ambrose | Encompass | Invoice |
| 82948 | Saroeun Chhan | 10/01/99 | Robert Carnavale, Esq. | CNA Insurance | Invoice |
| 03419107 | Saneth Heang | 03/14/03 | First Spine | Encompass | Invoice |
| 03419107 | Saneth Heang | 11/13/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03419107 | Sareth Heang | 09/05/01 | Donald Green, Esq. | CNA Insurance | Medical Records and Invoices |
| 03419107 | Cang Keo | 08/28/01 | Donald Green, Esq. | CNA Insurance | Medical Records and Invoices |
| 03419107 | Kim Neang | 08/28/01 | Donald Green, Esq. | CNA Insurance | Medical Records and Invoices |
| 03419107 | Khawaii Sok | 08/28/01 | Donald Green, Esq. | CNA Insurance | Medical Records and Invoices |
| 03435147 | Sophea Um | 12/18/01 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03445147 | Phamaro Uong | 10/19/01 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03403606 | Margarita Pina | 03/21/01 | First Spine | Encompass | Invoice |
| 03403606 | Margarita Pina | 03/20/01 | Dane Shulman, Esq. | CNA Insurance | Medical Records and Invoices |
| 03414116 | Marguera Sam | 12/14/04 | Ambrose & Ambrose | Encompass | Invoice |

Mail Fraud Chart

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03414116 | Seak Sam | 12/14/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03415524 | Sophea Um | 04/08/03 | Roland Milliard Esq. | Encompass | Medical Records and Invoices |
| 03415524 | Eath Keo | 01/22/03 | Roland Milliard Esq. | Encompass | Medical Records and Invoices |
| 03462436 | Sar Chhean | 11/12/02 | Mark Salomone, Esq. | Encompass | Invoice |
| 03462436 | Sar Chhean | 07/24/02 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03467477 | Sophinnary Ung | 11/15/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03467477 | Chhra Ung | 02/18/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03467477 | Pholla Long | 11/18/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03467477 | Samnang San | 02/05/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03467477 | Samnang San | 06/28/02 | Bratton & Springer | Encompass | Medical Records and Invoices |
| 03442397 | Thanh Som | 12/24/01 | Dana Rosencranz, Esq. | CNA Insurance | Invoice |
| 03457321 | Sunnhak Chiv | 04/02/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03420810 | Bin Real | 09/09/01 | Danny Chum, Esq. | Encompass | Medical Records |
| 03420810 | Nickie Phan | 08/16/01 | Donahue & Donahue | Encompass | Medical Records and Invoices |
| 03480962 | Chea Taing Theng | 05/01/03 | Joseph Eli LaFreniere, Esq. | Encompass | Medical Records and Invoices |
| 03462436 | Ry Chhaim | 05/09/02 | Mark Salomone, Esq. | Encompass | Invoice |
| 03462436 | Tim Neang | 07/08/02 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03449223 | Boeuk Pin | 09/30/02 | Vanthan Un, Esq. | Encompass | Medical Records and Invoices |
| 03493502 | Diane Melo | 10/12/04 | Iannella & Mummolo | Encompass | Medical Records and Invoices |
| 03469510 | Sokhan Bum | 02/10/03 | John King, Esq. | Encompass | Medical Records and Invoices |
| 03444156 | Jaenwimon Phramahaphon | 08/15/01 | Nicholas Andreson, Esq. | Encompass | Medical Records and Invoices |
| 03444156 | Anirut Khuanphat | 08/08/01 | Nicholas Andreson, Esq. | Encompass | Medical Records and Invoices |
| 03438972 | Naim Eng | 06/27/01 | John Buck, Esq. | CNA Insurance | Invoice |
| 03438972 | Santa Dones | 06/29/01 | John Buck, Esq. | CNA Insurance | Invoice |
| 428972 | Carmen Perez | 06/27/01 | John Buck, Esq. | CNA Insurance | Invoice |
| 38972 | Juan Disla | 12/09/03 | John Buck, Esq. | CNA Insurance | Invoice |
| 03326411 | Nguyen Nguyen Hang Tran | 05/26/98 | Louis Haskell, Esq. | CNA Insurance | Medical Records and Invoices |
| 03402742 | Viphearea Srey | 08/02/01 | Howard Swartz, Esq. | CNA Insurance | Invoice |
| 03402742 | Sacha Tang | 05/29/01 | Howard Swartz, Esq. | CNA Insurance | Invoice |
| 03402742 | Wilson Douongchack | 08/29/01 | Howard Swartz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03417018 | Kamsot Kong | 05/24/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03415264 | Ngeth Soeung | 10/14/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03415264 | Bin Soun | 12/02/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03381790 | Sokcheath Park | 05/12/00 | Francis Gaiman, Esq. | CNA Insurance | Medical Records and Invoices |
| 03381790 | Sophaly Chum | 05/10/00 | Francis Gaiman, Esq. | CNA Insurance | Medical Records and Invoices |
| 03381790 | Sophaly Chum | 05/10/00 | Francis Gaiman, Esq. | CNA Insurance | Medical Records and Invoices |
| 03381790 | Kosal Nguon | 05/18/99 | Thomas Elias, Esq. | CNA Insurance | Medical Records and Invoices |

**Mail Fraud Chart**

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03514331 | Chhat Phim | 10/20/04 | First Spine | Encompass | Invoice |
| 03479077 | Kongkeo Phonphiak | 12/04/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03479077 | Khammoune Panya | 11/15/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03465736 | Chhang Kang | 12/16/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03465736 | Chanda Kong | 12/30/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03464181 | Prasan Phumichan | 05/01/02 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03456762 | Pamela Nou | 12/18/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03456762 | Saroeun Hou | 12/31/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03456762 | Pamela Nou and Sarouen Hou | 01/22/02 | Samuel Kompouris, Esq. | Encompass | Invoice |
| 03408504 | Samnang Khut | 04/29/02 | Martin McNulty, Esq. | Encompass | Medical Records and Invoices |
| 108504 | Samnang Khut | 12/16/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03408504 | Kevin Meas | 10/24/01 | Martin McNulty, Esq. | Encompass | Medical Records and Invoices |
| 03491823 | John Rom | 03/09/04 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03457313 | Oeun Tim | 01/08/02 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03506712 | Liv Kong | 11/04/04 | First Spine | Encompass | Invoice |
| 03506712 | John Rom | 01/22/04 | First Spine | Encompass | Invoice |
| 03486795 | Savorn Yonn | 03/25/03 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03486795 | Savorn Yonn | 01/06/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03500338 | John Rom | 10/16/03 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03500338 | Kong Liv | 08/27/03 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03500338 | Jimmy Rom | 02/04/04 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03530556 | Ken Truong | 04/14/04 | Daniel Kelleher, Esq. | Encompass | Medical Records and Invoices |
| 03532353 | Pat Song | 02/25/05 | Ambrose & Ambrose | Encompass | Invoice |
| 03532353 | Pat Song | 06/16/04 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03505976 | Keo Kothpratoum | 06/01/04 | First Spine | Encompass | Invoice |
| 03511086 | Thea Soun | 07/20/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03511086 | Morn Samith | 04/29/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 06013 | Chaiy Sibunroeung | 12/18/03 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 40595 | Sann Chhay | 10/06/00 | Vanthan Un, Esq. | CNA Insurance | Invoice |
| 03469757 | Dara Lay | 08/28/02 | Mark Ruby, Esq. | Encompass | Medical Records and Invoices |
| 03504357 | Reath Toch | 03/31/04 | First Spine | Encompass | Invoice |
| 03448910 | Sivinary Seng | 10/14/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03504615 | Alexander Men | 11/04/04 | First Spine | Encompass | Invoice |
| 03504615 | Vanneck Chea | 11/03/04 | First Spine | Encompass | Invoice |
| 03504615 | Alexander Men | 02/18/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03504615 | Kimsan Mom | 01/26/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03425856 | Tim Oeun and Timmy Tim | 12/17/99 | James Kutelis, Esq. | CNA Insurance | Medical Records and Invoices |
| 03413857 | Narith Dou | 04/10/01 | Martin McNulty, Esq. | CNA Insurance | Medical Records and Invoices |
| 03491088 | Sophannee Uy | 11/12/03 | Mark Salomone, Esq. | CNA Insurance | Invoice |
| 03449560 | Morn Samith | 05/28/03 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |

