UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C.<br><br>Defendants. | CIVIL ACTION NO.:<br><br>05c 11693 RCL |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

The Plaintiff, Encompass Insurance Company, is a wholly owned subsidiary of The Allstate Corporation, a publicly traded corporation. No publicly held corporation directly owns 10% or more of The Allstate Corporation.

Date: 8/16/05

Respectfully Submitted,
*Encompass Insurance Company*,
By its Attorneys,

/s/ Nathan

David O. Brink, BBO# 547370
Richard D. King, Jr., BBO#638142
Nathan A. Tilden, BBO#647076
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, Massachusetts 02171
(617) 770-2214