UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>Defendants. | CIVIL ACTION NO.:<br><br>05 - 11693 *(illegible stamp)* |

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

The Plaintiff, Encompass Insurance Company of Massachusetts, pursuant to Fed. R. Civ. P. 4(c)(2), respectfully requests that this Court enter an Order appointing Quickserve, P.O. Box 7319, Quincy, Massachusetts, 02269, who are persons over the age of eighteen (18) and not a party to this action, and are qualified and knowledgeable in the Service of Process, as Special Process Servers authorized to serve all Process in this case.

Respectfully Submitted
*Encompass Insurance Company,*
By its Attorneys,

_____
Richard D. King, Jr.
BBO No.: 638142
Nathan A. Tilden
BBO No.: 647076
David O. Brink
BBO No.: 547370
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA  02171
Tel: (617) 770-2214

Dated: August 16, 2005