UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C.<br><br>Defendants. | CIVIL ACTION NO.:<br><br>05 - 11693 RCL |

**CERTIFICATE OF NO LIABILITY INSURANCE**

I, Richard D. King, Jr., counsel for the plaintiff in the above-captioned matter, hereby certify that:

(1)   Neither I nor the plaintiff are aware of any liability insurance available to satisfy the Judgment sought in this matter.

(2)   Neither I nor the plaintiff have any reason to believe that there will be any liability insurance available to satisfy the Judgment sought in this matter as the Complaint alleges willful and knowing violations of civil conspiracy, and common law fraud.

Respectfully Submitted
*Encompass Insurance Company,*
By its Attorneys,

_____
Richard D. King, Jr.
BBO No.: 638142
Nathan A. Tilden
BBO No.: 647076
David O. Brink
BBO No.: 547370
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

Dated: August 16, 2005

2