UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C.<br><br>Defendants. | CIVIL ACTION NO.:<br><br>05-11693 RCL |

## CERTIFICATE OF COUNSEL

I, Richard D. King, Jr., upon oath, do say and depose as follows:

1. I make this Affidavit pursuant to Fed. R. Civ. P. 64 and Mass.R.Civ.P. 4.1(f) and 4.2(g) in support of Encompass Insurance Company's (hereinafter "Encompass") Motion for Ex-Parte Attachment of Real Property and Attachment by Trustee Process;

2. No attempts have been made to notify the defendants of the Attachments sought by Encompass in this case, whereas Encompass alleges that defendants, Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian J. Culliney, D.C. and Jennifer McConnell, D.C. are engaged in a conspiracy to defraud Encompass which conduct forms the subject matter of this case.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 16th DAY OF AUGUST, 2005.

_____
Richard D. King, Jr.