UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C.<br><br>        Defendants. | CIVIL ACTION NO.: *05-11693-RCL* |

## FINDINGS AND ORDER OF APPROVAL OF EX PARTE ATTACHMENT BY TRUSTEE PROCESS

After Hearing, pursuant to Fed. R. Civ. P. 64, it is hereby ORDERED and ADJUDGED as follows:

The Plaintiff's Motion for Attachment by Trustee Process is ALLOWED and any and all goods, credits and effects of the defendants, including but not limited to, checking accounts, savings accounts, joint accounts, brokerage accounts up to the amount of ~~ONE~~ *490,000* ~~MILLION EIGHT HUNDRED SEVENTY SIX THOUSAND~~ ONE HUNDRED FIFTY ~~EIGHT DOLLARS ($1,876,158~~.00), now in the hands and possession of a Trustee, including, but not limited to the following:

- Enterprise Bank & Trust Company;
- Citizens Bank;
- TD BankNorth;
- Sovereign Bank;
- Northern Bank & Trust Company;
- Bank of America;

- **Eastern Bank;**
- **Lowell Co-Operative Bank;**
- **Salem Five Cents Savings Bank; and**
- **Donald Lassman (duly appointed Receiver of 13 Kidder Road Realty Trust, First Health Products, Inc. and Robert T. Kennedy, Inc).**

are hereby and until further or superceding Order of this Court ATTACHED.

DATED: July 16, 2005                    BY THE COURT,

_____
United States District Judge

2