UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C.<br><br>Defendants. | CIVIL ACTION NO.: 05-11693-RCL |

### FINDINGS AND ORDER OF APPROVAL OF EX PARTE ATTACHMENT OF REAL PROPERTY

After Hearing, pursuant to Fed. R. Civ. P. 64, it is hereby ORDERED and ADJUDGED as follows:

The Plaintiff's Motion for Attachment of Real Property is ALLOWED and any and all real estate standing in the name of or in which any defendant holds an interest up to the amount of ~~ONE MILLION EIGHT HUNDRED SEVENTY SIX THOUSAND ONE HUNDRED FIFTY EIGHT DOLLARS ($1,876,158.00)~~ $625,386 /RCL, including, but not limited to the following real property:

A. **Joseph Giampa**

| Property | Purchase Price | Owner | Identified Encumbrance | Mortgage Holder | Date | 2005 Assessment |
|---|---|---|---|---|---|---|
| 24 Bird Street, Walpole, MA | $ 240,000 | Joseph Giampa | $175,525 | MERGS | 3/24/05 | $325,000 |
| 181 East Street, Walpole, MA | $ 270,000 | Joseph Giampa | $243,000 | Washington Mutual | 9/23/03 | $310,000 |
| 222 East Street, Walpole, MA | $ 240,000 | Jos. & Martha Giampa | $168,000 | First Mortgage Trust | 8/22/00 | $308,600 |
| | | | $280,800 | First Federal | 8/9/01 | |

| Property | Purchase Price | Owner | Identified Encumbrances | Mortgage Holder | Date of Encumbrance | 2005 Assessment |
|---|---|---|---|---|---|---|
| 231 East Street, Walpole, MA | $ 202,000 | Joseph Giampa | **$243,300** | Washington Mutual | 12/2/03 | $307,600 |
| 238 East Street, Walpole, MA | $ 270,000 | East Street Realty Trust (Jos. & Martha Giampa) | **$350,000** | Walpole Cooperative | 7/15/03 | $540,000 |
| 108 Sycamore St., New Bedford, MA | $ 113,900 | Joseph Giampa | | | | $193,900 |
| 68 Foster St., New Bedford, MA | $ 141,000 | Joseph Giampa | **$98,700** | First Federal | 10/11/01 | $210,300 |
| | | | **$28,200** | Cabrera | 10/11/01 | |
| 29 Howard Street, Brockton, MA | $ 312,000 | Joseph Giampa | **$280,800** | First Federal | 8/8/01 | $448,000 |

**B.     Frederick Giampa**

| Property | Purchase Price | Owner | Identified Encumbrances | Mortgage Holder | Date of Encumbrance | 2005 Assessment |
|---|---|---|---|---|---|---|
| 9 Glen Hill Road, Sharon, MA | $ 555,000 | Frederick T. Giampa | **$150,000** | Fleet Bank | 6/14/02 | $825,000 |
| | | | **$300,000** | Citizen's Bank | 10/20/03 | |
| 9 R Glen Hill Road, Sharon, MA | $ 15,000 | Frederick T. Giampa | - | - | - | $11,200 |

**C.     Edward Kennedy**

| Property | Purchase Price | Owner | Identified Beneficiaries | Identified Encumbrances | Mortgage Holder | Date of Encumbrance | Value |
|---|---|---|---|---|---|---|---|
| 13 Kidder Road, Chelmsford | $450,000 | 13 Kidder Road Real Estate Trust | Edward & James Kennedy | **$568,657** | Salem Five Cents Savings Bank | 5/14/2005 | $1,500,000 |

**D.     Brian J. Culliney**

| Property | Purchase Price | Owners | Identified Encumbrances | Mortgage Holder | Date of Encumbrance | 2005 Assessment |
|---|---|---|---|---|---|---|
| 3 Kayla Drive, Westford, MA | $232,254 | Brian J. & Nancy A. Culliney | **$185,000** | Lowell Co-Op | 7/16/96 | $485,400 |
| | | | **$170,000** | Citizen's Bank | 4/19/03 | |

E.  **Jennifer McConnell**

| Property | Purchase Price | Owner | Identified Encumbrances | Mortgage Holder | Date Recorded | 2004 Assessment |
|---|---|---|---|---|---|---|
| 403 High Street, Dedham, MA | $175,000 | Anthony Piscitelli & Jennifer McConnell | **$169,750** | Arrow Mortgage | 10/23/98 | $306,000 |
| | | | **$37,000** | East West | 3/28/00 | |

is hereby and until further or superceding Order of this Court ATTACHED.

DATED: August 16, 2005            BY THE COURT

_____
United States District Judge

5:45 pm

3