UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
Plaintiff(s)

V.                                    CIVIL ACTION NO. 05-11693-RCL

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc.
d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to **QuickServe**, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on **August 16, 2005**, in which the Plaintiff(s) is/are **Encompass Insurance Company**, of **Quincy, Massachusetts** whose attorney is **Richard D. King, Jr.** of **Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171**, and the defendant(s) is/are **Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Rehab, Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell,** of **Massachusetts**, we command you to attach the real estate and/or personal property of the Defendant(s) **Joseph D. Giampa, in accordance with the attached Order of the Court,** in accordance with the following directions and/or limitations (if any):_____

to the value of $ **625,386**, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on **August 16, 2005** by **Reginald C. Lindsay, DJ** in the amount of $ **625,386**.

Dated at **Boston** this **16th** day of **August, 2005**.

SEAL

SARAH A. THORNTON,
CLERK OF COURT

By: /s/ [signature]
Deputy Clerk

(Attachment.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
       Plaintiff(s)

V.                                         CIVIL ACTION NO. 05-11693-RCL

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc.
d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell,
       Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to **QuickServe**, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on **August**, in which the Plaintiff(s) is/are **Encompass Insurance Company**, of **Quincy, Massachusetts** whose attorney is **Richard D. King, Jr.** of **Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171**, and the defendant(s) is/are **Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Rehab, Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell**, of **Massachusetts**, we command you to attach the real estate and/or personal property of the Defendant(s) **Interest of Jos & Fred Giampa, in the Giampa Family Trust, in accordance with the Court Order,** in accordance with the following directions and/or limitations (if any): _____

to the value of $ **625,386.** , and make due return of this writ with your doings thereon into said Court.

This attachment was approved on **August 16, 2005** by **Reginald C Lindsay**
in the amount of $ **625,386.**

Dated at **Boston** this **16th** day of **August 2005**.

SEAL

SARAH A. THORNTON,
CLERK OF COURT

By: _____
       Deputy Clerk

(Attachment.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
                Plaintiff(s)

V.                                                    CIVIL ACTION NO. 05-11693-RCL

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc.
d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell,
                Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to **QuickServe**, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on **August , 2005**, in which the Plaintiff(s) is/are **Encompass Insurance Company**, of **Quincy, Massachusetts** whose attorney is **Richard D. King, Jr.** of **Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171**, and the defendant(s) is/are **Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Reha Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell**, of **Massachusetts**, we command you to attach the real estate and/or personal property of the Defendant(s) **Brian Culliney in accordance with the attached Order of the Court.** in accordance with the following directions and/or limitations (if any):_____

_____ to the value of $ **625,386** _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on **August 15, 2005** by **Reginald C. Lindsay, DJ** in the amount of $ **625,386**.

Dated at **Boston** this **16th** day of **August, 2005**.

SEAL

SARAH A. THORNTON,
CLERK OF COURT

By _____
    Deputy Clerk

(Attachment.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
Plaintiff(s)

V.    CIVIL ACTION NO. 05-11693-RCL

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to QuickServe _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August , 2005, in which the Plaintiff(s) is/are Encompass Insurance Company, of Quincy, Massachusetts whose attorney is Richard D. King, Jr. of Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171, and the defendant(s) is/are Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Reha Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell, of Massachusetts, we command you to attach the real estate and/or personal property of the Defendant(s) Future Management Corporation, in accordance with the attached Order of the Court, in accordance with the following directions and/or limitations (if any):_____

____ to the value of $ 625,386 _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 16, 2005 by Reginald C. Lindsay, DJ.
_____ in the amount of $ 625,386.
Dated at Boston this 16th day of August, 2005.

SEAL

SARAH A. THORNTON,
CLERK OF COURT

By _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
_____
            Plaintiff(s)

V.                                      CIVIL ACTION NO. 05-11693-RCL

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc.
d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell,
            Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to QuickServe _____, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on __August_____, in which the Plaintiff(s) is/are __Encompass Insurance Company_____, of __Quincy, Massachusetts_____ whose attorney is __Richard D. King, Jr.__ of __Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171__, and the defendant(s) is/are __Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Reh, Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell,__ of __Massachusetts__, we command you to attach the real estate and/or personal property of the Defendant(s) __Advanced Spine Ctr. d/b/a First Spine Rehab, in accordance with the attached Court Order,__ in accordance with the following directions and/or limitations (if any):_____

_____ to the value of $ __625,386_____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on __August 16, 2005__ by __Reginald C Lindsay DJ__
_____ in the amount of $ __625,386__.

Dated at __Boston__ this __16th__ day of __August 2005__.

