IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff<br><br>v.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C., and JENNIFER McCONNELL, D.C.<br><br>Defendants. | Case No. 05-11693 RCL |

## LOCAL RULE 7.3 DISCLOSURE STATEMENT

The Defendant Future Management Corporation is a closely held, not publicly traded Massachusetts Domestic for profit Corporation. No publicly held corporation directly owns 10% or more of Future Management Corporation.

Respectfully submitted,
Future Management Corporation,
By its Attorneys,

/s/ Matthew J. Conroy
Matthew J. Conroy (BBO# 566928)
Katherine L. Kurtz (BBO# 658026)
BELESI & CONROY, P.C.
114 Waltham Street
Lexington, Massachusetts 02421
(781) 862-8060

dated: 08/18/05