IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE COMPANY OF )
MASSACHUSETTS, )
)
Plaintiff )
)
v. )
) Case No. 05-11693 RCL
JOSEPH D. GIAMPA, FREDERICK T. GIAMPA )
ADVANCED SPINE CENTERS, INC. d/b/a )
FIRST SPINE REHAB, FUTURE )
MANAGEMENT CORPORATION, FUTURE )
MANAGEMENT BUSINESS TRUST, )
EDWARD KENNEDY, BRIAN J. CULLINEY, )
D.C., and JENNIFER McCONNELL, D.C. )
)
Defendants. )

## LOCAL RULE 7.3 DISCLOSURE STATEMENT

The Defendant Advanced Spine Centers, Inc. is a closely held, not publicly traded Massachusetts Domestic for profit Corporation. No publicly held corporation directly owns 10% or more of Advanced Spine Centers, Inc.

Respectfully submitted,
Advanced Spine Centers, Inc.,
By its Attorneys,

/s/ Matthew J. Conroy
Matthew J. Conroy (BBO# 566928)
Katherine L. Kurtz (BBO# 658026)
BELESI & CONROY, P.C.
114 Waltham Street
Lexington, Massachusetts 02421
(781) 862-8060

dated: 08/18/05