IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>    Plaintiff<br><br>v.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C., and JENNIFER McCONNELL, D.C.<br><br>    Defendants. | Case No. 05-11693 RCL |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Matthew J. Conroy in the above captioned matter as counsel for defendants Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, and Future Management Business Trust.

Respectfully submitted,

Joseph D. Giampa
Frederick T. Giampa
Advanced Spine Centers, Inc. d/b/a First Spine Rehab
Future Management Corporation and
Future Management Business Trust
By its Attorneys,

/s/ Matthew J. Conroy
Matthew J. Conroy (BBO# 566928)
BELESI & CONROY, P.C.
114 Waltham Street
Lexington, Massachusetts 02421
(781) 862-8060

dated: 08/18/05