AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Encompass Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian Culliney and Jennifer McConnell.

CASE NUMBER:

05c

TO: (Name and address of Defendant)

Joseph D. Giampa, Registered Agent
Future Management Corporation
73 Princeton Street, Suite 214
N. Chelmsford, MA 01863

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. King, Jr., Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171

an answer to the complaint which is served on you with this summons, within ___20 days___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

8-16-05

CLERK                    DATE

(By) DEPUTY CLERK

AUGUST 18, 2005

# QUICKSERV
### ALLSTATE PROCESS SERVERS

# RETURN OF SERVICE

*I this day summoned the within named* JOSEPH D. GIAMPA, REGISTERED AGENT, FUTURE MANAGEMENT CORPORATION

*to appear as within directed by delivering to*     KATHRYN DUNCAN, OFFICE MANAGER, 12:20 PM, AUTHORIZED TO ACCEPT PROCESS

    X    *in hand, or*
          *leaving at last and usual place of abode, to wit:*

*No.*     73 PRINCETON STREET, SUITE 214
*in the*   N. CHELMSFORD    *District of said*   MIDDLESEX      *County an attested*
*copy of the* SUMMONS; COMPLAINT; CIVIL ACTION COVER SHEET; CATEGORY SHEET; LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT; PLAINTIFF'S EX PARTE MOTION FOR ATTACHMENT OF REAL PROPERTY; PROPOSED FINDINGS AND ORDER OF APPROVAL FOR ATTACHMENT OF REAL PROPERTY; PROPOSED WRIT OF ATTACHMENT: JOSEPH GIAMPA; PROPOSED WRIT OF ATTACHMENT: FREDERICK GIAMPA; PROPOSED WRIT OF ATTACHMENT: EDWARD KENNEDY; PROPOSED WRIT OF ATTACHMENT: JENNIFER MCCONNELL; PROPOSED WRIT OF ATTACHMENT: BRIAN CULLINEY; PROPOSED WRIT OF ATTACHMENT: ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB; PROPOSED WRIT OF ATTACHMENT: FUTURE MANAGEMENT CORP.; PROPOSED WRIT OF ATTACHMENT: INTEREST OF JOSEPH GIAMPA IN EAST STREET REALTY TRUST; PROPOSED WRIT OF ATTACHMENT: INTERESTED OF EDWARD KENNETY IN 13 KIDDER ROAD REALTY TRUST; PROPOSED WRIT OF ATTACHMENT: INTEREST OF JOSEPH GIAMPA AND FREDERICK GIAMPA IN GIAMPA FAMILY REALTY TRUST; PLAINTIFF'S EX-PARTE MOTION FOR ATTACHMENT BY TRUSTEE PROCESS; PROPOSED FINDINGS AND ORDER OF APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS; PROPOSED SUMMONS TO TRUSTEE: BANK OF AMERICA; PROPOSED SUMMONS TO TRUSTEE: CITIZENS BANK; PROPOSED SUMMONS TO TRUSTEE: SOVEREIGN BANK; PROPOSED SUMMONS TO TRUSTEE: ENTERPRISE BANK AND TRUST COMPANY; PROPOSED SUMMONS TO TRUSTEE: TD BANKNORTH, INC; PROPOSED SUMMONS TO TRUSTEE: NORTHERN BANK AND TRUST COMPANY; PROPOSED SUMMONS TO TRUSTEE: EASTERN BANK; PROPOSED SUMMONS TO TRUSTEE: SALEM FIVE CENTS SAVINGS BANK; PROPOSED SUMMONS TO TRUSTEE: LOWELL CO-OPERATIVE BANK; PROPOSED SUMMONS TO TRUSTEE: DONALD LASSMAN (RECEIVER OF 13 KIDDER ROAD REALTY TRUST); MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ATTACHMENT OF REAL PROPERTY AND EX PARTE MOTION FOR ATTACHMENT BY TRUSTEE PROCESS; AFFIDAVIST OF MICHAEL BRUNO IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ATTACHMENT OF REAL PROPERTY AND EX PARTE MOTION FOR ATTACHMENT BY TRUSTEE PROCESS; AFFIDAVIT OF MICHAEL V. FRUSTACI, D.C. IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ATTACHMENT OF REAL PROPERTY AND EX PARTE MOTION FOR ATTACHMENT BY TRUSTEE PROCESS; CERTIFICATE OF NO LIABILITY INSURANCE; CERTIFICATE OF COUNSEL; ALLOWED MOTION FOR APPOINTMENT OF A SPECIAL PROCESS SERVER; FINDINGS AND ORDER OF APPROVAL OF ATTACHMENT OF REAL PROPERTY; FINDINGS AND ORDER OF APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS; WRIT OF ATTACHMENT: JOSEPH GIAMPA; WRIT OF ATTACHMENT: FREDERICK GIAMPA; WRIT OF ATTACHMENT: EDWARD KENNEDY; WRIT OF ATTACHMENT: JENNIFER MCCONNELL; WRIT OF ATTACHMENT: BRIAN CULLINEY; WRIT OF ATTACHMENT: ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB; WRIT OF ATTACHMENT: FUTURE MANAGEMENT CORP.; WRIT OF ATTACHMENT: INTEREST OF JOSEPH GIAMPA IN EAST STREET REALTY TRUST; WRIT OF

ATTACHMENT: INTEREST OF EDWARD KENNEDY IN 13 KIDDER ROAD REALTY TRUST; WRIT OF ATTACHMENT: INTEREST OF JOSEPH GIAMPA AND FREDERICK GIAMPA IN GIAMPA FAMILY REALTY TRUST; AND SUMMONS TO TRUSTEE: DONALD LASSMAN (RECEIVER OF 13 KIDDER ROAD REALTY TRUST)

*Service and travel*     28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 25 *miles in the service of this process*

_____Michael Steele_____
Process Server