UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance Company,
Plaintiff(s)

V.

Joseph Giampa, Frederick Giampa, Advanced Spine Ctrs., Inc. d/b/a First Spine Rehab, Future Mgt. Corp., Edward Kennedy, Brian Culliney & Jennifer McConnell,
Defendant(s)

CIVIL ACTION NO. 05-11693RCL

**WRIT OF ATTACHMENT**

To the United States Marshal of the District of Massachusetts or either of his Deputies, and to QuickServe, Process Server appointed by the Court;

GREETINGS:

In an action filed in this Court on August 16, 2005, in which the Plaintiff(s) is/are Encompass Insurance Company, of Quincy, Massachusetts whose attorney is Richard D. King, Jr. of Smith & Brink, P.C. 122 Quincy Shore Drive Quincy, MA 02171, and the defendant(s) is/are Joseph Giampa, Frederick Giampa, Advanced Spine Ctrs., Inc., First Spine Rehab, Future Mgt. Corp., Edward Kennedy, Brian Culliney & Jennifer McConnell, of Massachusetts, we command you to attach the real estate and/or personal property of the Defendant(s) Brian Culliney in accordance with the attached Order of the Court in accordance with the following directions and/or limitations (if any): including, but not limited to the real property at 3 Gifford Drive, Westford, MA.

to the value of $ 1.89 million, and make due return of this writ with your doings thereon into said Court.

This attachment was approved on August 22, 2005 by Reginald C Lindsay
in the amount of $ 1.89 million.

Dated at Boston this 22nd day of August.

SARAH A. THORNTON,
CLERK OF COURT

By: _____
Deputy Clerk

(Attachment.wpd - 3/7/2005)