IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Docket No. 05-11693 RCL

ENCOMPASS INSURANCE COMPANY, )
    Plaintiff )
  )
  )
v. )
  )
JOESPH D. GIAMPA; FREDERICK T. GIAMPA; )
ADVANCED SPINE CENTERS, INC., d/b/a )
FIRST SPINE REHAB; FUTURE MANAGEMENT )
CORPORATION; EDWARD KENNEDY; BRIAN )
J. CULLINEY; and JENNIFER McCONNELL; )
    Defendants )
  )

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel for **Defendant Edward Kennedy** in the above-captioned matter.

                                Respectfully submitted,
                                by his attorneys,

                                Stephen A. Greenbaum, Esquire
                                BBO No. 209360

                                David J. Paliotti, Esquire
                                BBO No. 547501

                                GREENBAUM, NAGEL,
                                FISHER & HAMELBURG
                                200 High Street, 4th Floor
                                Boston, MA 02110
                                (617) 423-4300

## CERTIFICATE OF SERVICE

I, David J. Paliotti, Esquire, hereby certify that I have served a copy of the following document:

Notice of Appearance

upon:

Richard D. King, Jr., Esquire
Nathan A. Tilden, Esquire
David O. Brink, Esquire
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA  02171

Katherine L. Kurtz, Esquire
Matthew J. Conroy, Esquire
BELESI & CONROY, P.C.
114 Waltham Street
Lexington, MA  02421

by causing a copy of the same to be mailed to them by first class mail, postage prepaid on this 25th day of August, 2005.

_____
David J. Paliotti, Esquire
BBO No. 547501
GREENBAUM, NAGEL,
FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA  02110
(617) 423-4300