UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.,<br><br>　　　　Defendants. | Case No. 05-11693 RCL |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance in the above-captioned matter as attorney for the defendants Brian J. Culliney, D.C. and Jennifer McConnell, D.C.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*Thomas C. Ciampa*
　　　　　　　　　　　　　　　　　　　　　Thomas M. Ciampa (BBO# 566898)
　　　　　　　　　　　　　　　　　　　　　Ciampa & Associates
　　　　　　　　　　　　　　　　　　　　　45 Bromfield Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　(617) 742-5955

Dated: August 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2005, a copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid, upon counsel of record for all other parties.

_Thomas Ciampa_
Thomas M. Ciampa