UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETTS,

    Plaintiff,

v.

JOSEPH D. GIAMPA, FREDERICK T.
GIAMPA, ADVANCED SPINE CENTERS
INC. d/b/a FIRST SPINE REHAB, FUTURE
MANAGEMENT CORPORATION, FUTURE
MANAGEMENT BUSINESS TRUST,
EDWARD KENNEDY, BRIAN J. CULLINEY,
D.C. and JENNIFER McCONNELL, D.C.,

    Defendants.

Civil Action No. 05-CV-11693-RCL

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of Thomas J. Mango, Autumn W. Smith, and the law firm of Rubin and Rudman LLP, as attorneys for the Defendant, Brian J. Culliney, D.C., in the above-referenced matter. Successor counsel Thomas M. Ciampa of Ciampa & Associates will file a Note of Appearance on behalf of Mr. Culliney.

        Respectfully submitted,

        **Brian J. Culliney, D.C.**
        By his attorneys,

        */s/ Thomas Mango/TMC*
        Thomas J. Mango, BBO No. 633249
        Autumn W. Smith, BBO No. 657418
        **RUBIN and RUDMAN LLP**
        50 Rowes Wharf
        Boston, MA 02110-3319
        617-330-7000

Dated: August 29, 2005

664730_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2005, a copy of the foregoing Notice of Withdrawal of Appearance was served by first-class mail, postage prepaid, upon counsel of record for all other parties.

*Thomas Ciampa*
Thomas M. Ciampa