AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Encompass Insurance Company

V.

Joseph D. Giampa, Frederick T. Giampa,
Advanced Spine Centers, Inc. d/b/a
First Spine Rehab, Future Management
Corporation, Edward Kennedy,
Brian Culliney and Jennifer McConnell.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 cv 11693 RCL

TO: (Name and address of Defendant)

Edward Kennedy
99780 N. Bank Chetco River Road
Brookings, OR 97415

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. King, Jr., Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171

an answer to the complaint which is served on you with this summons, within ____20 days____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                              8-16-05

CLERK                                                           DATE

(By) DEPUTY CLERK

AFFIDAVIT OF SERVICE

STATE OF OREGON            )            RE:    Encompass Insurance co.
                                                 Vs.
                                                 Edward Kennedy

                           )                   Case No. # 05cv11693RCL

County of Curry            )                   District of Massachusetts

                                               United States District Court

I, Michelle Peterson, being first duly sworn on oath, say that I am over the age of 21 years and a resident of the State of Oregon; that I am not a party to or an Attorney for either of the parties in the foregoing action. That I did serve the foregoing: Summons & Complaint in Curry County, Oregon, in person and personally upon Edward Kennedy for Smith & Brink P.C. Location of service: 99780 N Bank Chetco River Road, Brookings Oregon 97415. at 4:47 a.m. (p.m.) on August 22, 2005 by delivering to said person original said documents; see schedule A attached, prepared and certified by Smith & Brink PC, Attorneys at Law.

_____
Michelle Peterson

SUBSCRIBED AND SWORN to me before this 22 day of August, 2005

_____
NOTARY PUBLIC OF OREGON
My commission expires: January 4, 2009

OFFICIAL SEAL
CARINA DUGAN
NOTARY PUBLIC - OREGON
COMMISSION NO. 388202
MY COMMISSION EXPIRES JANUARY 4, 2009

**SCHEDULE A**

1. Summons;
2. Civil Action Cover Sheet;
3. Category Sheet;
4. Complaint;
5. Local Rule 7.3 Corporate Disclosure Statement;
6. Plaintiff's Ex Parte Motion for Attachment of Real Property;
7. Proposed Findings and Order of Approval of Attachment of Real Property;
8. Proposed Writ of Attachment: Joseph Giampa;
9. Proposed Writ of Attachment: Frederick Giampa;
10. Proposed Writ of Attachment: Edward Kennedy;
11. Proposed Writ of Attachment: Jennifer McConnell;
12. Proposed Writ of Attachment: Brian Culliney;
13. Proposed Writ of Attachment: Advanced Spine Centers, Inc. d/b/a First Spine Rehab;
14. Proposed Writ of Attachment: Future Management Corp.;
15. Proposed Writ of Attachment: Interest of Joseph Giampa in East Street Realty Trust;
16. Proposed Writ of Attachment: Interest of Edward Kennedy in 13 Kidder Road Realty Trust;
17. Proposed Writ of Attachment: Interest of Joseph Giampa and Frederick Giampa in Giampa Family Realty Trust;
18. Plaintiff's Ex-Parte Motion for Attachment by Trustee Process;
19. Proposed Findings and Order of Approval of Attachment by Trustee Process;
20. Proposed Summons to Trustee: Bank of America;
21. Proposed Summons to Trustee: Citizens Bank;
22. Proposed Summons to Trustee: Sovereign Bank;
23. Proposed Summons to Trustee: Enterprise Bank and Trust Company;
24. Proposed Summons to Trustee: TD BankNorth, Inc.;
25. Proposed Summons to Trustee: Northern Bank and Trust Company;
26. Proposed Summons to Trustee: Eastern Bank;
27. Proposed Summons to Trustee: Salem Five Cents Savings Bank;

28. Proposed Summons to Trustee: Lowell Co-Operative Bank;
29. Proposed Summons to Trustee: Donald Lassman (Receiver of 13 Kidder Road Realty Trust);
30. Memorandum of Law in Support of Plaintiff's Ex Parte Motion for Attachment of Real Property and Ex Parte Motion for Attachment by Trustee Process;
31. Affidavit of Michael Bruno in Support of Plaintiff's Ex Parte Motion for
32. Attachment of Real Property and Ex Parte Motion for Attachment by Trustee Process;
33. Affidavit of Michael V. Frustaci, D.C. in Support of Plaintiff's Ex Parte Motion for Attachment of Real Property and Ex Parte Motion for Attachment by Trustee Process;
34. Certificate of No Liability Insurance;
35. Certificate of Counsel;
36. Motion for Appointment of a Special Process Server;
37. Findings and Order of Approval of Attachment of Real Property;
38. Findings and Order of Approval of Attachment by Trustee Process;
39. Writ of Attachment: Joseph Giampa;
40. Writ of Attachment: Frederick Giampa;
41. Writ of Attachment: Edward Kennedy;
42. Writ of Attachment: Jennifer McConnell;
43. Writ of Attachment: Brian Culliney;
44. Writ of Attachment: Advanced Spine Centers, Inc. d/b/a First Spine Rehab;
45. Writ of Attachment: Future Management Corp.;
46. Writ of Attachment: Interest of Joseph Giampa in East Street Realty Trust;
47. Writ of Attachment: Interest of Edward Kennedy in 13 Kidder Road Realty Trust;
48. Writ of Attachment: Interest of Joseph Giampa and Frederick Giampa in Giampa Family Realty Trust;
49. Summons to Trustee: Donald Lassman (Receiver of 13 Kidder Road Realty Trust); and
50. Notice of Allowance of Motion for Special Process Server.