UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENCOMPASS INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Case No. 05-11693-RCL |
| JOSEPH D. GIAMPA, et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF SERVICE FOR THE RECEIVER'S ANSWER TO
SUMMONS TO TRUSTEE and RESERVATION OF JURISDICTIONAL
OBJECTION**

      I, Donald R. Lassman, hereby certify that on September 7th, 2005, a copy
of the RECEIVER'S ANSWER TO SUMMONS TO TRUSTEE and RESERVATION
OF JURISDICTIONAL OBJECTION was served on the parties whose names appear
below via first class mail, postage prepaid.

Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Attn: Richard D. King, Esq.
(Counsel to Encompass Insurance Company)

Greenbaum, Nagel, Fisher & Hamelburg
200 High Street, 4th Floor
Boston, MA 02110
Attn: Stephen Greenbaum
(Counsel to Edward D. Kennedy)

Joseph H. Baldiga, Esq.
Mirick, O'Connell, DeMalie & Lougee
100 Front Street
Worcester, MA 01608
(Counsel to James Kennedy)

Donald R. Lassman