UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 05-11693 RCL

ENCOMPASS INSURANCE COMPANY
OF MASSACHUSETTS,

    Plaintiff

v.

JOSEPH D. GIAMPA, FREDERICK
T. GIAMPA, ADVANCED SPINE
CENTERS, INC. d/b/a
FIRST SPINE REHAB,
FUTURE MANAGEMENT CORPORATION,
FUTURE MANAGEMENT BUSINESS TRUST,
EDWARD KENNEDY, BRIAN J. CULLINEY, D.C.,
and JENNIFER McCONNELL, D.C.

    Defendants

### NOTICE OF APPEARANCE OF DANIEL TREGER, ESQ. FOR DEFENDANT EDWARD KENNEDY

Kindly enter our appearance in this matter for the defendant Edward Kennedy.

Respectfully Submitted

Date:

    //Daniel Treger//
Jeffrey J. Phillips, Esq.
B.B.O. #398480
Daniel Treger, Esq.
B.B.O. #562147
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. no.: (617) 367-8787

L:\LITG\futm017\appearance.wpd