UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C.<br><br>Defendants. | CIVIL ACTION NO.: 05-11693 RCL |

### NOTICE OF FILING FIRST AMENDED COMPLAINT AND WITHDRAWAL OF MOTIONS TO DISMISS WITHOUT PREJUDICE

By agreement of the parties, (1) the plaintiff, Encompass Insurance Company, will file its First Amended Complaint by Friday, September 30, 2005; and (2) the defendants, Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, Brian J. Culliney and Jennifer McConnel, hereby withdraw their motions to dismiss (Docket Nos: 40-41 and 42-43) without prejudice to re-file said motions following the filing of Encompass's First Amended Complaint, after which defendants will have twenty (20) days to file a responsive pleading or other appropriate motion. The plaintiff's rights under Rule 15, Fed. R. Civ. P., are not enlarged by this agreement.

1

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certifies pursuant to Local Rule 7.1(A)(2) that the above-referenced parties have conferred in good faith and assent to the foregoing procedural schedule.

Dated: September 16, 2005

Respectfully Submitted
*Encompass Insurance Company,*
By its Attorneys,

Richard D. King, Jr., BBO No.: 638142
Nathan A. Tilden, BBO No.: 647076
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

2

## CERTIFICATE OF SERVICE

    I, Rick D. King, Jr., attorney for the Plaintiff, Encompass Insurance Company, hereby certify that on this 16th day of September 2005, I caused a copy of the foregoing document to be served upon counsel of record via first class mail.

Thomas M. Ciampa
Ciampa & Associates
33 Mount Vernon Street
Boston, MA 02108

Matthew J. Conroy
Katherine L. Kurtz
Belesi, Donovan & Conroy, P.C.
114 Waltham Street, Suite 25
Lexington, MA 02420

Jeffrey J. Philllips
Daniel Treger
Phillips & Angley
One Bowdoin Square
Boston, MA 02114

Stephen A. Greenbaum
Greenbaum, Nagle, Fisher & Hamplburg
200 High Street
4th Floor
Boston, MA 02110

- Notice of Filing First Amended Complaint and Withdrawal of Motions to Dismiss Without Prejudice

Richard D. King, Jr.