UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.,<br><br>Defendants. | Case No. 05-11693 RCL |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with counsel for the plaintiff and attempted in good faith to resolve or narrow the issues addressed in Defendants Brian J. Culliney, D.C. and Jennifer McConnell, D.C.'s Motion to Dismiss and supporting Memorandum of Law. Unfortunately, no such resolution or narrowing was possible.

Respectfully submitted,

Thomas M. Ciampa (BBO# 566898)
Ciampa & Associates
45 Bromfield Street, Suite 200
Boston, MA 02108
(617) 742-5955

Dated: September 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2005, a copy of the foregoing Certification Pursuant to Local Rule 7.1(a)(2) was served by first-class mail, postage prepaid, upon counsel of record for all other parties.

*Thomas Ciampa*
Thomas M. Ciampa