UNITED STATES DISTRICT COURT
IN THE DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------X

ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETTS,

        Plaintiff                                Case No.: 05-11693 (RCL)

v.

JOSEPH D. GIAMPA, FREDERICK T.
GIAMPA, ADVANCED SPINE CENTERS, INC.,
d/b/a FIRST SPINE REHAB, FUTURE
MANAGEMENT CORPORATION, FUTURE
MANAGEMENT BUSINESS TRUST,
EDWARD KENNEDY, BRIAN J. CULLINEY,
D.C., and JENNIFER McCONNELL, D.C.,

        Defendants.
-----------------------------------------------------------------X

## ORDER ON DISSOLUTION OF ATTACHMENT

Upon the Motion of Frederick T. Giampa to dissolve Attachments of Real Estate, and upon consideration thereof, the Court allows the Motion in part and denies the Motion in part, and hereby Orders as follows:

1. that the ex parte real estate attachment ordered by the Court on Tuesday, August 16, 2005 on any and all real property owned by or in which Frederick T. Giampa holds any interest up to the amount of $625,386.00, is hereby modified to $1,890,000.00 ("MODIFIED ATTACHMENT"); and

2. the Motion is allowed to the extent that any individual parcel of real estate subject to the MODIFIED ATTACHMENT may be released from the Order of Attachment or otherwise modified upon sufficient showing made to the Court by Frederick T. Giampa that the Plaintiff is otherwise secured by real estate owned by or in which Frederick T. Giampa holds any interest, the net equity of which is valued at $1,890,000.00.

Dated: 9/22/05                  BY THE COURT

                                           _____
                                           Reginald C. Lindsay
                                           United States District Court Judge