UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Encompass Insurance
Company of Massachusetts
        Plaintiff

V.

Joseph D. Giampa et al.
        Defendant

CIVIL ACTION

NO. 05CV11693 RCL

## ORDER RETURNING PLEADINGS

Lindsay   D.J.

On September 22, 2005 the Clerk received your Counterclaim of Defendant Joseph D. Giampa

for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

- ( ) The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.
- ( ) The papers or documents do not conform to Local Rule 5.1(a) because:
    - ( ) Board of Bar Overseers Registration Number has not been provided.
    - ( ) 8 1/2" x 11" paper has not been used.
    - ( ) A backer is attached.
    - ( ) The documents are not properly bound.
    - ( ) The text is not double-spaced.
    - ( ) The discovery request or response text is not single-spaced.
- ( ) Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).
- ( ) Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).
- ( ) The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).
- (X) Other  The Third Party Complaint needs to be a separate document and comply with local rule 15.1                                      .

09/28/05
DATE

/s/   Reginald C. Lindsay
UNITED STATES DISTRICT JUDGE

**(Retndocs.ord - 09/92)**                                                                                                       **[o.]**