**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03326411 | Hang | Tran | 01/09/98 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03326411 | Nguyet | Nguyen | 01/09/98 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03331518 | Tut | Hok | 09/11/98 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03341477 | Phally | Lang | 10/29/99 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03379614 | Nikki | Kim | 10/21/98 | X | X | X |  | X | X | X | X | X | X | X |  | X | X | X |
| 03381790 | Sokcheath | Park | 12/14/98 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03381790 | Sophalla | Chum | 12/14/98 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03381790 | Sophaly | Chum | 12/14/98 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03391026 | Uyen | Le | 07/26/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03402742 | Sacha | Tang | 09/08/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03402742 | Viphearea | Srey | 09/08/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03402742 | Wilson | Douangchack | 09/08/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03408504 | Kevin | Meas | 02/23/01 | X | X | X | X | X | X | X | X | X | X | X | X | X |  |  |
| 03408504 | Samnang | Khut | 02/23/01 | X | X | X | X | X | X | X | X | X | X | X | X | X |  |  |
| 03413857 | Dou | Narith | 08/30/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03414660 | Ouk | Ti | 11/01/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03415264 | Bin | Suon | 11/18/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03415264 | Ngeth | Soeung | 11/18/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03415432 | Sarath | Bou | 11/25/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03415432 | Sarunn | Vorn | 11/25/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03415432 | Sophal | Phan | 11/25/00 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03415449 | Roth | Khim | 11/25/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03418795 | Lysabad | Bo | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Punlork | Sar | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Samantha | Mao | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Samban | Bo | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Sambath | Bo | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Sambun | Sar | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03420777 | Oeun | Men | 04/01/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03420777 | Sart | Sok | 04/01/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03420777 | Khen | Khut | 04/01/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03421674 | April | Thanongsinh | 01/08/99 | X |   |   |   |   |   |   |   | X |   |   | X |   |   |   |
| 03425232 | Emmy | Vann | 04/25/99 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03425232 | Naravuth | Mak | 04/25/99 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03425232 | Narayuth | Mak | 04/25/99 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03425232 | Sandy | Mak | 04/25/99 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03440595 | Sarin | Chhay | 06/15/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03442397 | Thanh | Som | 02/17/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03447628 | Samnang | Ngeth | 06/25/00 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03447628 | Veasna | Ngeth | 06/25/00 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03448910 | Muth | Seng | 08/14/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03448910 | Sivinary | Seng | 08/14/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03448910 | Sunnak | Chiv | 08/14/01 |   |   |   |   |   |   |   |   | X |   |   |   |   | X |   |
| 03448910 | Vandary | Seng | 08/14/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03456832 | Dalin | Ou | 09/08/01 | X | X | X |   | X | X | X | X | X | X | X | X | X | X | X |
| 03456832 | Michael | Soum | 09/08/01 | X | X | X |   | X | X | X | X | X | X | X | X | X | X | X |
| 03457313 | Tim | Ouen | 09/22/01 | X | X | X | X |   | X | X | X | X | X | X |   | X | X | X |
| 03457321 | Sunnhak | Chiv | 09/21/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03462436 | Ry | Chhaim | 02/13/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03462436 | Sar | Chhean | 02/13/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03464524 | Jerry | Seng | 04/23/02 | X | X | X | X | X | X | X | X | X | X | X | X | X |   | X |
| 03464524 | Melody | Seng | 04/23/02 | X | X | X | X | X | X | X | X | X | X | X | X | X |   | X |
| 03464524 | Mom | Sok | 04/23/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03465736 | Chanda | Kong | 06/04/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03465736 | Chhang | Kang | 06/04/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03465736 | Phala | Phoun | 06/04/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03469203 | At | Ban | 03/29/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03469203 | Rick (Kimsat) | Ban | 03/29/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03469371 | Savan | Vat | 04/04/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03470054 | Manila | Panya | 04/19/02 |   |   |   |   | X |   |   |   |   |   |   |   |   |   |   |
| 03470133 | Bunkeath | Meng | 04/19/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03470133 | Rochenna | Sim | 04/19/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03473966 | Diane | Melo | 07/15/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03474153 | Phyrun | Chhim | 07/18/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03475016 | Song | Taing | 08/03/02 | X | X | X | X | X | X | X | X | X | X | X |   |   | X | X |
| 03479077 | Khammoune | Panya | 09/07/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03479077 | Kongkeo | Phomphipak | 09/07/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03480962 | Chea | Theng | 11/18/02 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03481235 | Sally | Kong | 11/27/02 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03481654 | Mao | Ngeth | 12/13/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03481654 | Nhoeun | Hem | 12/13/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03481722 | Sarom | Him | 12/12/02 |   |   |   | X |   |   |   |   |   |   |   |   | X |   |   |
| 03482803 | Sareth | Veuk | 01/21/03 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03482803 | Thaverei | Veuk | 01/21/03 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03483246 | Phath | Sim | 02/07/03 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03483838 | Brandon | Ouer | 02/14/03 | X | X | X | X | X | X | X | X |   | X | X | X | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03483838 | Sokean | Phlong | 02/14/03 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03485151 | Ron | Phay | 09/16/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03485151 | Susie | Soeun | 09/16/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03485991 | Ly | Chan | 10/02/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03485991 | Pheakdey | Sok | 10/02/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03486571 | Lath | Uy | 09/18/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03486571 | Sovanna | Uy | 09/18/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03486642 | Den | Tith | 10/16/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03486647 | Vich | Lam | 10/16/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03486795 | Savonn | Yonn | 10/19/02 | X | X | X |   | X | X | X | X | X |   | X |   | X | X |   |
| 03487016 | Diana | Phanthavong | 10/23/02 | X | X | X | X | X | X | X | X | X | X | X |   |   | X | X |
| 03487016 | Rida | Chum | 10/23/02 | X | X | X | X | X | X | X | X | X | X | X |   |   | X | X |
| 03487193 | Sakun | Sam | 10/26/02 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03487193 | Sophannee | Uy | 10/26/02 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03490345 | Rithy | Mao | 12/26/02 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03491088 | Sophannee | Uy | 04/15/03 | X | X | X | X |   | X |   |   |   | X | X |   | X |   | X |
| 03491823 | John | Rom | 05/23/03 | X | X | X | X |   | X |   |   |   | X | X |   | X | X | X |
| 03493502 | Diane | Melo | 12/08/03 | X | X | X | X | X | X | X | X |   | X | X |   | X |   | X |
| 03500338 | Jimmy | Rom | 03/24/03 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03500338 | John | Rom | 03/24/03 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03500338 | Kong | Liv | 03/24/03 | X | X |   | X | X | X | X | X | X | X | X |   | X | X | X |
| 03500623 | Channak | Phal | 03/28/03 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03504357 | Channara | Dam | 06/03/03 | X | X | X | X | X | X | X | X |   | X | X | X | X | X | X |
| 03504357 | Chantha | Sem | 06/03/03 | X | X | X | X | X | X | X | X |   | X | X | X | X | X | X |
| 03504357 | Keath | Toch | 06/03/03 | X | X | X | X | X | X | X | X |   | X | X |   | X |   | X |
| 03504357 | Sokkhoeun | Sem | 06/03/03 | X | X | X | X | X | X | X | X |   | X | X |   | X |   | X |
| 03504357 | Sokhon | Sem | 06/03/03 | X | X | X | X | X | X | X | X |   | X | X | X | X |   | X |
| 03504357 | Sokha | Sem | 06/03/03 | X | X | X | X | X | X | X | X |   | X | X | X | X |   | X |
| 03504615 | Kimsan | Mom | 06/07/03 | X | X | X | X | X | X | X | X |   | X | X |   | X |   |   |
| 03504615 | Vanneck | Chea | 06/07/03 | X | X | X | X | X | X | X | X |   | X | X | X | X | X |   |
| 03505976 | Keo | Kothpratoum | 06/28/03 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03505976 | Vanta | Phanthanousinh | 06/28/03 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03506013 | Sokunthea | Eang | 06/12/03 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03506712 | John | Rom | 07/11/03 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03506712 | Liv | Kong | 07/11/03 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03508820 | Katherine | Mam | 08/12/03 | X | X | X | X | X | X | X | X | X | X | X | X | X |   | X |
| 03508820 | Kimsat | Nuth | 08/12/03 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03508820 | Linda | Nuth | 08/12/03 | X | X | X | X | X | X | X | X | X | X | X | X | X |   | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03510448 | Kim | Sambath | 07/26/03 | X | X | X | X | X | X | X | X |  | X | X |  | X |  | X |
| 03510448 | Samnang | Sok | 07/26/03 | X | X | X | X | X | X | X | X |  | X | X |  | X | X | X |
| 03510448 | Sophannara | Eang | 07/26/03 | X | X | X | X | X | X | X | X |  | X | X |  | X | X | X |
| 03511086 | Morn | Samith | 09/18/03 | X | X | X | X | X | X | X | X |  | X | X |  | X |  |  |
| 03511086 | Thea | Soun | 09/18/03 | X | X | X | X | X | X | X | X |  | X | X |  | X |  |  |
| 03513997 | Kan | Peov | 10/27/03 | X | X | X | X |  | X |  |  | X | X | X |  | X |  | X |
| 03513997 | Kristina | Rath | 10/27/03 | X | X | X | X | X | X | X | X | X | X | X | X | X |  | X |
| 03513997 | Saleen | Phan | 10/27/03 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03513997 | Vongdeaone | Khiaosoth | 10/27/03 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03513997 | Chareth | Rath | 10/27/03 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03530556 | Ken | Truong | 12/10/03 | X | X | X | X | X | X | X | X |  | X | X |  | X | X | X |
| 03532353 | Pat | Song | 01/03/04 | X | X | X | X | X | X | X | X |  | X | X |  | X |  | X |
| 03532767 | Alma | Carrasquillo | 01/10/04 | X | X | X | X | X | X | X | X |  | X | X |  | X | X | X |
| 03532767 | Demetri | Molina | 01/10/04 | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X |
| 03532767 | Robert | Delavalle | 01/10/04 | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X |
| 03533438 | Michael | Inthabane | 01/19/04 | X | X | X |  | X | X | X | X |  | X | X |  | X | X |  |
| 03536789 | Savy | Vong | 03/16/04 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03540127 | Sam | Sok | 05/14/04 | X | X | X | X | X | X | X | X |  | X | X |  | X |  | X |
| 03374831 | Saroeun | Sim | 07/18/98 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03374831 | Saroeut | Roum | 07/18/98 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03374831 | Sendy | Un | 07/18/98 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03374831 | Sokea | Un | 07/18/98 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03382948 | Saroeun | Chhan | 02/02/99 | X | X | X |   | X | X | X | X | X | X | X |   | X | X | X |
| 03392271 | Radet | Yem | 08/29/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03403606 | Margarita | Pina | 10/06/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03411511 | Sareth | Nuon | 05/22/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03414287 | Doeun | Uy | 10/25/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03414287 | Knamsing | Khammanivong | 10/25/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03415524 | Eath | Keo | 11/26/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03415524 | Sophoeun | Kong | 11/26/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03415760 | Savy | Moun | 11/26/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03417806 | Hoeurn | Men | 01/20/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03417806 | Nhem | Ngeth | 01/20/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03418926 | Nikki | Kim | 02/13/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03419107 | Cang | Keo | 02/18/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03419107 | Khawaii | Sok | 02/18/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03419107 | Kim | Neang | 02/18/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03419107 | Sareth | Heang | 02/18/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03420810 | Bin | Real | 04/02/01 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03420810 | Nickie | Phan | 04/02/01 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03425856 | Oeun | Tim | 05/16/99 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03425856 | Timmy | Tim | 05/16/99 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03432698 | Peou | Ing | 11/09/99 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03436611 | Lan | Lim | 02/19/00 | X | X | X |  | X | X | X | X | X | X | X |  | X | X | X |
| 03438972 | Angela | Mejia | 01/14/00 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03438972 | Juan | Disla | 01/14/00 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03439611 | Sokhan | Yang | 05/19/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03439668 | Veun | Long | 05/22/00 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03444156 | Anirut | Khuanphat | 03/06/01 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03445147 | Phamaro | Uong | 05/10/01 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03445147 | Sophea | Um | 05/10/01 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03445338 | Phyrun | Chhim | 05/16/01 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03445338 | Ratha | So | 05/16/01 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03445702 | Michael | Pho | 05/28/01 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03448741 | Katie | Duong | 08/06/01 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03449560 | Morn | Samith | 10/05/02 | X | X | X | X | X | X | X | X | X | X | X | X | X |  | X |
| 03456762 | Pamela | Nou | 09/06/01 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03456762 | Saroeun | Hou | 09/06/01 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03459630 | Hun | Hum | 11/26/01 | | | X | | | | | | | | | | | | |
| 03459630 | Jim | Bun | 11/26/01 | | | X | | | | | | | | | | | | |
| 03459630 | It | Toun | 11/26/01 | | | X | | | | | | | | | | | | |
| 03459630 | Tuy | Pei | 11/26/01 | | | X | | | | | | | | | | | | |
| 03461410 | Bunthy | Chantha | 01/15/02 | X | X | X | | X | X | X | X | X | X | X | | X | | X |
| 03461410 | Sarath | Ros | 01/15/02 | X | X | X | | X | X | X | X | X | X | X | | X | | X |
| 03462771 | Nheop | So | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03462771 | Paulika | So | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03462771 | Phaectra | So | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03462771 | Savuth | Phan | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03462771 | Cheatra | So | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03467194 | Paul | Taylor | 01/30/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03467477 | Chithra | Ung | 02/07/02 | X | X | X | X | X | X | X | X | | X | X | X | X | | X |
| 03467477 | Pholla | Long | 02/07/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03467477 | Samnang | San | 02/07/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03467477 | Sophinnary | Ung | 02/07/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03467477 | Volak | Neang | 02/07/02 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03468665 | Samnang | Ngeth | 03/15/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

**Medical Record Evidence Supporting Allegations**

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03468665 | Sitha | Mam | 03/15/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03468665 | Sitha | Ngeth | 03/15/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03468725 | Krapomroth | Khim | 03/18/02 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03468725 | Phoeun | Sam | 03/18/02 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03468725 | Sophay | Porth | 03/18/02 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03469510 | Sokhan | Bum | 04/07/02 | X | | | | | | | | X | | | | | | |
| 03469757 | Khon | Lay | 04/15/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.