**Mail Fraud Chart**

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03468725 | Phoeun Sam | 07/23/02 | Geary & Geary | Encompass | Medical Records and Invoices |
| 03468725 | Krapomroth Khim | 07/23/02 | Geary & Geary | Encompass | Medical Records and Invoices |
| 03468725 | Sophay Porth | 07/23/02 | Geary & Geary | Encompass | Medical Records and Invoices |
| 03421674 | April Thanongsinh | 06/29/99 | Thomas Haggard, Esq. | CNA Insurance | Medical Records and Invoices |
| 03447628 | Veasna Ngeth and Sumnang Ngeth | 08/14/01 | Matthew Demaras, Esq. | Encompass | Medical Records and Invoices |
| 03439668 | Veun Long | 11/28/00 | Charles Lonardo, Esq. | CNA Insurance | Medical Records and Invoices |
| 03415449 | Krapomroth Khim | 07/30/01 | Roland Milliard. Esq. | CNA Insurance | Medical Records and Invoices |
| 03418926 | Nikki Kim | 08/07/01 | Louis Haskell, Esq. | Encompass | Invoice |
| 03445338 | Ratha So | 01/30/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03445338 | Ratha So | 09/17/02 | Robert Carnavale, Esq. | Encompass | Medical Records and Invoices |
| 03379614 | Bunreth Ngeth | 11/18/98 | Louis Haskell, Esq. | CNA Insurance | Medical Records and Invoices |
| 03445702 | Michael Pho | 11/06/01 | Roland Milliard. Esq. | Encompass | Medical Records and Invoices |
| 03331518 | Tut Hok | 03/08/04 | Ambrose & Ambrose | Encompass | Medical Records and Invoices |
| 03331518 | Tut Hok | 02/12/99 | Dane Shulman, Esq. | CNA Insurance | Medical Records and Invoices |
| 03374831 | Sokea Un | 12/22/02 | Ambrose & Ambrose | CNA Insurance | Invoice |
| 03414287 | Cham Sing Knamsing | 02/26/01 | William Early, Esq. | CNA Insurance | Medical Records and Invoices |
| 03414287 | Doeun Uy | 02/26/01 | William Early, Esq. | CNA Insurance | Medical Records and Invoices |
| 03439611 | Sokhan Yang | 11/30/00 | Geary & Geary | CNA Insurance | Medical Records and Invoices |
| 03415760 | Savy Moun | 05/17/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03415432 | Sarunn Vorn | 05/24/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03415432 | Sophal Phan | 10/20/04 | First Spine | Encompass | Invoice |
| 03415432 | Sophal Phan | 07/20/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03415432 | Sarath Bou | 06/26/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03417806 | Hoeurn Men | 03/25/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03417806 | Nhem Ngeth | 11/21/01 | William Early, Esq. | CNA Insurance | Medical Records and Invoices |
| 03420777 | Khen Khout | 11/08/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03420777 | Khen Khout | 07/31/01 | Mark Salomone, Esq. | Encompass | Invoice |
| 03382948 | Saroeun Chhan | 05/17/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03382948 | Saroeun Chhan | 10/01/99 | Robert Carnavale, Esq. | CNA Insurance | Invoice |
| 03419107 | Saneth Heang | 03/14/03 | First Spine | Encompass | Invoice |
| 03419107 | Saneth Heang | 11/13/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03419107 | Sareth Heang | 09/05/01 | Donald Green, Esq. | CNA Insurance | Medical Records and Invoices |
| 03419107 | Cang Keo | 08/28/01 | Donald Green, Esq. | CNA Insurance | Medical Records and Invoices |
| 03419107 | Kim Neang | 08/28/01 | Donald Green, Esq. | CNA Insurance | Medical Records and Invoices |
| 03419107 | Khawaii Sok | 08/28/01 | Donald Green, Esq. | CNA Insurance | Medical Records and Invoices |
| 03435147 | Sophea Um | 12/18/01 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03445147 | Phamaro Uong | 10/19/01 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03403606 | Margarita Pina | 03/21/01 | First Spine | Encompass | Invoice |
| 03403606 | Margarita Pina | 03/20/01 | Dane Shulman, Esq. | CNA Insurance | Medical Records and Invoices |
| 03414116 | Marguera Sam | 12/14/04 | Ambrose & Ambrose | Encompass | Invoice |

**Mail Fraud Chart**

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03414116 | Seak Sam | 12/14/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03415524 | Sophea Um | 04/08/03 | Roland Milliard. Esq. | Encompass | Medical Records and Invoices |
| 03415524 | Eath Keo | 01/22/03 | Roland Milliard. Esq. | Encompass | Medical Records and Invoices |
| 03462436 | Sar Chhean | 11/12/02 | Mark Salomone, Esq. | Encompass | Invoice |
| 03462436 | Sar Chhean | 07/24/02 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03467477 | Sophinnary Ung | 11/15/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03467477 | Chithra Ung | 02/18/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03467477 | Pholla Long | 11/18/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03467477 | Samnang San | 02/05/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03467477 | Volak Neang | 02/05/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03467477 | Volak Neang | 08/30/04 | First Spine | Encompass | Invoice |
| 03467477 | Volak Neang | 06/03/02 | Bratton & Springer | Encompass | Medical Records and Invoices |
| 03467477 | Samnang San | 06/28/02 | Bratton & Springer | Encompass | Medical Records and Invoices |
| 03442397 | Thanh Som | 12/24/01 | Dana Rosencranz, Esq. | CNA Insurance | Invoice |
| 03457321 | Sunnhak Chiv | 04/02/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03420810 | Bin Real | 09/09/01 | Danny Chum, Esq. | Encompass | Medical Records |
| 03420810 | Nickie Phan | 08/16/01 | Donahue & Donahue | Encompass | Medical Records and Invoices |
| 03480962 | Chea Taing Theng | 05/01/03 | Joseph Eli LaFreniere, Esq. | Encompass | Medical Records and Invoices |
| 03462436 | Ry Chhaim | 05/09/02 | Mark Salomone, Esq. | Encompass | Invoice |
| 03462436 | Tim Neang | 07/08/02 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03449223 | Boeuk Pin | 09/30/02 | Vanthan Un, Esq. | Encompass | Medical Records and Invoices |
| 03493502 | Diane Melo | 10/12/04 | Iannella & Mummolo | Encompass | Invoice |
| 03469510 | Sokhan Bum | 02/10/03 | John King, Esq. | Encompass | Medical Records and Invoices |
| 03444156 | Jaemwimon Phramahaphon | 08/15/01 | Nicholas Andreson, Esq. | Encompass | Medical Records and Invoices |
| 03444156 | Anirut Khuanphat | 08/08/01 | Nicholas Andreson, Esq. | Encompass | Medical Records and Invoices |
| 03438972 | Naim Eng | 06/27/01 | John Buck, Esq. | CNA Insurance | Invoice |
| 03438972 | Santa Dones | 06/29/01 | John Buck, Esq. | CNA Insurance | Invoice |
| 03428972 | Carmen Perez | 06/27/01 | John Buck, Esq. | CNA Insurance | Invoice |
| 03438972 | Juan Disla | 12/09/03 | John Buck, Esq. | CNA Insurance | Invoice |
| 03326411 | Nguyet Ngyuen Hang Tran | 05/26/98 | Louis Haskell, Esq. | CNA Insurance | Medical Records and Invoices |
| 03402742 | Viphearea Srey | 08/02/01 | Howard Swartz, Esq. | CNA Insurance | Invoice |
| 03402742 | Sacha Tang | 05/29/01 | Howard Swartz, Esq. | CNA Insurance | Invoice |
| 03402742 | Wilson Douongchack | 08/29/01 | Howard Swartz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03417018 | Kamsot Kong | 05/24/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03415264 | Ngeth Soeung | 10/14/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03415264 | Bin Soun | 12/02/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03381790 | Sokcheath Park | 05/12/00 | Francis Gaimari, Esq. | CNA Insurance | Medical Records and Invoices |
| 03381790 | Sophaly Chum | 05/10/00 | Francis Gaimari, Esq. | CNA Insurance | Medical Records and Invoices |
| 03381790 | Sophaly Chum | 05/10/00 | Francis Gaimari, Esq. | CNA Insurance | Medical Records and Invoices |
| 03381790 | Kosal Nguon | 05/18/99 | Thomas Elias, Esq. | CNA Insurance | Medical Records and Invoices |

**Mail Fraud Chart**

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03514331 | Chhat Phim | 10/20/04 | First Spine | Encompass | Invoice |
| 03479077 | Kongkeo Phonphiak | 12/04/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03479077 | Khammoune Panya | 11/15/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03465736 | Chhang Kang | 12/16/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03465736 | Chanda Kong | 12/30/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03464181 | Prasan Phumbchan | 05/01/02 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03456762 | Pamela Nou | 12/18/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03456762 | Saroeun Hou | 12/31/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03456762 | Pamela Nou and Sarouen Hou | 01/22/02 | Samuel Kompouris, Esq. | Encompass | Invoice |
| 03408504 | Samnang Khut | 04/29/02 | Martin McNulty, Esq. | Encompass | Medical Records and Invoices |
| 03408504 | Samnang Khut | 12/16/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03408504 | Kevin Meas | 10/24/01 | Martin McNulty, Esq. | Encompass | Medical Records and Invoices |
| 03491823 | John Rom | 03/09/04 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03457313 | Oeun Tim | 01/08/02 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03506712 | Liv Kong | 11/04/04 | First Spine | Encompass | Invoice |
| 03506712 | John Rom | 01/22/04 | First Spine | Encompass | Invoice |
| 03486795 | Savonn Yonn | 03/25/03 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03486795 | Savonn Yonn | 01/06/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03500338 | John Rom | 10/16/03 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03500338 | Kong Liv | 08/27/03 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03500338 | Jimmy Rom | 02/04/04 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03530556 | Ken Truong | 04/14/04 | Daniel Kelleher, Esq. | Encompass | Medical Records and Invoices |
| 03532353 | Pat Song | 02/25/05 | Ambrose & Ambrose | Encompass | Invoice |
| 03532353 | Pat Song | 06/16/04 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03505976 | Keo Kothpratoum | 06/01/04 | First Spine | Encompass | Invoice |
| 03511086 | Thea Soun | 07/20/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03511086 | Morn Samith | 04/29/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03506013 | Chaly Sibunroeung | 12/18/03 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03440595 | Sarin Chhay | 10/06/00 | Vanthan Un, Esq. | CNA Insurance | Invoice |
| 03469757 | Dara Lay | 08/28/02 | Mark Ruby, Esq. | Encompass | Medical Records and Invoices |
| 03504357 | Reath Toch | 03/31/04 | First Spine | Encompass | Invoice |
| 03448910 | Sivinary Seng | 10/14/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03504615 | Alexander Men | 11/04/04 | First Spine | Encompass | Invoice |
| 03504615 | Vanneck Chea | 11/03/04 | First Spine | Encompass | Invoice |
| 03504615 | Alexander Men | 02/18/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03504615 | Kimsan Mom | 01/26/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03425856 | Tim Oeun and Timmy Tim | 12/17/99 | James Kutelis, Esq. | CNA Insurance | Medical Records and Invoices |
| 03413857 | Narith Dou | 04/10/01 | Martin McNulty, Esq. | CNA Insurance | Medical Records and Invoices |
| 03491088 | Sophannee Uy | 11/12/03 | Mark Salomone, Esq. | CNA Insurance | Invoice |
| 03449560 | Morn Samith | 05/28/03 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |

**Mail Fraud Chart**

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03490345 | Rithy Mao | 03/06/03 | Mark Salomone, Esq. | Encompass | Invoice |
| 03445658 | Tab Lay | 10/02/01 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03445658 | Pheap Tim | 10/09/01 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03418795 | Punlork Sar | 10/14/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03418795 | Samatha Mao | 05/24/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03418795 | Sambath Bo | 06/28/01 | Dana Rosencranz, Esq. | CNA Insurance | Medical Records and Invoices |
| 03418795 | Jorge Diaz | 09/21/01 | Vazquez Law Office | Encompass | Medical Records and Invoices |
| 03464524 | Phoeuk Neang | 08/23/02 | Louis Haskell, Esq. | Encompass | Medical Records |
| 03464524 | Jerry Seng | 08/16/02 | Robert Carnavale, Esq. | Encompass | Medical Records and Invoices |
| 03464524 | Melaly Seng | 08/16/02 | Robert Carnavale, Esq. | Encompass | Medical Records and Invoices |
| 03470133 | Rochenna Sim | 10/07/02 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03470133 | Bunkeath Meng | 09/23/02 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03436611 | Lan Lim | 09/27/00 | Gregory Howard, Esq. | CNA Insurance | Medical Records |
| 03456832 | Dalin Ou | 10/20/04 | First Spine | Encompass | Invoice |
| 03456832 | Dalin Ou | 05/29/02 | Geary & Geary | Encompass | Medical Records and Invoices |
| 03456832 | Dalin Ou | 12/22/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03391026 | Phuong Uyen Le | 02/26/01 | Kafkas Law Offices | CNA Insurance | Medical Records and Invoices |
| 03483838 | Sokean Phlong | 01/23/04 | Broderick Law Firm | Encompass | Medical Records and Invoices |
| 03483838 | Brandon Oeur | 04/14/03 | Thomas Broderick, Esq. | Encompass | Medical Records and Invoices |
| 03473966 | Diane Melo | 09/26/02 | Mark Salomone, Esq. | Encompass | Invoice |
| 03482803 | Sareth Veuk | 07/17/03 | Martin McNulty, Esq. | Encompass | Medical Records and Invoices |
| 03482803 | Thaverei Veuk | 07/17/03 | Martin McNulty, Esq. | Encompass | Medical Records and Invoices |
| 03536789 | Savy Vong | 09/24/04 | Dana Rosencranz, Esq. | Encompass | Medical Records and Invoices |
| 03467194 | Marion Garcia | 10/28/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03467194 | Paul Taylor | 12/03/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03486647 | Vich Lam | 03/08/05 | Ambrose & Ambrose | Encompass | Invoice |
| 03461410 | Sarath Ros | 01/03/05 | Ambrose & Ambrose | Encompass | Invoice |
| 03461410 | Bunthy Chantha | 11/22/02 | Mark Salomone, Esq. | Encompass | Invoice |
| 03481235 | Chinda Kruth | 10/19/04 | First Spine | Encompass | Invoice |
| 03411511 | Sareth Nuon | 07/21/04 | Ambrose & Ambrose | Encompass | Invoice |
| 03411511 | Sareth Nuon and Roeun Kong | 05/03/02 | Louis Haskell, Esq. | Encompass | Medical Records and Invoices |
| 03469203 | Kim Sat (Rick) Ban | 12/11/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03469203 | At Ban | 12/11/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03469203 | At Ban | 08/14/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03469203 | Kim Sat (Rick) Ban | 08/21/03 | Ambrose & Ambrose | Encompass | Invoice |
| 03469203 | At Ban | 11/21/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03469203 | Kim Sa (Rick) Ban | 11/12/02 | Mark Salomone, Esq. | Encompass | Medical Records and Invoices |
| 03469203 | Kim Sat (Rick) Ban | 04/07/03 | Encompass | Mark Salamone, Esq. | Records Review |
| 03469203 | Kim Sat (Rick) Ban | 10/10/02 | Encompass | Mark Salamone, Esq. | Records Review |
| 03469203 | Kim Sat (Rick) Ban | 03/07/03 | Lori Couture, Esq. (Mark E. Salamone | Encompass | Request for Payment |

**Mail Fraud Chart**

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03469203 | At Ban | 05/29/03 | Mark Salomone, Esq. | Encompass | |
| 03469203 | At Ban | | Lori Couture, Esq. (Mark E. Salamone | Encompass | Lost Wage Check |
| 03469203 | Kim Sat (Rick) Ban | 07/24/02 | Lori Couture, Esq. (Mark E. Salamone | Encompass | PIP Checks |
| 03469203 | Kim Sat (Rick) Ban | 10/10/02 | Encompass | Mark Salamone, Esq. | Records Review |
| 03469203 | Kim Sat (Rick) Ban | 09/25/02 | Mark Salomone, Esq. | Encompass | PIP Application |
| 03469203 | Kim Sat (Rick) Ban | 11/04/02 | Ambrose & Ambrose | Encompass | Invoice for PIP Payments |
| 03469203 | Kim Sat (Rick) Ban | 09/26/02 | ERI Expert Review Incorporated | Encompass | Independent Medical Review |
| 03469203 | Kim Sat (Rick) Ban | 09/30/02 | ERI Expert Review Incorporated | Encompass | Invoice |
| 03469203 | Kim Sat (Rick) Ban | 10/07/02 | Mark Salomone, Esq. | Encompass | PIP Application |
| 03469203 | At Ban | 09/05/02 | Mark Salomone, Esq. | Encompass | Invoices |
| 03469203 | At Ban | 10/10/02 | Encompass | Mark Salamone, Esq. | Medical Records Review |
| 03469203 | At Ban | 11/04/02 | Ambrose & Ambrose | Encompass | Invoice |
| 03469203 | At Ban | 09/26/02 | ERI Expert Review Incorporated | Encompass | Medical Records Review |
| 03469203 | At Ban | 09/30/02 | ERI Expert Review Incorporated | Encompass | Invoice |
| 03396719 | Cynthia Laing | 11/14/01 | Encompass | Law Office of Attorney Robert Ahearn | Request for Payment |
| 03341477 | Phally Lang | on or about 01/09/02 | First Spine and Rehab. | Encompass | Request for Medical Records |
| 03448741 | Katie Duong | on or about 12/31/01 | First Spine and Rehab. | Encompass | Medical Records |
| 03432698 | Peou Ing | 02/08/00 | Medical Records Associates | Gloria Sanford CNA personal Insurance | Medical Records |
| 03475016 | Seng Eam Taing | 12/19/02 | Law Offices of Andrew J. Zaroulis | Encompass | Medical Records |