| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03326411 | 01/09/98 | $975.00 | 06/26/98 | TRAN | HANG |
| 03326411 | 01/09/98 | $970.00 | 06/26/98 | NGUYEN | NGUYET |
| 03331518 | 09/10/98 | $3,896.00 | 12/08/04 | HOK | TUT |
| 03331518 | 09/10/98 | $129.00 | 03/16/99 | HOK | TUT |
| 03341477 | 10/29/99 | $1,068.00 | 03/21/00 | LANG | PHALLY |
| 03341477 | 10/29/99 | $695.00 | 03/20/02 | LANG | PHALLY |
| 03341477 | 10/29/99 | $1,867.00 | 04/23/01 | LANG | PHALLY |
| 03374831 | 07/18/98 | $1,377.00 | 04/02/99 | UN | SENDY |
| 03374831 | 07/18/98 | $665.00 | 04/14/99 | UN | SOKEA |
| 03374831 | 07/18/98 | $2,822.00 | 04/02/99 | UN | SOKEA |
| 03374831 | 07/18/98 | $1,907.00 | 04/14/99 | SIM | SAROEUT |
| 03374831 | 07/18/98 | $1,375.00 | 04/02/99 | SIM | SAROEUT |
| 03374831 | 07/18/98 | $150.00 | 04/14/99 | SIM | SAROEUT |
| 03374831 | 07/18/98 | $2,900.00 | 04/09/88 | ROUM | SAROEUT |
| 03374831 | 07/18/98 | $177.00 | 07/31/02 | ROUM | SAROEUT |
| 03379614 | 10/21/98 | $655.00 | 02/12/99 | NIKKI | KIM |
| 03379614 | 10/21/98 | $465.00 | 02/24/99 | NIKKI | KIM |
| 03381790 | 12/14/98 | $1,579.00 | 03/30/99 | CHUM | SOPHALA |
| 03381790 | 12/14/98 | $2,212.00 | 03/30/99 | PRAK | SOKCHEATH |
| 03381790 | 12/14/98 | $1,847.00 | 03/30/99 | CHUM | SOPHALA |
| 03381790 | 12/14/98 | $1,833.00 | 02/17/00 | PRAK | SOKCHEATH |
| 03381790 | 12/14/98 | $2,236.00 | 11/27/01 | CHUM | SOPHALA |
| 03381790 | 12/14/98 | $1,558.00 | 11/27/01 | CHUM | SOPHALA |
| 03382948 | 02/02/99 | $1,625.00 | 06/08/04 | CHHU | SAROEUN |
| 03382948 | 02/02/99 | $1,625.00 | 11/12/00 | CHHU | SAROEUN |
| 03382948 | 02/02/99 | $2,000.00 | 09/24/99 | CHUU | SAROEN |
| 03382948 | 02/02/99 | $1,625.00 | 01/12/00 | CHUU | SAROEN |
| 03391026 | 07/26/00 | $110.00 | 06/21/01 | PHOUNG | LE |
| 03391026 | 07/26/00 | $110.00 | 02/19/02 | PHOUNG | LE |
| 03391026 | 07/26/00 | $110.00 | 02/19/02 | PHOUNG | LE |
| 03391026 | 07/26/00 | $110.00 | 06/21/01 | PHOUNG | LE |
| 03391026 | 07/26/00 | $3,910.00 | 04/07/01 | PHOUNG | LE |
| 03392271 | 08/29/00 | $1,775.00 | 06/04/01 | YEM | RADET |
| 03402742 | 09/08/00 | $415.00 | 09/26/01 | DUONGCHACK | WILSON |
| 03402742 | 09/08/00 | $415.00 | 09/26/01 | DUONGCHACK | WILSON |
| 03402742 | 09/08/00 | $2,810.00 | 02/19/02 | TANG | SACHA |
| 03402742 | 09/08/00 | $1,585.00 | 09/24/01 | DUONGCHACK | WILSON |
| 03402742 | 09/08/00 | $555.00 | 09/21/01 | DUONGCHACK | WILSON |
| 03402742 | 09/08/00 | $1,130.00 | 08/02/01 | TANG | SACHA |
| 03402742 | 09/08/00 | $190.00 | 05/11/01 | TANG | SACHA |
| 03402742 | 09/08/00 | $950.00 | 05/11/01 | SPEY | VIPHEAREA |
| 03402742 | 09/08/00 | $3,030.00 | 02/28/01 | SPEY | VIPHEAREA |
| 03403606 | 10/06/00 | $150.00 | 05/24/01 | PINA | MARGARITA |
| 03408504 | 02/23/01 | $3,505.00 | 07/23/02 | MEAS | KEVIN |
| 03408504 | 02/23/01 | $2,905.00 | 09/16/02 | KHUT | SAMNANG |
| 03413857 | 08/30/00 | $4,505.00 | 04/11/01 | NARITH | DOU |
| 03414287 | 10/25/00 | $1,816.00 | 02/28/01 | KHANNANIVONGH | KHAMSING |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03414287 | 10/25/00 | $1,763.00 | 04/11/01 | UY | DOEUN |
| 03414660 | 11/01/00 | $3,885.00 | 09/27/01 | TI | OUK |
| 03415264 | 11/18/00 | $2,000.00 | 07/16/01 | SOENG | NGETH |
| 03415264 | 11/18/00 | $2,000.00 | 04/10/01 | SUON | BIN |
| 03415432 | 11/25/00 | $330.00 | 03/11/04 | VORN | SARON |
| 03415432 | 11/25/00 | $300.00 | 12/16/04 | PHAN | SOPHAL |
| 03415432 | 11/25/00 | $740.00 | 02/24/03 | PHAN | SOPHAL |
| 03415432 | 11/25/00 | $2,108.00 | 05/30/01 | BOU | SARATH |
| 03415432 | 11/25/00 | $1,993.00 | 05/30/01 | VORN | SARON |
| 03415432 | 11/25/00 | $1,963.00 | 05/30/01 | VORN | SARON |
| 03415432 | 11/25/00 | $2,493.00 | 05/30/01 | PHAN | SOPHAL |
| 03415432 | 11/25/00 | $1,760.00 | 07/16/01 | BOU | SARATH |
| 03415449 | 11/25/00 | $3,508.00 | 09/25/01 | KHIM | RUMCHEK |
| 03415524 | 11/26/00 | $1,218.00 | 04/16/01 | KONG | SOPEUN |
| 03415524 | 11/26/00 | $1,395.00 | 09/25/01 | KEO | EATH |
| 03415524 | 11/26/00 | $2,805.00 | 02/04/02 | KEO | EATH |
| 03415760 | 11/26/00 | $2,028.00 | 05/15/01 | MOUN | SAVY |
| 03415760 | 11/26/00 | $1,765.00 | 12/09/02 | MOUN | SAVY |
| 03417806 | 01/20/01 | $2,420.00 | 05/07/01 | MEN | HOEURN |
| 03417806 | 01/20/01 | $1,455.00 | 07/20/01 | NGETH | NHBEM |
| 03418795 | 02/11/01 | $1,818.00 | 06/15/01 | BO. | LYSABAD |
| 03418795 | 02/11/01 | $2,105.00 | 07/16/01 | SAR | SAMBUN |
| 03418795 | 02/11/01 | $1,973.00 | 06/15/01 | SAR | SAMBUN |
| 03418795 | 02/11/01 | $1,150.00 | 06/19/01 | MAO | SAMENTHA |
| 03418795 | 02/11/01 | $2,053.00 | 06/15/01 | MAO | SAMENTHA |
| 03418795 | 02/11/01 | $2,220.00 | 06/19/01 | BO | SAMBAN |
| 03418795 | 02/11/01 | $1,878.00 | 06/15/01 | BO | SAMBAN |
| 03418795 | 02/11/01 | $1,400.00 | 06/21/01 | BO | SAMBATH |
| 03418795 | 02/11/01 | $1,795.00 | 06/21/01 | BO. | LYSABAD |
| 03418795 | 02/11/01 | $1,958.00 | 06/15/01 | BO | SAMBATH |
| 03418795 | 02/11/01 | $450.00 | 07/19/01 | SAR | PUNLORK |
| 03418795 | 02/11/01 | $1,170.00 | 07/16/01 | SAR | PUNLORK |
| 03418795 | 02/11/01 | $1,968.00 | 06/15/01 | SAR | PUNLORK |
| 03418926 | 02/13/01 | $2,000.00 | 08/02/01 | KIM | NIKKI |
| 03419107 | 02/18/01 | $90.00 | 07/25/03 | SARATH | HEANO |
| 03419107 | 02/18/01 | $444.00 | 07/23/01 | SARATH | HEANO |
| 03419107 | 02/18/01 | $1,631.00 | 07/02/01 | SARATH | HEANO |
| 03419107 | 02/18/01 | $4,250.00 | 08/06/01 | SOK | KHAWAII |
| 03419107 | 02/18/01 | $2,895.00 | 08/06/01 | NEANG | KIM |
| 03419107 | 02/18/01 | $3,765.00 | 08/06/01 | CANG | KEO |
| 03419107 | 02/18/01 | $330.00 | 04/11/02 | SOK | KHAWAII |
| 03419107 | 02/18/01 | $1,615.00 | 04/11/02 | SARATH | HEANO |
| 03419107 | 02/18/01 | $270.00 | 07/17/02 | NEANG | KIM |
| 03419107 | 02/18/01 | $600.00 | 07/02/02 | NEANG | KIM |
| 03420777 | 04/01/01 | $200.00 | 05/24/04 | MEN | OEUN |
| 03420777 | 04/01/01 | $695.00 | 05/24/04 | KHENT | KHEN |
| 03420777 | 04/01/01 | $695.00 | 08/13/01 | KHENT | KHEN |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03420777 | 04/01/01 | $2,313.00 | 08/03/01 | KHENT | KHEN |
| 03420777 | 04/01/01 | $2,000.00 | 06/26/01 | MEN | OEUN |
| 03420777 | 04/01/01 | $1,115.00 | 08/21/01 | MEN | OEUN |
| 03420777 | 04/01/01 | $1,010.00 | 08/21/01 | KHENT | KHEN |
| 03420777 | 04/01/01 | $1,115.00 | 08/21/01 | SOK | SART |
| 03420777 | 04/01/01 | $810.00 | 07/23/01 | SOK | SART |
| 03420777 | 04/01/01 | $2,035.00 | 07/03/01 | SOK | SART |
| 03421674 | 01/08/99 | $226.00 | 04/28/99 | THANONGSINH | APRIL |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | MAK | NARAVUTH |
| 03425232 | 04/25/99 | $2,763.00 | 06/26/00 | MAK | NARAVUTH |
| 03425232 | 04/25/99 | $3,023.00 | 06/26/00 | VANN | EMMY |
| 03425232 | 04/25/99 | $1,866.00 | 06/26/00 | MAK | SANDY |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | MAK | SANDY |
| 03425232 | 04/25/99 | $3,073.00 | 06/26/00 | NAK | NORAYUTI |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | VANN | EMMY |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | MAK | NARAVUTH |
| 03425856 | 05/16/99 | $1,199.00 | 02/02/01 | TIM | OEUN |
| 03425856 | 05/16/99 | $2,000.00 | 06/20/00 | TIM | OEUN |
| 03425856 | 05/16/99 | $2,000.00 | 10/11/00 | TIM | TIMMY |
| 03432698 | 11/09/99 | $960.00 | 07/03/00 | ING | PEOU |
| 03432698 | 11/09/99 | $2,235.00 | 03/17/00 | ING | PEOU |
| 03436611 | 02/20/00 | $2,270.00 | 01/04/01 | LIM | LAN |
| 03436611 | 02/20/00 | $2,000.00 | 05/04/00 | LIM | LAN |
| 03438972 | 01/14/00 | $4,032.00 | 12/19/03 | DISLA | JUAN |
| 03438972 | 01/14/00 | $3,817.00 | 01/20/03 | MEJIA | ANGELA |
| 03439611 | 05/19/00 | $1,387.00 | 01/19/01 | YANG | SOKHAN |
| 03439611 | 05/19/00 | $2,875.00 | 06/06/02 | YANG | SOKHAN |
| 03439668 | 05/22/00 | $75.00 | 03/13/01 | LONG | VEUN |
| 03439668 | 05/22/00 | $1,610.00 | 01/17/01 | LONG | VEUN |
| 03439668 | 05/22/00 | $2,495.00 | 08/22/00 | LONG | VEUN |
| 03439668 | 05/22/00 | $80.00 | 08/22/00 | LONG | VEUN |
| 03440595 | 06/15/00 | $505.00 | 01/04/01 | CHHAY | SARIN |
| 03440595 | 06/15/00 | $420.00 | 11/07/00 | CHHAY | SARIN |
| 03440595 | 06/15/00 | $970.00 | 10/26/00 | CHHAY | SARIN |
| 03440595 | 06/15/00 | $2,350.00 | 10/09/00 | CHHAY | SARIN |
| 03440595 | 06/15/00 | $95.00 | 09/15/00 | CHHAY | SARIN |
| 03442397 | 02/17/01 | $2,000.00 | 06/25/01 | SOM | THANH |
| 03442397 | 02/17/01 | $394.00 | 06/12/02 | SOM | THANH |
| 03442397 | 02/17/01 | $1,880.00 | 02/11/02 | SOM | THANH |
| 03444156 | 03/06/01 | $4,100.00 | 11/28/01 | KHUANPHET | ANIRUT |
| 03445147 | 05/10/01 | $1,870.00 | 12/17/01 | UM | SOPHEA |
| 03445147 | 05/10/01 | $1,652.00 | 11/12/01 | UONG | PHAMARO |
| 03445147 | 05/10/01 | $2,249.00 | 04/08/02 | UM | SOPHEA |
| 03445147 | 05/10/01 | $2,497.00 | 03/20/02 | UONG | PHAMARO |
| 03445338 | 05/16/01 | $4,582.00 | 09/20/02 | SO | RATHA |
| 03445338 | 05/16/01 | $4,547.00 | 08/21/02 | CHHIM | PHYRUM |
| 03445702 | 05/28/01 | $270.00 | 12/11/01 | PHO | MICHAEL |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03445702 | 05/28/01 | $3,614.00 | 12/11/01 | PHO | MICHAEL |
| 03447628 | 06/25/00 | $4,101.00 | 11/12/01 | NGETH | VEASHA |
| 03447628 | 06/25/00 | $4,256.00 | 11/12/01 | NGETH | SAMNANG |
| 03448741 | 08/06/01 | $605.00 | 11/16/01 | DOUNG | KATIE |
| 03448741 | 08/06/01 | $2,099.00 | 10/23/01 | DOUNG | KATIE |
| 03448741 | 08/06/01 | $180.00 | 03/29/02 | DOUNG | KATIE |
| 03448741 | 08/06/01 | $257.00 | 04/03/02 | DOUNG | KATIE |
| 03448910 | 08/14/01 | $317.00 | 01/05/04 | SENG | SIVINARY |
| 03448910 | 08/14/01 | $2,119.00 | 10/19/01 | SENG | MUTH |
| 03448910 | 08/14/01 | $1,854.00 | 10/19/01 | CHIV | SUNNAK |
| 03448910 | 08/14/01 | $2,015.00 | 10/19/01 | SENG | SIVINARY |
| 03448910 | 08/14/01 | $2,489.00 | 05/21/02 | SENG | VANDARY |
| 03448910 | 08/14/01 | $434.00 | 04/12/02 | SENG | SIVINARY |
| 03448910 | 08/14/01 | $1,341.00 | 03/04/02 | SENG | SIVINARY |
| 03448910 | 08/14/01 | $1,699.00 | 04/12/02 | SENG | MUTH |
| 03448910 | 08/14/01 | $540.00 | 03/04/02 | SENG | MUTH |
| 03448910 | 08/14/01 | $951.00 | 03/04/02 | SENG | MUTH |
| 03448910 | 08/14/01 | $175.00 | 03/04/02 | CHIV | SUNNAK |
| 03449560 | 10/05/02 | $1,615.00 | 05/01/03 | SAMITH | MORN |
| 03449560 | 10/05/02 | $1,400.00 | 05/05/03 | SAMITH | MORN |
| 03449560 | 10/05/02 | $815.00 | 02/18/03 | SAMITH | MORN |
| 03449560 | 10/05/02 | $530.00 | 07/01/03 | SAMITH | MORN |
| 03456762 | 09/06/01 | $973.00 | 03/07/02 | HOU | SAROEUN |
| 03456762 | 09/06/01 | $2,789.00 | 01/30/02 | HOU | SAROEUN |
| 03456762 | 09/06/01 | $1,614.00 | 01/30/02 | NOU | PAMELA |
| 03456832 | 09/08/01 | $105.00 | 02/28/02 | SOUM | MIKE |
| 03456832 | 09/08/01 | $180.00 | 08/09/02 | OU | DALIN |
| 03456832 | 09/08/01 | $1,717.00 | 04/12/02 | OU | DALIN |
| 03456832 | 09/08/01 | $2,433.00 | 04/01/02 | OU | DALIN |
| 03456832 | 09/08/01 | $2,590.00 | 03/06/02 | SOUM | MIKE |
| 03456832 | 09/08/01 | $1,947.00 | 04/12/02 | SOUM | MIKE |
| 03457313 | 09/22/01 | $1,315.00 | 02/25/03 | OEUM | TIM |
| 03457313 | 09/22/01 | $472.00 | 09/12/02 | OEUN | TIM |
| 03457321 | 09/21/01 | $1,995.00 | 11/07/02 | CHIV | SUNTAK |
| 03461410 | 01/15/02 | $365.00 | 10/13/04 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $486.00 | 10/28/04 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $1,133.00 | 07/21/04 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $693.00 | 11/11/04 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $550.00 | 01/06/03 | CHANTHA | BUN |
| 03461410 | 01/15/02 | $2,000.00 | 04/08/02 | ROS | SARATH |
| 03461410 | 01/15/02 | $2,000.00 | 04/08/02 | CHANTHA | BUNTHY |
| 03462436 | 02/13/02 | $1,805.00 | 08/21/02 | CHHAIM | RY |
| 03462436 | 02/13/02 | $1,620.00 | 08/26/02 | CHHEAN | SAR |
| 03462436 | 02/13/02 | $1,585.00 | 08/21/02 | PIN | BOEUK |
| 03462436 | 02/13/02 | $175.00 | 08/28/02 | CHANTHA | BUNTHY |
| 03464524 | 04/23/02 | $2,000.00 | 05/21/03 | SOK | MON |
| 03464524 | 04/23/02 | $3,733.00 | 11/13/02 | SENG | MELODY |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03464524 | 04/23/02 | $3,613.00 | 11/13/02 | SENG | JERRY |
| 03464524 | 04/23/02 | $2,000.00 | 11/13/02 | SOK | MON |
| 03465736 | 06/04/02 | $530.00 | 02/26/04 | KONG | CHANDA |
| 03465736 | 06/04/02 | $1,195.00 | 01/14/03 | PHOUN | PHALA |
| 03465736 | 06/04/02 | $525.00 | 01/14/03 | KONG | CHANDA |
| 03465736 | 06/04/02 | $1,135.00 | 01/14/03 | KANG | CHHANG |
| 03465736 | 06/04/02 | $1,890.00 | 12/31/02 | KONG | CHANDA |
| 03465736 | 06/04/02 | $1,521.00 | 09/20/02 | PHOUN | PHALA |
| 03465736 | 06/04/02 | $1,281.00 | 12/31/02 | KONG | CHANDA |
| 03465736 | 06/04/02 | $1,045.00 | 09/20/02 | KANG | CHHANG |
| 03465736 | 06/04/02 | $2,456.00 | 09/06/02 | KANG | CHHANG |
| 03465736 | 06/04/02 | $1,725.00 | 09/11/02 | PHOUN | PHALA |
| 03467194 | 01/30/02 | $1,178.00 | 05/13/02 | TAYLOR | PAUL |
| 03467194 | 01/30/02 | $1,040.00 | 03/21/02 | TAYLOR | PAUL |
| 03467477 | 02/07/02 | $1,450.00 | 09/06/02 | UNG | CHITHRA |
| 03467477 | 02/07/02 | $1,475.00 | 09/06/02 | LONG | PHOLLA |
| 03467477 | 02/07/02 | $1,560.00 | 09/06/02 | UNG | VOLAK |
| 03467477 | 02/07/02 | $1,025.00 | 09/06/02 | UNG | SOPHINNA |
| 03467477 | 02/07/02 | $1,640.00 | 09/06/02 | SAN | SAMNANG |
| 03468725 | 03/18/02 | $886.00 | 01/02/04 | SOPHAY | PORTH |
| 03468725 | 03/18/02 | $460.00 | 10/22/02 | KRAPOMROTH | KHIM |
| 03468725 | 03/18/02 | $345.00 | 07/24/02 | KRAPOMROTH | KHIM |
| 03468725 | 03/18/02 | $2,030.00 | 07/15/02 | KRAPOMROTH | KHIM |
| 03468725 | 03/18/02 | $1,220.00 | 10/22/02 | SOPHAY | PORTH |
| 03468725 | 03/18/02 | $285.00 | 07/24/02 | SOPHAY | PORTH |
| 03468725 | 03/18/02 | $2,440.00 | 07/15/02 | SOPHAY | PORTH |
| 03468725 | 03/18/02 | $2,000.00 | 07/15/02 | PHOEUN | SAM |
| 03469371 | 04/04/02 | $2,326.00 | 12/06/02 | VAT | SAVANN |
| 03469510 | 04/07/02 | $349.00 | 01/17/03 | BUN | SAKHAN |
| 03469757 | 04/15/02 | $1,290.00 | 04/02/03 | LAY | KHON |
| 03469757 | 04/15/02 | $2,080.00 | 06/03/03 | LAY | KHON |
| 03470133 | 04/20/02 | $1,868.00 | 02/14/03 | MENG | BUNKEA |
| 03470133 | 04/20/02 | $3,101.00 | 08/02/02 | MENG | BUNKEA |
| 03470133 | 04/20/02 | $1,901.00 | 08/02/02 | SIM | ROCKENNA |
| 03473966 | 07/15/02 | $1,782.00 | 11/07/02 | MELO | DIANE |
| 03473966 | 07/15/02 | $1,883.00 | 09/23/02 | MELO | DIANE |
| 03479077 | 09/07/02 | $2,835.00 | 01/13/03 | PANYA | KHANM |
| 03479077 | 09/07/02 | $495.00 | 01/24/03 | PHONPHIPHAK | KONGKEO |
| 03479077 | 09/07/02 | $2,955.00 | 01/13/03 | PHONPHIPHAK | KONGKEO |
| 03479384 | 09/17/02 | $525.00 | 02/27/03 | MEACH | MELINDA |
| 03480962 | 11/18/02 | $2,255.00 | 04/18/03 | THENG | CHEA |
| 03480962 | 11/18/02 | $2,345.00 | 02/05/03 | THENG | CHEA |
| 03481235 | 11/27/02 | $295.00 | 06/20/03 | KONG | SALLY |
| 03481235 | 11/27/02 | $1,910.00 | 02/17/03 | KONG | SALLY |
| 03481722 | 12/12/02 | $480.00 | 07/13/04 | HIM | SARON |
| 03481722 | 12/12/02 | $210.00 | 07/13/04 | HIM | SARON |
| 03481722 | 12/12/02 | $175.00 | 08/25/04 | HIM | SARON |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03481722 | 12/12/02 | $1,830.00 | 07/13/04 | HIM | SARON |
| 03482803 | 01/21/03 | $520.00 | 06/25/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $640.00 | 06/11/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $2,160.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $550.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $440.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $175.00 | 10/29/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $310.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $2,155.00 | 03/26/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $370.00 | 05/15/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $315.00 | 07/31/03 | VEUK | SARETH |
| 03482803 | 01/21/03 | $630.00 | 11/11/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $328.00 | 07/18/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $630.00 | 06/02/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $530.00 | 05/15/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $460.00 | 05/15/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $355.00 | 05/15/03 | VEUK | THAVERE |
| 03482803 | 01/21/03 | $645.00 | 04/07/03 | VEUK | THAVERE |
| 03483838 | 02/14/03 | $1,795.00 | 05/14/03 | OEUR | BRANDO |
| 03483838 | 02/14/03 | $1,465.00 | 11/06/03 | PHLONG | SOKEAN |
| 03483838 | 02/14/03 | $102.00 | 06/11/03 | PHLONG | SOKEAN |
| 03483838 | 02/14/03 | $2,000.00 | 04/21/03 | PHLONG | SOKEAN |
| 03483838 | 02/14/03 | $1,083.00 | 04/19/04 | OEUR | BRANDO |
| 03486647 | 10/16/02 | $2,200.00 | 03/26/03 | LAM | VICH |
| 03486647 | 10/16/02 | $720.00 | 03/26/03 | LAM | VICH |
| 03486647 | 10/16/02 | $370.00 | 03/26/03 | LAM | VICH |
| 03486647 | 10/16/02 | $250.00 | 03/26/03 | LAM | VICH |
| 03486795 | 10/19/02 | $175.00 | 06/24/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $365.00 | 05/29/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $2,770.00 | 02/26/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $440.00 | 02/10/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $470.00 | 01/24/03 | YONN | SAVONN |
| 03486795 | 10/19/02 | $375.00 | 02/10/03 | YONN | SAVONN |
| 03487016 | 10/23/02 | $645.00 | 05/19/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $465.00 | 02/03/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $895.00 | 02/26/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $1,535.00 | 02/03/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $645.00 | 05/19/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $1,300.00 | 03/18/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $710.00 | 02/26/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $510.00 | 02/03/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $1,490.00 | 02/03/03 | CHUM | RIDA |
| 03487016 | 10/23/02 | $645.00 | 04/08/03 | PHANTHAVONG | DIANE |
| 03487016 | 10/23/02 | $1,885.00 | 03/11/03 | PHANTHAVONG | DIANE |
| 03487193 | 10/26/02 | $420.00 | 02/04/03 | UY | SOPHANNEE |
| 03487193 | 10/26/02 | $2,040.00 | 01/27/03 | UY | SOPHANNEE |
| 03487193 | 10/26/02 | $365.00 | 06/02/03 | SAM | SAKUN |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03487193 | 10/26/02 | $365.00 | 02/04/03 | SAM | SAKUN |
| 03487193 | 10/26/02 | $1,526.00 | 03/27/03 | SAM | SAKUN |
| 03490345 | 12/26/02 | $210.00 | 05/02/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $465.00 | 04/16/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $465.00 | 04/16/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $495.00 | 04/14/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $575.00 | 04/14/03 | MAO | RITHY |
| 03490345 | 12/26/02 | $2,315.00 | 11/08/04 | MAO | RITHY |
| 03491088 | 04/15/03 | $770.00 | 01/22/04 | UY | SOPHANNEE |
| 03491823 | 05/23/03 | $1,362.00 | 10/29/03 | ROM | JOHN |
| 03500338 | 03/24/03 | $210.00 | 07/22/03 | ROM | JIMMY |
| 03500338 | 03/24/03 | $1,705.00 | 10/22/03 | ROM | JIMMY |
| 03500338 | 03/24/03 | $550.00 | 07/17/03 | ROM | JIMMY |
| 03500338 | 03/24/03 | $1,993.00 | 10/13/03 | LIV | KONG |
| 03500338 | 03/24/03 | $350.00 | 10/13/03 | LIV | KONG |
| 03500338 | 03/24/03 | $328.00 | 10/13/03 | LIV | KONG |
| 03500338 | 03/24/03 | $328.00 | 07/22/03 | LIV | KONG |
| 03500338 | 03/24/03 | $400.00 | 07/17/03 | LIV | KONG |
| 03500338 | 03/24/03 | $1,705.00 | 02/19/04 | ROM | JIMMY |
| 03500338 | 03/24/03 | $1,740.00 | 02/25/04 | ROM | JOHN |
| 03500338 | 03/24/03 | $320.00 | 02/25/04 | ROM | JOHN |
| 03500338 | 03/24/03 | $1,740.00 | 03/10/04 | ROM | JOHN |
| 03500338 | 03/24/03 | $320.00 | 03/10/04 | ROM | JOHN |
| 03500623 | 03/28/03 | $24.00 | 12/15/03 | PHAL | CHANNAK |
| 03500623 | 03/28/03 | $1,428.00 | 05/29/03 | PHAL | CHANNAK |
| 03500623 | 03/28/03 | $24.00 | 06/16/04 | PHAL | CHANNAK |
| 03504615 | 06/07/03 | $284.00 | 09/10/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $605.00 | 09/05/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $1,140.00 | 07/16/03 | KMSAN | MOM |
| 03504615 | 06/07/03 | $252.00 | 09/29/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $177.00 | 10/17/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $544.00 | 09/22/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $420.00 | 11/13/03 | CHEA | VANNAK |
| 03504615 | 06/07/03 | $1,932.00 | 11/10/03 | CHEA | VANNAK |
| 03505976 | 06/28/03 | $1,434.00 | 02/23/04 | KEO | KOTHATOM |
| 03505976 | 06/28/03 | $1,900.00 | 04/14/04 | PHANTHANOUSINH | VANTP |
| 03506013 | 06/12/03 | $2,520.00 | 09/16/04 | EANG | SOKUNTH |
| 03506712 | 07/11/03 | $349.00 | 02/17/04 | LIV | KONG |
| 03506712 | 07/11/03 | $901.00 | 02/17/04 | ROM | JOHN |
| 03506712 | 07/11/03 | $130.00 | 10/03/03 | LIV | KONG |
| 03506712 | 07/11/03 | $1,870.00 | 09/17/03 | LIV | KONG |
| 03506712 | 07/11/03 | $2,000.00 | 09/15/03 | ROM | JOHN |
| 03511086 | 09/18/03 | $277.00 | 01/16/04 | SAMITH | MORIN |
| 03511086 | 09/18/03 | $887.00 | 03/10/04 | SAMITH | MORIN |
| 03511086 | 09/18/03 | $415.00 | 02/19/04 | SAMITH | MORIN |
| 03511086 | 09/18/03 | $277.00 | 01/16/04 | SAMITH | MORIN |
| 03511086 | 09/18/03 | $531.00 | 01/16/04 | SAMITH | MORIN |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03511086 | 09/18/03 | $2,830.00 | 10/22/04 | SUON | THEA |
| 03511086 | 09/18/03 | $1,674.00 | 09/22/04 | SUON | THEA |
| 03511086 | 09/18/03 | $1,557.00 | 01/16/04 | SAMITH | MORIN |
| 03530556 | 12/10/03 | $1,016.00 | 04/28/04 | TRUONG | KEN |
| 03530556 | 12/10/03 | $1,123.00 | 04/28/04 | TRUONG | KEN |
| 03530556 | 12/10/03 | $297.00 | 04/28/04 | TRUONG | KEN |
| 03532353 | 01/02/04 | $478.00 | 06/23/04 | SONG | PAT |
| 03536789 | 03/16/04 | $1,057.00 | 12/03/04 | VONG | SAVY |
| 03536789 | 03/16/04 | $278.00 | 12/03/04 | VONG | SAVY |
| 03536789 | 03/16/04 | $665.00 | 07/08/04 | VONG | SAVY |
| 03396719 | 03/12/00 | $2,000.00 | 05/02/00 | LAING | CYNTHIA |
| 03459630 | 11/26/01 | $1,693.00 | 10/10/03 | BUN | JIM |
| 03459630 | 11/26/01 | $1,970.00 | 10/10/03 | PEI | TUY |
| 03459630 | 11/26/01 | $115.00 | 07/26/03 | PEI | TUY |
| 03459630 | 11/26/01 | $1,656.00 | 01/23/03 | IT | TOUN |
| 03459630 | 11/26/01 | $1,465.00 | 01/23/03 | IT | TOUN |
| 03459630 | 11/26/01 | $1,465.00 | 01/29/03 | IT | TOUN |
| 03459630 | 11/26/01 | $1,893.00 | 10/09/03 | HUM | HUN |
| 03459630 | 11/26/01 | $1,475.00 | 04/18/02 | HUM | HUN |
| 03459630 | 11/26/01 | $2,261.00 | 04/18/02 | PEI | TUY |
| 03459630 | 11/26/01 | $1,038.00 | 12/02/02 | IT | TOUN |
| 03459630 | 11/26/01 | $640.00 | 12/02/02 | IT | TOUN |
| 03459630 | 11/26/01 | $77.00 | 05/14/02 | IT | TOUN |
| 03459630 | 11/26/01 | $1,465.00 | 04/15/02 | IT | TOUN |
| 03462771 | 02/24/02 | $1,495.00 | 07/18/02 | PHAN | SAVUTH |
| 03462771 | 02/24/02 | $1,726.00 | 07/18/02 | SO | NHEOP |
| 03462771 | 02/24/02 | $1,975.00 | 07/18/02 | SO | PAULIKA |
| 03462771 | 02/24/02 | $2,356.00 | 07/18/02 | SO | CHERTRA |
| 03462771 | 02/24/02 | $1,735.00 | 07/18/02 | SO | PHAECTRA |
| 03468665 | 03/15/02 | $4,894.00 | 04/03/03 | MAM | SITHA |
| 03468665 | 03/15/02 | $423.00 | 12/29/03 | NGETH | SITHA |
| 03468665 | 03/15/02 | $4,431.00 | 04/03/03 | NGETH | SITHA |
| 03468665 | 03/15/02 | $4,754.00 | 04/09/03 | NGETH | SAMNANG |
| 03469203 | 03/29/02 | $210.00 | 06/19/03 | BAN | KIMSAT |
| 03469203 | 03/29/02 | $1,515.00 | 10/10/02 | BAN | KIMSAT |
| 03469203 | 03/29/02 | $3,351.00 | 07/16/02 | BAN | KIMSAT |
| 03469203 | 03/29/02 | $1,515.00 | 10/10/02 | BAN | AT |
| 03470054 | 04/19/02 | $210.00 | 02/01/03 | PANYA | MANILA |
| 03470054 | 04/19/02 | $280.00 | 01/22/03 | PANYA | MANILA |
| 03470054 | 04/19/02 | $4,411.00 | 12/07/02 | PANYA | MANILA |
| 03474153 | 07/18/02 | $4,794.00 | 01/22/03 | CHHIM | PHYRUN |
| 03475016 | 08/03/02 | $1,145.00 | 02/03/03 | TAING | SONG |
| 03475016 | 08/03/02 | $315.00 | 02/13/03 | TAING | SONG |
| 03475016 | 08/03/02 | $210.00 | 02/03/03 | TAING | SONG |
| 03475016 | 08/03/02 | $220.00 | 01/15/03 | TAING | SONG |
| 03475016 | 08/03/02 | $2,321.00 | 10/07/02 | TAING | SONG |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03475016 | 08/03/02 | $580.00 | 12/12/02 | TAING | SONG |
| 03481654 | 12/13/02 | $585.00 | 03/31/03 | HEM | NHOEUN |
| 03481654 | 12/13/02 | $465.00 | 03/31/03 | HEM | NHOEUN |
| 03481654 | 12/13/02 | $255.00 | 04/25/03 | NGETH | MAO |
| 03481654 | 12/13/02 | $2,115.00 | 03/31/03 | NGETH | MAO |
| 03481654 | 12/13/02 | $510.00 | 03/31/03 | HEM | NHOEUN |
| 03481654 | 12/13/02 | $465.00 | 03/31/03 | NGETH | MAO |
| 03481654 | 12/13/02 | $505.00 | 02/26/03 | NGETH | MAO |
| 03483246 | 02/07/03 | $390.00 | 05/15/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $457.00 | 11/28/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $1,699.00 | 11/28/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $534.00 | 11/28/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $630.00 | 05/23/03 | SIMS | PHATH |
| 03483246 | 02/07/03 | $490.00 | 06/20/03 | SIMS | PHATH |
| 03485151 | 09/16/02 | $470.00 | 05/16/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $140.00 | 02/26/03 | PHAY | RON |
| 03485151 | 09/16/02 | $175.00 | 05/28/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $470.00 | 05/01/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $405.00 | 03/27/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $445.00 | 02/04/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $465.00 | 02/04/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $470.00 | 01/29/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $300.00 | 03/26/03 | PHAY | RON |
| 03485151 | 09/16/02 | $365.00 | 03/26/03 | PHAY | RON |
| 03485151 | 09/16/02 | $105.00 | 03/26/03 | PHAY | RON |
| 03485151 | 09/16/02 | $400.00 | 02/04/03 | PHAY | RON |
| 03485151 | 09/16/02 | $2,320.00 | 02/04/03 | PHAY | RON |
| 03485151 | 09/16/02 | $140.00 | 02/04/03 | PHAY | RON |
| 03485151 | 09/16/02 | $2,040.00 | 02/04/03 | SOEUN | SUSIE |
| 03485151 | 09/16/02 | $575.00 | 02/04/03 | PHAY | RON |
| 03485991 | 10/02/02 | $325.00 | 01/27/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $210.00 | 02/04/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $2,615.00 | 02/04/03 | CHAN | LY |
| 03485991 | 10/02/02 | $260.00 | 01/27/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $190.00 | 02/11/03 | CHAN | LY |
| 03485991 | 10/02/02 | $465.00 | 01/27/03 | CHAN | LY |
| 03485991 | 10/02/02 | $280.00 | 01/27/03 | CHAN | LY |
| 03485991 | 10/02/02 | $420.00 | 08/29/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $460.00 | 05/08/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $495.00 | 03/31/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $260.00 | 03/27/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $1,920.00 | 02/04/03 | SOK | PHEAKLEY |
| 03485991 | 10/02/02 | $300.00 | 03/27/03 | CHAN | LY |
| 03486571 | 09/18/02 | $235.00 | 02/10/03 | UY | SOVANNA |
| 03486571 | 09/18/02 | $185.00 | 02/10/03 | UY | SOVANNA |
| 03486571 | 09/18/02 | $2,030.00 | 01/24/03 | UY | SOVANNA |
| 03486571 | 09/18/02 | $235.00 | 01/07/03 | UY | SOVANNA |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03486571 | 09/18/02 | $1,768.00 | 01/22/03 | UY | LATH |
| 03486642 | 10/16/02 | $440.00 | 01/29/03 | TITH | DEN |
| 03486642 | 10/16/02 | $115.00 | 03/24/03 | TITH | DEN |
| 03486642 | 10/16/02 | $440.00 | 01/15/03 | TITH | DEN |
| 03486642 | 10/16/02 | $2,270.00 | 01/31/03 | TITH | DEN |
| 03486642 | 10/16/02 | $415.00 | 03/24/03 | TITH | DEN |
| 03486642 | 10/16/02 | $600.00 | 03/24/03 | TITH | DEN |
| 03486642 | 10/16/02 | $420.00 | 03/24/03 | TITH | DEN |
| 03493502 | 12/08/03 | $2,000.00 | 10/05/04 | MELO | DIANE |
| 03493502 | 12/08/03 | $837.00 | 12/13/04 | MELO | DIANE |
| 03504357 | 06/03/03 | $177.00 | 11/05/03 | SEM | SOKHON |
| 03504357 | 06/03/03 | $70.00 | 11/21/03 | SEM | SOKHOM |
| 03504357 | 06/03/03 | $371.00 | 09/08/03 | SEM | SOKHON |
| 03504357 | 06/03/03 | $280.00 | 11/13/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $317.00 | 10/30/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $384.00 | 09/23/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $317.00 | 09/08/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $460.00 | 09/02/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $442.00 | 11/11/03 | SEM | SOKHOM |
| 03504357 | 06/03/03 | $430.00 | 10/20/03 | SEM | SOKHOM |
| 03504357 | 06/03/03 | $2,060.00 | 09/02/03 | TOCH | REATH |
| 03504357 | 06/03/03 | $107.00 | 04/27/04 | TOCH | REATH |
| 03504357 | 06/03/03 | $671.00 | 11/08/04 | TOCH | REATH |
| 03504357 | 06/03/03 | $802.00 | 10/25/04 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $1,635.00 | 08/27/03 | SEM | SOKHAN |
| 03504357 | 06/03/03 | $371.00 | 09/23/03 | SEM | SOKHON |
| 03504357 | 06/03/03 | $1,553.00 | 08/27/03 | SEM | CHANTHA |
| 03504357 | 06/03/03 | $214.00 | 12/09/03 | SEM | SAKHOEUI |
| 03504357 | 06/03/03 | $1,880.00 | 11/21/03 | SEM | SAKHOEUI |
| 03504357 | 06/03/03 | $2,447.00 | 11/21/03 | SEM | CHANTHA |
| 03504357 | 06/03/03 | $210.00 | 12/11/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $282.00 | 11/13/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $140.00 | 10/13/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $391.00 | 09/23/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $1,860.00 | 09/04/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $575.00 | 09/02/03 | DAM | CHANNAR |
| 03504357 | 06/03/03 | $1,540.00 | 11/21/03 | SEM | SOKHAN |
| 03504357 | 06/03/03 | $2,000.00 | 08/27/03 | SEM | SAKHOEUI |
| 03508820 | 08/12/03 | $846.00 | 09/10/04 | NUTH | LINDA |
| 03508820 | 08/12/03 | $610.00 | 07/09/04 | MAM | KATHERINE |
| 03508820 | 08/12/03 | $1,478.00 | 07/09/04 | NUTH | KIM |
| 03508820 | 08/12/03 | $1,080.00 | 09/10/04 | MAM | KATHERINE |
| 03510448 | 07/26/03 | $105.00 | 06/16/04 | SOK | SAMNANG |
| 03510448 | 07/26/03 | $225.00 | 01/30/04 | SAMBATH | KIM |
| 03510448 | 07/26/03 | $225.00 | 08/04/04 | SAMBATH | KIM |
| 03510448 | 07/26/03 | $2,961.00 | 06/16/04 | SAMBATH | KIM |
| 03510448 | 07/26/03 | $441.00 | 11/21/03 | SAMBATH | KIM |

| CLAIM NUMBER | DOL | AMOUNT PAID | DATE PAID | LAST | FIRST |
|---|---|---|---|---|---|
| 03510448 | 07/26/03 | $105.00 | 12/15/03 | SOK | SAMNANG |
| 03510448 | 07/26/03 | $2,961.00 | 12/16/03 | SAMBATH | KIM |
| 03510448 | 07/26/03 | $107.00 | 12/10/03 | EANG | SOPHANNAR |
| 03510448 | 07/26/03 | $321.00 | 11/21/03 | EANG | SOPHANNAR |
| 03510448 | 07/26/03 | $247.00 | 12/10/03 | SOK | SAMNANG |
| 03513997 | 10/27/03 | $2,302.00 | 06/04/04 | PHAN | SALEEN |
| 03513997 | 10/27/03 | $862.00 | 06/01/04 | PEOV | KAN |
| 03513997 | 10/27/03 | $2,287.00 | 06/01/04 | RATH | CHARETH |
| 03513997 | 10/27/03 | $862.00 | 06/01/04 | RATH | KRISTINA |
| 03513997 | 10/27/03 | $867.00 | 06/04/04 | KHIAOSOTH | VONGD |
| 03532767 | 01/10/04 | $1,740.00 | 04/12/04 | DELAVALLE | ROBERT |
| 03532767 | 01/10/04 | $2,525.00 | 04/12/04 | MOLINA | DEMETRI |
| 03532767 | 01/10/04 | $1,740.00 | 10/13/04 | DELAVALLE | ROBERT |
| 03532767 | 01/10/04 | $2,385.00 | 04/12/04 | CARRASQUILLO | ALMA |
| 03533438 | 01/19/04 | $1,310.00 | 03/23/04 | INTHABANE | MICHAEL |
| 03540127 | 05/14/04 | $309.00 | 10/06/04 | SOK | SAM |
| 03540127 | 05/14/04 | $989.00 | 08/18/04 | SOK | SAM |
| 03420810 | 04/02/01 | $205.00 | 10/24/01 | PHAN | NICKIE |
| 03420810 | 04/02/01 | $1,943.00 | 08/16/01 | PHAN | NICKIE |
| 03420810 | 04/02/01 | $1,928.00 | 07/31/01 | REAL | BIN |
| 03420810 | 04/02/01 | $132.00 | 07/31/01 | REAL | BIN |
| 03420810 | 04/02/01 | $1,920.00 | 01/30/02 | REAL | BIN |
|  |  | **$623,086.00** |  |  |  |