UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETS

---

ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETS,

        Plaintiff,

    v.                                      Case No. 05-11693 RCL

JOSEPH D. GIAMPA, FREDERICK T. GIAMPA,
ADVANCED SPINE CENTERS, INC. d/b/a
FIRST SPINE REHAB, FUTURE
MANAGEMENT CORPORATION,
FUTURE MANAGEMENT BUSINESS TRUST,
EDWARD KENNEDY, BRIAN J. CULLINEY,
D.C., and JENNIFER McCONNELL, D.C.

        Defendants.

---

**DEFENDANTS JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, EDWARD KENNEDY AND FUTURE MANAGEMENT CORPORATON'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT  PURSUANT TO FED.R.CIV. P.12(b)(6) and 9(b)**

        Defendants Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Edward Kennedy and Future Management Corporation (hereinafter "the moving defendants") respectfully move that this Honorable Court dismiss all counts of the Plaintiff's Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6) and 9(b).

        In support of the Motion the moving defendants rely upon the accompanying Memorandum of Law.

Respectfully submitted,

| | |
|---|---|
| Joseph D. Giampa | Edward Kennedy |
| Frederick T. Giampa | |
| Advanced Spine Centers, Inc. | |
| d/b/a First Spine Rehab | |
| Future Management Corporation | |
| | |
| By their attorneys | By his attorneys |
| | |
| /s/ Matthew J. Conroy | /s/ Jeffrey J. Phillips |
| Matthew J. Conroy (BBO# 566928) | Jeffrey J. Phillips (BBO# 398480) |
| Katherine L. Kurtz (BBO # 658026) | Daniel S. Treger (BBO# 562147) |
| BELESI & CONROY, P.C. | PHILLIPS & ANGLEY |
| 114 Waltham Street | One Bowdoin Square |
| Lexington, Massachusetts 02421 | Boston, MA 02114 |
| (781) 862-8060 | (617) 367-8787 |

dated: October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing pleading was served upon all counsel of record by mailing the same U.S. mail, 1st Class, postage prepaid this 18th day of October 2005.

/s/ Matthew J. Conroy_____
Matthew J. Conroy