## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

**ENCOMPASS INSURANCE COMPANY OF**
**MASSACHUSETTS,**

       **Plaintiff**                       **Case No.: 05-11693 (RCL)**

     **v.**

**JOSEPH D. GIAMPA, FREDERICK T.**
**GIAMPA, ADVANCED SPINE CENTERS, INC.,**
**d/b/a FIRST SPINE REHAB, FUTURE**
**MANAGEMENT CORPORATION, FUTURE**
**MANAGEMENT BUSINESS TRUST,**
**EDWARD KENNEDY, BRIAN J. CULLINEY,**
**D.C., and JENNIFER McCONNELL, D.C.,**

       **Defendants.**

-------------------------------------------------------------------------- X

## <u>STIPULATION</u>

The parties stipulate and agree to the following briefing schedule regarding defendants'

motions to dismiss:

1.  Defendants, Brian J. Culliney and Jennifer McConnell, D.C., have until November 1,

    2005, to file their motion to dismiss Encompass's Amended Complaint;

2.  Encompass Insurance Company shall have until November 21, 2005, to file a single

    opposition and memorandum of reasons in support of opposition to the Joint Motion

    to Dismiss filed by defendants Joseph D. Giampa, Frederick T. Giampa, Advanced

    Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, and

    Edward Kennedy on October 18, 2005, and the Motion to Dismiss to be filed by

defendants, Brain J. Culliney and Jennifer McConnell on or before November 1,

2005.[1]

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

All counsel certify pursuant to Local Rule 7.1 (A)(2)  that all parties have conferred in

good faith and assent to the preceding schedule.


Respectfully Submitted
*Encompass Insurance Company,*
By its Attorneys,


/s/ Nathan A. Tilden
_____
Richard D. King, Jr., BBO No.:  638142
Nathan A. Tilden, BBO No.:   647076
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

Respectfully Submitted
*Joseph D. Giampa, Frederick, T. Giampa.*
*Advanced Spine Centers, Inc. d/b/a First Spine*
*Rehab, Future Management Corp.,*
By their Attorneys,


/s/ Matthew J. Conroy
_____
Matthew J. Conroy, BBO No.:  566928
Katherine L. Kurtz, BBO No.:   658026
BELESI & CONROY, P.C.
114 Waltham Street
Lexington, MA 02421
Tel:  (781) 862-8060


Respectfully Submitted
*Brian J. Culliney and*
*Jennifer McConnell, D.C.,*
By their Attorneys,


/s/ Thomas M. Ciampa
_____
Thomas M. Ciampa, BBO No.: 566898
CIAMPA & ASSOCIATES
45 Bromfield Street, Suite 200
Boston, MA 02108
Tel:  (617) 742-5955

Respectfully Submitted
*Edward Kennedy*
By his Attorney,


/s/ Jeffrey J. Phillips
_____
Jeffrey J. Phillips, BBO No.:398480
Daniel S. Treger, BBO 562147
PHILLIPS & ANGLEY
1 Bowdoin Square
Boston, MA 02114
Tel: (617) 367-8787


Dated: October 20, 2005

_____

[1]  The plaintiff has simultaneously filed an Assented to Motion for Leave to File Single Opposition and
Memorandum of Reasons in Support of Opposition in Excess of twenty (20) Pages.