UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.,<br><br>    Defendants. | Case No. 05-11693 RCL |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with counsel for the plaintiff and attempted in good faith to resolve or narrow the issues addressed in Defendants Brian J. Culliney, D.C. and Jennifer McConnell, D.C.'s Motion to Dismiss Plaintiff's First Amended Complaint and supporting Memorandum of Law. Unfortunately, no such resolution or narrowing was possible.

Respectfully submitted,

/s/ Thomas M. Ciampa

_____
Thomas M. Ciampa (BBO# 566898)
Ciampa & Associates
45 Bromfield Street, Suite 200
Boston, MA 02108
(617) 742-5955

Dated: November 1, 2005

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 1st day of November, 2005, a copy of the foregoing Certification Pursuant to Local Rule 7.1(a)(2) was served by first-class mail, postage prepaid, upon counsel of record for all other parties.

                                                /s/ Thomas M. Ciampa
                                                _____
                                                Thomas M. Ciampa