UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY and JENNIFER McCONNELL<br><br>Defendants. | CIVIL ACTION NO.: 05-11693RCL |

**JOINT MOTION FOR A HEARING ON THE PENDING MOTIONS TO DISMISS**

Now come the parties, and respectfully request this Honorable Court to schedule a hearing for oral arguments on the defendants' pending motions to dismiss the complaint. In support of their motion, the parties state that they believe oral arguments will assist the Court in ruling upon the pending motions.

Respectfully Submitted
*Encompass Insurance Company*
By their Attorneys,

/s/ Richard D. King, Jr. (dt)
Richard D. King, Jr., BBO# 638142
Nathan A. Tilden, BBO# 647076
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA  02171
(617) 770-2214

Respectfully Submitted
*Joseph D. Giampa, Frederick T. Giampa,*
*Advanced Spine Centers, Inc. d/b/a First Spine,*
*and Future Management Corporation*
By their Attorneys,

/s/Mathew J. Conroy (dt)
Mathew J. Conroy, BBO# 566928
Kathleen L. Kurtz, BBO# 658026
Belesi & Conroy
114 Waltham
Lexington, MA 02421
(781) 862-8060

- 1 -

- 2 -

| | |
|---|---|
| Respectfully Submitted<br>*Brian Culliney and Jennifer McConnell*<br>By their Attorneys, | Respectfully Submitted<br>*Edward Kennedy*<br>By his Attorneys, |
| /s/ Thomas M. Ciampa (dt)<br>Thomas M. Ciampa, BBO# 566898<br>45 Bromfield Street<br>Boston, MA 02108<br>(617) 742-5955 | /s/ Daniel Treger<br>Jeffrey Phillips, BBO# 398480<br>Daniel Treger, BBO# 562147<br>Phillips & Angley<br>One Bowdoin Street<br>Boston, MA 02114<br>(617) 367-8787 |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, April 10, 2006.

/s/Daniel Treger