UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>　　Plaintiff,<br><br>v.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER MCCONNELL, D.C.,<br><br>　　Defendants. | Case No. 05-11693 RCL |

## NOTICE OF CHANGE OF ADDRESS

　　Kindly enter the following change of address and facsimile number on the docket of this action. Effective July 3, 2006, the address and facsimile number of counsel for the defendants Brian J. Culliney and Jennifer McConnell shall be:

Thomas M. Ciampa, Esq.
BBO# 566898
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 742-5955
Facsimile: (617) 423-4855

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Thomas M. Ciampa

　　　　　　　　　　　　　　　　　　　Thomas M. Ciampa (BBO# 566898)
　　　　　　　　　　　　　　　　　　　Ciampa & Associates
　　　　　　　　　　　　　　　　　　　45 Bromfield Street, Suite 200
　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　(617) 742-5955

Dated: June 28, 2006

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on this 28th day of June, 2006, a copy of the foregoing Notice of Change of Address was served by first-class mail, postage prepaid, upon counsel of record for all other parties.

/s/ Thomas M. Ciampa
_____
Thomas M. Ciampa