UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C., <br><br> Defendants. | Case No. 05-11693 RCL |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with counsel for the plaintiff and attempted in good faith to resolve or narrow the issues addressed in Defendants' Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint. Unfortunately, no such resolution or narrowing was possible.

Respectfully submitted,

/s/ Daniel Treger
_____
Jeffrey J. Phillips, Esq. (BBO# 398480)
Daniel Treger (BBO# 562147)
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
(617) 367-8787

Dated: July 21, 2006

**Certificate of Service**

I hereby certify that a true copy of the above document filed through the ECF system pursuant to Local Rule 5.4 was sent on this day electronically and by first-class mail to the attorney of record for each other party.

___/s/ Thomas M. Ciampa____