UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY and JENNIFER McCONNELL<br><br>Defendants. | CIVIL ACTION NO.: 05-11693RCL |

**JOINT MOTION TO EXTEND TIME TO FILE A RESPONSIVE
PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT**.

Now come the plaintiff, Encompass Insurance Company of Massachusetts, and the defendants Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. D/b/a First Spine Rehab, Future Management Corporation, Future Management Business Trust, Edward Kennedy, Brian J. Culliney, D.C., and Jennifer McConnell, D.C., and hereby move this Honorable Court to extend the time to file a responsive pleading to plaintiff's Second Amended Complaint by 30 days, to August 25, 2006.

| | |
|---|---|
| Respectfully Submitted<br>*Encompass Insurance Company*<br>By their Attorneys, | Respectfully Submitted<br>*Joseph D. Giampa, Frederick T. Giampa,*<br>*Advanced Spine Centers, Inc. d/b/a First Spine,*<br>*and Future Management Corporation*<br>By their Attorneys, |
| /s/ Richard D. King(DT)<br>Richard D. King, Jr., BBO# 638142<br>Nathan A. Tilden, BBO# 647076<br>Smith & Brink, P.C.<br>122 Quincy Shore Drive<br>Quincy, MA  02171<br>(617) 770-2214 | /s/ Mathew J. Conroy(DT)<br>Mathew J. Conroy, BBO# 566928<br>Katherine L. Kurtz, BBO# 658026<br>Belesi & Conroy<br>114 Waltham Street<br>Lexington, MA 02421<br>(781) 862-8060 |

- 2 -

| | |
|---|---|
| Respectfully Submitted | Respectfully Submitted |
| *Brian Culliney and Jennifer McConnell* | *Edward Kennedy* |
| By their Attorneys, | By his Attorneys, |
| | |
| */s/ Thomas M. Ciampa(DT)* | */s/ Daniel Treger* |
| Thomas M. Ciampa, BBO# 566898 | Jeffrey Phillips, BBO#398480 |
| Ciampa & Associates | Daniel Treger, BBO# 562147 |
| 20 Park Plaza, Suite 804 | Phillips & Angley |
| Boston, MA 02116 | One Bowdoin Street |
| (617) 742-5955 | Boston, MA 02114 |
| | (617) 367-8787 |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, July 24, 2006.

                                          */s/ Daniel Treger*