UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER MCCONNELL, D.C.,<br><br>    Defendants. | Case No. 05-11693 RCL |

**DEFENDANTS' JOINT MOTION TO DISMISS**
**PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), Defendants respectfully move that this Honorable Court dismiss with prejudice as against each of them Count I (Violation of 18 U.S.C. § 1962(c)), Count II (Violation of 18 U.S.C. § 1962(c) – Innocent Victim Enterprise), Count III (Violation of 18 U.S.C. § 1962(d)), Count V (Common Law Conspiracy) and VI (Common Law Fraud) of Plaintiff's Second Amended Complaint for the reason that Plaintiff has, yet again, failed to remedy its failure to plead fraud, conspiracy to commit fraud, a substantive RICO violation, or conspiracy to violate RICO, with particularity.

In support of this motion, Defendants rely upon their accompanying Memorandum of Law and incorporate by reference the arguments contained in Defendants' motions to dismiss Plaintiff's First Amended Complaint.

| | |
|---|---|
| Respectfully Submitted,<br>*Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine, and Future Management Corporation*<br>By their Attorneys,<br><br>  /s/ Matthew J. Conroy<br>_____<br>Mathew J. Conroy (BBO# 566928)<br>Katherine L. Kurtz (BBO# 658026)<br>Belesi & Conroy<br>114 Waltham Street<br>Lexington, MA 02421<br>(781) 862-8060 | Respectfully Submitted<br>*Brian Culliney and Jennifer McConnell*<br>By their Attorney,<br><br>   /s/ Thomas M. Ciampa<br>_____<br>Thomas M. Ciampa (BBO#566898)<br>Ciampa & Associates<br>20 Park Plaza, Suite 804<br>Boston, MA 02116<br>(617) 742-5955<br><br>Respectfully Submitted<br>*Edward Kennedy*<br>By his Attorneys,<br><br>   /s/ Jeffrey Phillips<br>_____<br>Jeffrey Phillips (BBO# 398480)<br>Daniel Treger (BBO# 562147)<br>Phillips & Angley<br>One Bowdoin Square<br>Boston, MA 02114<br>(617) 367-8787 |

**Certificate of Service**

I hereby certify that a true copy of the above document filed through the ECF system pursuant to Local Rule 5.4 was sent on this 25th day of August, 2006, electronically and by first-class mail to the attorney of record for each other party.

                                          ___/s/ Thomas M. Ciampa____