UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C., <br><br> Defendants. | Case No. 05-11693 RCL |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with counsel for the plaintiff and attempted in good faith to resolve or narrow the issues addressed in Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint.

Respectfully submitted,

/s/ Matthew J. Conroy

_____
Mathew J. Conroy (BBO# 566928)
Katherine L. Kurtz (BBO# 658026)
Belesi & Conroy
114 Waltham Street
Lexington, MA 02421
(781) 862-8060

Dated: August 25, 2006

### Certificate of Service

I hereby certify that a true copy of the above document filed through the ECF system pursuant to Local Rule 5.4 was sent on this 25th day of August, 2006, electronically and by first-class mail to the attorney of record for each other party.

___/s/ Thomas M. Ciampa____