UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER MCCONNELL, D.C.<br><br>　　　　Defendants. | CIVIL ACTION NO.: 05-11693 RCL |

## **NOTICE OF ABSENCE**

The undersigned, Richard D. King, Jr., counsel for the plaintiff, Encompass Insurance Company, will be out of the country from October 4, 2006 through October 9, 2006. Counsel respectfully requests that no hearings be scheduled in the above-captioned matter during that period.

　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　*Encompass Insurance Company,*
　　　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　　　/s/ Richard D. King, Jr.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Richard D. King, Jr., BBO No.: 638142
　　　　　　　　　　　　　　　　　　Nathan A. Tilden, BBO No.: 647076
　　　　　　　　　　　　　　　　　　SMITH & BRINK, P.C.
　　　　　　　　　　　　　　　　　　122 Quincy Shore Drive
　　　　　　　　　　　　　　　　　　Quincy, MA  02171
Dated: October 2, 2006　　　　　　　Tel: (617) 770-2214

1