# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

ENCOMPASS INSURANCE COMPANY,

      **Plaintiff**                      **Docket No.: CV – 05 11693**

    **-against-**

JOSEPH D. GIAMPA, FREDERICK T.
GIAMPA, ADVANCED SPINE CENTERS, INC.
d/b/a FIRST SPINE REHAB, FUTURE
MANAGEMENT CORPORATION, FUTURE
MANAGEMENT BUSINESS TRUST, EDWARD
KENNEDY, BRIAN J. CULLINEY, D.C. and
JENNIFER MCCONNELL, D.C.,

**Defendants.**

--------------------------------------------------------------------X

## DEFENDANTS JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE & REHAB AND FUTURE MANAGEMENT CORPORATION'S ANSWER AND COUNTEERCLAIM TO PLAINTIFF ENCOMPASS INSURANCE COMPANY'S SECOND AMENDED COMPLAINT

      Now come The Defendants Joseph D. Giampa, Frederick T. Giampa, Advanced

Spine Centers, Inc. d/b/a First Spine & Rehab and Future Management Corporation

(hereinafter referred to as "THE DEFENDANTS") and allege, answer and counterclaim

as follows:

### I. INTRODUCTORY

1.     THE DEFENDANTS deny each and every allegation contained in paragraph

     1 of the complaint and refers all questions of law to this Honorable Court.

2.     THE DEFENDANTS deny each and every allegation contained in paragraph

     2 of the complaint and refers all questions of law to this Honorable Court.

3.      THE DEFENDANTS deny each and every allegation contained in paragraph 3 of the complaint and refers all questions of law to this Honorable Court.

4.      THE DEFENDANTS deny each and every allegation contained in paragraph 4 of the complaint and refers all questions of law to this Honorable Court.

5.      THE DEFENDANTS deny each and every allegation contained in paragraph 5 of the complaint and refers all questions of law to this Honorable Court.

6.      THE DEFENDANTS deny each and every allegation contained in paragraph 6 of the complaint and refers all questions of law to this Honorable Court.

**II. THE PARTIES**

7.      THE DEFENDANTS admits the allegations contained in paragraph 7 of the complaint.

8.      THE DEFENDANTS deny each and every allegation contained in paragraph 8 of the complaint and refers all questions of law to this Honorable Court.

9.      THE DEFENDANTS deny each and every allegation contained in paragraph 9 of the complaint and refers all questions of law to this Honorable Court.

10.     THE DEFENDANTS deny each and every allegation contained in paragraph 10 of the complaint and refers all questions of law to this Honorable Court.

11.     THE DEFENDANTS admit each and every allegation contained in paragraph 11 of the complaint and refers all questions of law to this Honorable Court.

12.     THE DEFENDANTS admit each and every allegation contained in paragraph 12 of the complaint and refers all questions of law to this Honorable Court.

13.     THE DEFENDANTS admit each and every allegation contained in paragraph 13 of the complaint and refers all questions of law to this Honorable Court.

14.    THE DEFENDANTS admit each and every allegation contained in paragraph 14 of the complaint and refers all questions of law to this Honorable Court.

15.    THE DEFENDANTS deny each and every allegation contained in paragraph 15 of the complaint and refers all questions of law to this Honorable Court.

16.    THE DEFENDANTS admit each and every allegation contained in paragraph 16 of the complaint and refers all questions of law to this Honorable Court.

17.    THE DEFENDANTS admit each and every allegation contained in paragraph 17 of the complaint and refers all questions of law to this Honorable Court.

### III. JURISDICTION AND VENUE

18.    THE DEFENDANTS deny each and every allegation contained in paragraph 18 of the complaint and refers all questions of law to this Honorable Court.

19.    THE DEFENDANTS deny each and every allegation contained in paragraph 19 of the complaint and refers all questions of law to this Honorable Court.

20.    THE DEFENDANTS deny each and every allegation contained in paragraph 20 of the complaint and refers all questions of law to this Honorable Court.

### IV. FACTUAL ALLEGATIONS REGARDING CREATION AND ACTIVITIES OF FUTURE MANAGMENT

21.    THE DEFENDANTS admit each and every allegation contained in paragraph 21 of the complaint and refers all questions of law to this Honorable Court.

22.     THE DEFENDANTS deny each and every allegation contained in paragraph 22 of the complaint and refers all questions of law to this Honorable Court.

23.     THE DEFENDANTS admit each and every allegation contained in paragraph 23 of the complaint and refers all questions of law to this Honorable Court.

24.     THE DEFENDANTS deny each and every allegation contained in paragraph 24 of the complaint and refers all questions of law to this Honorable Court.

25.     THE DEFENDANTS deny each and every allegation contained in paragraph 25 of the complaint and refers all questions of law to this Honorable Court.

26.     THE DEFENDANTS deny each and every allegation contained in paragraph 26 of the complaint and refers all questions of law to this Honorable Court.

27.     THE DEFENDANTS deny each and every allegation contained in paragraph 27 of the complaint and refers all questions of law to this Honorable Court.

28.     THE DEFENDANTS deny each and every allegation contained in paragraph 28 of the complaint and refers all questions of law to this Honorable Court.

29.     THE DEFENDANTS deny each and every allegation contained in paragraph 29 of the complaint and refers all questions of law to this Honorable Court.

30.     THE DEFENDANTS admit each and every allegation contained in paragraph 30 of the complaint and refers all questions of law to this Honorable Court.

31.     THE DEFENDANTS deny each and every allegation contained in paragraph 31 of the complaint and refers all questions of law to this Honorable Court.

32.     THE DEFENDANTS deny each and every allegation contained in paragraph 32 of the complaint and refers all questions of law to this Honorable Court.

33.    THE DEFENDANTS deny each and every allegation contained in paragraph 33 of the complaint and refers all questions of law to this Honorable Court.

## V. SPECIFIC ALLEGATIONS OF WRONGFUL CONDCUT

34.    THE DEFENDANTS deny each and every allegation contained in paragraph 34 of the complaint and refers all questions of law to this Honorable Court.

35.    THE DEFENDANTS deny each and every allegation contained in paragraph 35 of the complaint and refers all questions of law to this Honorable Court.

36.    THE DEFENDANTS deny each and every allegation contained in paragraph 36 of the complaint and refers all questions of law to this Honorable Court.

37.    THE DEFENDANTS deny each and every allegation contained in paragraph 37 of the complaint and refers all questions of law to this Honorable Court.

38.    THE DEFENDANTS deny each and every allegation contained in paragraph 38 of the complaint and refers all questions of law to this Honorable Court.

39.    THE DEFENDANTS deny each and every allegation contained in paragraph 39 of the complaint and refers all questions of law to this Honorable Court.

40.    THE DEFENDANTS deny each and every allegation contained in paragraph 40 of the complaint and refers all questions of law to this Honorable Court.

41.    THE DEFENDANTS deny each and every allegation contained in paragraph 41 of the complaint and refers all questions of law to this Honorable Court.

42.    THE DEFENDANTS deny each and every allegation contained in paragraph 42 of the complaint and refers all questions of law to this Honorable Court.

43.    THE DEFENDANTS deny each and every allegation contained in paragraph 43 of the complaint and refers all questions of law to this Honorable Court.

44.    THE DEFENDANTS deny each and every allegation contained in paragraph 44 of the complaint and refers all questions of law to this Honorable Court.

45.    THE DEFENDANTS deny each and every allegation contained in paragraph 45 of the complaint and refers all questions of law to this Honorable Court.

46.    THE DEFENDANTS deny each and every allegation contained in paragraph 46 of the complaint and refers all questions of law to this Honorable Court.

47.    THE DEFENDANTS deny each and every allegation contained in paragraph 47 of the complaint and refers all questions of law to this Honorable Court.

48.    THE DEFENDANTS deny each and every allegation contained in paragraph 48 of the complaint and refers all questions of law to this Honorable Court.

49.    THE DEFENDANTS deny each and every allegation contained in paragraph 49 of the complaint and refers all questions of law to this Honorable Court.

50.    THE DEFENDANTS deny each and every allegation contained in paragraph 50 of the complaint and refers all questions of law to this Honorable Court.

51.    THE DEFENDANTS deny each and every allegation contained in paragraph 51 of the complaint and refers all questions of law to this Honorable Court.

52.    THE DEFENDANTS deny each and every allegation contained in paragraph 52 of the complaint and refers all questions of law to this Honorable Court.

53.    THE DEFENDANTS deny each and every allegation contained in paragraph 53 of the complaint and refers all questions of law to this Honorable Court.

54.    THE DEFENDANTS deny each and every allegation contained in paragraph 54 of the complaint and refers all questions of law to this Honorable Court.

55.     THE DEFENDANTS deny each and every allegation contained in paragraph 55 of the complaint and refers all questions of law to this Honorable Court.

56.     THE DEFENDANTS deny each and every allegation contained in paragraph 56 of the complaint and refers all questions of law to this Honorable Court.

57.     THE DEFENDANTS deny each and every allegation contained in paragraph 57 of the complaint and refers all questions of law to this Honorable Court.

58.     THE DEFENDANTS deny each and every allegation contained in paragraph 58 of the complaint and refers all questions of law to this Honorable Court.

59.     THE DEFENDANTS deny each and every allegation contained in paragraph 59 of the complaint and refers all questions of law to this Honorable Court.

60.     THE DEFENDANTS deny each and every allegation contained in paragraph 60 of the complaint and refers all questions of law to this Honorable Court.

61.     THE DEFENDANTS deny each and every allegation contained in paragraph 61 of the complaint and refers all questions of law to this Honorable Court.

62.     THE DEFENDANTS deny each and every allegation contained in paragraph 62 of the complaint and refers all questions of law to this Honorable Court.

## VI. SPECIFIC ALLEGATIONS REGARDING PROHIBITED REFERRAL ACTIVITY

63.     THE DEFENDANTS deny each and every allegation contained in paragraph 63 of the complaint and refers all questions of law to this Honorable Court.

64.     THE DEFENDANTS deny each and every allegation contained in paragraph 64 of the complaint and refers all questions of law to this Honorable Court.

65.    THE DEFENDANTS deny each and every allegation contained in paragraph 65 of the complaint and refers all questions of law to this Honorable Court.

66.    THE DEFENDANTS deny each and every allegation contained in paragraph 66 of the complaint and refers all questions of law to this Honorable Court.

67.    THE DEFENDANTS deny each and every allegation contained in paragraph 67 of the complaint and refers all questions of law to this Honorable Court.

68.    THE DEFENDANTS deny each and every allegation contained in paragraph 68 of the complaint and refers all questions of law to this Honorable Court.

69.    THE DEFENDANTS deny each and every allegation contained in paragraph 69 of the complaint and refers all questions of law to this Honorable Court.

70.    THE DEFENDANTS deny each and every allegation contained in paragraph 70 of the complaint and refers all questions of law to this Honorable Court.

71.    THE DEFENDANTS deny each and every allegation contained in paragraph 71 of the complaint and refers all questions of law to this Honorable Court.

72.    THE DEFENDANTS deny each and every allegation contained in paragraph 72 of the complaint and refers all questions of law to this Honorable Court.

73.    THE DEFENDANTS deny each and every allegation contained in paragraph 73 of the complaint and refers all questions of law to this Honorable Court.

74.    THE DEFENDANTS deny each and every allegation contained in paragraph 74 of the complaint and refers all questions of law to this Honorable Court.

75.    THE DEFENDANTS deny each and every allegation contained in paragraph 75 of the complaint and refers all questions of law to this Honorable Court.

76.   THE DEFENDANTS deny each and every allegation contained in paragraph 76 of the complaint and refers all questions of law to this Honorable Court.

77.   THE DEFENDANTS deny each and every allegation contained in paragraph 77 of the complaint and refers all questions of law to this Honorable Court.

78.   THE DEFENDANTS deny each and every allegation contained in paragraph 78 of the complaint and refers all questions of law to this Honorable Court.

79.   THE DEFENDANTS deny each and every allegation contained in paragraph 79 of the complaint and refers all questions of law to this Honorable Court.

80.   THE DEFENDANTS deny each and every allegation contained in paragraph 80 of the complaint and refers all questions of law to this Honorable Court.

81.   THE DEFENDANTS deny each and every allegation contained in paragraph 81 of the complaint and refers all questions of law to this Honorable Court.

82.   THE DEFENDANTS deny each and every allegation contained in paragraph 82 of the complaint and refers all questions of law to this Honorable Court.

83.   THE DEFENDANTS deny each and every allegation contained in paragraph 83 of the complaint and refers all questions of law to this Honorable Court.

## VII. FACTUAL ALLEGATIONS REGARDING FALSE MEDICAL BILLING SCHEME

84.   THE DEFENDANTS deny each and every allegation contained in paragraph 84 of the complaint and refers all questions of law to this Honorable Court.

85.   THE DEFENDANTS deny each and every allegation contained in paragraph 85 of the complaint and refers all questions of law to this Honorable Court.

86.    THE DEFENDANTS admit each and every allegation contained in paragraph 86 of the complaint and refers all questions of law to this Honorable Court.

87.    THE DEFENDANTS admit each and every allegation contained in paragraph 87 of the complaint and refers all questions of law to this Honorable Court.

88.    THE DEFENDANTS deny each and every allegation contained in paragraph 88 of the complaint and refers all questions of law to this Honorable Court.

89.    THE DEFENDANTS deny each and every allegation contained in paragraph 89 of the complaint and refers all questions of law to this Honorable Court.

90.    THE DEFENDANTS deny each and every allegation contained in paragraph 90 of the complaint and refers all questions of law to this Honorable Court.

91.    THE DEFENDANTS deny each and every allegation contained in paragraph 91 of the complaint and refers all questions of law to this Honorable Court.

92.    THE DEFENDANTS admit each and every allegation contained in paragraph 92 of the complaint and refers all questions of law to this Honorable Court.

93.    THE DEFENDANTS deny each and every allegation contained in paragraph 93 of the complaint and refers all questions of law to this Honorable Court.

94.    THE DEFENDANTS deny each and every allegation contained in paragraph 94 of the complaint and refers all questions of law to this Honorable Court.

95.    THE DEFENDANTS deny each and every allegation contained in paragraph 95 of the complaint and refers all questions of law to this Honorable Court.

96.    THE DEFENDANTS deny each and every allegation contained in paragraph 96 of the complaint and refers all questions of law to this Honorable Court.

97.     THE DEFENDANTS deny each and every allegation contained in paragraph 97 of the complaint and refers all questions of law to this Honorable Court.

98.     THE DEFENDANTS deny each and every allegation contained in paragraph 98 of the complaint and refers all questions of law to this Honorable Court.

99.     THE DEFENDANTS deny each and every allegation contained in paragraph 99 of the complaint and refers all questions of law to this Honorable Court.

100.    THE DEFENDANTS deny each and every allegation contained in paragraph 100 of the complaint and refers all questions of law to this Honorable Court.

101.    THE DEFENDANTS deny each and every allegation contained in paragraph 101 of the complaint and refers all questions of law to this Honorable Court.

102.    THE DEFENDANTS deny each and every allegation contained in paragraph 102 of the complaint and refers all questions of law to this Honorable Court.

103.    THE DEFENDANTS deny each and every allegation contained in paragraph 103 of the complaint and refers all questions of law to this Honorable Court.

104.    THE DEFENDANTS deny each and every allegation contained in paragraph 104 of the complaint and refers all questions of law to this Honorable Court.

105.    THE DEFENDANTS deny each and every allegation contained in paragraph 105 of the complaint and refers all questions of law to this Honorable Court.

106.    THE DEFENDANTS deny each and every allegation contained in paragraph 106 of the complaint and refers all questions of law to this Honorable Court.

107.    THE DEFENDANTS deny each and every allegation contained in paragraph 107 of the complaint and refers all questions of law to this Honorable Court.

108.    THE DEFENDANTS deny each and every allegation contained in paragraph

108 of the complaint and refers all questions of law to this Honorable Court.

109.    THE DEFENDANTS deny each and every allegation contained in paragraph

109 of the complaint and refers all questions of law to this Honorable Court.

110.    THE DEFENDANTS deny each and every allegation contained in paragraph

110 of the complaint and refers all questions of law to this Honorable Court.

111.    THE DEFENDANTS deny each and every allegation contained in paragraph

111 of the complaint and refers all questions of law to this Honorable Court.

112.    THE DEFENDANTS deny each and every allegation contained in paragraph

112 of the complaint and refers all questions of law to this Honorable Court.

113.    THE DEFENDANTS deny each and every allegation contained in paragraph

113 of the complaint and refers all questions of law to this Honorable Court.

114.    THE DEFENDANTS deny each and every allegation contained in paragraph

114 of the complaint and refers all questions of law to this Honorable Court.

115.    THE DEFENDANTS deny each and every allegation contained in paragraph

115 of the complaint and refers all questions of law to this Honorable Court.

116.    THE DEFENDANTS deny each and every allegation contained in paragraph

116 of the complaint and refers all questions of law to this Honorable Court.

117.    THE DEFENDANTS deny each and every allegation contained in paragraph

117 of the complaint and refers all questions of law to this Honorable Court.

## A. EXEMPLAR CLAIMS

118.    THE DEFENDANTS deny each and every allegation contained in paragraph

118 of the complaint and refers all questions of law to this Honorable Court.

119.   THE DEFENDANTS deny each and every allegation contained in paragraph 119 of the complaint and refers all questions of law to this Honorable Court.

120.   THE DEFENDANTS deny each and every allegation contained in paragraph 120 of the complaint and refers all questions of law to this Honorable Court.

121.   THE DEFENDANTS deny each and every allegation contained in paragraph 121 of the complaint and refers all questions of law to this Honorable Court.

122.   THE DEFENDANTS deny each and every allegation contained in paragraph 122 of the complaint and refers all questions of law to this Honorable Court.

123.   THE DEFENDANTS deny each and every allegation contained in paragraph 123 of the complaint and refers all questions of law to this Honorable Court.

124.   THE DEFENDANTS deny each and every allegation contained in paragraph 124 of the complaint and refers all questions of law to this Honorable Court.

125.   THE DEFENDANTS deny each and every allegation contained in paragraph 125 of the complaint and refers all questions of law to this Honorable Court.

126.   THE DEFENDANTS deny each and every allegation contained in paragraph 126 of the complaint and refers all questions of law to this Honorable Court.

127.   THE DEFENDANTS deny each and every allegation contained in paragraph 127 of the complaint and refers all questions of law to this Honorable Court.

128.   THE DEFENDANTS deny each and every allegation contained in paragraph 128 of the complaint and refers all questions of law to this Honorable Court.

129.   THE DEFENDANTS deny each and every allegation contained in paragraph 129 of the complaint and refers all questions of law to this Honorable Court.

130.    THE DEFENDANTS deny each and every allegation contained in paragraph 130 of the complaint and refers all questions of law to this Honorable Court.

131.    THE DEFENDANTS deny each and every allegation contained in paragraph 131 of the complaint and refers all questions of law to this Honorable Court.

132.    THE DEFENDANTS deny each and every allegation contained in paragraph 132 of the complaint and refers all questions of law to this Honorable Court.

133.    THE DEFENDANTS deny each and every allegation contained in paragraph 133 of the complaint and refers all questions of law to this Honorable Court.

134.    THE DEFENDANTS deny each and every allegation contained in paragraph 134 of the complaint and refers all questions of law to this Honorable Court.

135.    THE DEFENDANTS deny each and every allegation contained in paragraph 135 of the complaint and refers all questions of law to this Honorable Court.

136.    THE DEFENDANTS deny each and every allegation contained in paragraph 136 of the complaint and refers all questions of law to this Honorable Court.

137.    THE DEFENDANTS deny each and every allegation contained in paragraph 137 of the complaint and refers all questions of law to this Honorable Court.

138.    THE DEFENDANTS deny each and every allegation contained in paragraph 138 of the complaint and refers all questions of law to this Honorable Court.

139.    THE DEFENDANTS deny each and every allegation contained in paragraph 139 of the complaint and refers all questions of law to this Honorable Court.

140.    THE DEFENDANTS deny each and every allegation contained in paragraph 140 of the complaint and refers all questions of law to this Honorable Court.

141.    THE DEFENDANTS deny each and every allegation contained in paragraph
141 of the complaint and refers all questions of law to this Honorable Court.

142.    THE DEFENDANTS deny each and every allegation contained in paragraph
142 of the complaint and refers all questions of law to this Honorable Court.

143.    THE DEFENDANTS deny each and every allegation contained in paragraph
143 of the complaint and refers all questions of law to this Honorable Court.

144.    THE DEFENDANTS deny each and every allegation contained in paragraph
144 of the complaint and refers all questions of law to this Honorable Court.

145.    THE DEFENDANTS deny each and every allegation contained in paragraph
145 of the complaint and refers all questions of law to this Honorable Court.

146.    THE DEFENDANTS deny each and every allegation contained in paragraph
146 of the complaint and refers all questions of law to this Honorable Court.

147.    THE DEFENDANTS deny each and every allegation contained in paragraph
147 of the complaint and refers all questions of law to this Honorable Court.

148.    THE DEFENDANTS deny each and every allegation contained in paragraph
148 of the complaint and refers all questions of law to this Honorable Court.

149.    THE DEFENDANTS deny each and every allegation contained in paragraph
149 of the complaint and refers all questions of law to this Honorable Court.

150.    THE DEFENDANTS deny each and every allegation contained in paragraph
150 of the complaint and refers all questions of law to this Honorable Court.

151.    THE DEFENDANTS deny each and every allegation contained in paragraph
151 of the complaint and refers all questions of law to this Honorable Court.

152.    THE DEFENDANTS deny each and every allegation contained in paragraph 152 of the complaint and refers all questions of law to this Honorable Court.

153.    THE DEFENDANTS deny each and every allegation contained in paragraph 153 of the complaint and refers all questions of law to this Honorable Court.

154.    THE DEFENDANTS deny each and every allegation contained in paragraph 154 of the complaint and refers all questions of law to this Honorable Court.

155.    THE DEFENDANTS deny each and every allegation contained in paragraph 155 of the complaint and refers all questions of law to this Honorable Court.

156.    THE DEFENDANTS deny each and every allegation contained in paragraph 156 of the complaint and refers all questions of law to this Honorable Court.

157.    THE DEFENDANTS deny each and every allegation contained in paragraph 157 of the complaint and refers all questions of law to this Honorable Court.

158.    THE DEFENDANTS deny each and every allegation contained in paragraph 158 of the complaint and refers all questions of law to this Honorable Court.

159.    THE DEFENDANTS deny each and every allegation contained in paragraph 159 of the complaint and refers all questions of law to this Honorable Court.

160.    THE DEFENDANTS deny each and every allegation contained in paragraph 160 of the complaint and refers all questions of law to this Honorable Court.

161.    THE DEFENDANTS deny each and every allegation contained in paragraph 161 of the complaint and refers all questions of law to this Honorable Court.

162.    THE DEFENDANTS deny each and every allegation contained in paragraph 162 of the complaint and refers all questions of law to this Honorable Court.

163.   THE DEFENDANTS deny each and every allegation contained in paragraph
        163 of the complaint and refers all questions of law to this Honorable Court.

164.   THE DEFENDANTS deny each and every allegation contained in paragraph
        164 of the complaint and refers all questions of law to this Honorable Court.

165.   THE DEFENDANTS deny each and every allegation contained in paragraph
        165 of the complaint and refers all questions of law to this Honorable Court.

166.   THE DEFENDANTS deny each and every allegation contained in paragraph
        166 of the complaint and refers all questions of law to this Honorable Court.

167.   THE DEFENDANTS deny each and every allegation contained in paragraph
        167 of the complaint and refers all questions of law to this Honorable Court.

168.   THE DEFENDANTS deny each and every allegation contained in paragraph
        168 of the complaint and refers all questions of law to this Honorable Court.

169.   THE DEFENDANTS deny each and every allegation contained in paragraph
        169 of the complaint and refers all questions of law to this Honorable Court.

170.   THE DEFENDANTS deny each and every allegation contained in paragraph
        170 of the complaint and refers all questions of law to this Honorable Court.

171.   THE DEFENDANTS deny each and every allegation contained in paragraph
        171 of the complaint and refers all questions of law to this Honorable Court.

172.   THE DEFENDANTS deny each and every allegation contained in paragraph
        172 of the complaint and refers all questions of law to this Honorable Court.

173.   THE DEFENDANTS deny each and every allegation contained in paragraph
        173 of the complaint and refers all questions of law to this Honorable Court.

174.   THE DEFENDANTS deny each and every allegation contained in paragraph 174 of the complaint and refers all questions of law to this Honorable Court.

175.   THE DEFENDANTS deny each and every allegation contained in paragraph 175 of the complaint and refers all questions of law to this Honorable Court.

176.   THE DEFENDANTS deny each and every allegation contained in paragraph 176 of the complaint and refers all questions of law to this Honorable Court.

177.   THE DEFENDANTS deny each and every allegation contained in paragraph 177 of the complaint and refers all questions of law to this Honorable Court.

178.   THE DEFENDANTS deny each and every allegation contained in paragraph 178 of the complaint and refers all questions of law to this Honorable Court.

179.   THE DEFENDANTS deny each and every allegation contained in paragraph 179 of the complaint and refers all questions of law to this Honorable Court.

180.   THE DEFENDANTS deny each and every allegation contained in paragraph 180 of the complaint and refers all questions of law to this Honorable Court.

181.   THE DEFENDANTS deny each and every allegation contained in paragraph 181 of the complaint and refers all questions of law to this Honorable Court.

182.   THE DEFENDANTS deny each and every allegation contained in paragraph 182 of the complaint and refers all questions of law to this Honorable Court.

183.   THE DEFENDANTS deny each and every allegation contained in paragraph 183 of the complaint and refers all questions of law to this Honorable Court.

184.   THE DEFENDANTS deny each and every allegation contained in paragraph 184 of the complaint and refers all questions of law to this Honorable Court.

185.  THE DEFENDANTS deny each and every allegation contained in paragraph 185 of the complaint and refers all questions of law to this Honorable Court.

186.  THE DEFENDANTS deny each and every allegation contained in paragraph 186 of the complaint and refers all questions of law to this Honorable Court.

187.  THE DEFENDANTS deny each and every allegation contained in paragraph 187 of the complaint and refers all questions of law to this Honorable Court.

188.  THE DEFENDANTS deny each and every allegation contained in paragraph 188 of the complaint and refers all questions of law to this Honorable Court.

189.  THE DEFENDANTS deny each and every allegation contained in paragraph 189 of the complaint and refers all questions of law to this Honorable Court.

190.  THE DEFENDANTS deny each and every allegation contained in paragraph 190 of the complaint and refers all questions of law to this Honorable Court.

191.  THE DEFENDANTS deny each and every allegation contained in paragraph 191 of the complaint and refers all questions of law to this Honorable Court.

192.  THE DEFENDANTS deny each and every allegation contained in paragraph 192 of the complaint and refers all questions of law to this Honorable Court.

193.  THE DEFENDANTS deny each and every allegation contained in paragraph 193 of the complaint and refers all questions of law to this Honorable Court.

194.  THE DEFENDANTS deny each and every allegation contained in paragraph 194 of the complaint and refers all questions of law to this Honorable Court.

195.  THE DEFENDANTS deny each and every allegation contained in paragraph 195 of the complaint and refers all questions of law to this Honorable Court.

196.    THE DEFENDANTS deny each and every allegation contained in paragraph 196 of the complaint and refers all questions of law to this Honorable Court.

197.    THE DEFENDANTS deny each and every allegation contained in paragraph 197 of the complaint and refers all questions of law to this Honorable Court.

198.    THE DEFENDANTS deny each and every allegation contained in paragraph 198 of the complaint and refers all questions of law to this Honorable Court.

199.    THE DEFENDANTS deny each and every allegation contained in paragraph 199 of the complaint and refers all questions of law to this Honorable Court.

200.    THE DEFENDANTS deny each and every allegation contained in paragraph 200 of the complaint and refers all questions of law to this Honorable Court.

201.    THE DEFENDANTS deny each and every allegation contained in paragraph 201 of the complaint and refers all questions of law to this Honorable Court.

202.    THE DEFENDANTS deny each and every allegation contained in paragraph 202 of the complaint and refers all questions of law to this Honorable Court.

203.    THE DEFENDANTS deny each and every allegation contained in paragraph 203 of the complaint and refers all questions of law to this Honorable Court.

204.    THE DEFENDANTS deny each and every allegation contained in paragraph 204 of the complaint and refers all questions of law to this Honorable Court.

205.    THE DEFENDANTS deny each and every allegation contained in paragraph 205 of the complaint and refers all questions of law to this Honorable Court.

206.    THE DEFENDANTS deny each and every allegation contained in paragraph 206 of the complaint and refers all questions of law to this Honorable Court.

207.     THE DEFENDANTS deny each and every allegation contained in paragraph 207 of the complaint and refers all questions of law to this Honorable Court.

208.     THE DEFENDANTS deny each and every allegation contained in paragraph 208 of the complaint and refers all questions of law to this Honorable Court.

209.     THE DEFENDANTS deny each and every allegation contained in paragraph 209 of the complaint and refers all questions of law to this Honorable Court.

210.     THE DEFENDANTS deny each and every allegation contained in paragraph 210 of the complaint and refers all questions of law to this Honorable Court.

211.     THE DEFENDANTS deny each and every allegation contained in paragraph 211 of the complaint and refers all questions of law to this Honorable Court.

212.     THE DEFENDANTS deny each and every allegation contained in paragraph 212 of the complaint and refers all questions of law to this Honorable Court.

213.     THE DEFENDANTS deny each and every allegation contained in paragraph 213 of the complaint and refers all questions of law to this Honorable Court.

214.     THE DEFENDANTS deny each and every allegation contained in paragraph 214 of the complaint and refers all questions of law to this Honorable Court.

215.     THE DEFENDANTS deny each and every allegation contained in paragraph 215 of the complaint and refers all questions of law to this Honorable Court.

216.     THE DEFENDANTS deny each and every allegation contained in paragraph 216 of the complaint and refers all questions of law to this Honorable Court.

217.     THE DEFENDANTS deny each and every allegation contained in paragraph 217 of the complaint and refers all questions of law to this Honorable Court.

218.    THE DEFENDANTS deny each and every allegation contained in paragraph 218 of the complaint and refers all questions of law to this Honorable Court.

219.    THE DEFENDANTS deny each and every allegation contained in paragraph 219 of the complaint and refers all questions of law to this Honorable Court.

220.    THE DEFENDANTS deny each and every allegation contained in paragraph 220 of the complaint and refers all questions of law to this Honorable Court.

221.    THE DEFENDANTS deny each and every allegation contained in paragraph 221 of the complaint and refers all questions of law to this Honorable Court.

222.    THE DEFENDANTS deny each and every allegation contained in paragraph 222 of the complaint and refers all questions of law to this Honorable Court.

223.    THE DEFENDANTS deny each and every allegation contained in paragraph 223 of the complaint and refers all questions of law to this Honorable Court.

224.    THE DEFENDANTS deny each and every allegation contained in paragraph 224 of the complaint and refers all questions of law to this Honorable Court.

225.    THE DEFENDANTS deny each and every allegation contained in paragraph 225 of the complaint and refers all questions of law to this Honorable Court.

226.    THE DEFENDANTS deny each and every allegation contained in paragraph 226 of the complaint and refers all questions of law to this Honorable Court.

227.    THE DEFENDANTS deny each and every allegation contained in paragraph 227 of the complaint and refers all questions of law to this Honorable Court.

228.    THE DEFENDANTS deny each and every allegation contained in paragraph 228 of the complaint and refers all questions of law to this Honorable Court.

229.    THE DEFENDANTS deny each and every allegation contained in paragraph 229 of the complaint and refers all questions of law to this Honorable Court.

230.    THE DEFENDANTS deny each and every allegation contained in paragraph 230 of the complaint and refers all questions of law to this Honorable Court.

231.    THE DEFENDANTS deny each and every allegation contained in paragraph 231 of the complaint and refers all questions of law to this Honorable Court.

232.    THE DEFENDANTS deny each and every allegation contained in paragraph 232 of the complaint and refers all questions of law to this Honorable Court.

233.    THE DEFENDANTS deny each and every allegation contained in paragraph 233 of the complaint and refers all questions of law to this Honorable Court.

234.    THE DEFENDANTS deny each and every allegation contained in paragraph 234 of the complaint and refers all questions of law to this Honorable Court.

235.    THE DEFENDANTS deny each and every allegation contained in paragraph 235 of the complaint and refers all questions of law to this Honorable Court.

236.    THE DEFENDANTS deny each and every allegation contained in paragraph 236 of the complaint and refers all questions of law to this Honorable Court.

237.    THE DEFENDANTS deny each and every allegation contained in paragraph 237 of the complaint and refers all questions of law to this Honorable Court.

238.    THE DEFENDANTS deny each and every allegation contained in paragraph 238 of the complaint and refers all questions of law to this Honorable Court.

239.    THE DEFENDANTS deny each and every allegation contained in paragraph 239 of the complaint and refers all questions of law to this Honorable Court.

240.    THE DEFENDANTS deny each and every allegation contained in paragraph
240 of the complaint and refers all questions of law to this Honorable Court.

241.    THE DEFENDANTS deny each and every allegation contained in paragraph
241 of the complaint and refers all questions of law to this Honorable Court.

242.    THE DEFENDANTS deny each and every allegation contained in paragraph
242 of the complaint and refers all questions of law to this Honorable Court.

243.    THE DEFENDANTS deny each and every allegation contained in paragraph
243 of the complaint and refers all questions of law to this Honorable Court.

244.    THE DEFENDANTS deny each and every allegation contained in paragraph
244 of the complaint and refers all questions of law to this Honorable Court.

245.    THE DEFENDANTS deny each and every allegation contained in paragraph
245 of the complaint and refers all questions of law to this Honorable Court.

246.    THE DEFENDANTS deny each and every allegation contained in paragraph
246 of the complaint and refers all questions of law to this Honorable Court.

247.    THE DEFENDANTS deny each and every allegation contained in paragraph
247 of the complaint and refers all questions of law to this Honorable Court.

248.    THE DEFENDANTS deny each and every allegation contained in paragraph
248 of the complaint and refers all questions of law to this Honorable Court.

249.    THE DEFENDANTS deny each and every allegation contained in paragraph
249 of the complaint and refers all questions of law to this Honorable Court.

250.    THE DEFENDANTS deny each and every allegation contained in paragraph
250 of the complaint and refers all questions of law to this Honorable Court.

251.    THE DEFENDANTS deny each and every allegation contained in paragraph
251 of the complaint and refers all questions of law to this Honorable Court.

252.    THE DEFENDANTS deny each and every allegation contained in paragraph
252 of the complaint and refers all questions of law to this Honorable Court.

253.    THE DEFENDANTS deny each and every allegation contained in paragraph
253 of the complaint and refers all questions of law to this Honorable Court.

254.    THE DEFENDANTS deny each and every allegation contained in paragraph
254 of the complaint and refers all questions of law to this Honorable Court.

255.    THE DEFENDANTS deny each and every allegation contained in paragraph
255 of the complaint and refers all questions of law to this Honorable Court.

256.    THE DEFENDANTS deny each and every allegation contained in paragraph
256 of the complaint and refers all questions of law to this Honorable Court.

257.    THE DEFENDANTS deny each and every allegation contained in paragraph
257 of the complaint and refers all questions of law to this Honorable Court.

258.    THE DEFENDANTS deny each and every allegation contained in paragraph
258 of the complaint and refers all questions of law to this Honorable Court.

259.    THE DEFENDANTS deny each and every allegation contained in paragraph
259 of the complaint and refers all questions of law to this Honorable Court.

260.    THE DEFENDANTS deny each and every allegation contained in paragraph
260 of the complaint and refers all questions of law to this Honorable Court.

261.    THE DEFENDANTS deny each and every allegation contained in paragraph
261 of the complaint and refers all questions of law to this Honorable Court.

262.    THE DEFENDANTS deny each and every allegation contained in paragraph 262 of the complaint and refers all questions of law to this Honorable Court.

263.    THE DEFENDANTS deny each and every allegation contained in paragraph 263 of the complaint and refers all questions of law to this Honorable Court.

264.    THE DEFENDANTS deny each and every allegation contained in paragraph 264 of the complaint and refers all questions of law to this Honorable Court.

265.    THE DEFENDANTS deny each and every allegation contained in paragraph 265 of the complaint and refers all questions of law to this Honorable Court.

266.    THE DEFENDANTS deny each and every allegation contained in paragraph 266 of the complaint and refers all questions of law to this Honorable Court.

267.    THE DEFENDANTS deny each and every allegation contained in paragraph 267 of the complaint and refers all questions of law to this Honorable Court.

268.    THE DEFENDANTS deny each and every allegation contained in paragraph 268 of the complaint and refers all questions of law to this Honorable Court.

269.    THE DEFENDANTS deny each and every allegation contained in paragraph 269 of the complaint and refers all questions of law to this Honorable Court.

270.    THE DEFENDANTS deny each and every allegation contained in paragraph 270 of the complaint and refers all questions of law to this Honorable Court.

271.    THE DEFENDANTS deny each and every allegation contained in paragraph 271 of the complaint and refers all questions of law to this Honorable Court.

272.    THE DEFENDANTS deny each and every allegation contained in paragraph 272 of the complaint and refers all questions of law to this Honorable Court.

273.    THE DEFENDANTS deny each and every allegation contained in paragraph
273 of the complaint and refers all questions of law to this Honorable Court.

274.    THE DEFENDANTS deny each and every allegation contained in paragraph
274 of the complaint and refers all questions of law to this Honorable Court.

275.    THE DEFENDANTS deny each and every allegation contained in paragraph
275 of the complaint and refers all questions of law to this Honorable Court.

276.    THE DEFENDANTS deny each and every allegation contained in paragraph
276 of the complaint and refers all questions of law to this Honorable Court.

277.    THE DEFENDANTS deny each and every allegation contained in paragraph
277 of the complaint and refers all questions of law to this Honorable Court.

278.    THE DEFENDANTS deny each and every allegation contained in paragraph
278 of the complaint and refers all questions of law to this Honorable Court.

279.    THE DEFENDANTS deny each and every allegation contained in paragraph
279 of the complaint and refers all questions of law to this Honorable Court.

280.    THE DEFENDANTS deny each and every allegation contained in paragraph
280 of the complaint and refers all questions of law to this Honorable Court.

281.    THE DEFENDANTS deny each and every allegation contained in paragraph
281 of the complaint and refers all questions of law to this Honorable Court.

282.    THE DEFENDANTS deny each and every allegation contained in paragraph
282 of the complaint and refers all questions of law to this Honorable Court.

283.    THE DEFENDANTS deny each and every allegation contained in paragraph
283 of the complaint and refers all questions of law to this Honorable Court.

284.    THE DEFENDANTS deny each and every allegation contained in paragraph 284 of the complaint and refers all questions of law to this Honorable Court.

285.    THE DEFENDANTS deny each and every allegation contained in paragraph 285 of the complaint and refers all questions of law to this Honorable Court.

286.    THE DEFENDANTS deny each and every allegation contained in paragraph 286 of the complaint and refers all questions of law to this Honorable Court.

287.    THE DEFENDANTS deny each and every allegation contained in paragraph 287 of the complaint and refers all questions of law to this Honorable Court.

288.    THE DEFENDANTS deny each and every allegation contained in paragraph 288 of the complaint and refers all questions of law to this Honorable Court.

289.    THE DEFENDANTS deny each and every allegation contained in paragraph 289 of the complaint and refers all questions of law to this Honorable Court.

290.    THE DEFENDANTS deny each and every allegation contained in paragraph 290 of the complaint and refers all questions of law to this Honorable Court.

291.    THE DEFENDANTS deny each and every allegation contained in paragraph 291 of the complaint and refers all questions of law to this Honorable Court.

292.    THE DEFENDANTS deny each and every allegation contained in paragraph 292 of the complaint and refers all questions of law to this Honorable Court.

293.    THE DEFENDANTS deny each and every allegation contained in paragraph 293 of the complaint and refers all questions of law to this Honorable Court.

294.    THE DEFENDANTS deny each and every allegation contained in paragraph 294 of the complaint and refers all questions of law to this Honorable Court.

295. THE DEFENDANTS deny each and every allegation contained in paragraph 295 of the complaint and refers all questions of law to this Honorable Court.

296. THE DEFENDANTS deny each and every allegation contained in paragraph 296 of the complaint and refers all questions of law to this Honorable Court.

297. THE DEFENDANTS deny each and every allegation contained in paragraph 297 of the complaint and refers all questions of law to this Honorable Court.

298. THE DEFENDANTS deny each and every allegation contained in paragraph 298 of the complaint and refers all questions of law to this Honorable Court.

299. THE DEFENDANTS deny each and every allegation contained in paragraph 299 of the complaint and refers all questions of law to this Honorable Court.

300. THE DEFENDANTS deny each and every allegation contained in paragraph 300 of the complaint and refers all questions of law to this Honorable Court.

301. THE DEFENDANTS deny each and every allegation contained in paragraph 301 of the complaint and refers all questions of law to this Honorable Court.

302. THE DEFENDANTS deny each and every allegation contained in paragraph 302 of the complaint and refers all questions of law to this Honorable Court.

303. THE DEFENDANTS deny each and every allegation contained in paragraph 303 of the complaint and refers all questions of law to this Honorable Court.

304. THE DEFENDANTS deny each and every allegation contained in paragraph 304 of the complaint and refers all questions of law to this Honorable Court.

305. THE DEFENDANTS deny each and every allegation contained in paragraph 305 of the complaint and refers all questions of law to this Honorable Court.

306.    THE DEFENDANTS deny each and every allegation contained in paragraph 306 of the complaint and refers all questions of law to this Honorable Court.

307.    THE DEFENDANTS deny each and every allegation contained in paragraph 307 of the complaint and refers all questions of law to this Honorable Court.

308.    THE DEFENDANTS deny each and every allegation contained in paragraph 308 of the complaint and refers all questions of law to this Honorable Court.

309.    THE DEFENDANTS deny each and every allegation contained in paragraph 309 of the complaint and refers all questions of law to this Honorable Court.

310.    THE DEFENDANTS deny each and every allegation contained in paragraph 310 of the complaint and refers all questions of law to this Honorable Court.

311.    THE DEFENDANTS deny each and every allegation contained in paragraph 311 of the complaint and refers all questions of law to this Honorable Court.

312.    THE DEFENDANTS deny each and every allegation contained in paragraph 312 of the complaint and refers all questions of law to this Honorable Court.

313.    THE DEFENDANTS deny each and every allegation contained in paragraph 313 of the complaint and refers all questions of law to this Honorable Court.

314.    THE DEFENDANTS deny each and every allegation contained in paragraph 314 of the complaint and refers all questions of law to this Honorable Court.

315.    THE DEFENDANTS deny each and every allegation contained in paragraph 315 of the complaint and refers all questions of law to this Honorable Court.

316.    THE DEFENDANTS deny each and every allegation contained in paragraph 316 of the complaint and refers all questions of law to this Honorable Court.

317.    THE DEFENDANTS deny each and every allegation contained in paragraph 317 of the complaint and refers all questions of law to this Honorable Court.

318.    THE DEFENDANTS deny each and every allegation contained in paragraph 318 of the complaint and refers all questions of law to this Honorable Court.

319.    THE DEFENDANTS deny each and every allegation contained in paragraph 319 of the complaint and refers all questions of law to this Honorable Court.

320.    THE DEFENDANTS deny each and every allegation contained in paragraph 320 of the complaint and refers all questions of law to this Honorable Court.

321.    THE DEFENDANTS deny each and every allegation contained in paragraph 321 of the complaint and refers all questions of law to this Honorable Court.

322.    THE DEFENDANTS deny each and every allegation contained in paragraph 322 of the complaint and refers all questions of law to this Honorable Court.

323.    THE DEFENDANTS deny each and every allegation contained in paragraph 323 of the complaint and refers all questions of law to this Honorable Court.

324.    THE DEFENDANTS deny each and every allegation contained in paragraph 324 of the complaint and refers all questions of law to this Honorable Court.

325.    THE DEFENDANTS deny each and every allegation contained in paragraph 325 of the complaint and refers all questions of law to this Honorable Court.

326.    THE DEFENDANTS deny each and every allegation contained in paragraph 326 of the complaint and refers all questions of law to this Honorable Court.

327.    THE DEFENDANTS deny each and every allegation contained in paragraph 327 of the complaint and refers all questions of law to this Honorable Court.

328.  THE DEFENDANTS deny each and every allegation contained in paragraph 328 of the complaint and refers all questions of law to this Honorable Court.

329.  THE DEFENDANTS deny each and every allegation contained in paragraph 329 of the complaint and refers all questions of law to this Honorable Court.

330.  THE DEFENDANTS deny each and every allegation contained in paragraph 330 of the complaint and refers all questions of law to this Honorable Court.

331.  THE DEFENDANTS deny each and every allegation contained in paragraph 331 of the complaint and refers all questions of law to this Honorable Court.

332.  THE DEFENDANTS deny each and every allegation contained in paragraph 332 of the complaint and refers all questions of law to this Honorable Court.

333.  THE DEFENDANTS deny each and every allegation contained in paragraph 333 of the complaint and refers all questions of law to this Honorable Court.

334.  THE DEFENDANTS deny each and every allegation contained in paragraph 334 of the complaint and refers all questions of law to this Honorable Court.

335.  THE DEFENDANTS deny each and every allegation contained in paragraph 335 of the complaint and refers all questions of law to this Honorable Court.

336.  THE DEFENDANTS deny each and every allegation contained in paragraph 336 of the complaint and refers all questions of law to this Honorable Court.

337.  THE DEFENDANTS deny each and every allegation contained in paragraph 337 of the complaint and refers all questions of law to this Honorable Court.

338.  THE DEFENDANTS deny each and every allegation contained in paragraph 338 of the complaint and refers all questions of law to this Honorable Court.

339.  THE DEFENDANTS deny each and every allegation contained in paragraph 339 of the complaint and refers all questions of law to this Honorable Court.

340.  THE DEFENDANTS deny each and every allegation contained in paragraph 340 of the complaint and refers all questions of law to this Honorable Court.

341.  THE DEFENDANTS deny each and every allegation contained in paragraph 341 of the complaint and refers all questions of law to this Honorable Court.

342.  THE DEFENDANTS deny each and every allegation contained in paragraph 342 of the complaint and refers all questions of law to this Honorable Court.

343.  THE DEFENDANTS deny each and every allegation contained in paragraph 343 of the complaint and refers all questions of law to this Honorable Court.

344.  THE DEFENDANTS deny each and every allegation contained in paragraph 344 of the complaint and refers all questions of law to this Honorable Court.

345.  THE DEFENDANTS deny each and every allegation contained in paragraph 345 of the complaint and refers all questions of law to this Honorable Court.

346.  THE DEFENDANTS deny each and every allegation contained in paragraph 346 of the complaint and refers all questions of law to this Honorable Court.

347.  THE DEFENDANTS deny each and every allegation contained in paragraph 347 of the complaint and refers all questions of law to this Honorable Court.

348.  THE DEFENDANTS deny each and every allegation contained in paragraph 348 of the complaint and refers all questions of law to this Honorable Court.

349.  THE DEFENDANTS deny each and every allegation contained in paragraph 349 of the complaint and refers all questions of law to this Honorable Court.

350.    THE DEFENDANTS deny each and every allegation contained in paragraph 350 of the complaint and refers all questions of law to this Honorable Court.

351.    THE DEFENDANTS deny each and every allegation contained in paragraph 351 of the complaint and refers all questions of law to this Honorable Court.

352.    THE DEFENDANTS deny each and every allegation contained in paragraph 352 of the complaint and refers all questions of law to this Honorable Court.

353.    THE DEFENDANTS deny each and every allegation contained in paragraph 353 of the complaint and refers all questions of law to this Honorable Court.

354.    THE DEFENDANTS deny each and every allegation contained in paragraph 354 of the complaint and refers all questions of law to this Honorable Court.

355.    THE DEFENDANTS deny each and every allegation contained in paragraph 355 of the complaint and refers all questions of law to this Honorable Court.

356.    THE DEFENDANTS deny each and every allegation contained in paragraph 356 of the complaint and refers all questions of law to this Honorable Court.

357.    THE DEFENDANTS deny each and every allegation contained in paragraph 357 of the complaint and refers all questions of law to this Honorable Court.

358.    THE DEFENDANTS deny each and every allegation contained in paragraph 358 of the complaint and refers all questions of law to this Honorable Court.

359.    THE DEFENDANTS deny each and every allegation contained in paragraph 359 of the complaint and refers all questions of law to this Honorable Court.

360.    THE DEFENDANTS deny each and every allegation contained in paragraph 360 of the complaint and refers all questions of law to this Honorable Court.

361.    THE DEFENDANTS deny each and every allegation contained in paragraph 361 of the complaint and refers all questions of law to this Honorable Court.

362.    THE DEFENDANTS deny each and every allegation contained in paragraph 362 of the complaint and refers all questions of law to this Honorable Court.

363.    THE DEFENDANTS deny each and every allegation contained in paragraph 363 of the complaint and refers all questions of law to this Honorable Court.

364.    THE DEFENDANTS deny each and every allegation contained in paragraph 364 of the complaint and refers all questions of law to this Honorable Court.

365.    THE DEFENDANTS deny each and every allegation contained in paragraph 365 of the complaint and refers all questions of law to this Honorable Court.

366.    THE DEFENDANTS deny each and every allegation contained in paragraph 366 of the complaint and refers all questions of law to this Honorable Court.

367.    THE DEFENDANTS deny each and every allegation contained in paragraph 367 of the complaint and refers all questions of law to this Honorable Court.

368.    THE DEFENDANTS deny each and every allegation contained in paragraph 368 of the complaint and refers all questions of law to this Honorable Court.

369.    THE DEFENDANTS deny each and every allegation contained in paragraph 369 of the complaint and refers all questions of law to this Honorable Court.

370.    THE DEFENDANTS deny each and every allegation contained in paragraph 370 of the complaint and refers all questions of law to this Honorable Court.

371.    THE DEFENDANTS deny each and every allegation contained in paragraph 371 of the complaint and refers all questions of law to this Honorable Court.

372.    THE DEFENDANTS deny each and every allegation contained in paragraph 372 of the complaint and refers all questions of law to this Honorable Court.

373.    THE DEFENDANTS deny each and every allegation contained in paragraph 373 of the complaint and refers all questions of law to this Honorable Court.

374.    THE DEFENDANTS deny each and every allegation contained in paragraph 374 of the complaint and refers all questions of law to this Honorable Court.

375.    THE DEFENDANTS deny each and every allegation contained in paragraph 375 of the complaint and refers all questions of law to this Honorable Court.

376.    THE DEFENDANTS deny each and every allegation contained in paragraph 376 of the complaint and refers all questions of law to this Honorable Court.

377.    THE DEFENDANTS deny each and every allegation contained in paragraph 377 of the complaint and refers all questions of law to this Honorable Court.

378.    THE DEFENDANTS deny each and every allegation contained in paragraph 378 of the complaint and refers all questions of law to this Honorable Court.

379.    THE DEFENDANTS deny each and every allegation contained in paragraph 379 of the complaint and refers all questions of law to this Honorable Court.

380.    THE DEFENDANTS deny each and every allegation contained in paragraph 380 of the complaint and refers all questions of law to this Honorable Court.

381.    THE DEFENDANTS deny each and every allegation contained in paragraph 381 of the complaint and refers all questions of law to this Honorable Court.

382.    THE DEFENDANTS deny each and every allegation contained in paragraph 382 of the complaint and refers all questions of law to this Honorable Court.

383.    THE DEFENDANTS deny each and every allegation contained in paragraph
        383 of the complaint and refers all questions of law to this Honorable Court.

384.    THE DEFENDANTS deny each and every allegation contained in paragraph
        384 of the complaint and refers all questions of law to this Honorable Court.

385.    THE DEFENDANTS deny each and every allegation contained in paragraph
        385 of the complaint and refers all questions of law to this Honorable Court.

386.    THE DEFENDANTS deny each and every allegation contained in paragraph
        386 of the complaint and refers all questions of law to this Honorable Court.

387.    THE DEFENDANTS deny each and every allegation contained in paragraph
        387 of the complaint and refers all questions of law to this Honorable Court.

388.    THE DEFENDANTS deny each and every allegation contained in paragraph
        388 of the complaint and refers all questions of law to this Honorable Court.

389.    THE DEFENDANTS deny each and every allegation contained in paragraph
        389 of the complaint and refers all questions of law to this Honorable Court.

390.    THE DEFENDANTS deny each and every allegation contained in paragraph
        390 of the complaint and refers all questions of law to this Honorable Court.

391.    THE DEFENDANTS deny each and every allegation contained in paragraph
        391 of the complaint and refers all questions of law to this Honorable Court.

392.    THE DEFENDANTS deny each and every allegation contained in paragraph
        392 of the complaint and refers all questions of law to this Honorable Court.

393.    THE DEFENDANTS deny each and every allegation contained in paragraph
        393 of the complaint and refers all questions of law to this Honorable Court.

394.    THE DEFENDANTS deny each and every allegation contained in paragraph 394 of the complaint and refers all questions of law to this Honorable Court.

395.    THE DEFENDANTS deny each and every allegation contained in paragraph 395 of the complaint and refers all questions of law to this Honorable Court.

396.    THE DEFENDANTS deny each and every allegation contained in paragraph 396 of the complaint and refers all questions of law to this Honorable Court.

397.    THE DEFENDANTS deny each and every allegation contained in paragraph 397 of the complaint and refers all questions of law to this Honorable Court.

398.    THE DEFENDANTS deny each and every allegation contained in paragraph 398 of the complaint and refers all questions of law to this Honorable Court.

399.    THE DEFENDANTS deny each and every allegation contained in paragraph 399 of the complaint and refers all questions of law to this Honorable Court.

400.    THE DEFENDANTS deny each and every allegation contained in paragraph 400 of the complaint and refers all questions of law to this Honorable Court.

401.    THE DEFENDANTS deny each and every allegation contained in paragraph 401 of the complaint and refers all questions of law to this Honorable Court.

402.    THE DEFENDANTS deny each and every allegation contained in paragraph 402 the complaint and refers all questions of law to this Honorable Court.

403.    THE DEFENDANTS deny each and every allegation contained in paragraph 403 of the complaint and refers all questions of law to this Honorable Court.

404.    THE DEFENDANTS deny each and every allegation contained in paragraph 404 of the complaint and refers all questions of law to this Honorable Court.

405.    THE DEFENDANTS deny each and every allegation contained in paragraph
        405 of the complaint and refers all questions of law to this Honorable Court.

406.    THE DEFENDANTS deny each and every allegation contained in paragraph
        406 of the complaint and refers all questions of law to this Honorable Court.

407.    THE DEFENDANTS deny each and every allegation contained in paragraph
        407 of the complaint and refers all questions of law to this Honorable Court.

408.    THE DEFENDANTS deny each and every allegation contained in paragraph
        408 of the complaint and refers all questions of law to this Honorable Court.

409.    THE DEFENDANTS deny each and every allegation contained in paragraph
        409 of the complaint and refers all questions of law to this Honorable Court.

410.    THE DEFENDANTS deny each and every allegation contained in paragraph
        410 of the complaint and refers all questions of law to this Honorable Court.

411.    THE DEFENDANTS deny each and every allegation contained in paragraph
        411 of the complaint and refers all questions of law to this Honorable Court.

412.    THE DEFENDANTS deny each and every allegation contained in paragraph
        412 of the complaint and refers all questions of law to this Honorable Court.

413.    THE DEFENDANTS deny each and every allegation contained in paragraph
        413 of the complaint and refers all questions of law to this Honorable Court.

414.    THE DEFENDANTS deny each and every allegation contained in paragraph
        414 of the complaint and refers all questions of law to this Honorable Court.

415.    THE DEFENDANTS deny each and every allegation contained in paragraph
        415 of the complaint and refers all questions of law to this Honorable Court.

416.    THE DEFENDANTS deny each and every allegation contained in paragraph 416 of the complaint and refers all questions of law to this Honorable Court.

417.    THE DEFENDANTS deny each and every allegation contained in paragraph 417 of the complaint and refers all questions of law to this Honorable Court.

418.    THE DEFENDANTS deny each and every allegation contained in paragraph 418 of the complaint and refers all questions of law to this Honorable Court.

419.    THE DEFENDANTS deny each and every allegation contained in paragraph 419 of the complaint and refers all questions of law to this Honorable Court.

420.    THE DEFENDANTS deny each and every allegation contained in paragraph 420 of the complaint and refers all questions of law to this Honorable Court.

421.    THE DEFENDANTS deny each and every allegation contained in paragraph 421 of the complaint and refers all questions of law to this Honorable Court.

422.    THE DEFENDANTS deny each and every allegation contained in paragraph 422 of the complaint and refers all questions of law to this Honorable Court.

423.    THE DEFENDANTS deny each and every allegation contained in paragraph 423 of the complaint and refers all questions of law to this Honorable Court.

424.    THE DEFENDANTS deny each and every allegation contained in paragraph 424 of the complaint and refers all questions of law to this Honorable Court.

425.    THE DEFENDANTS deny each and every allegation contained in paragraph 425 of the complaint and refers all questions of law to this Honorable Court.

426.    THE DEFENDANTS deny each and every allegation contained in paragraph 426 of the complaint and refers all questions of law to this Honorable Court.

427.   THE DEFENDANTS deny each and every allegation contained in paragraph 427 of the complaint and refers all questions of law to this Honorable Court.

428.   THE DEFENDANTS deny each and every allegation contained in paragraph 428 of the complaint and refers all questions of law to this Honorable Court.

429.   THE DEFENDANTS deny each and every allegation contained in paragraph 429 of the complaint and refers all questions of law to this Honorable Court.

430.   THE DEFENDANTS deny each and every allegation contained in paragraph 430 of the complaint and refers all questions of law to this Honorable Court.

431.   THE DEFENDANTS deny each and every allegation contained in paragraph 431 of the complaint and refers all questions of law to this Honorable Court.

432.   THE DEFENDANTS deny each and every allegation contained in paragraph 432 of the complaint and refers all questions of law to this Honorable Court.

433.   THE DEFENDANTS deny each and every allegation contained in paragraph 433 of the complaint and refers all questions of law to this Honorable Court.

434.   THE DEFENDANTS deny each and every allegation contained in paragraph 434 of the complaint and refers all questions of law to this Honorable Court.

435.   THE DEFENDANTS deny each and every allegation contained in paragraph 435 of the complaint and refers all questions of law to this Honorable Court.

436.   THE DEFENDANTS deny each and every allegation contained in paragraph 436 of the complaint and refers all questions of law to this Honorable Court.

437.   THE DEFENDANTS deny each and every allegation contained in paragraph 437 of the complaint and refers all questions of law to this Honorable Court.

438.   THE DEFENDANTS deny each and every allegation contained in paragraph 438 of the complaint and refers all questions of law to this Honorable Court.

439.   THE DEFENDANTS deny each and every allegation contained in paragraph 439 of the complaint and refers all questions of law to this Honorable Court.

440.   THE DEFENDANTS deny each and every allegation contained in paragraph 440 of the complaint and refers all questions of law to this Honorable Court.

441.   THE DEFENDANTS deny each and every allegation contained in paragraph 441 of the complaint and refers all questions of law to this Honorable Court.

442.   THE DEFENDANTS deny each and every allegation contained in paragraph 442 of the complaint and refers all questions of law to this Honorable Court.

443.   THE DEFENDANTS deny each and every allegation contained in paragraph 443 of the complaint and refers all questions of law to this Honorable Court.

444.   THE DEFENDANTS deny each and every allegation contained in paragraph 444 of the complaint and refers all questions of law to this Honorable Court.

445.   THE DEFENDANTS deny each and every allegation contained in paragraph 445 of the complaint and refers all questions of law to this Honorable Court.

446.   THE DEFENDANTS deny each and every allegation contained in paragraph 446 of the complaint and refers all questions of law to this Honorable Court.

447.   THE DEFENDANTS deny each and every allegation contained in paragraph 447 of the complaint and refers all questions of law to this Honorable Court.

448.   THE DEFENDANTS deny each and every allegation contained in paragraph 448 of the complaint and refers all questions of law to this Honorable Court.

449.    THE DEFENDANTS deny each and every allegation contained in paragraph 449 of the complaint and refers all questions of law to this Honorable Court.

450.    THE DEFENDANTS deny each and every allegation contained in paragraph 450 of the complaint and refers all questions of law to this Honorable Court.

451.    THE DEFENDANTS deny each and every allegation contained in paragraph 451 of the complaint and refers all questions of law to this Honorable Court.

452.    THE DEFENDANTS deny each and every allegation contained in paragraph 452 of the complaint and refers all questions of law to this Honorable Court.

453.    THE DEFENDANTS deny each and every allegation contained in paragraph 453 of the complaint and refers all questions of law to this Honorable Court.

454.    THE DEFENDANTS deny each and every allegation contained in paragraph 454 of the complaint and refers all questions of law to this Honorable Court.

455.    THE DEFENDANTS deny each and every allegation contained in paragraph 455 of the complaint and refers all questions of law to this Honorable Court.

456.    THE DEFENDANTS deny each and every allegation contained in paragraph 456 of the complaint and refers all questions of law to this Honorable Court.

457.    THE DEFENDANTS deny each and every allegation contained in paragraph 457 of the complaint and refers all questions of law to this Honorable Court.

458.    THE DEFENDANTS deny each and every allegation contained in paragraph 458 of the complaint and refers all questions of law to this Honorable Court.

459.    THE DEFENDANTS deny each and every allegation contained in paragraph 459 of the complaint and refers all questions of law to this Honorable Court.

460.    THE DEFENDANTS deny each and every allegation contained in paragraph 460 of the complaint and refers all questions of law to this Honorable Court.

461.    THE DEFENDANTS deny each and every allegation contained in paragraph 461 of the complaint and refers all questions of law to this Honorable Court.

462.    THE DEFENDANTS deny each and every allegation contained in paragraph 462 of the complaint and refers all questions of law to this Honorable Court.

463.    THE DEFENDANTS deny each and every allegation contained in paragraph 463 of the complaint and refers all questions of law to this Honorable Court.

464.    THE DEFENDANTS deny each and every allegation contained in paragraph 464 of the complaint and refers all questions of law to this Honorable Court.

465.    THE DEFENDANTS deny each and every allegation contained in paragraph 465 of the complaint and refers all questions of law to this Honorable Court.

466.    THE DEFENDANTS deny each and every allegation contained in paragraph 466 of the complaint and refers all questions of law to this Honorable Court.

467.    THE DEFENDANTS deny each and every allegation contained in paragraph 467 of the complaint and refers all questions of law to this Honorable Court.

468.    THE DEFENDANTS deny each and every allegation contained in paragraph 468 of the complaint and refers all questions of law to this Honorable Court.

469.    THE DEFENDANTS deny each and every allegation contained in paragraph 469 of the complaint and refers all questions of law to this Honorable Court.

470.    THE DEFENDANTS deny each and every allegation contained in paragraph 470 of the complaint and refers all questions of law to this Honorable Court.

471.    THE DEFENDANTS deny each and every allegation contained in paragraph 471 of the complaint and refers all questions of law to this Honorable Court.

472.    THE DEFENDANTS deny each and every allegation contained in paragraph 472 of the complaint and refers all questions of law to this Honorable Court.

473.    THE DEFENDANTS deny each and every allegation contained in paragraph 473 of the complaint and refers all questions of law to this Honorable Court.

474.    THE DEFENDANTS deny each and every allegation contained in paragraph 474 of the complaint and refers all questions of law to this Honorable Court.

475.    THE DEFENDANTS deny each and every allegation contained in paragraph 475 of the complaint and refers all questions of law to this Honorable Court.

476.    THE DEFENDANTS deny each and every allegation contained in paragraph 476 of the complaint and refers all questions of law to this Honorable Court.

477.    THE DEFENDANTS deny each and every allegation contained in paragraph 477 of the complaint and refers all questions of law to this Honorable Court.

478.    THE DEFENDANTS deny each and every allegation contained in paragraph 478 of the complaint and refers all questions of law to this Honorable Court.

479.    THE DEFENDANTS deny each and every allegation contained in paragraph 479 of the complaint and refers all questions of law to this Honorable Court.

480.    THE DEFENDANTS deny each and every allegation contained in paragraph 480 of the complaint and refers all questions of law to this Honorable Court.

481.    THE DEFENDANTS deny each and every allegation contained in paragraph 481 of the complaint and refers all questions of law to this Honorable Court.

482.   THE DEFENDANTS deny each and every allegation contained in paragraph 482 of the complaint and refers all questions of law to this Honorable Court.

483.   THE DEFENDANTS deny each and every allegation contained in paragraph 483 of the complaint and refers all questions of law to this Honorable Court.

484.   THE DEFENDANTS deny each and every allegation contained in paragraph 484 of the complaint and refers all questions of law to this Honorable Court.

485.   THE DEFENDANTS deny each and every allegation contained in paragraph 485 of the complaint and refers all questions of law to this Honorable Court.

486.   THE DEFENDANTS deny each and every allegation contained in paragraph 486 of the complaint and refers all questions of law to this Honorable Court.

487.   THE DEFENDANTS deny each and every allegation contained in paragraph 487 of the complaint and refers all questions of law to this Honorable Court.

488.   THE DEFENDANTS deny each and every allegation contained in paragraph 488 of the complaint and refers all questions of law to this Honorable Court.

489.   THE DEFENDANTS deny each and every allegation contained in paragraph 489 of the complaint and refers all questions of law to this Honorable Court.

490.   THE DEFENDANTS deny each and every allegation contained in paragraph 490 of the complaint and refers all questions of law to this Honorable Court.

491.   THE DEFENDANTS deny each and every allegation contained in paragraph 491 of the complaint and refers all questions of law to this Honorable Court.

492.   THE DEFENDANTS deny each and every allegation contained in paragraph 492 of the complaint and refers all questions of law to this Honorable Court.

493.   THE DEFENDANTS deny each and every allegation contained in paragraph 493 of the complaint and refers all questions of law to this Honorable Court.

494.   THE DEFENDANTS deny each and every allegation contained in paragraph 494 of the complaint and refers all questions of law to this Honorable Court.

495.   THE DEFENDANTS deny each and every allegation contained in paragraph 495 of the complaint and refers all questions of law to this Honorable Court.

496.   THE DEFENDANTS deny each and every allegation contained in paragraph 496 of the complaint and refers all questions of law to this Honorable Court.

497.   THE DEFENDANTS deny each and every allegation contained in paragraph 497 of the complaint and refers all questions of law to this Honorable Court.

498.   THE DEFENDANTS deny each and every allegation contained in paragraph 498 of the complaint and refers all questions of law to this Honorable Court.

499.   THE DEFENDANTS deny each and every allegation contained in paragraph 499 of the complaint and refers all questions of law to this Honorable Court.

500.   THE DEFENDANTS deny each and every allegation contained in paragraph 500 of the complaint and refers all questions of law to this Honorable Court.

501.   THE DEFENDANTS deny each and every allegation contained in paragraph 501 of the complaint and refers all questions of law to this Honorable Court.

502.   THE DEFENDANTS deny each and every allegation contained in paragraph 502 of the complaint and refers all questions of law to this Honorable Court.

503.   THE DEFENDANTS deny each and every allegation contained in paragraph 503 of the complaint and refers all questions of law to this Honorable Court.

504.    THE DEFENDANTS deny each and every allegation contained in paragraph 504 of the complaint and refers all questions of law to this Honorable Court.

505.    THE DEFENDANTS deny each and every allegation contained in paragraph 505 of the complaint and refers all questions of law to this Honorable Court.

506.    THE DEFENDANTS deny each and every allegation contained in paragraph 506 of the complaint and refers all questions of law to this Honorable Court.

507.    THE DEFENDANTS deny each and every allegation contained in paragraph 507 of the complaint and refers all questions of law to this Honorable Court.

508.    THE DEFENDANTS deny each and every allegation contained in paragraph 508 of the complaint and refers all questions of law to this Honorable Court.

509.    THE DEFENDANTS deny each and every allegation contained in paragraph 509 of the complaint and refers all questions of law to this Honorable Court.

510.    THE DEFENDANTS deny each and every allegation contained in paragraph 510 of the complaint and refers all questions of law to this Honorable Court.

511.    THE DEFENDANTS deny each and every allegation contained in paragraph 511 of the complaint and refers all questions of law to this Honorable Court.

512.    THE DEFENDANTS deny each and every allegation contained in paragraph 512 of the complaint and refers all questions of law to this Honorable Court.

513.    THE DEFENDANTS deny each and every allegation contained in paragraph 513 of the complaint and refers all questions of law to this Honorable Court.

514.    THE DEFENDANTS deny each and every allegation contained in paragraph 514 of the complaint and refers all questions of law to this Honorable Court.

515.   THE DEFENDANTS deny each and every allegation contained in paragraph 515 of the complaint and refers all questions of law to this Honorable Court.

516.   THE DEFENDANTS deny each and every allegation contained in paragraph 516 of the complaint and refers all questions of law to this Honorable Court.

517.   THE DEFENDANTS deny each and every allegation contained in paragraph 517 of the complaint and refers all questions of law to this Honorable Court.

518.   THE DEFENDANTS deny each and every allegation contained in paragraph 518 of the complaint and refers all questions of law to this Honorable Court.

519.   THE DEFENDANTS deny each and every allegation contained in paragraph 519 of the complaint and refers all questions of law to this Honorable Court.

520.   THE DEFENDANTS deny each and every allegation contained in paragraph 520 of the complaint and refers all questions of law to this Honorable Court.

521.   THE DEFENDANTS deny each and every allegation contained in paragraph 521 of the complaint and refers all questions of law to this Honorable Court.

522.   THE DEFENDANTS deny each and every allegation contained in paragraph 522 of the complaint and refers all questions of law to this Honorable Court.

523.   THE DEFENDANTS deny each and every allegation contained in paragraph 523 of the complaint and refers all questions of law to this Honorable Court.

524.   THE DEFENDANTS deny each and every allegation contained in paragraph 524 of the complaint and refers all questions of law to this Honorable Court.

525.   THE DEFENDANTS deny each and every allegation contained in paragraph 525 of the complaint and refers all questions of law to this Honorable Court.

526. THE DEFENDANTS deny each and every allegation contained in paragraph 526 of the complaint and refers all questions of law to this Honorable Court.

527. THE DEFENDANTS deny each and every allegation contained in paragraph 527 of the complaint and refers all questions of law to this Honorable Court.

528. THE DEFENDANTS deny each and every allegation contained in paragraph 528 of the complaint and refers all questions of law to this Honorable Court.

529. THE DEFENDANTS deny each and every allegation contained in paragraph 529 of the complaint and refers all questions of law to this Honorable Court.

530. THE DEFENDANTS deny each and every allegation contained in paragraph 530 of the complaint and refers all questions of law to this Honorable Court.

531. THE DEFENDANTS deny each and every allegation contained in paragraph 531 of the complaint and refers all questions of law to this Honorable Court.

532. THE DEFENDANTS deny each and every allegation contained in paragraph 532 of the complaint and refers all questions of law to this Honorable Court.

533. THE DEFENDANTS deny each and every allegation contained in paragraph 533 of the complaint and refers all questions of law to this Honorable Court.

534. THE DEFENDANTS deny each and every allegation contained in paragraph 534 of the complaint and refers all questions of law to this Honorable Court.

535. THE DEFENDANTS deny each and every allegation contained in paragraph 535 of the complaint and refers all questions of law to this Honorable Court.

536. THE DEFENDANTS deny each and every allegation contained in paragraph 536 of the complaint and refers all questions of law to this Honorable Court.

537.    THE DEFENDANTS deny each and every allegation contained in paragraph 537 of the complaint and refers all questions of law to this Honorable Court.

538.    THE DEFENDANTS deny each and every allegation contained in paragraph 538 of the complaint and refers all questions of law to this Honorable Court.

539.    THE DEFENDANTS deny each and every allegation contained in paragraph 539 of the complaint and refers all questions of law to this Honorable Court.

540.    THE DEFENDANTS deny each and every allegation contained in paragraph 540 of the complaint and refers all questions of law to this Honorable Court.

541.    THE DEFENDANTS deny each and every allegation contained in paragraph 541 of the complaint and refers all questions of law to this Honorable Court.

542.    THE DEFENDANTS deny each and every allegation contained in paragraph 542 of the complaint and refers all questions of law to this Honorable Court.

543.    THE DEFENDANTS deny each and every allegation contained in paragraph 543 of the complaint and refers all questions of law to this Honorable Court.

544.    THE DEFENDANTS deny each and every allegation contained in paragraph 544 of the complaint and refers all questions of law to this Honorable Court.

545.    THE DEFENDANTS deny each and every allegation contained in paragraph 545 of the complaint and refers all questions of law to this Honorable Court.

546.    THE DEFENDANTS deny each and every allegation contained in paragraph 546 of the complaint and refers all questions of law to this Honorable Court.

547.    THE DEFENDANTS deny each and every allegation contained in paragraph 547 of the complaint and refers all questions of law to this Honorable Court.

548.    THE DEFENDANTS deny each and every allegation contained in paragraph 548 of the complaint and refers all questions of law to this Honorable Court.

549.    THE DEFENDANTS deny each and every allegation contained in paragraph 549 of the complaint and refers all questions of law to this Honorable Court.

550.    THE DEFENDANTS deny each and every allegation contained in paragraph 550 of the complaint and refers all questions of law to this Honorable Court.

551.    THE DEFENDANTS deny each and every allegation contained in paragraph 551 of the complaint and refers all questions of law to this Honorable Court.

552.    THE DEFENDANTS deny each and every allegation contained in paragraph 552 of the complaint and refers all questions of law to this Honorable Court.

553.    THE DEFENDANTS deny each and every allegation contained in paragraph 553 of the complaint and refers all questions of law to this Honorable Court.

554.    THE DEFENDANTS deny each and every allegation contained in paragraph 554 of the complaint and refers all questions of law to this Honorable Court.

555.    THE DEFENDANTS deny each and every allegation contained in paragraph 555 of the complaint and refers all questions of law to this Honorable Court.

556.    THE DEFENDANTS deny each and every allegation contained in paragraph 556 of the complaint and refers all questions of law to this Honorable Court.

557.    THE DEFENDANTS deny each and every allegation contained in paragraph 557 of the complaint and refers all questions of law to this Honorable Court.

558.    THE DEFENDANTS deny each and every allegation contained in paragraph 558 of the complaint and refers all questions of law to this Honorable Court.

559.    THE DEFENDANTS deny each and every allegation contained in paragraph 559 of the complaint and refers all questions of law to this Honorable Court.

560.    THE DEFENDANTS deny each and every allegation contained in paragraph 560 of the complaint and refers all questions of law to this Honorable Court.

561.    THE DEFENDANTS deny each and every allegation contained in paragraph 561 of the complaint and refers all questions of law to this Honorable Court.

562.    THE DEFENDANTS deny each and every allegation contained in paragraph 562 of the complaint and refers all questions of law to this Honorable Court.

563.    THE DEFENDANTS deny each and every allegation contained in paragraph 563 of the complaint and refers all questions of law to this Honorable Court.

564.    THE DEFENDANTS deny each and every allegation contained in paragraph 564 of the complaint and refers all questions of law to this Honorable Court.

565.    THE DEFENDANTS deny each and every allegation contained in paragraph 565 of the complaint and refers all questions of law to this Honorable Court.

566.    THE DEFENDANTS deny each and every allegation contained in paragraph 566 of the complaint and refers all questions of law to this Honorable Court.

567.    THE DEFENDANTS deny each and every allegation contained in paragraph 567 of the complaint and refers all questions of law to this Honorable Court.

568.    THE DEFENDANTS deny each and every allegation contained in paragraph 568 of the complaint and refers all questions of law to this Honorable Court.

569.    THE DEFENDANTS deny each and every allegation contained in paragraph 569 of the complaint and refers all questions of law to this Honorable Court.

570. THE DEFENDANTS deny each and every allegation contained in paragraph 570 of the complaint and refers all questions of law to this Honorable Court.

571. THE DEFENDANTS deny each and every allegation contained in paragraph 571 of the complaint and refers all questions of law to this Honorable Court.

572. THE DEFENDANTS deny each and every allegation contained in paragraph 572 of the complaint and refers all questions of law to this Honorable Court.

573. THE DEFENDANTS deny each and every allegation contained in paragraph 573 of the complaint and refers all questions of law to this Honorable Court.

574. THE DEFENDANTS deny each and every allegation contained in paragraph 574 of the complaint and refers all questions of law to this Honorable Court.

575. THE DEFENDANTS deny each and every allegation contained in paragraph 575 of the complaint and refers all questions of law to this Honorable Court.

576. THE DEFENDANTS deny each and every allegation contained in paragraph 576 of the complaint and refers all questions of law to this Honorable Court.

577. THE DEFENDANTS deny each and every allegation contained in paragraph 577 of the complaint and refers all questions of law to this Honorable Court.

578. THE DEFENDANTS deny each and every allegation contained in paragraph 578 of the complaint and refers all questions of law to this Honorable Court.

579. THE DEFENDANTS deny each and every allegation contained in paragraph 579 of the complaint and refers all questions of law to this Honorable Court.

580. THE DEFENDANTS deny each and every allegation contained in paragraph 580 of the complaint and refers all questions of law to this Honorable Court.

581.    THE DEFENDANTS deny each and every allegation contained in paragraph 581 of the complaint and refers all questions of law to this Honorable Court.

582.    THE DEFENDANTS deny each and every allegation contained in paragraph 582 of the complaint and refers all questions of law to this Honorable Court.

583.    THE DEFENDANTS deny each and every allegation contained in paragraph 583 of the complaint and refers all questions of law to this Honorable Court.

584.    THE DEFENDANTS deny each and every allegation contained in paragraph 584 of the complaint and refers all questions of law to this Honorable Court.

585.    THE DEFENDANTS deny each and every allegation contained in paragraph 585 of the complaint and refers all questions of law to this Honorable Court.

586.    THE DEFENDANTS deny each and every allegation contained in paragraph 586 of the complaint and refers all questions of law to this Honorable Court.

587.    THE DEFENDANTS deny each and every allegation contained in paragraph 587 of the complaint and refers all questions of law to this Honorable Court.

588.    THE DEFENDANTS deny each and every allegation contained in paragraph 588 of the complaint and refers all questions of law to this Honorable Court.

589.    THE DEFENDANTS deny each and every allegation contained in paragraph 589 of the complaint and refers all questions of law to this Honorable Court.

590.    THE DEFENDANTS deny each and every allegation contained in paragraph 590 of the complaint and refers all questions of law to this Honorable Court.

591.    THE DEFENDANTS deny each and every allegation contained in paragraph 591 of the complaint and refers all questions of law to this Honorable Court.

592.    THE DEFENDANTS deny each and every allegation contained in paragraph 592 of the complaint and refers all questions of law to this Honorable Court.

593.    THE DEFENDANTS deny each and every allegation contained in paragraph 593 of the complaint and refers all questions of law to this Honorable Court.

594.    THE DEFENDANTS deny each and every allegation contained in paragraph 594 of the complaint and refers all questions of law to this Honorable Court.

595.    THE DEFENDANTS deny each and every allegation contained in paragraph 595 of the complaint and refers all questions of law to this Honorable Court.

596.    THE DEFENDANTS deny each and every allegation contained in paragraph 596 of the complaint and refers all questions of law to this Honorable Court.

597.    THE DEFENDANTS deny each and every allegation contained in paragraph 597 of the complaint and refers all questions of law to this Honorable Court.

598.    THE DEFENDANTS deny each and every allegation contained in paragraph 598 of the complaint and refers all questions of law to this Honorable Court.

599.    THE DEFENDANTS deny each and every allegation contained in paragraph 599 of the complaint and refers all questions of law to this Honorable Court.

600.    THE DEFENDANTS deny each and every allegation contained in paragraph 600 of the complaint and refers all questions of law to this Honorable Court.

601.    THE DEFENDANTS deny each and every allegation contained in paragraph 601 of the complaint and refers all questions of law to this Honorable Court.

602.    THE DEFENDANTS deny each and every allegation contained in paragraph 602 of the complaint and refers all questions of law to this Honorable Court.

603.    THE DEFENDANTS deny each and every allegation contained in paragraph
        603 of the complaint and refers all questions of law to this Honorable Court.

604.    THE DEFENDANTS deny each and every allegation contained in paragraph
        604 of the complaint and refers all questions of law to this Honorable Court.

605.    THE DEFENDANTS deny each and every allegation contained in paragraph
        605 of the complaint and refers all questions of law to this Honorable Court.

606.    THE DEFENDANTS deny each and every allegation contained in paragraph
        606 of the complaint and refers all questions of law to this Honorable Court.

607.    THE DEFENDANTS deny each and every allegation contained in paragraph
        607 of the complaint and refers all questions of law to this Honorable Court.

608.    THE DEFENDANTS deny each and every allegation contained in paragraph
        608 of the complaint and refers all questions of law to this Honorable Court.

609.    THE DEFENDANTS deny each and every allegation contained in paragraph
        609 of the complaint and refers all questions of law to this Honorable Court.

610.    THE DEFENDANTS deny each and every allegation contained in paragraph
        610 of the complaint and refers all questions of law to this Honorable Court.

611.    THE DEFENDANTS deny each and every allegation contained in paragraph
        611 of the complaint and refers all questions of law to this Honorable Court.

612.    THE DEFENDANTS deny each and every allegation contained in paragraph
        612 of the complaint and refers all questions of law to this Honorable Court.

613.    THE DEFENDANTS deny each and every allegation contained in paragraph
        613 of the complaint and refers all questions of law to this Honorable Court.

614. THE DEFENDANTS deny each and every allegation contained in paragraph 614 of the complaint and refers all questions of law to this Honorable Court.

615. THE DEFENDANTS deny each and every allegation contained in paragraph 615 of the complaint and refers all questions of law to this Honorable Court.

616. THE DEFENDANTS deny each and every allegation contained in paragraph 616 of the complaint and refers all questions of law to this Honorable Court.

617. THE DEFENDANTS deny each and every allegation contained in paragraph 617 of the complaint and refers all questions of law to this Honorable Court.

618. THE DEFENDANTS deny each and every allegation contained in paragraph 618 of the complaint and refers all questions of law to this Honorable Court.

619. THE DEFENDANTS deny each and every allegation contained in paragraph 619 of the complaint and refers all questions of law to this Honorable Court.

620. THE DEFENDANTS deny each and every allegation contained in paragraph 620 of the complaint and refers all questions of law to this Honorable Court.

621. THE DEFENDANTS deny each and every allegation contained in paragraph 621 of the complaint and refers all questions of law to this Honorable Court.

622. THE DEFENDANTS deny each and every allegation contained in paragraph 622 of the complaint and refers all questions of law to this Honorable Court.

623. THE DEFENDANTS deny each and every allegation contained in paragraph 623 of the complaint and refers all questions of law to this Honorable Court.

624. THE DEFENDANTS deny each and every allegation contained in paragraph 624 of the complaint and refers all questions of law to this Honorable Court.

625.    THE DEFENDANTS deny each and every allegation contained in paragraph
        625 of the complaint and refers all questions of law to this Honorable Court.

626.    THE DEFENDANTS deny each and every allegation contained in paragraph
        626 of the complaint and refers all questions of law to this Honorable Court.

627.    THE DEFENDANTS deny each and every allegation contained in paragraph
        627 of the complaint and refers all questions of law to this Honorable Court.

628.    THE DEFENDANTS deny each and every allegation contained in paragraph
        628 of the complaint and refers all questions of law to this Honorable Court.

629.    THE DEFENDANTS deny each and every allegation contained in paragraph
        629 of the complaint and refers all questions of law to this Honorable Court.

630.    THE DEFENDANTS deny each and every allegation contained in paragraph
        630 of the complaint and refers all questions of law to this Honorable Court.

631.    THE DEFENDANTS deny each and every allegation contained in paragraph
        631 of the complaint and refers all questions of law to this Honorable Court.

632.    THE DEFENDANTS deny each and every allegation contained in paragraph
        632 of the complaint and refers all questions of law to this Honorable Court.

633.    THE DEFENDANTS deny each and every allegation contained in paragraph
        633 of the complaint and refers all questions of law to this Honorable Court.

634.    THE DEFENDANTS deny each and every allegation contained in paragraph
        634 of the complaint and refers all questions of law to this Honorable Court.

635.    THE DEFENDANTS deny each and every allegation contained in paragraph
        635 of the complaint and refers all questions of law to this Honorable Court.

636. THE DEFENDANTS deny each and every allegation contained in paragraph 636 of the complaint and refers all questions of law to this Honorable Court.

637. THE DEFENDANTS deny each and every allegation contained in paragraph 637 of the complaint and refers all questions of law to this Honorable Court.

638. THE DEFENDANTS deny each and every allegation contained in paragraph 638 of the complaint and refers all questions of law to this Honorable Court.

639. THE DEFENDANTS deny each and every allegation contained in paragraph 639 of the complaint and refers all questions of law to this Honorable Court.

640. THE DEFENDANTS deny each and every allegation contained in paragraph 640 of the complaint and refers all questions of law to this Honorable Court.

641. THE DEFENDANTS deny each and every allegation contained in paragraph 641 of the complaint and refers all questions of law to this Honorable Court.

642. THE DEFENDANTS deny each and every allegation contained in paragraph 642 of the complaint and refers all questions of law to this Honorable Court.

643. THE DEFENDANTS deny each and every allegation contained in paragraph 643 of the complaint and refers all questions of law to this Honorable Court.

644. THE DEFENDANTS deny each and every allegation contained in paragraph 644 of the complaint and refers all questions of law to this Honorable Court.

645. THE DEFENDANTS deny each and every allegation contained in paragraph 645 of the complaint and refers all questions of law to this Honorable Court.

646. THE DEFENDANTS deny each and every allegation contained in paragraph 646 of the complaint and refers all questions of law to this Honorable Court.

647.   THE DEFENDANTS deny each and every allegation contained in paragraph 647 of the complaint and refers all questions of law to this Honorable Court.

648.   THE DEFENDANTS deny each and every allegation contained in paragraph 648 of the complaint and refers all questions of law to this Honorable Court.

649.   THE DEFENDANTS deny each and every allegation contained in paragraph 649 of the complaint and refers all questions of law to this Honorable Court.

650.   THE DEFENDANTS deny each and every allegation contained in paragraph 650 of the complaint and refers all questions of law to this Honorable Court.

651.   THE DEFENDANTS deny each and every allegation contained in paragraph 651 of the complaint and refers all questions of law to this Honorable Court.

652.   THE DEFENDANTS deny each and every allegation contained in paragraph 652 of the complaint and refers all questions of law to this Honorable Court.

653.   THE DEFENDANTS deny each and every allegation contained in paragraph 653 of the complaint and refers all questions of law to this Honorable Court.

654.   THE DEFENDANTS deny each and every allegation contained in paragraph 654 of the complaint and refers all questions of law to this Honorable Court.

655.   THE DEFENDANTS deny each and every allegation contained in paragraph 655 of the complaint and refers all questions of law to this Honorable Court.

656.   THE DEFENDANTS deny each and every allegation contained in paragraph 656 of the complaint and refers all questions of law to this Honorable Court.

657.   THE DEFENDANTS deny each and every allegation contained in paragraph 657 of the complaint and refers all questions of law to this Honorable Court.

658.    THE DEFENDANTS deny each and every allegation contained in paragraph
        658 of the complaint and refers all questions of law to this Honorable Court.

659.    THE DEFENDANTS deny each and every allegation contained in paragraph
        659 of the complaint and refers all questions of law to this Honorable Court.

660.    THE DEFENDANTS deny each and every allegation contained in paragraph
        660 of the complaint and refers all questions of law to this Honorable Court.

661.    THE DEFENDANTS deny each and every allegation contained in paragraph
        661 of the complaint and refers all questions of law to this Honorable Court.

662.    THE DEFENDANTS deny each and every allegation contained in paragraph
        662 of the complaint and refers all questions of law to this Honorable Court.

663.    THE DEFENDANTS deny each and every allegation contained in paragraph
        663 of the complaint and refers all questions of law to this Honorable Court.

664.    THE DEFENDANTS deny each and every allegation contained in paragraph
        664 of the complaint and refers all questions of law to this Honorable Court.

665.    THE DEFENDANTS deny each and every allegation contained in paragraph
        665 of the complaint and refers all questions of law to this Honorable Court.

666.    THE DEFENDANTS deny each and every allegation contained in paragraph
        666 of the complaint and refers all questions of law to this Honorable Court.

667.    THE DEFENDANTS deny each and every allegation contained in paragraph
        667 of the complaint and refers all questions of law to this Honorable Court.

668.    THE DEFENDANTS deny each and every allegation contained in paragraph
        668 of the complaint and refers all questions of law to this Honorable Court.

669.   THE DEFENDANTS deny each and every allegation contained in paragraph 669 of the complaint and refers all questions of law to this Honorable Court.

670.   THE DEFENDANTS deny each and every allegation contained in paragraph 670 of the complaint and refers all questions of law to this Honorable Court.

671.   THE DEFENDANTS deny each and every allegation contained in paragraph 671 of the complaint and refers all questions of law to this Honorable Court.

672.   THE DEFENDANTS deny each and every allegation contained in paragraph 672 of the complaint and refers all questions of law to this Honorable Court.

673.   THE DEFENDANTS deny each and every allegation contained in paragraph 673 of the complaint and refers all questions of law to this Honorable Court.

674.   THE DEFENDANTS deny each and every allegation contained in paragraph 674 of the complaint and refers all questions of law to this Honorable Court.

675.   THE DEFENDANTS deny each and every allegation contained in paragraph 675 of the complaint and refers all questions of law to this Honorable Court.

676.   THE DEFENDANTS deny each and every allegation contained in paragraph 676 of the complaint and refers all questions of law to this Honorable Court.

677.   THE DEFENDANTS deny each and every allegation contained in paragraph 677 of the complaint and refers all questions of law to this Honorable Court.

678.   THE DEFENDANTS deny each and every allegation contained in paragraph 678 of the complaint and refers all questions of law to this Honorable Court.

679.   THE DEFENDANTS deny each and every allegation contained in paragraph 679 of the complaint and refers all questions of law to this Honorable Court.

680.   THE DEFENDANTS deny each and every allegation contained in paragraph 680 of the complaint and refers all questions of law to this Honorable Court.

681.   THE DEFENDANTS deny each and every allegation contained in paragraph 681 of the complaint and refers all questions of law to this Honorable Court.

682.   THE DEFENDANTS deny each and every allegation contained in paragraph 682 of the complaint and refers all questions of law to this Honorable Court.

683.   THE DEFENDANTS deny each and every allegation contained in paragraph 683 of the complaint and refers all questions of law to this Honorable Court.

684.   THE DEFENDANTS deny each and every allegation contained in paragraph 684 of the complaint and refers all questions of law to this Honorable Court.

685.   THE DEFENDANTS deny each and every allegation contained in paragraph 685 of the complaint and refers all questions of law to this Honorable Court.

686.   THE DEFENDANTS deny each and every allegation contained in paragraph 686 of the complaint and refers all questions of law to this Honorable Court.

687.   THE DEFENDANTS deny each and every allegation contained in paragraph 687 of the complaint and refers all questions of law to this Honorable Court.

688.   THE DEFENDANTS deny each and every allegation contained in paragraph 688 of the complaint and refers all questions of law to this Honorable Court.

689.   THE DEFENDANTS deny each and every allegation contained in paragraph 689 of the complaint and refers all questions of law to this Honorable Court.

690.   THE DEFENDANTS deny each and every allegation contained in paragraph 690 of the complaint and refers all questions of law to this Honorable Court.

691.   THE DEFENDANTS deny each and every allegation contained in paragraph
       691 of the complaint and refers all questions of law to this Honorable Court.

692.   THE DEFENDANTS deny each and every allegation contained in paragraph
       692 of the complaint and refers all questions of law to this Honorable Court.

693.   THE DEFENDANTS deny each and every allegation contained in paragraph
       693 of the complaint and refers all questions of law to this Honorable Court.

694.   THE DEFENDANTS deny each and every allegation contained in paragraph
       694 of the complaint and refers all questions of law to this Honorable Court.

695.   THE DEFENDANTS deny each and every allegation contained in paragraph
       695 of the complaint and refers all questions of law to this Honorable Court.

696.   THE DEFENDANTS deny each and every allegation contained in paragraph
       696 of the complaint and refers all questions of law to this Honorable Court.

697.   THE DEFENDANTS deny each and every allegation contained in paragraph
       697 of the complaint and refers all questions of law to this Honorable Court.

698.   THE DEFENDANTS deny each and every allegation contained in paragraph
       698 of the complaint and refers all questions of law to this Honorable Court.

699.   THE DEFENDANTS deny each and every allegation contained in paragraph
       699 of the complaint and refers all questions of law to this Honorable Court.

700.   THE DEFENDANTS deny each and every allegation contained in paragraph
       700 of the complaint and refers all questions of law to this Honorable Court.

701.   THE DEFENDANTS deny each and every allegation contained in paragraph
       701 of the complaint and refers all questions of law to this Honorable Court.

702.   THE DEFENDANTS deny each and every allegation contained in paragraph 702 of the complaint and refers all questions of law to this Honorable Court.

703.   THE DEFENDANTS deny each and every allegation contained in paragraph 703 of the complaint and refers all questions of law to this Honorable Court.

704.   THE DEFENDANTS deny each and every allegation contained in paragraph 704 of the complaint and refers all questions of law to this Honorable Court.

705.   THE DEFENDANTS deny each and every allegation contained in paragraph 705 of the complaint and refers all questions of law to this Honorable Court.

706.   THE DEFENDANTS deny each and every allegation contained in paragraph 706 of the complaint and refers all questions of law to this Honorable Court.

707.   THE DEFENDANTS deny each and every allegation contained in paragraph 707 of the complaint and refers all questions of law to this Honorable Court.

708.   THE DEFENDANTS deny each and every allegation contained in paragraph 708 of the complaint and refers all questions of law to this Honorable Court.

709.   THE DEFENDANTS deny each and every allegation contained in paragraph 709 of the complaint and refers all questions of law to this Honorable Court.

710.   THE DEFENDANTS deny each and every allegation contained in paragraph 710 of the complaint and refers all questions of law to this Honorable Court.

711.   THE DEFENDANTS deny each and every allegation contained in paragraph 711 of the complaint and refers all questions of law to this Honorable Court.

712.   THE DEFENDANTS deny each and every allegation contained in paragraph 712 of the complaint and refers all questions of law to this Honorable Court.

713.    THE DEFENDANTS deny each and every allegation contained in paragraph
        713 of the complaint and refers all questions of law to this Honorable Court.

## VIII. SPECIFIC ALLEGATIONS OF MAIL FRAUD RACKETEERING
## ACTIVITY

714.    THE DEFENDANTS deny each and every allegation contained in paragraph
        714 of the complaint and refers all questions of law to this Honorable Court.

715.    THE DEFENDANTS deny each and every allegation contained in paragraph
        715 of the complaint and refers all questions of law to this Honorable Court.

716.    THE DEFENDANTS deny each and every allegation contained in paragraph
        716 of the complaint and refers all questions of law to this Honorable Court.

717.    THE DEFENDANTS deny each and every allegation contained in paragraph
        717 of the complaint and refers all questions of law to this Honorable Court.

718.    THE DEFENDANTS deny each and every allegation contained in paragraph
        718 of the complaint and refers all questions of law to this Honorable Court.

719.    THE DEFENDANTS deny each and every allegation contained in paragraph
        719 of the complaint and refers all questions of law to this Honorable Court.

720.    THE DEFENDANTS deny each and every allegation contained in paragraph
        720 of the complaint and refers all questions of law to this Honorable Court.

721.    THE DEFENDANTS deny each and every allegation contained in paragraph
        721 of the complaint and refers all questions of law to this Honorable Court.

722.    THE DEFENDANTS deny each and every allegation contained in paragraph
        722 of the complaint and refers all questions of law to this Honorable Court.

723.  THE DEFENDANTS deny each and every allegation contained in paragraph 723 of the complaint and refers all questions of law to this Honorable Court.

724.  THE DEFENDANTS deny each and every allegation contained in paragraph 724 of the complaint and refers all questions of law to this Honorable Court.

725.  THE DEFENDANTS deny each and every allegation contained in paragraph 725 of the complaint and refers all questions of law to this Honorable Court.

726.  THE DEFENDANTS deny each and every allegation contained in paragraph 726 of the complaint and refers all questions of law to this Honorable Court.

## IX. SPECIFIC ALLEGATIONS REGARDING GIAMPA CHIROPRACTORS AND KENNEDY BROTHERS CONTROL OF THE ENTERPRISES

727.  THE DEFENDANTS deny each and every allegation contained in paragraph 727 of the complaint and refers all questions of law to this Honorable Court.

728.  THE DEFENDANTS deny each and every allegation contained in paragraph 728 of the complaint and refers all questions of law to this Honorable Court.

729.  THE DEFENDANTS deny each and every allegation contained in paragraph 729 of the complaint and refers all questions of law to this Honorable Court.

730.  THE DEFENDANTS deny each and every allegation contained in paragraph 730 of the complaint and refers all questions of law to this Honorable Court.

731.  THE DEFENDANTS deny each and every allegation contained in paragraph 731 of the complaint and refers all questions of law to this Honorable Court.

732.  THE DEFENDANTS deny each and every allegation contained in paragraph 732 of the complaint and refers all questions of law to this Honorable Court.

733.    THE DEFENDANTS deny each and every allegation contained in paragraph
        733 of the complaint and refers all questions of law to this Honorable Court.

734.    THE DEFENDANTS deny each and every allegation contained in paragraph
        734 of the complaint and refers all questions of law to this Honorable Court.

735.    THE DEFENDANTS deny each and every allegation contained in paragraph
        735 of the complaint and refers all questions of law to this Honorable Court.

736.    THE DEFENDANTS deny each and every allegation contained in paragraph
        736 of the complaint and refers all questions of law to this Honorable Court.

737.    THE DEFENDANTS deny each and every allegation contained in paragraph
        737 of the complaint and refers all questions of law to this Honorable Court.

738.    THE DEFENDANTS deny each and every allegation contained in paragraph
        738 of the complaint and refers all questions of law to this Honorable Court.

739.    THE DEFENDANTS deny each and every allegation contained in paragraph
        739 of the complaint and refers all questions of law to this Honorable Court.

740.    THE DEFENDANTS deny each and every allegation contained in paragraph
        740 of the complaint and refers all questions of law to this Honorable Court.

741.    THE DEFENDANTS deny each and every allegation contained in paragraph
        741 of the complaint and refers all questions of law to this Honorable Court.

742.    THE DEFENDANTS deny each and every allegation contained in paragraph
        742 of the complaint and refers all questions of law to this Honorable Court.

743.    THE DEFENDANTS deny each and every allegation contained in paragraph
        743 of the complaint and refers all questions of law to this Honorable Court.

744.   THE DEFENDANTS deny each and every allegation contained in paragraph 744 of the complaint and refers all questions of law to this Honorable Court.

## X. FRAUDULENT CONCEALMENT

745.   THE DEFENDANTS deny each and every allegation contained in paragraph 745 of the complaint and refers all questions of law to this Honorable Court.

746.   THE DEFENDANTS deny each and every allegation contained in paragraph 746 of the complaint and refers all questions of law to this Honorable Court.

747.   THE DEFENDANTS deny each and every allegation contained in paragraph 747 of the complaint and refers all questions of law to this Honorable Court.

748.   THE DEFENDANTS deny each and every allegation contained in paragraph 748 of the complaint and refers all questions of law to this Honorable Court.

749.   THE DEFENDANTS deny each and every allegation contained in paragraph 749 of the complaint and refers all questions of law to this Honorable Court.

## XI. DAMAGES

750.   THE DEFENDANTS deny each and every allegation contained in paragraph 750 of the complaint and refers all questions of law to this Honorable Court.

## XII. CAUSES OF ACTION

## COUNT I

## VIOLATIONS OF 18 OF U.S.C. §1962 (c)

## (Against Frederick Giampa, Joseph Giampa,

**Edward Kennedy, Brian Culliney and Jennifer McConnell)**

751.    THE DEFENDANTS deny each and every allegation contained in paragraph 751 of the complaint and refers all questions of law to this Honorable Court.

752.    THE DEFENDANTS deny each and every allegation contained in paragraph 752 of the complaint and refers all questions of law to this Honorable Court.

753.    THE DEFENDANTS deny each and every allegation contained in paragraph 753 of the complaint and refers all questions of law to this Honorable Court.

754.    THE DEFENDANTS deny each and every allegation contained in paragraph 754 of the complaint and refers all questions of law to this Honorable Court.

755.    THE DEFENDANTS deny each and every allegation contained in paragraph 755 of the complaint and refers all questions of law to this Honorable Court.

756.    THE DEFENDANTS deny each and every allegation contained in paragraph 756 of the complaint and refers all questions of law to this Honorable Court.

757.    THE DEFENDANTS deny each and every allegation contained in paragraph 757 of the complaint and refers all questions of law to this Honorable Court.

758.    THE DEFENDANTS deny each and every allegation contained in paragraph 758 of the complaint and refers all questions of law to this Honorable Court.

759.    THE DEFENDANTS deny each and every allegation contained in paragraph 759 of the complaint and refers all questions of law to this Honorable Court.

760.    THE DEFENDANTS deny each and every allegation contained in paragraph 760 of the complaint and refers all questions of law to this Honorable Court.

761.    THE DEFENDANTS deny each and every allegation contained in paragraph 761 of the complaint and refers all questions of law to this Honorable Court.

762.    THE DEFENDANTS deny each and every allegation contained in paragraph 762 of the complaint and refers all questions of law to this Honorable Court.

763.    THE DEFENDANTS deny each and every allegation contained in paragraph 763 of the complaint and refers all questions of law to this Honorable Court.

764.    THE DEFENDANTS deny each and every allegation contained in paragraph 764 of the complaint and refers all questions of law to this Honorable Court.

765.    THE DEFENDANTS deny each and every allegation contained in paragraph 765 of the complaint and refers all questions of law to this Honorable Court.

766.    THE DEFENDANTS deny each and every allegation contained in paragraph 766 of the complaint and refers all questions of law to this Honorable Court.

767.    THE DEFENDANTS deny each and every allegation contained in paragraph 767 of the complaint and refers all questions of law to this Honorable Court.

768.    THE DEFENDANTS deny each and every allegation contained in paragraph 768 of the complaint and refers all questions of law to this Honorable Court.

## COUNT II

### INNOCENT VICTIM ENTERPRISE VIOLATION OF 18 U.S.C. §1962 (c)

### (Against All Defendants)

769.    THE DEFENDANTS deny each and every allegation contained in paragraph 769 of the complaint and refers all questions of law to this Honorable Court.

770.    THE DEFENDANTS deny each and every allegation contained in paragraph 770 of the complaint and refers all questions of law to this Honorable Court.

771.    THE DEFENDANTS deny each and every allegation contained in paragraph 771 of the complaint and refers all questions of law to this Honorable Court.

772.    THE DEFENDANTS deny each and every allegation contained in paragraph 772 of the complaint and refers all questions of law to this Honorable Court.

773.    THE DEFENDANTS deny each and every allegation contained in paragraph 773 of the complaint and refers all questions of law to this Honorable Court.

774.    THE DEFENDANTS deny each and every allegation contained in paragraph 774 of the complaint and refers all questions of law to this Honorable Court.

775.    THE DEFENDANTS deny each and every allegation contained in paragraph 775 of the complaint and refers all questions of law to this Honorable Court.

## COUNT III

### VIOLATION 18 U.S.C. § 1962 (d)

### (Against All Defendants)

776.    THE DEFENDANTS deny each and every allegation contained in paragraph 776 of the complaint and refers all questions of law to this Honorable Court.

777.    THE DEFENDANTS deny each and every allegation contained in paragraph 777 of the complaint and refers all questions of law to this Honorable Court.

778.    THE DEFENDANTS deny each and every allegation contained in paragraph 778 of the complaint and refers all questions of law to this Honorable Court.

779.    THE DEFENDANTS deny each and every allegation contained in paragraph 779 of the complaint and refers all questions of law to this Honorable Court.

### COUNT IV

### Mass. Gen. Laws Ch. 93A

### (Against All Defendants)

780.    THE DEFENDANTS deny each and every allegation contained in paragraph 780 of the complaint and refers all questions of law to this Honorable Court.

781.    THE DEFENDANTS deny each and every allegation contained in paragraph 781 of the complaint and refers all questions of law to this Honorable Court.

782.    THE DEFENDANTS deny each and every allegation contained in paragraph 782 of the complaint and refers all questions of law to this Honorable Court.

783.    THE DEFENDANTS deny each and every allegation contained in paragraph 783 of the complaint and refers all questions of law to this Honorable Court.

784.    THE DEFENDANTS deny each and every allegation contained in paragraph 784 of the complaint and refers all questions of law to this Honorable Court.

785.    THE DEFENDANTS deny each and every allegation contained in paragraph 785 of the complaint and refers all questions of law to this Honorable Court.

786.    THE DEFENDANTS deny each and every allegation contained in paragraph 786 of the complaint and refers all questions of law to this Honorable Court.

787.    THE DEFENDANTS deny each and every allegation contained in paragraph 787 of the complaint and refers all questions of law to this Honorable Court.

788.    THE DEFENDANTS deny each and every allegation contained in paragraph 788 of the complaint and refers all questions of law to this Honorable Court.

789.    THE DEFENDANTS deny each and every allegation contained in paragraph 789 of the complaint and refers all questions of law to this Honorable Court.

## COUNT V

**CIVIL CONSPIRACY**

**(Against All Defendants)**

790.    THE DEFENDANTS deny each and every allegation contained in paragraph 790 of the complaint and refers all questions of law to this Honorable Court.

791.    THE DEFENDANTS deny each and every allegation contained in paragraph 791 of the complaint and refers all questions of law to this Honorable Court.

792.    THE DEFENDANTS deny each and every allegation contained in paragraph 792 of the complaint and refers all questions of law to this Honorable Court.

793.    THE DEFENDANTS deny each and every allegation contained in paragraph 793 of the complaint and refers all questions of law to this Honorable Court.

## COUNT VI

### FRAUD

### (Against All Defendants)

794.    THE DEFENDANTS deny each and every allegation contained in paragraph 794 of the complaint and refers all questions of law to this Honorable Court.

795.    THE DEFENDANTS deny each and every allegation contained in paragraph 795 of the complaint and refers all questions of law to this Honorable Court.

796.    THE DEFENDANTS deny each and every allegation contained in paragraph 796 of the complaint and refers all questions of law to this Honorable Court.

797.    THE DEFENDANTS deny each and every allegation contained in paragraph 797 of the complaint and refers all questions of law to this Honorable Court.

798.    THE DEFENDANTS deny each and every allegation contained in paragraph 798 of the complaint and refers all questions of law to this Honorable Court.

799.    THE DEFENDANTS deny each and every allegation contained in paragraph 799 of the complaint and refers all questions of law to this Honorable Court.

800.    THE DEFENDANTS deny each and every allegation contained in paragraph 800 of the complaint and refers all questions of law to this Honorable Court.

## COUNT VII

## INTENTIONAL INTERFERENCE WITH ADVANTEGEOUS BUSINESS AND CONTRACTUAL RELATIONSHIPS

### (Against All Defendants)

801.    THE DEFENDANTS deny each and every allegation contained in paragraph 801 of the complaint and refers all questions of law to this Honorable Court.

802.    THE DEFENDANTS deny each and every allegation contained in paragraph 802 of the complaint and refers all questions of law to this Honorable Court.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the applicable Statute of Limitations.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the applicable Statute of Repose.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff is barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff is barred by the doctrine of Waiver.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff is barred by the doctrine of res judicata.

## SIXTH AFFIRMATIVE DEFENSE

The Plaintiff is barred by the doctrine of collateral estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's RICO and fraud claims are barred by an absence of justifiable reliance.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the Defendant's good faith.

## NINTH AFFIRMATIVE DEFENSE

The Plaintiff's RICO claims are barred by the theory of non-predicate misconduct.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiff's RICO claims are barred by the intr-corporate conspiracy defense.

## REQUEST FOR RELIEF

WHEREFORE, the THE DEFENDANTS respectfully request that all counts of the

Plaintiff's Complaint be dismissed with prejudice or judgment be entered in its favor

on all counts of the Plaintiff's Complaint.

## <u>COUNTERCLAIM</u>

1.    Counterclaim  Plaintiff Joseph D. Giampa is an individual residing in the

Commonwealth of Massachusetts.

2.    Counterclaim Plaintiff Frederick T. Giampa is an

individual residing in the Commonwealth of Massachusetts.

3.    Counterclaim Plaintiff Advanced Spine Centers, Inc. is a

duly licensed and incorporated professional corporation with a principal place of business in the Commonwealth of Massachusetts.

4.      Counterclaim Defendant Encompass Insurance Company of Massachusetts ("Encompass") is a Massachusetts Corporation with a regular place of business in Quincy, Massachusetts and a wholly owned subsidiary of Allstate Insurance Company.

### Jurisdiction and Venue

4.      Jurisdiction over this compulsory counterclaim is conferred on the Court by 28 U.S.C. §1367.

5.      Venue in this District is proper pursuant to 28 U.S.C. §1391(c).

### Facts Common To All Counts

6.      On or about August 16, 2005, Encompass initiated the present action, naming Frederick T. Giampa, Joseph D. Giampa and Advanced Spine Centers, Inc., as defendants[1].

7.      Prior to initiating the present action, Encompass undertook an extensive investigation, including witness interviews and extensive document review[2].

8.      Following this investigation, Encompass filed its complaint (the "Complaint"), which contains one hundred forty (140) paragraphs of allegations, and carries with it a table of contents.

---

[1] Encompass named Advanced Spine Centers, Inc. d/b/a First Spine Rehab and also named Edward Kennedy, Future Management Corporation, Future Management Business Trust, Brian Culliney, D.C. and Jennifer McConnell, D.C.

[2] On page 7 of Plaintiff's Memorandum of Law in Support of Ex Parte Motions for Real Estate Attachments, counsel states that "[t]his suit is the result of a long and expensive investigation[.]"  In addition, page 2 paragraph 11of the Affidavit of Michael Bruno submitted in support of the aforementioned Motion states, in part "hundred[s] of closed and open claims files were analyzed, field investigation and in-person interviews were conducted."

9.      Despite the lengthy pleading, Encompass fails to detail any specific instance of fraudulent conduct on the part of Advanced Spine Centers, Inc., Frederick T. Giampa or Joseph D. Giampa.

11.     On information and belief, Encompass failed to detail a single instance of fraud because their investigation failed to reveal fraudulent conduct on the part of the Counterclaim/Third party Plaintiffs.

12.     On information and belief, despite having no good faith basis to do so, Encompass initiated process against Joseph D. Giampa, Frederick T. Giampa and Advanced Spine centers, Inc. by the filing of the present action and the filing of real estate attachments against their property.

13.     On or about August 18, 2005, Encompass through its parent company Allstate issued a press release in which it named Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. as defendants in a "million dollar fraud case." <u>See Exhibit A.</u>

14.     The press release, like the Complaint in this case, clearly implies that the "six month investigation" conducted by Encompass produced evidence that Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. committed fraud.

15.     Encompass's press release was published by at least one trade publication and was also picked up by Reuters, Yahoo Business, Business Wire, BestWire, Insurance NewsNet, and InsuranceFraud.org. <u>See Exhibit B.</u>

## <u>COUNT I — INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONS</u>

21.     Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. repeat and restate the allegations contained in paragraphs 1-20 as if each allegation were fully and separately repeated and restated herein.

22.     Advanced Spine Centers, Inc. has advantageous business relationships with its professional employees including co-defendants Brian Culliney and Jennifer McConnell.

23.     By initiating the present frivolous lawsuit, Encompass has caused the performance of the agreement between Culliney and McConnell and Advanced Spine Centers, Inc. to be more expensive.

24.     Encompass's interference is wrongful in means and/or motive.

25.     Advanced Spine Centers, Inc. has suffered damages as a result of Encompass's interference with its contractual relations.

## <u>COUNT III – INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONS<br>(PATIENTS AND INSURERS)</u>

26.     Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. repeat and restate the allegations contained in paragraphs 1-25 as if each allegation were fully and separately repeated and restated herein.

27.     Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. each have advantageous business relationships with their patients, with prospective patients, and with insurance companies other than Encompass.

28.     By initiating the present frivolous lawsuit, and issuing a defamatory press release about the lawsuit, Encompass and Allstate have, on information and belief, interfered with the business relationships between Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc., and their patients, prospective patients, and other insurers.

29.     By initiating the present frivolous lawsuit, and issuing a defamatory press release about the lawsuit, Encompass and Allstate have caused the business relationships between Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc., and their patients, prospective patients, and other insurers to be more expensive.

30.     Encompass and Allstate's interference is wrongful in means and/or motive.

31.     Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. have suffered damages as a result of Encompass and Allstate's interference with their contractual relations.

## COUNT IV – DEFAMATION AND LIBEL

32.     Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. repeat and restate the allegations contained in paragraphs 1-31 as if each allegation were fully and separately repeated and restated herein.

33.     In issuing its press release, Allstate and Encompass communicated defamatory information about Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. to third parties.

34.     Allstate and Encompass's statements were of the type which could and would be reasonably expected to damage Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc.'s professional reputation in the community.

35.     Allstate and Encompass were negligent in issuing their press release.

36.     Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. have suffered damages as a result of Allstate and Encompass's defamatory press release.

## COUNT V – VIOLATION OF G.L. c. 93A

37.     Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. repeat and restate the allegations contained in paragraphs 1-36 as if each allegation were fully and separately repeated and restated herein.

38.     The parties are all engaged in business of commerce as defined by G.L. c. 93A.

39.     By filing a frivolous lawsuit and attaching Joseph D. Giampa and Frederick T. Giampa's personal residences, all for ulterior motives, Encompass has engaged in unfair and deceptive acts or practices.

40.     By issuing a defamatory press release concerning the present lawsuit, Encompass has engaged in unfair and deceptive acts or practices.

41.     The acts and practices complained of took place primarily and substantially within the Commonwealth of Massachusetts.

42.     Joseph D. Giampa, Frederick T. Giampa have suffered damages as a result of Encompass's violations of G.L. c. 93A.

## COUNT VI – VIOLATION OF THE LANHAM ACT, 15 U.S.C. §1125(a)

43.     Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. repeat and restate the allegations contained in paragraphs 1-42 as if each allegation were fully and separately repeated and restated herein.

44.     Encompass has made false and misleading representations of fact in commercial advertising and promotion.

45.     Encompass's misrepresentations and false statements were and are material, in that they are likely to influence consumers' purchasing decisions.

46.     Encompass's misrepresentations and false statements have actually deceived, will continue to actually deceive, and have the tendency to deceive a substantial segment of those who have seen the false statements and misrepresentations.

47.     Encompass's placed the false and misleading statements into interstate commerce.

48.     Encompass's conduct violated and continues to violate the Lanham Act, 15 U.S.C. §§1125(a).

49.     Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. have suffered actual damages as a result of Encompass's conduct.


**WHEREFORE**, Counterclaim Plaintiffs Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc., pray for the following relief:

1.      That the Court enter judgment in the amount of $1,000,000.00, or such other amount as the Plaintiff may prove at trial, in favor of Counterclaim Plaintiffs Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. on each Count of this Counterclaim;

2.      That the Court enter final judgment against Encompass and award damages to Joseph D. Giampa, Frederick T. Giampa and Advanced Spine

Centers, Inc. on all of the Counts set forth in this Counterclaim in the amount of $1,000,000.00 per count or an amount to be determined at trial;

3.  That the Court award Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc. multiple damages, costs, and attorney's fees pursuant to G.L. c. 93A;

4.  That the Court order Encompass to issue a press release retracting their earlier, defamatory release, and stating specifically that they are not aware of any wrongdoing committed by Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc.;

5.  That the Court order Encompass to purchase advertising in major trade journals and with each publication which published Encompass and Allstate's original defamatory press release retracting their earlier, defamatory release, and stating specifically that they are not aware of any wrongdoing committed by Joseph D. Giampa, Frederick T. Giampa and Advanced Spine Centers, Inc.; and

6.  That the Court award such other and further relief as it deems appropriate.

**A TRIAL BY JURY IS DEMANDED ON ALL COUNTS SO TRIABLE.**

Respectfully submitted,

JOSEPH D. GIAMPA, FREDERICK T. GIAMPA and ADVANCED SPINE CENTERS, INC.

By their attorney,


*/s/ Matthew J. Conroy*_____
Matthew J. Conroy (BBO# 566928)
BELESI & CONROY, P.C.
114 Waltham Street
Lexington, Massachusetts 02421
(781) 862-8060

Dated: December 13, 2006


*For theDefendants.*

## CERTIFICATE OF SERVICE

I, Matthew J. Conroy do hereby certify that a true copy of the foregoing pleading was served in accordance with the Federal Rules of Civil Procedure at the below designated addresses by depositing the same with the United States Postal Services, postage prepaid on this 13th  day of December 2006.

Richard King, Esq.
SMITH & BRINK, P.C.
200 Quincy Shore Drive
Quincy, MA 02184

Thomas Ciampa, Esq.
20 Park Plaza
Boston, MA 02109

Jeffrey Phillips, Esq.
PHILLIPS & ANGLEY
One Bowdoin Square
Boston, MA 02108

Dated:      December 13, 2006


  /s/ Matthew J. Conroy_____
Matthew J. Conroy

# EXHIBIT "A"

# EXHIBIT B