# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C., and JENNIFER MCCONNELL, D.C., <br><br> Defendants/Counterclaim Plaintiffs, | CIVIL ACTION NO. 05-11693 RCL |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jay B Kesten, Esq. of Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210 as counsel for Plaintiff/Counterclaim Defendant Encompass Insurance Company of Massachusetts, in the above-referenced matter.

By their attorneys,

/s/ Jay B Kesten
Jay B Kesten (BBO No. 655634)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

Dated:  January 5, 2007

## CERTIFICATE OF SERVICE

BO1 15802354.1 / 53117-000002

2

      I, Jay B Kesten, hereby certify that on this 5th day of January, 2007, this **Notice of Apperance** was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as non registered within twenty-four (24) hours of this filing.

                                                                                                   /s/ Jay B Kesten

                                                                                                        Jay B Kesten

BO1 15802354.1 / 53117-000002