# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C., and JENNIFER MCCONNELL, D.C.,<br><br>　　　　Defendants/Counterclaim Plaintiffs, | CIVIL ACTION NO. 05-11693 RCL |

## STIPULATION EXTENDING TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COUNTERCLAIMS

Plaintiff/Counterclaim Defendant Encompass Insurance Company of Massachusetts ("Encompass"), and Defendants/Counterclaim Plaintiffs Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, Future Management Corporation, Future Management Business Trust, Edward Kennedy, Brian J. Culliney, D.C. and Jennifer McConnell, D.C., by and through their respective counsel, hereby stipulate and agree that the time for Encompass to answer, plead or otherwise respond to all counterclaims in the above-captioned matter shall be extended until February 19, 2007 . No prior extensions have been sought as to these claims.

Respectfully submitted, this 5th day of January, 2007.

BO1 15821417.1

2

| | |
|---|---|
| \_\_\_\_\_/s/ Richard D. King, Jr._____<br>Richard D. King, Jr. (BBO #638142)<br>Nathan A. Tilden (BBO #647076)<br>SMITH & BRINK, P.C.<br>122 Quincy Shore Drive<br>Quincy, MA 02171<br><br>ATTORNEYS FOR<br>PLAINTIFF/COUNTERCLAIM<br>DEFENDANT ENCOMPASS<br>INSURANCE OF MASSACHUSETTS | \_\_\_\_\_/s/ Matthew J. Conroy_____<br>Matthew J. Conroy (BBO #566928)<br>Katherine L. Kurtz<br>BELESI & CONROY, P.C.<br>114 Waltham Street<br>Lexington, MA 02421<br><br>ATTORNEYS FOR<br>DEFENDANTS/COUNTERCLAIM<br>PLAINTIFFS JOSEPH D. GIAMPA,<br>FREDERICK T. GIAMPA,<br>ADVANCED SPINE CENTERS, INC<br>d/b/a/ FIRST SPINE REHAB, FUTURE<br>MANAGEMENT CORPORATION and<br>FUTURE MANAGEMENT BUSINESS<br>TRUST |
| _____/s/ Jay B Kesten_____<br>Jay B Kesten (BBO #655634)<br>SEYFARTH SHAW LLP<br>Two Seaport Lane<br>World Trade Center East, Suite 300<br>Boston, MA 02210<br><br>ATTORNEYS FOR<br>PLAINTIFF/COUNTERCLAIM<br>DEFENDANT ENCOMPASS<br>INSURANCE OF MASSACHUSETTS<br>AS TO COUNTERCLAIMS | |
| \_\_\_\_\_/s/ Daniel S. Treger_____<br>Daniel S. Treger (BBO #562147)<br>PHILLIPS & ANGLEY<br>One Bowdoin Square<br>Boston, MA 02114<br><br>ATTORNEYS FOR<br>DEFENDANT/COUNTERCLAIM<br>PLAINTIFF EDWARD T. KENNEDY | _____/s/ Thomas M. Ciampa_____<br>Thomas M. Ciampa (BBO #566898)<br>Ciampa & Associates<br>20 Park Plaza, Suite 804<br>Boston, MA 02116<br><br>ATTORNEYS FOR<br>DEFENDANTS/COUNTERCLAIM<br>PLAINTIFFS BRIAN J. CULLINEY and<br>JENNIFER MCCONNELL |

**CERTIFICATE OF SERVICE**

      I, Jay B Kesten, hereby certify that on this 5th day of January, 2007, this **Stipulation Extending Time To Answer, Plead, Or Otherwise Respond To Counterclaims** was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.  Paper copies will be sent to those indicated as non registered within twenty-four (24) hours of this filing.

                                                              _____/s/ Jay B Kesten____
                                                                        Jay B Kesten

BO1 15821417.1