Mail Fraud Chart

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03490345 | Rithy Mao | 03/06/03 | Mark Salomone, Esq. | Encompass | Invoice |
| 03445658 | Tab Lay | 10/02/01 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03445658 | Pheap Tim | 10/09/01 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03418795 | Punlork Sar | 10/14/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03418795 | Samatha Mao | 05/24/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03418795 | Sambath Bo | 06/28/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03418795 | Jorge Diaz | 09/21/01 | Vazquez Law Office | Encompass | Medical Records and Invoices |
| 03464524 | Phoeuk Neang | 08/23/02 | Louis Haskell, Esq. | Encompass | Medical Records |
| 03464524 | Jerry Seng | 08/16/02 | Robert Carnavale, Esq. | Encompass | Medical Records and Invoices |
| 03464524 | Melaly Seng | 08/16/02 | Robert Carnavale, Esq. | Encompass | Medical Records and Invoices |
| 170133 | Rochenna Sim | 10/07/02 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03470133 | Bunkeath Meng | 09/23/02 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03439611 | Lan Lim | 09/27/00 | Gregory Howard, Esq. | CNA Insurance | Medical Records |
| 03456832 | Dalin Ou | 10/20/04 | First Spine | Encompass | Invoice |
| 03456832 | Dalin Ou | 05/29/02 | Geary & Geary | Encompass | Medical Records and Invoices |
| 03456832 | Dalin Ou | 12/22/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03391026 | Phuong Uyen Le | 02/26/01 | Kafkas Law Offices | CNA Insurance | Medical Records and Invoices |
| 03483838 | Sokean Phlong | 01/23/04 | Broderick Law Firm | Encompass | Medical Records and Invoices |
| 03483838 | Brandon Oeur | 04/14/03 | Thomas Broderick, Esq. | Encompass | Medical Records and Invoices |
| 03473966 | Diane Melo | 09/26/02 | Mark Salomone, Esq. | Encompass | Invoice |
| 03482803 | Sareth Veuk | 07/17/03 | Martin McNulty, Esq. | Encompass | Medical Records and Invoices |
| 03482803 | Thaverei Veuk | 07/17/03 | Martin McNulty, Esq. | Encompass | Medical Records and Invoices |
| 03536789 | Savy Yong | 09/24/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03467194 | Marion Garcia | 10/28/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03467194 | Paul Taylor | 12/03/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03486647 | Vich Lam | 03/08/05 | Ambrose & Ambrose | Encompass | Invoice |
| 03461410 | Sareth Ros | 01/03/05 | Ambrose & Ambrose | Encompass | Invoice |
| 461410 | Bunthy Chantha | 11/22/02 | Mark Salomone, Esq. | Encompass | Invoice |
| 81235 | Chinda Kruth | 10/19/04 | First Spine | Encompass | Invoice |
| 03411511 | Sareth Nuon | 07/21/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03411511 | Sareth Nuon and Roeun Kong | 05/03/02 | Louis Haskell, Esq. | Encompass | Medical Records and Invoices |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03326411 | 01/09/98 | $975.00 | 06/26/98 | TRAN | HANG |
| 03326411 | 01/09/98 | $970.00 | 06/26/98 | NGUYEN | NGUYET |
| 03331518 | 09/10/98 | $3,896.00 | 12/08/04 | HOK | TUT |
| 03331518 | 09/10/98 | $129.00 | 03/16/99 | HOK | TUT |
| 03341477 | 10/29/99 | $1,068.00 | 03/21/00 | LANG | PHALLY |
| 03341477 | 10/29/99 | $695.00 | 03/20/02 | LANG | PHALLY |
| 03341477 | 10/29/99 | $1,867.00 | 04/23/01 | LANG | PHALLY |
| 03374831 | 07/18/98 | $1,377.00 | 04/02/99 | UN | SENDY |
| 03374831 | 07/18/98 | $665.00 | 04/14/99 | UN | SOKEA |
| 03374831 | 07/18/98 | $2,822.00 | 04/02/99 | UN | SOKEA |
| 03374831 | 07/18/98 | $1,907.00 | 04/14/99 | SIM | SAROEUT |
| 03374831 | 07/18/98 | $1,375.00 | 04/02/99 | SIM | SAROEUT |
| 03374831 | 07/18/98 | $150.00 | 04/14/99 | SIM | SAROEUT |
| 03374831 | 07/18/98 | $2,900.00 | 04/09/88 | ROUM | SAROEUT |
| 03374831 | 07/18/98 | $177.00 | 07/31/02 | ROUM | SAROEUT |
| 03379614 | 10/21/98 | $655.00 | 02/12/99 | NIKKI | KIM |
| 03379614 | 10/21/98 | $465.00 | 02/24/99 | NIKKI | KIM |
| 03381790 | 12/14/98 | $1,579.00 | 03/30/99 | CHUM | SOPHALA |
| 03381790 | 12/14/98 | $2,212.00 | 03/30/99 | PRAK | SOKCHEATH |
| 03381790 | 12/14/98 | $1,847.00 | 03/30/99 | CHUM | SOPHALA |
| 03381790 | 12/14/98 | $1,833.00 | 02/17/00 | PRAK | SOKCHEATH |
| 03381790 | 12/14/98 | $2,236.00 | 11/27/01 | CHUM | SOPHALA |
| 03381790 | 12/14/98 | $1,558.00 | 11/27/01 | CHUM | SOPHALA |
| 03382948 | 02/02/99 | $1,625.00 | 06/08/04 | CHHU | SAROEUN |
| 03382948 | 02/02/99 | $1,625.00 | 11/12/00 | CHHU | SAROEUN |
| 03382948 | 02/02/99 | $2,000.00 | 09/24/99 | CHUU | SAROEN |
| 03382948 | 02/02/99 | $1,625.00 | 01/12/00 | CHUU | SAROEN |
| 03391026 | 07/26/00 | $110.00 | 06/21/01 | PHOUNG | LE |
| 03391026 | 07/26/00 | $110.00 | 02/19/02 | PHOUNG | LE |
| 03391026 | 07/26/00 | $110.00 | 02/19/02 | PHOUNG | LE |
| 03391026 | 07/26/00 | $110.00 | 06/21/01 | PHOUNG | LE |
| 03391026 | 07/26/00 | $3,910.00 | 04/07/01 | PHOUNG | LE |
| 03392271 | 08/29/00 | $1,775.00 | 06/04/01 | YEM | RADET |
| 03402742 | 09/08/00 | $415.00 | 09/26/01 | DUONGCHACK | WILSON |
| 03402742 | 09/08/00 | $415.00 | 09/26/01 | DUONGCHACK | WILSON |
| 03402742 | 09/08/00 | $2,810.00 | 02/19/02 | TANG | SACHA |
| 03402742 | 09/08/00 | $1,585.00 | 09/24/01 | DUONGCHACK | WILSON |
| 03402742 | 09/08/00 | $555.00 | 09/21/01 | DUONGCHACK | WILSON |
| 03402742 | 09/08/00 | $1,130.00 | 08/02/01 | TANG | SACHA |
| 03402742 | 09/08/00 | $190.00 | 05/11/01 | TANG | SACHA |
| 03402742 | 09/08/00 | $950.00 | 05/11/01 | SPEY | VIPHEAREA |
| 03402742 | 09/08/00 | $3,030.00 | 02/28/01 | SPEY | VIPHEAREA |
| 03403606 | 10/06/00 | $150.00 | 05/24/01 | PINA | MARGARITA |
| 03408504 | 02/23/01 | $3,505.00 | 07/23/02 | MEAS | KEVIN |
| 03408504 | 02/23/01 | $2,905.00 | 09/16/02 | KHUT | SAMNANG |
| 03413857 | 08/30/00 | $4,505.00 | 04/11/01 | NARITH | DOU |
| 03414287 | 10/25/00 | $1,816.00 | 02/28/01 | KHANNANIVONGH | KHAMSING |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03414287 | 10/25/00 | $1,763.00 | 04/11/01 | UY | DOEUN |
| 03414660 | 11/01/00 | $3,885.00 | 09/27/01 | TI | OUK |
| 03415264 | 11/18/00 | $2,000.00 | 07/16/01 | SOENG | NGETH |
| 03415264 | 11/18/00 | $2,000.00 | 04/10/01 | SUON | BIN |
| 03415432 | 11/25/00 | $330.00 | 03/11/04 | VORN | SARON |
| 03415432 | 11/25/00 | $300.00 | 12/16/04 | PHAN | SOPHAL |
| 03415432 | 11/25/00 | $740.00 | 02/24/03 | PHAN | SOPHAL |
| 03415432 | 11/25/00 | $2,108.00 | 05/30/01 | BOU | SARATH |
| 03415432 | 11/25/00 | $1,993.00 | 05/30/01 | VORN | SARON |
| 03415432 | 11/25/00 | $1,963.00 | 05/30/01 | VORN | SARON |
| 03415432 | 11/25/00 | $2,493.00 | 05/30/01 | PHAN | SOPHAL |
| 03415432 | 11/25/00 | $1,760.00 | 07/16/01 | BOU | SARATH |
| 03415449 | 11/25/00 | $3,508.00 | 09/25/01 | KHIM | RUMCHEK |
| 03415524 | 11/26/00 | $1,218.00 | 04/16/01 | KONG | SOPEUN |
| 03415524 | 11/26/00 | $1,395.00 | 09/25/01 | KEO | EATH |
| 03415524 | 11/26/00 | $2,805.00 | 02/04/02 | KEO | EATH |
| 03415760 | 11/26/00 | $2,028.00 | 05/15/01 | MOUN | SAVY |
| 03415760 | 11/26/00 | $1,765.00 | 12/09/02 | MOUN | SAVY |
| 03417806 | 01/20/01 | $2,420.00 | 05/07/01 | MEN | HOEURN |
| 03417806 | 01/20/01 | $1,455.00 | 07/20/01 | NGETH | NHBEM |
| 03418795 | 02/11/01 | $1,818.00 | 06/15/01 | BO. | LYSABAD |
| 03418795 | 02/11/01 | $2,105.00 | 07/16/01 | SAR | SAMBUN |
| 03418795 | 02/11/01 | $1,973.00 | 06/15/01 | SAR | SAMBUN |
| 03418795 | 02/11/01 | $1,150.00 | 06/19/01 | MAO | SAMENTHA |
| 03418795 | 02/11/01 | $2,053.00 | 06/15/01 | MAO | SAMENTHA |
| 03418795 | 02/11/01 | $2,220.00 | 06/19/01 | BO | SAMBAN |
| 03418795 | 02/11/01 | $1,878.00 | 06/15/01 | BO | SAMBAN |
| 03418795 | 02/11/01 | $1,400.00 | 06/21/01 | BO | SAMBATH |
| 03418795 | 02/11/01 | $1,795.00 | 06/21/01 | BO. | LYSABAD |
| 03418795 | 02/11/01 | $1,958.00 | 06/15/01 | BO | SAMBATH |
| 03418795 | 02/11/01 | $450.00 | 07/19/01 | SAR | PUNLORK |
| 03418795 | 02/11/01 | $1,170.00 | 07/16/01 | SAR | PUNLORK |
| 03418795 | 02/11/01 | $1,968.00 | 06/15/01 | SAR | PUNLORK |
| 03418926 | 02/13/01 | $2,000.00 | 08/02/01 | KIM | NIKKI |
| 03419107 | 02/18/01 | $90.00 | 07/25/03 | SARATH | HEANO |
| 03419107 | 02/18/01 | $444.00 | 07/23/01 | SARATH | HEANO |
| 03419107 | 02/18/01 | $1,631.00 | 07/02/01 | SARATH | HEANO |
| 03419107 | 02/18/01 | $4,250.00 | 08/06/01 | SOK | KHAWAII |
| 03419107 | 02/18/01 | $2,895.00 | 08/06/01 | NEANG | KIM |
| 03419107 | 02/18/01 | $3,765.00 | 08/06/01 | CANG | KEO |
| 03419107 | 02/18/01 | $330.00 | 04/11/02 | SOK | KHAWAII |
| 03419107 | 02/18/01 | $1,615.00 | 04/11/02 | SARATH | HEANO |
| 03419107 | 02/18/01 | $270.00 | 07/17/02 | NEANG | KIM |
| 03419107 | 02/18/01 | $600.00 | 07/02/02 | NEANG | KIM |
| 03420777 | 04/01/01 | $200.00 | 05/24/04 | MEN | OEUN |
| 03420777 | 04/01/01 | $695.00 | 05/24/04 | KHENT | KHEN |
| 03420777 | 04/01/01 | $695.00 | 08/13/01 | KHENT | KHEN |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03420777 | 04/01/01 | $2,313.00 | 08/03/01 | KHENT | KHEN |
| 03420777 | 04/01/01 | $2,000.00 | 06/26/01 | MEN | OEUN |
| 03420777 | 04/01/01 | $1,115.00 | 08/21/01 | MEN | OEUN |
| 03420777 | 04/01/01 | $1,010.00 | 08/21/01 | KHENT | KHEN |
| 03420777 | 04/01/01 | $1,115.00 | 08/21/01 | SOK | SART |
| 03420777 | 04/01/01 | $810.00 | 07/23/01 | SOK | SART |
| 03420777 | 04/01/01 | $2,035.00 | 07/03/01 | SOK | SART |
| 03421674 | 01/08/99 | $226.00 | 04/28/99 | THANONGSINH | APRIL |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | MAK | NARAVUTH |
| 03425232 | 04/25/99 | $2,763.00 | 06/26/00 | MAK | NARAVUTH |
| 03425232 | 04/25/99 | $3,023.00 | 06/26/00 | VANN | EMMY |
| 03425232 | 04/25/99 | $1,866.00 | 06/26/00 | MAK | SANDY |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | MAK | SANDY |
| 03425232 | 04/25/99 | $3,073.00 | 06/26/00 | NAK | NORAYUTI |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | VANN | EMMY |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | MAK | NARAVUTH |
| 03425856 | 05/16/99 | $1,199.00 | 02/02/01 | TIM | OEUN |
| 03425856 | 05/16/99 | $2,000.00 | 06/20/00 | TIM | OEUN |
| 03425856 | 05/16/99 | $2,000.00 | 10/11/00 | TIM | TIMMY |
| 03432698 | 11/09/99 | $960.00 | 07/03/00 | ING | PEOU |
| 03432698 | 11/09/99 | $2,235.00 | 03/17/00 | ING | PEOU |
| 03436611 | 02/20/00 | $2,270.00 | 01/04/01 | LIM | LAN |
| 03436611 | 02/20/00 | $2,000.00 | 05/04/00 | LIM | LAN |
| 03438972 | 01/14/00 | $4,032.00 | 12/19/03 | DISLA | JUAN |
| 03438972 | 01/14/00 | $3,817.00 | 01/20/03 | MEJIA | ANGELA |
| 03439611 | 05/19/00 | $1,387.00 | 01/19/01 | YANG | SOKHAN |
| 03439611 | 05/19/00 | $2,875.00 | 06/06/02 | YANG | SOKHAN |
| 03439668 | 05/22/00 | $75.00 | 03/13/01 | LONG | VEUN |
| 03439668 | 05/22/00 | $1,610.00 | 01/17/01 | LONG | VEUN |
| 03439668 | 05/22/00 | $2,495.00 | 08/22/00 | LONG | VEUN |
| 03439668 | 05/22/00 | $80.00 | 08/22/00 | LONG | VEUN |
| 03440595 | 06/15/00 | $505.00 | 01/04/01 | CHHAY | SARIN |
| 03440595 | 06/15/00 | $420.00 | 11/07/00 | CHHAY | SARIN |
| 03440595 | 06/15/00 | $970.00 | 10/26/00 | CHHAY | SARIN |
| 03440595 | 06/15/00 | $2,350.00 | 10/09/00 | CHHAY | SARIN |
| 03440595 | 06/15/00 | $95.00 | 09/15/00 | CHHAY | SARIN |
| 03442397 | 02/17/01 | $2,000.00 | 06/25/01 | SOM | THANH |
| 03442397 | 02/17/01 | $394.00 | 06/12/02 | SOM | THANH |
| 03442397 | 02/17/01 | $1,880.00 | 02/11/02 | SOM | THANH |
| 03444156 | 03/06/01 | $4,100.00 | 11/28/01 | KHUANPHET | ANIRUT |
| 03445147 | 05/10/01 | $1,870.00 | 12/17/01 | UM | SOPHEA |
| 03445147 | 05/10/01 | $1,652.00 | 11/12/01 | UONG | PHAMARO |
| 03445147 | 05/10/01 | $2,249.00 | 04/08/02 | UM | SOPHEA |
| 03445147 | 05/10/01 | $2,497.00 | 03/20/02 | UONG | PHAMARO |
| 03445338 | 05/16/01 | $4,582.00 | 09/20/02 | SO | RATHA |
| 03445338 | 05/16/01 | $4,547.00 | 08/21/02 | CHHIM | PHYRUM |
| 03445702 | 05/28/01 | $270.00 | 12/11/01 | PHO | MICHAEL |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03445702 | 05/28/01 | $3,614.00 | 12/11/01 | PHO | MICHAEL |
| 03447628 | 06/25/00 | $4,101.00 | 11/12/01 | NGETH | VEASHA |
| 03447628 | 06/25/00 | $4,256.00 | 11/12/01 | NGETH | SAMNANG |
| 03448741 | 08/06/01 | $605.00 | 11/16/01 | DOUNG | KATIE |
| 03448741 | 08/06/01 | $2,099.00 | 10/23/01 | DOUNG | KATIE |
| 03448741 | 08/06/01 | $180.00 | 03/29/02 | DOUNG | KATIE |
| 03448741 | 08/06/01 | $257.00 | 04/03/02 | DOUNG | KATIE |
| 03448910 | 08/14/01 | $317.00 | 01/05/04 | SENG | SIVINARY |
| 03448910 | 08/14/01 | $2,119.00 | 10/19/01 | SENG | MUTH |
| 03448910 | 08/14/01 | $1,854.00 | 10/19/01 | CHIV | SUNNAK |
| 03448910 | 08/14/01 | $2,015.00 | 10/19/01 | SENG | SIVINARY |
| 03448910 | 08/14/01 | $2,489.00 | 05/21/02 | SENG | VANDARY |
| 03448910 | 08/14/01 | $434.00 | 04/12/02 | SENG | SIVINARY |
| 03448910 | 08/14/01 | $1,341.00 | 03/04/02 | SENG | SIVINARY |
| 03448910 | 08/14/01 | $1,699.00 | 04/12/02 | SENG | MUTH |
| 03448910 | 08/14/01 | $540.00 | 03/04/02 | SENG | MUTH |
| 03448910 | 08/14/01 | $951.00 | 03/04/02 | SENG | MUTH |
| 03448910 | 08/14/01 | $175.00 | 03/04/02 | CHIV | SUNNAK |
| 03449560 | 10/05/02 | $1,615.00 | 05/01/03 | SAMITH | MORN |
| 03449560 | 10/05/02 | $1,400.00 | 05/05/03 | SAMITH | MORN |
| 03449560 | 10/05/02 | $815.00 | 02/18/03 | SAMITH | MORN |
| 03449560 | 10/05/02 | $530.00 | 07/01/03 | SAMITH | MORN |
| 03456762 | 09/06/01 | $973.00 | 03/07/02 | HOU | SAROEUN |
| 03456762 | 09/06/01 | $2,789.00 | 01/30/02 | HOU | SAROEUN |
| 03456762 | 09/06/01 | $1,614.00 | 01/30/02 | NOU | PAMELA |
| 03456832 | 09/08/01 | $105.00 | 02/28/02 | SOUM | MIKE |
| 03456832 | 09/08/01 | $180.00 | 08/09/02 | OU | DALIN |
| 03456832 | 09/08/01 | $1,717.00 | 04/12/02 | OU | DALIN |
| 03456832 | 09/08/01 | $2,433.00 | 04/01/02 | OU | DALIN |
| 03456832 | 09/08/01 | $2,590.00 | 03/06/02 | SOUM | MIKE |
| 03456832 | 09/08/01 | $1,947.00 | 04/12/02 | SOUM | MIKE |
| 03457313 | 09/22/01 | $1,315.00 | 02/25/03 | OEUM | TIM |
| 03457313 | 09/22/01 | $472.00 | 09/12/02 | OEUN | TIM |
| 03457321 | 09/21/01 | $1,995.00 | 11/07/02 | CHIV | SUNTAK |
| 03461410 | 01/15/02 | $365.00 | 10/13/04 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $486.00 | 10/28/04 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $1,133.00 | 07/21/04 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $693.00 | 11/11/04 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $550.00 | 01/06/03 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $2,000.00 | 04/08/02 | ROS | SARATH |
| 03461410 | 01/15/02 | $2,000.00 | 04/08/02 | CHANTHA | BUNTHY |
| 03462436 | 02/13/02 | $1,805.00 | 08/21/02 | CHHAIM | RY |
| 03462436 | 02/13/02 | $1,620.00 | 08/26/02 | CHHEAN | SAR |
| 03462436 | 02/13/02 | $1,585.00 | 08/21/02 | PIN | BOEUK |
| 03462436 | 02/13/02 | $175.00 | 08/28/02 | CHANTHA | BUNTHY |
| 03464524 | 04/23/02 | $2,000.00 | 05/21/03 | SOK | MON |
| 03464524 | 04/23/02 | $3,733.00 | 11/13/02 | SENG | MELODY |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03464524 | 04/23/02 | $3,613.00 | 11/13/02 | SENG | JERRY |
| 03464524 | 04/23/02 | $2,000.00 | 11/13/02 | SOK | MON |
| 03465736 | 06/04/02 | $530.00 | 02/26/04 | KONG | CHANDA |
| 03465736 | 06/04/02 | $1,195.00 | 01/14/03 | PHOUN | PHALA |
| 03465736 | 06/04/02 | $525.00 | 01/14/03 | KONG | CHANDA |
| 03465736 | 06/04/02 | $1,135.00 | 01/14/03 | KANG | CHHANG |
| 03465736 | 06/04/02 | $1,890.00 | 12/31/02 | KONG | CHANDA |
| 03465736 | 06/04/02 | $1,521.00 | 09/20/02 | PHOUN | PHALA |
| 03465736 | 06/04/02 | $1,281.00 | 12/31/02 | KONG | CHANDA |
| 03465736 | 06/04/02 | $1,045.00 | 09/20/02 | KANG | CHHANG |
| 03465736 | 06/04/02 | $2,456.00 | 09/06/02 | KANG | CHHANG |
| 03465736 | 06/04/02 | $1,725.00 | 09/11/02 | PHOUN | PHALA |
| 03467194 | 01/30/02 | $1,178.00 | 05/13/02 | TAYLOR | PAUL |
| 03467194 | 01/30/02 | $1,040.00 | 03/21/02 | TAYLOR | PAUL |
| 03467477 | 02/07/02 | $1,450.00 | 09/06/02 | UNG | CHITHRA |
| 03467477 | 02/07/02 | $1,475.00 | 09/06/02 | LONG | PHOLLA |
| 03467477 | 02/07/02 | $1,560.00 | 09/06/02 | UNG | VOLAK |
| 03467477 | 02/07/02 | $1,025.00 | 09/06/02 | UNG | SOPHINNA |
| 03467477 | 02/07/02 | $1,640.00 | 09/06/02 | SAN | SAMNANG |
| 03468725 | 03/18/02 | $886.00 | 01/02/04 | SOPHAY | PORTH |
| 03468725 | 03/18/02 | $460.00 | 10/22/02 | KRAPOMROTH | KHIM |
| 03468725 | 03/18/02 | $345.00 | 07/24/02 | KRAPOMROTH | KHIM |
| 03468725 | 03/18/02 | $2,030.00 | 07/15/02 | KRAPOMROTH | KHIM |
| 03468725 | 03/18/02 | $1,220.00 | 10/22/02 | SOPHAY | PORTH |
| 03468725 | 03/18/02 | $285.00 | 07/24/02 | SOPHAY | PORTH |
| 03468725 | 03/18/02 | $2,440.00 | 07/15/02 | SOPHAY | PORTH |
| 03468725 | 03/18/02 | $2,000.00 | 07/15/02 | PHOEUN | SAM |
| 03469371 | 04/04/02 | $2,326.00 | 12/06/02 | VAT | SAVANN |
| 03469510 | 04/07/02 | $349.00 | 01/17/03 | BUN | SAKHAN |
| 03469510 | 04/07/02 | $505.00 | 04/02/03 | ATH | TINA |
| 03469757 | 04/15/02 | $1,290.00 | 04/02/03 | LAY | KHON |
| 03469757 | 04/15/02 | $2,080.00 | 06/03/03 | LAY | KHON |
| 03470133 | 04/20/02 | $1,868.00 | 02/14/03 | MENG | BUNKEA |
| 03470133 | 04/20/02 | $3,101.00 | 08/02/02 | MENG | BUNKEA |
| 03470133 | 04/20/02 | $1,901.00 | 08/02/02 | SIM | ROCKENNA |
| 03473966 | 07/15/02 | $1,782.00 | 11/07/02 | MELO | DIANE |
| 03473966 | 07/15/02 | $1,883.00 | 09/23/02 | MELO | DIANE |
| 03479077 | 09/07/02 | $2,835.00 | 01/13/03 | PANYA | KHANM |
| 03479077 | 09/07/02 | $495.00 | 01/24/03 | PHONPHIPHAK | KONGKEO |
| 03479077 | 09/07/02 | $2,955.00 | 01/13/03 | PHONPHIPHAK | KONGKEO |
| 03479384 | 09/17/02 | $525.00 | 02/27/03 | MEACH | MELINDA |
| 03480962 | 11/18/02 | $2,255.00 | 04/18/03 | THENG | CHEA |
| 03480962 | 11/18/02 | $2,345.00 | 02/05/03 | THENG | CHEA |
| 03481235 | 11/27/02 | $295.00 | 06/20/03 | KONG | SALLY |
| 03481235 | 11/27/02 | $1,910.00 | 02/17/03 | KONG | SALLY |
| 03481722 | 12/12/02 | $480.00 | 07/13/04 | HIM | SARON |
| 03481722 | 12/12/02 | $210.00 | 07/13/04 | HIM | SARON |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03481722 | 12/12/02 | $175.00 | 08/25/04 | HIM | SARON |
| 03481722 | 12/12/02 | $1,830.00 | 07/13/04 | HIM | SARON |
| 03482803 | 01/21/03 | $520.00 | 06/25/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $640.00 | 06/11/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $2,160.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $550.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $440.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $175.00 | 10/29/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $310.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $2,155.00 | 03/26/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $370.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $315.00 | 07/31/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $630.00 | 11/11/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $328.00 | 07/18/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $630.00 | 06/02/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $530.00 | 05/15/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $460.00 | 05/15/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $355.00 | 05/15/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $645.00 | 04/07/03 | VEUK | THAVERE |
| 03483838 | 02/14/03 | $1,795.00 | 05/14/03 | OEUR | BRANDO |
| 03483838 | 02/14/03 | $1,465.00 | 11/06/03 | PHLONG | SOKEAN |
| 03483838 | 02/14/03 | $102.00 | 06/11/03 | PHLONG | SOKEAN |
| 03483838 | 02/14/03 | $2,000.00 | 04/21/03 | PHLONG | SOKEAN |
| 03483838 | 02/14/03 | $1,083.00 | 04/19/04 | OEUR | BRANDO |
| 03486647 | 10/16/02 | $2,200.00 | 03/26/03 | LAM | VICH |
| 03486647 | 10/16/02 | $720.00 | 03/26/03 | LAM | VICH |
| 03486647 | 10/16/02 | $370.00 | 03/26/03 | LAM | VICH |
| 03486647 | 10/16/02 | $250.00 | 03/26/03 | LAM | VICH |
| 03486795 | 10/19/02 | $175.00 | 06/24/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $365.00 | 05/29/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $2,770.00 | 02/26/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $440.00 | 02/10/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $470.00 | 01/24/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $375.00 | 02/10/03 | YONN | SAVONN |
| 03487016 | 10/23/02 | $645.00 | 05/19/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $465.00 | 02/03/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $895.00 | 02/26/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $305.00 | 06/03/03 | JIRAUD | CHRISTA |
| 03487016 | 10/23/02 | $1,535.00 | 02/03/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $645.00 | 05/19/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $1,300.00 | 03/18/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $710.00 | 02/26/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $510.00 | 02/03/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $1,490.00 | 02/03/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $645.00 | 04/08/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $1,885.00 | 03/11/03 | PHANTHAVONG | DIANE |
| 03487193 | 10/26/02 | $420.00 | 02/04/03 | UY | SOPHANNEE |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03487193 | 10/26/02 | $2,040.00 | 01/27/03 | UY | SOPHANNEE |
| 03487193 | 10/26/02 | $365.00 | 06/02/03 | SAM | SAKUN |
| 03487193 | 10/26/02 | $365.00 | 02/04/03 | SAM | SAKUN |
| 03487193 | 10/26/02 | $1,526.00 | 03/27/03 | SAM | SAKUN |
| 03490345 | 12/26/02 | $210.00 | 05/02/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $465.00 | 04/16/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $465.00 | 04/16/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $495.00 | 04/14/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $575.00 | 04/14/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $2,315.00 | 11/08/04 | MAO | RITHY |
| 03491088 | 04/15/03 | $770.00 | 01/22/04 | UY | SOPHANNEE |
| 03491823 | 05/23/03 | $1,362.00 | 10/29/03 | ROM | JOHN |
| 03500338 | 03/24/03 | $210.00 | 07/22/03 | ROM | JIMMY |
| 03500338 | 03/24/03 | $1,705.00 | 10/22/03 | ROM | JIMMY |
| 03500338 | 03/24/03 | $550.00 | 07/17/03 | ROM | JIMMY |
| 03500338 | 03/24/03 | $1,993.00 | 10/13/03 | LIV | KONG |
| 03500338 | 03/24/03 | $350.00 | 10/13/03 | LIV | KONG |
| 03500338 | 03/24/03 | $328.00 | 10/13/03 | LIV | KONG |
| 03500338 | 03/24/03 | $328.00 | 07/22/03 | LIV | KONG |
| 03500338 | 03/24/03 | $400.00 | 07/17/03 | LIV | KONG |
| 03500338 | 03/24/03 | $1,705.00 | 02/19/04 | ROM | JIMMY |
| 03500338 | 03/24/03 | $1,740.00 | 02/25/04 | ROM | JOHN |
| 03500338 | 03/24/03 | $320.00 | 02/25/04 | ROM | JOHN |
| 03500338 | 03/24/03 | $1,740.00 | 03/10/04 | ROM | JOHN |
| 03500338 | 03/24/03 | $320.00 | 03/10/04 | ROM | JOHN |
| 03500623 | 03/28/03 | $24.00 | 12/15/03 | PHAL | CHANNAK |
| 03500623 | 03/28/03 | $1,428.00 | 05/29/03 | PHAL | CHANNAK |
| 03500623 | 03/28/03 | $24.00 | 06/16/04 | PHAL | CHANNAK |
| 03504615 | 06/07/03 | $284.00 | 09/10/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $605.00 | 09/05/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $1,140.00 | 07/16/03 | KMSAN | MOM |
| 03504615 | 06/07/03 | $252.00 | 09/29/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $177.00 | 10/17/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $544.00 | 09/22/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $420.00 | 11/13/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $1,932.00 | 11/10/03 | CHEA | VANNAK |
| 03505976 | 06/28/03 | $1,434.00 | 02/23/04 | KEO | KOTHATOM |
| 03505976 | 06/28/03 | $1,900.00 | 04/14/04 | PHANTHANOUSINH | VANTP |
| 03506013 | 06/12/03 | $2,520.00 | 09/16/04 | EANG | SOKUNTH |
| 03506712 | 07/11/03 | $349.00 | 02/17/04 | LIV | KONG |
| 03506712 | 07/11/03 | $901.00 | 02/17/04 | ROM | JOHN |
| 03506712 | 07/11/03 | $130.00 | 10/03/03 | LIV | KONG |
| 03506712 | 07/11/03 | $1,870.00 | 09/17/03 | LIV | KONG |
| 03506712 | 07/11/03 | $2,000.00 | 09/15/03 | ROM | JOHN |
| 03511086 | 09/18/03 | $277.00 | 01/16/04 | SAMITH | MORIN |
| 03511086 | 09/18/03 | $887.00 | 03/10/04 | SAMITH | MORIN |
| 03511086 | 09/18/03 | $415.00 | 02/19/04 | SAMITH | MORIN |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03511086 | 09/18/03 | $277.00 | 01/16/04 | SAMITH | MORIN |
| 03511086 | 09/18/03 | $531.00 | 01/16/04 | SAMITH | MORIN |
| 03511086 | 09/18/03 | $2,830.00 | 10/22/04 | SUON | THEA |
| 03511086 | 09/18/03 | $1,674.00 | 09/22/04 | SUON | THEA |
| 03511086 | 09/18/03 | $1,557.00 | 01/16/04 | SAMITH | MORIN |
| 03514331 | 11/07/03 | $1,490.00 | 11/09/04 | PHIM | CHHAT |
| 03530556 | 12/10/03 | $1,016.00 | 04/28/04 | TRUONG | KEN |
| 03530556 | 12/10/03 | $1,123.00 | 04/28/04 | TRUONG | KEN |
| 03530556 | 12/10/03 | $297.00 | 04/28/04 | TRUONG | KEN |
| 03532353 | 01/02/04 | $478.00 | 06/23/04 | SONG | PAT |
| 03536789 | 03/16/04 | $1,057.00 | 12/03/04 | VONG | SAVY |
| 03536789 | 03/16/04 | $278.00 | 12/03/04 | VONG | SAVY |
| 03536789 | 03/16/04 | $665.00 | 07/08/04 | VONG | SAVY |
| 03396719 | 03/12/00 | $2,000.00 | 05/02/00 | LAING | CYNTHIA |
| 03459630 | 11/26/01 | $1,693.00 | 10/10/03 | BUN | JIM |
| 03459630 | 11/26/01 | $1,970.00 | 10/10/03 | PEI | TUY |
| 03459630 | 11/26/01 | $115.00 | 07/26/03 | PEI | TUY |
| 03459630 | 11/26/01 | $1,656.00 | 01/23/03 | IT | TOUN |
| 03459630 | 11/26/01 | $1,465.00 | 01/23/03 | IT | TOUN |
| 03459630 | 11/26/01 | $1,465.00 | 01/29/03 | IT | TOUN |
| 03459630 | 11/26/01 | $1,893.00 | 10/09/03 | HUM | HUN |
| 03459630 | 11/26/01 | $1,475.00 | 04/18/02 | HUM | HUN |
| 03459630 | 11/26/01 | $2,261.00 | 04/18/02 | PEI | TUY |
| 03459630 | 11/26/01 | $1,038.00 | 12/02/02 | IT | TOUN |
| 03459630 | 11/26/01 | $640.00 | 12/02/02 | IT | TOUN |
| 03459630 | 11/26/01 | $77.00 | 05/14/02 | IT | TOUN |
| 03459630 | 11/26/01 | $1,465.00 | 04/15/02 | IT | TOUN |
| 03462771 | 02/24/02 | $1,495.00 | 07/18/02 | PHAN | SAVUTH |
| 03462771 | 02/24/02 | $1,726.00 | 07/18/02 | SO | NHEOP |
| 03462771 | 02/24/02 | $1,975.00 | 07/18/02 | SO | PAULIKA |
| 03462771 | 02/24/02 | $2,356.00 | 07/18/02 | SO | CHERTRA |
| 03462771 | 02/24/02 | $1,735.00 | 07/18/02 | SO | PHAECTRA |
| 03468665 | 03/15/02 | $4,894.00 | 04/03/03 | MAM | SITHA |
| 03468665 | 03/15/02 | $423.00 | 12/29/03 | NGETH | SITHA |
| 03468665 | 03/15/02 | $4,431.00 | 04/03/03 | NGETH | SITHA |
| 03468665 | 03/15/02 | $4,754.00 | 04/09/03 | NGETH | SAMNANG |
| 03469203 | 03/29/02 | $210.00 | 06/19/03 | BAN | KIMSAT |
| 03469203 | 03/29/02 | $1,515.00 | 10/10/02 | BAN | KIMSAT |
| 03469203 | 03/29/02 | $3,351.00 | 07/16/02 | BAN | KIMSAT |
| 03469203 | 03/29/02 | $1,515.00 | 10/10/02 | BAN | AT |
| 03470054 | 04/19/02 | $210.00 | 02/01/03 | PANYA | MANILA |
| 03470054 | 04/19/02 | $280.00 | 01/22/03 | PANYA | MANILA |
| 03470054 | 04/19/02 | $4,411.00 | 12/07/02 | PANYA | MANILA |
| 03474153 | 07/18/02 | $4,794.00 | 01/22/03 | CHHIM | PHYRUN |
| 03475016 | 08/03/02 | $1,145.00 | 02/03/03 | TAING | SONG |
| 03475016 | 08/03/02 | $315.00 | 02/13/03 | TAING | SONG |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03475016 | 08/03/02 | $210.00 | 02/03/03 | TAING | SONG |
| 03475016 | 08/03/02 | $220.00 | 01/15/03 | TAING | SONG |
| 03475016 | 08/03/02 | $2,321.00 | 10/07/02 | TAING | SONG |
| 03475016 | 08/03/02 | $580.00 | 12/12/02 | TAING | SONG |
| 03481654 | 12/13/02 | $585.00 | 03/31/03 | HEM | NHOEUN |
| 03481654 | 12/13/02 | $465.00 | 03/31/03 | HEM | NHOEUN |
| 03481654 | 12/13/02 | $255.00 | 04/25/03 | NGETH | MAO |
| 03481654 | 12/13/02 | $2,115.00 | 03/31/03 | NGETH | MAO |
| 03481654 | 12/13/02 | $510.00 | 03/31/03 | HEM | NHOEUN |
| 03481654 | 12/13/02 | $465.00 | 03/31/03 | NGETH | MAO |
| 03481654 | 12/13/02 | $505.00 | 02/26/03 | NGETH | MAO |
| 03483246 | 02/07/03 | $390.00 | 05/15/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $457.00 | 11/28/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $1,699.00 | 11/28/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $534.00 | 11/28/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $630.00 | 05/23/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $490.00 | 06/20/03 | SIMS | PHATH |
| 03485151 | 09/16/02 | $470.00 | 05/16/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $140.00 | 02/26/03 | PHAY | RON |
| 03485151 | 09/16/02 | $175.00 | 05/28/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $470.00 | 05/01/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $405.00 | 03/27/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $445.00 | 02/04/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $465.00 | 02/04/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $470.00 | 01/29/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $300.00 | 03/26/03 | PHAY | RON |
| 03485151 | 09/16/02 | $365.00 | 03/26/03 | PHAY | RON |
| 03485151 | 09/16/02 | $105.00 | 03/26/03 | PHAY | RON |
| 03485151 | 09/16/02 | $400.00 | 02/04/03 | PHAY | RON |
| 03485151 | 09/16/02 | $2,320.00 | 02/04/03 | PHAY | RON |
| 03485151 | 09/16/02 | $140.00 | 02/04/03 | PHAY | RON |
| 03485151 | 09/16/02 | $2,040.00 | 02/04/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $575.00 | 02/04/03 | PHAY | RON |
| 03485991 | 10/02/02 | $325.00 | 01/27/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $210.00 | 02/04/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $2,615.00 | 02/04/03 | CHAN | LY |
| 03485991 | 10/02/02 | $260.00 | 01/27/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $190.00 | 02/11/03 | CHAN | LY |
| 03485991 | 10/02/02 | $465.00 | 01/27/03 | CHAN | LY |
| 03485991 | 10/02/02 | $280.00 | 01/27/03 | CHAN | LY |
| 03485991 | 10/02/02 | $420.00 | 08/29/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $460.00 | 05/08/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $495.00 | 03/31/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $260.00 | 03/27/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $1,920.00 | 02/04/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $300.00 | 03/27/03 | CHAN | LY |
| 03486571 | 09/18/02 | $235.00 | 02/10/03 | UY | SOVANNA |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03486571 | 09/18/02 | $185.00 | 02/10/03 | UY | SOVANNA |
| 03486571 | 09/18/02 | $2,030.00 | 01/24/03 | UY | SOVANNA |
| 03486571 | 09/18/02 | $235.00 | 01/07/03 | UY | SOVANNA |
| 03486571 | 09/18/02 | $1,768.00 | 01/22/03 | UY | LATH |
| 03486642 | 10/16/02 | $440.00 | 01/29/03 | TITH | DEN |
| 03486642 | 10/16/02 | $115.00 | 03/24/03 | TITH | DEN |
| 03486642 | 10/16/02 | $440.00 | 01/15/03 | TITH | DEN |
| 03486642 | 10/16/02 | $2,270.00 | 01/31/03 | TITH | DEN |
| 03486642 | 10/16/02 | $415.00 | 03/24/03 | TITH | DEN |
| 03486642 | 10/16/02 | $600.00 | 03/24/03 | TITH | DEN |
| 03486642 | 10/16/02 | $420.00 | 03/24/03 | TITH | DEN |
| 03493502 | 12/08/03 | $2,000.00 | 10/05/04 | MELO | DIANE |
| 03493502 | 12/08/03 | $837.00 | 12/13/04 | MELO | DIANE |
| 03504357 | 06/03/03 | $177.00 | 11/05/03 | SEM | SOKHON |
| 03504357 | 06/03/03 | $70.00 | 11/21/03 | SEM | SOKHOM |
| 03504357 | 06/03/03 | $371.00 | 09/08/03 | SEM | SOKHON |
| 03504357 | 06/03/03 | $280.00 | 11/13/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $317.00 | 10/30/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $384.00 | 09/23/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $317.00 | 09/08/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $460.00 | 09/02/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $442.00 | 11/11/03 | SEM | SOKHOM |
| 03504357 | 06/03/03 | $430.00 | 10/20/03 | SEM | SOKHOM |
| 03504357 | 06/03/03 | $2,060.00 | 09/02/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $107.00 | 04/27/04 | TOCH | REATH |
| 03504357 | 06/03/03 | $671.00 | 11/08/04 | TOCH | REATH |
| 03504357 | 06/03/03 | $802.00 | 10/25/04 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $1,635.00 | 08/27/03 | SEM | SOKHAN |
| 03504357 | 06/03/03 | $371.00 | 09/23/03 | SEM | SOKHON |
| 03504357 | 06/03/03 | $1,553.00 | 08/27/03 | SEM | CHANTHA |
| 03504357 | 06/03/03 | $214.00 | 12/09/03 | SEM | SAKHOEUI |
| 03504357 | 06/03/03 | $1,880.00 | 11/21/03 | SEM | SAKHOEUI |
| 03504357 | 06/03/03 | $2,447.00 | 11/21/03 | SEM | CHANTHA |
| 03504357 | 06/03/03 | $210.00 | 12/11/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $282.00 | 11/13/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $140.00 | 10/13/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $391.00 | 09/23/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $1,860.00 | 09/04/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $575.00 | 09/02/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $1,540.00 | 11/21/03 | SEM | SOKHAN |
| 03504357 | 06/03/03 | $2,000.00 | 08/27/03 | SEM | SAKHOEUI |
| 03508820 | 08/12/03 | $846.00 | 09/10/04 | NUTH | LINDA |
| 03508820 | 08/12/03 | $610.00 | 07/09/04 | MAM | KATHERINE |
| 03508820 | 08/12/03 | $1,478.00 | 07/09/04 | NUTH | KIM |
| 03508820 | 08/12/03 | $1,080.00 | 09/10/04 | MAM | KATHERINE |
| 03510448 | 07/26/03 | $105.00 | 06/16/04 | SOK | SAMNANG |
| 03510448 | 07/26/03 | $225.00 | 01/30/04 | SAMBATH | KIM |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03510448 | 07/26/03 | $225.00 | 08/04/04 | SAMBATH | KIM |
| 03510448 | 07/26/03 | $2,961.00 | 06/16/04 | SAMBATH | KIM |
| 03510448 | 07/26/03 | $441.00 | 11/21/03 | SAMBATH | KIM |
| 03510448 | 07/26/03 | $105.00 | 12/15/03 | SOK | SAMNANG |
| 03510448 | 07/26/03 | $2,961.00 | 12/16/03 | SAMBATH | KIM |
| 03510448 | 07/26/03 | $107.00 | 12/10/03 | EANG | SOPHANNAR |
| 03510448 | 07/26/03 | $321.00 | 11/21/03 | EANG | SOPHANNAR |
| 03510448 | 07/26/03 | $247.00 | 12/10/03 | SOK | SAMNANG |
| 03513997 | 10/27/03 | $2,302.00 | 06/04/04 | PHAN | SALEEN |
| 03513997 | 10/27/03 | $862.00 | 06/01/04 | PEOV | KAN |
| 03513997 | 10/27/03 | $2,287.00 | 06/01/04 | RATH | CHARETH |
| 03513997 | 10/27/03 | $862.00 | 06/01/04 | RATH | KRISTINA |
| 03513997 | 10/27/03 | $867.00 | 06/04/04 | KHIAOSOTH | VONGD |
| 03532767 | 01/10/04 | $1,740.00 | 04/12/04 | DELAVALLE | ROBERT |
| 03532767 | 01/10/04 | $2,525.00 | 04/12/04 | MOLINA | DEMETRI |
| 03532767 | 01/10/04 | $1,740.00 | 10/13/04 | DELAVALLE | ROBERT |
| 03532767 | 01/10/04 | $2,385.00 | 04/12/04 | CARRASQUILLO | ALMA |
| 03533438 | 01/19/04 | $1,310.00 | 03/23/04 | INTHABANE | MICHAEL |
| 03540127 | 05/14/04 | $309.00 | 10/06/04 | SOK | SAM |
| 03540127 | 05/14/04 | $989.00 | 08/18/04 | SOK | SAM |
| 03420810 | 04/02/01 | $205.00 | 10/24/01 | PHAN | NICKIE |
| 03420810 | 04/02/01 | $1,943.00 | 08/16/01 | PHAN | NICKIE |
| 03420810 | 04/02/01 | $1,928.00 | 07/31/01 | REAL | BIN |
| 03420810 | 04/02/01 | $132.00 | 07/31/01 | REAL | BIN |
| 03420810 | 04/02/01 | $1,920.00 | 01/30/02 | REAL | BIN |
| | | $625,386.00 | | | |

**☜JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Encompass Insurance Company

**DEFENDANTS** Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell.

**(b)** County of Residence of First Listed Plaintiff    Norfolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Middlesex
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Richard D. King, Jr. c/o Smith & Brink, P.C. 122 Quincy Shore Drive, Quincy, MA 02171 617-770-2214

Attorneys (If Known)

1 6 9 3 RCL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☒ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. , Section 1962

Brief description of cause:
Violations of Racketeer Influenced and Corrupt Organizations Act.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 1,876,158.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE   n/a    DOCKET NUMBER

DATE   08/**16** /05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1.  Title of case (name of first party on each side only) ___Encompass Ins. Co. v. Jos. Giampa, Fred. Giampa, Advanced___
    Spine Ctr., First Spine Rehab, Future Mgt. Corp., Ed. Kennedy, Brian Culliney & Jennifer McConnell

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
    rule 40.1(a)(1)).

    [✔]  I.      160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    [ ]  II.     195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
                 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

    [ ]  III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                 380, 385, 450, 891.

    [ ]  IV.     220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
                 690, 810, 861-865, 870, 871, 875, 900.

    [ ]  V.      150, 152, 153.

3.  Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this
    district please indicate the title and number of the first filed case in this court.
    none known

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                            YES [ ]        NO [✔]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
    §2403)
                                                                            YES [ ]        NO [✔]
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                            YES [ ]        NO [ ]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                            YES [ ]        NO [✔]

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                            YES [ ]        NO [✔]

        A.      If yes, in which division do all of the non-governmental parties reside?

                Eastern Division [ ]          Central Division [ ]          Western Division [ ]

        B.      If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
                residing in Massachusetts reside?

                Eastern Division [✔]          Central Division [ ]          Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
    submit a separate sheet identifying the motions)
                                                                            YES [ ]        NO [✔]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME ___Richard D. King, Jr.___
ADDRESS ___Smith & Brink, P.C. , 122 Quincy Shore Drive, Quincy, MA 02171___
TELEPHONE NO. ___617-770-2214___

(CategoryForm.wpd  - 5/2/05)