(SEAL)

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

                                            By: _____
                                                Deputy Clerk

(Attachment.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
Plaintiff(s)

V.    CIVIL ACTION NO. 05-11693-RCL

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell,
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to QuickServe, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August ____, in which the Plaintiff(s) is/are Encompass Insurance Company, of Quincy, Massachusetts whose attorney is Richard D. King, Jr. of Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171, and the defendant(s) is/are Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Reha Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell, of Massachusetts, we command you to attach the real estate and/or personal property of the Defendant(s) Interest of Joseph Giampa, in the East Street RT, in accordance with the attached Court Order, in accordance with the following directions and/or limitations (if any): _____

____ to the value of $ 625,386 _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 16 2005 by Reginald C. Lindsay, D. ____ in the amount of $ 625,386.

Dated at Boston this 16th day of August 2005.

SEAL

(Attachment.wpd - 3/7/2005)

SARAH A. THORNTON,
CLERK OF COURT

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
Plaintiff(s)

V.    CIVIL ACTION NO. 05-11693-RCL

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc.
d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell.
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to **QuickServe**, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on **August**, in which the Plaintiff(s) is/are **Encompass Insurance Company**, of **Quincy, Massachusetts** whose attorney is **Richard D. King, Jr.** of **Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171**, and the defendant(s) is/are **Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Reha Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell,** of **Massachusetts**, we command you to attach the real estate and/or personal property of the Defendant(s) **Interest of Ed Kennedy, in the 13 Kidder Road, RT, in accordance with the attached Court Order,** in accordance with the following directions and/or limitations (if any):_____

_____ to the value of $ **625,386.**_____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on **August 16, 2005** by **Reginald C. Lindsay, DJ**.
In the amount of $ **625,386**.

Dated at **Boston** this **16th** day of **August 2005**.

SEAL

SARAH A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
Plaintiff(s)

V.   CIVIL ACTION NO. 05-11693-RCL

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc.
d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell,
Defendant(s)

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to **QuickServe**, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on **August 16, 2005**, in which the Plaintiff(s) is/are **Encompass Insurance Company**, of **Quincy, Massachusetts**, whose attorney is **Richard D. King, Jr.** of **Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171**, and the defendant(s) is/are **Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Rehab, Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell,** of **Massachusetts**, we command you to attach the real estate and/or personal property of the Defendant(s) **Frederick Giampa, in accordance with the attached Order of the Court:** in accordance with the following directions and/or limitations (if any): _____

to the value of $ **625,386**, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on **August 16, 2005** by **Reginald C. Lindsay, DJ**.
In the amount of $ **625,386**.

Dated at **Boston** this **16th** day of **August 2005**.

SEAL

SARAH A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
Plaintiff(s)

V.

CIVIL ACTION NO. 05-11693-RCL

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc.
d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell;
Defendant(s)

### WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to **QuickServe**, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on **August , 2005**, in which the Plaintiff(s) is/are **Encompass Insurance Company**, of **Quincy, Massachusetts** whose attorney is **Richard D. King, Jr.** of **Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171**, and the defendant(s) is/are **Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Rehab Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell,** of **Massachusetts**, we command you to attach the real estate and/or personal property of the Defendant(s) **Edward Kennedy, in accordance with the attached Order of the Court,** in accordance with the following directions and/or limitations (if any):_____

to the value of $ **625,386**, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on **August 16 2005** by **Reginald C. Lindsay, DJ** in the amount of $ **625,386**.

Dated at **Boston** this **16th** day of **August 2005**.

SARAH A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
Plaintiff(s)

V.

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell,
Defendant(s)

CIVIL ACTION NO. 05-11693-RCL

## WRIT OF ATTACHMENT

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to **QuickServe**, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on **August 16, 2005**, in which the Plaintiff(s) is/are **Encompass Insurance Company**, of **Quincy, Massachusetts** whose attorney is **Richard D. King, Jr.** of **Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171**, and the defendant(s) is/are **Jos. Giampa, Fred. Giampa, Advanced Spine Ctrs, First Spine Rehab Future Mgt Corp, Ed Kennedy, Brian Culliney & Jennifer McConnell,** of **Massachusetts**, we command you to attach the real estate and/or personal property of the Defendant(s) **Jennifer L. McConnell, in accordance with the attached Order of the Court,** in accordance with the following directions and/or limitations (if any): _____

_____ to the value of $ **625,386** _____, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on **August 16, 2005** by **Reginald C Lindsay, D.J.** _____ in the amount of $ **625,386**.

Dated at **Boston** this **16th** day of **August 2005**.

(Attachment.wpd - 3/7/2005)

SARAH A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk