UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, <br><br> Plaintiff-Counterclaim Defendant, <br><br> vs. <br><br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C. <br><br> Defendants. | CIVIL ACTION NO.:  05-11693 RCL |

## PLAINTIFF'S FIRST VOLUNTARY DISCOVERY DISCLOSURE

## I.     INTRODUCTION

Pursuant to Fed. R. Civ. P. 26(a)(1), plaintiff, Encompass Insurance Company of Massachusetts (hereinafter "Encompass") provides the following initial voluntary discovery disclosure without waiving any rights to object to requests for discovery based upon the attorney-client privilege, work-product doctrine, and the exception for materials produced in anticipation of litigation, or other appropriate objection. Encompass expressly reserves the right to supplement discovery information provided herein pursuant to Court Order and/or by operation of applicable law or rules, or by appropriate motion.

## II.    <u>INITIAL VOLUNTARY DISCOVERY DISCLOSURE</u>

### A.  <u>Identification of Witnesses: Rule 26(a)(1)(A)</u>

Individuals and entities likely to have discoverable information relevant to disputed facts alleged with particularity in Encompass' Second Amended Complaint (hereinafter "Complaint") include:

1.    Michael Bruno, SIU Analyst, Encompass Insurance Company, is likely to have discoverable information related to the factual allegations set forth in the Complaint, as well as those facts set forth in his Affidavit previously filed with the Court;

2.    Colleen Potris, Claims Representative, Encompass Insurance Company, is likely to have discoverable information related to the factual allegations set forth in the Complaint;

3.    Joseph D. Giampa, Massachusetts, is likely to have discoverable information pertaining to the allegations set forth in the Complaint whereas Encompass alleges that he initiated, maintained and controlled an ongoing insurance fraud scheme, with the intended objective to illegally obtain money through false and fraudulent medical billing submitted to it or for which it became responsible;

4.    Frederick T. Giampa, Massachusetts, is likely to have discoverable information pertaining to the allegations set forth in the Complaint whereas Encompass alleges that he initiated, maintained and controlled an ongoing insurance fraud scheme, with the intended

objective to illegally obtain money through false and fraudulent medical billing submitted to it or for which it became responsible;

5.     Advanced Spine Centers Inc. d/b/a First Spine Rehab, Massachusetts, and the principals, officers, and employees of which are likely to have discoverable information pertaining to the allegations set forth in the Complaint whereas it is alleged that First Spine initiated, maintained and controlled an ongoing insurance fraud scheme, the intended object of which was to illegally obtain money through false and fraudulent medical billing submitted to Encompass or for which Encompass became responsible;

6.     Future Management Corporation and the principals, officers and employees thereof are likely to have discoverable information pertaining to the allegations set forth in the Complaint whereas it is alleged that Future Management initiated, maintained and controlled an ongoing insurance fraud scheme, the intended object of which was to illegally obtain money through false and fraudulent medical billing submitted to Encompass or for which Encompass became responsible;

7.     Edward Kennedy, Massachusetts, is likely to have discoverable information pertaining to the allegations set forth in the Complaint whereas Encompass alleges that he initiated, maintained and controlled an ongoing insurance fraud scheme, with the intended objective to illegally obtain money through false and fraudulent

medical billing submitted to Encompass or for which it became responsible;

8.    Brian J. Culliney, Massachusetts, is likely to have discoverable information pertaining to the allegations set forth in the Complaint whereas Encompass alleges that he initiated, maintained and controlled an ongoing insurance fraud scheme, the intended object of which was to illegally obtain money through false and fraudulent medical billing submitted to Encompass or for which it became responsible;

9.    Jennifer McConnell, Massachusetts, is likely to have discoverable information pertaining to the allegations set forth in the Complaint whereas Encompass alleges that she initiated, maintained and controlled an ongoing insurance fraud scheme, the intended object of which was to illegally obtain money through false and fraudulent medical billing submitted to it or for which it became responsible;

10.    Rebecque Taphorn, Special Investigative Unit, Encompass Insurance Company, is likely to have discoverable information related to the factual allegations set forth in the Complaint;

11.    David Taylor, D.C., 74 Main Street, Greenfield, MA 01301, is likely to have discoverable information related to the factual allegations set forth in the Complaint;

12.     Michael Frustaci, D.C., 24 Welch Road, Sutton, MA  01590-1315, is likely to have discoverable information related to the factual allegations set forth in the Complaint;

13.     David Smith, M.H.A., Medical Investigations Group, Inc., P.O. Box 838, Devon, PA  19333, is likely to have discoverable information regarding Encompass' investigation of the Giampa/Kennedy Chiropractic clinics;

14.     Kathleen O'Malley, D.C., is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

15.     Kathy Duncan is likely to have discoverable information regarding the Future Management business operation;

16.     Nadine Morin is likely to have discoverable information regarding the operation of the Future Management business operation;

17.     Mercedes Rosado is likely to have discoverable information regarding the operation of the Future Management business operation;

18.     Rebeca Morales is likely to have discoverable information regarding the operation of the Future Management business operation;

19.     Melissa Mehigan is likely to have discoverable information regarding the operation of the Future Management business operation;

20.     Brenda Gagne is likely to have discoverable information regarding the operation of the Future Management business operation;

21.     Elizabeth Bowes is likely to have discoverable information regarding the operation of the Future Management business operation;

22.     Aitza Mauras is likely to have discoverable information regarding the operation of the Future Management business operation;

23.     Sopath Meas is likely to have discoverable information regarding the operation of the Future Management business operation;

24.     Soeksa Song is likely to have discoverable information regarding the operation of the Future Management business operation;

25.     Florines Mendez is likely to have discoverable information regarding the operation of the Future Management business operation;

26.     Laura Hernandez is likely to have discoverable information regarding the operation of the Future Management business operation;

27.     Carmencita Lowe is likely to have discoverable information regarding the operation of the Future Management business operation;

28.     Daisy Foster is likely to have discoverable information regarding the operation of the Future Management business operation;

29.     Marisol Rodriguez is likely to have discoverable information regarding the operation of the Future Management business operation;

30.     Sandy Lavoie is likely to have discoverable information regarding the operation of the Future Management business operation;

31.     Annette Bogiatto is likely to have discoverable information regarding the operation of the Future Management business operation;

32.     Oksana Kovtanyuk is likely to have discoverable information regarding the operation of the Future Management business operation;

33.     Donna Smith is likely to have discoverable information regarding the operation of the Future Management business operation;

34.     Grace Neils is likely to have discoverable information regarding the operation of the Future Management business operation;

35.     Teresa Cook is likely to have discoverable information regarding the operation of the Future Management business operation;

36.     Kim Chan is likely to have discoverable information regarding the operation of the Future Management business operation;

37.     Mary Ultrino is likely to have discoverable information regarding the operation of the Future Management business operation;

38.     Sokeun Soun is likely to have discoverable information regarding the operation of the Future Management business operation;

39.   Claire Mireault is likely to have discoverable information regarding the operation of the Future Management business operation;

40.   Jennifer Tremblay is likely to have discoverable information regarding the operation of the Future Management business operation;

41.   Gussina Tremblay is likely to have discoverable information regarding the operation of the Future Management business operation;

42.   Wendy Fonseca is likely to have discoverable information regarding the operation of the Future Management business operation;

43.   Theresa Smith is likely to have discoverable information regarding the operation of the Future Management business operation;

44.   Amanda Ferullo is likely to have discoverable information regarding the operation of the Future Management business operation;

45.   Jeanne Caldwell is likely to have discoverable information regarding the operation of the Future Management business operation;

46.   Rohit Sharma is likely to have discoverable information regarding the operation of the Future Management business operation;

47.   Larry Gray is likely to have discoverable information regarding the operation of the Future Management business operation;

48.     Anthony Piscitelli is likely to have discoverable information regarding the operation of the Future Management business operation;

49.     James Kennedy is likely to have discoverable information regarding the operation of the Future Management business operation;

50.     Phally Samith is likely to have discoverable information regarding the First Spine business operation;

51.     Sokha Dy is likely to have discoverable information regarding the First Spine business operation;

52.     Doris Ortiz is likely to have discoverable information regarding the First Spine business operation;

53.     Kim Kong is likely to have discoverable information regarding the First Spine business operation;

54.     Clifford Winn, D.C., is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

55.     Francis Sheehan, D.C., is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

56.     Michele Merola, D.C., is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

57.    Jennifer Belesi (Levy), is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

58.    Paula Berthold is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

59.    Ronald Bavin is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

60.    Arthur Keegan, D.C., is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

61.    Ian Boehm, D.C., is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

62.    Edward Chavez, D.C., is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

63.    Karen Saint Laurent, D.C., is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

64.    Michael Davekos, D.C., is likely to have discoverable information regarding the operation of the Giampa/Kennedy chiropractic clinics;

65.    All former employees of the named defendant entities, including Chiropractors, physical therapists, chiropractic aides, physical therapy assistants, physical therapy aides, receptionists, billing personnel, and other unknown former employees, are likely to have discoverable information regarding the operation of the Giampa/Kennedy Chiropractic Clinics.

66.    Each of the claimants/former First Spine patients identified in Encompass' Second Amended Complaint as well as in the chart, which follows herein on page 12, may have discoverable information related to the factual allegations set forth in the Complaint.

**B.    Identification of Documents: Rule 26(a)(1)(B)**

The following is a description by category of documents currently in the possession, custody or control of Encompass that may be relevant to disputed facts alleged with particularity in the Second Amended Complaint.  The identification of document categories shall not be construed as an admission or concession that documents within any such category are relevant or discoverable.  Encompass reserves its right to object to the production of any document(s) identified below on the basis of privilege, work-product doctrine, relevance, undue burden, protected privacy interests, or any other valid objection:

1.    Any and all documents relating to the Encompass claimant files pled in the Second Amended Complaint are contained in the individual claims files represented in the following chart designated by claimant name, claim number, and date of alleged loss:

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03326411 | 01/09/98 | $975.00 | Tran | Hang | Culliney |
| 03326411 | 01/09/98 | $970.00 | Nguyen | Nguyet | Culliney |
| 03374831 | 07/18/98 | $2,900.00 | Roum | Saroeut | Culliney |
| 03374831 | 07/18/98 | $1,377.00 | Un | Sendy | Culliney |
| 03374831 | 07/18/98 | $2,822.00 | Un | Sokea | Culliney |
| 03374831 | 07/18/98 | $1,375.00 | Sim | Saroeut | Culliney |
| 03374831 | 07/18/98 | $665.00 | Un | Sokea | Culliney |
| 03374831 | 07/18/98 | $1,907.00 | Sim | Saroeut | Culliney |
| 03374831 | 07/18/98 | $150.00 | Sim | Saroeut | Culliney |
| 03374831 | 07/18/98 | $177.00 | Roum | Saroeut | Culliney |
| 03331518 | 09/10/98 | $129.00 | Hok | Tut | Culliney |
| 03331518 | 09/10/98 | $3,896.00 | Hok | Tut | Culliney |
| 03379614 | 10/21/98 | $655.00 | Nikki | Kim | Culliney |
| 03379614 | 10/21/98 | $465.00 | Nikki | Kim | Culliney |
| 03381790 | 12/14/98 | $1,579.00 | Chum | Sophala | Culliney |
| 03381790 | 12/14/98 | $2,212.00 | Prak | Sokcheath | Culliney |
| 03381790 | 12/14/98 | $1,847.00 | Chum | Sophala | Culliney |
| 03381790 | 12/14/98 | $1,833.00 | Prak | Sokcheath | Culliney |
| 03381790 | 12/14/98 | $2,236.00 | Chum | Sophala | Culliney |
| 03381790 | 12/14/98 | $1,558.00 | Chum | Sophala | Culliney |
| 03421674 | 01/08/99 | $226.00 | Thanongsinh | April | Culliney |
| 03382948 | 02/02/99 | $2,000.00 | Chuu | Saroen | Culliney |
| 03382948 | 02/02/99 | $1,625.00 | Chuu | Saroen | Culliney |
| 03382948 | 02/02/99 | $1,625.00 | Chhu | Saroeun | Culliney |
| 03382948 | 02/02/99 | $1,625.00 | Chhu | Saroeun | Culliney |
| 03425232 | 04/25/99 | $150.00 | Mak | Naravuth | Culliney |
| 03425232 | 04/25/99 | $150.00 | Mak | Sandy | Culliney |
| 03425232 | 04/25/99 | $150.00 | Vann | Emmy | Culliney |
| 03425232 | 04/25/99 | $150.00 | Mak | Naravuth | Culliney |
| 03425232 | 04/25/99 | $2,763.00 | Mak | Naravuth | Culliney |
| 03425232 | 04/25/99 | $3,023.00 | Vann | Emmy | Culliney |
| 03425232 | 04/25/99 | $1,866.00 | Mak | Sandy | Culliney |
| 03425232 | 04/25/99 | $3,073.00 | Naraguth | Norayuti | Culliney |
| 03425856 | 05/16/99 | $2,000.00 | Tim | Oeun | Culliney |
| 03425856 | 05/16/99 | $2,000.00 | Tim | Timmy | Culliney |
| 03425856 | 05/16/99 | $1,199.00 | Tim | Oeun | Culliney |
| 03341477 | 10/29/99 | $1,068.00 | Lang | Phally | Culliney |
| 03341477 | 10/29/99 | $1,867.00 | Lang | Phally | Culliney |
| 03341477 | 10/29/99 | $695.00 | Lang | Phally | Culliney |
| 03432698 | 11/09/99 | $2,235.00 | Ing | Peou | Culliney |
| 03432698 | 11/09/99 | $960.00 | Ing | Peou | Culliney |
| 03438972 | 01/14/00 | $3,817.00 | Mejia | Angela | Unknown |
| 03438972 | 01/14/00 | $4,032.00 | Disla | Juan | Unknown |
| 03436611 | 02/20/00 | $2,000.00 | Lim | Lan | Culliney |
| 03436611 | 02/20/00 | $2,270.00 | Lim | Lan | Culliney |
| 03396719 | 03/12/00 | $2,000.00 | Laing | Cynthia | Unknown |
| 03439611 | 05/19/00 | $1,387.00 | Yang | Sokhan | Culliney |

12

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03439611 | 05/19/00 | $2,875.00 | Yang | Sokhan | Culliney |
| 03439668 | 05/22/00 | $2,495.00 | Long | Veun | Culliney |
| 03439668 | 05/22/00 | $80.00 | Long | Veun | Culliney |
| 03439668 | 05/22/00 | $1,610.00 | Long | Veun | Culliney |
| 03439668 | 05/22/00 | $75.00 | Long | Veun | Culliney |
| 03440595 | 06/15/00 | $95.00 | Chhay | Sarin | Culliney |
| 03440595 | 06/15/00 | $2,350.00 | Chhay | Sarin | Culliney |
| 03440595 | 06/15/00 | $970.00 | Chhay | Sarin | Culliney |
| 03440595 | 06/15/00 | $420.00 | Chhay | Sarin | Culliney |
| 03440595 | 06/15/00 | $505.00 | Chhay | Sarin | Culliney |
| 03447628 | 06/25/00 | $4,101.00 | Ngeth | Veasha | Culliney |
| 03447628 | 06/25/00 | $4,256.00 | Ngeth | Samnang | Culliney |
| 03391026 | 07/26/00 | $3,910.00 | Phoung | Le | McConnell |
| 03391026 | 07/26/00 | $110.00 | Phoung | Le | McConnell |
| 03391026 | 07/26/00 | $110.00 | Phoung | Le | McConnell |
| 03391026 | 07/26/00 | $110.00 | Phoung | Le | McConnell |
| 03391026 | 07/26/00 | $110.00 | Phoung | Le | McConnell |
| 03392271 | 08/29/00 | $1,775.00 | Yem | Radet | Culliney |
| 03413857 | 08/30/00 | $4,505.00 | Narith | Dou | Culliney |
| 03402742 | 09/08/00 | $3,030.00 | Spey | Viphearea | Culliney |
| 03402742 | 09/08/00 | $190.00 | Tang | Sacha | Culliney |
| 03402742 | 09/08/00 | $950.00 | Spey | Viphearea | Culliney |
| 03402742 | 09/08/00 | $1,130.00 | Tang | Sacha | Culliney |
| 03402742 | 09/08/00 | $555.00 | Duongchack | Wilson | Culliney |
| 03402742 | 09/08/00 | $1,585.00 | Duongchack | Wilson | Culliney |
| 03402742 | 09/08/00 | $415.00 | Duongchack | Wilson | Culliney |
| 03402742 | 09/08/00 | $415.00 | Duongchack | Wilson | Culliney |
| 03402742 | 09/08/00 | $2,810.00 | Tang | Sacha | Culliney |
| 03403606 | 10/06/00 | $150.00 | Pina | Margarita | Winn |
| 03414287 | 10/25/00 | $1,816.00 | Khannanivongh | Khamsing | Culliney/McConnell |
| 03414287 | 10/25/00 | $1,763.00 | Uy | Doeun | Culliney/McConnell |
| 03414660 | 11/01/00 | $3,885.00 | TI | Ouk | McConnell |
| 03415264 | 11/18/00 | $2,000.00 | Suon | Bin | McConnell |
| 03415264 | 11/18/00 | $2,000.00 | Soeng | Ngeth | McConnell |
| 03415432 | 11/25/00 | $2,108.00 | Bou | Sarath | Culliney |
| 03415432 | 11/25/00 | $1,993.00 | Vorn | Saron | Culliney |
| 03415432 | 11/25/00 | $1,963.00 | Vorn | Saron | Culliney |
| 03415432 | 11/25/00 | $2,493.00 | Phan | Sophal | McConnell |
| 03415432 | 11/25/00 | $1,760.00 | Bou | Sarath | Culliney |
| 03415449 | 11/25/00 | $3,508.00 | Khim | Rumchek | Culliney |
| 03415432 | 11/25/00 | $740.00 | Phan | Sophal | McConnell |
| 03415432 | 11/25/00 | $330.00 | Vorn | Saron | Culliney |
| 03415432 | 11/25/00 | $300.00 | Phan | Sophal | McConnell |
| 03415524 | 11/26/00 | $1,218.00 | Kong | Sopeun | Culliney |
| 03415760 | 11/26/00 | $2,028.00 | Moun | Savy | McConnell |
| 03415524 | 11/26/00 | $1,395.00 | Keo | Eath | McConnell |
| 03415524 | 11/26/00 | $2,805.00 | Keo | Eath | McConnell |

13

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03415760 | 11/26/00 | $1,765.00 | Moun | Savy | McConnell |
| 03417806 | 01/20/01 | $2,420.00 | Men | Hoeurn | McConnell |
| 03417806 | 01/20/01 | $1,455.00 | Ngeth | Nhbem | McConnell |
| 03418795 | 02/11/01 | $1,818.00 | Bo. | Lysabad | Culliney |
| 03418795 | 02/11/01 | $1,973.00 | Sar | Sambun | Culliney |
| 03418795 | 02/11/01 | $2,053.00 | Mao | Samentha | McConnell |
| 03418795 | 02/11/01 | $1,878.00 | Bo | Samban | McConnell |
| 03418795 | 02/11/01 | $1,958.00 | Bo | Sambath | McConnell |
| 03418795 | 02/11/01 | $1,968.00 | Sar | Punlork | Culliney |
| 03418795 | 02/11/01 | $1,150.00 | Mao | Samentha | McConnell |
| 03418795 | 02/11/01 | $2,220.00 | Bo | Samban | McConnell |
| 03418795 | 02/11/01 | $1,400.00 | Bo | Sambath | McConnell |
| 03418795 | 02/11/01 | $1,795.00 | Bo. | Lysabad | Culliney |
| 03418795 | 02/11/01 | $2,105.00 | Sar | Sambun | Culliney |
| 03418795 | 02/11/01 | $1,170.00 | Sar | Punlork | Culliney |
| 03418795 | 02/11/01 | $450.00 | Sar | Punlork | Culliney |
| 03418926 | 02/13/01 | $2,000.00 | Kim | Nikki | Culliney |
| 03442397 | 02/17/01 | $2,000.00 | Som | Thanh | Culliney |
| 03442397 | 02/17/01 | $1,880.00 | Som | Thanh | Culliney |
| 03442397 | 02/17/01 | $394.00 | Som | Thanh | Culliney |
| 03419107 | 02/18/01 | $1,631.00 | Sarath | Heano | Culliney |
| 03419107 | 02/18/01 | $444.00 | Sarath | Heano | Culliney |
| 03419107 | 02/18/01 | $4,250.00 | Sok | Khawaii | McConnell |
| 03419107 | 02/18/01 | $2,895.00 | Neang | Kim | McConnell |
| 03419107 | 02/18/01 | $3,765.00 | Cang | Keo | McConnell |
| 03419107 | 02/18/01 | $330.00 | Sok | Khawaii | McConnell |
| 03419107 | 02/18/01 | $1,615.00 | Sarath | Heano | Culliney |
| 03419107 | 02/18/01 | $600.00 | Neang | Kim | McConnell |
| 03419107 | 02/18/01 | $270.00 | Neang | Kim | McConnell |
| 03419107 | 02/18/01 | $90.00 | Sarath | Heano | Culliney |
| 03408504 | 02/23/01 | $3,505.00 | Meas | Kevin | McConnell |
| 03408504 | 02/23/01 | $2,905.00 | Khut | Samnang | Culliney |
| 03444156 | 03/06/01 | $4,100.00 | Khuanphet | Anirut | McConnell |
| 03420777 | 04/01/01 | $2,000.00 | Men | Oeun | Culliney |
| 03420777 | 04/01/01 | $2,035.00 | Sok | Sart | Culliney |
| 03420777 | 04/01/01 | $810.00 | Sok | Sart | Culliney |
| 03420777 | 04/01/01 | $2,313.00 | Khent | Khen | Culliney |
| 03420777 | 04/01/01 | $695.00 | Khent | Khen | Culliney |
| 03420777 | 04/01/01 | $1,115.00 | Men | Oeun | Culliney |
| 03420777 | 04/01/01 | $1,010.00 | Khent | Khen | Culliney |
| 03420777 | 04/01/01 | $1,115.00 | Sok | Sart | Culliney |
| 03420777 | 04/01/01 | $200.00 | Men | Oeun | Culliney |
| 03420777 | 04/01/01 | $695.00 | Khent | Khen | Culliney |
| 03420810 | 04/02/01 | $1,928.00 | Real | Bin | McConnell |
| 03420810 | 04/02/01 | $132.00 | Real | Bin | McConnell |
| 03420810 | 04/02/01 | $1,943.00 | Phan | Nickie | McConnell |
| 03420810 | 04/02/01 | $205.00 | Phan | Nickie | McConnell |

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03420810 | 04/02/01 | $1,920.00 | Real | Bin | McConnell |
| 03445147 | 05/10/01 | $1,652.00 | Uong | Phamaro | Culliney |
| 03445147 | 05/10/01 | $1,870.00 | Um | Sophea | McConnell |
| 03445147 | 05/10/01 | $2,497.00 | Uong | Phamaro | Culliney |
| 03445147 | 05/10/01 | $2,249.00 | Um | Sophea | McConnell |
| 03445338 | 05/16/01 | $4,547.00 | Chhim | Phyrum | Culliney |
| 03445338 | 05/16/01 | $4,582.00 | So | Ratha | Culliney |
| 03445702 | 05/28/01 | $270.00 | Pho | Michael | Culliney |
| 03445702 | 05/28/01 | $3,614.00 | Pho | Michael | Culliney |
| 03448741 | 08/06/01 | $2,099.00 | Doung | Katie | Culliney |
| 03448741 | 08/06/01 | $605.00 | Doung | Katie | Culliney |
| 03448741 | 08/06/01 | $180.00 | Doung | Katie | Culliney |
| 03448741 | 08/06/01 | $257.00 | Doung | Katie | Culliney |
| 03448910 | 08/14/01 | $2,119.00 | Seng | Muth | Culliney |
| 03448910 | 08/14/01 | $1,854.00 | Chiv | Sunnak | Culliney |
| 03448910 | 08/14/01 | $2,015.00 | Seng | Sivinary | Culliney |
| 03448910 | 08/14/01 | $1,341.00 | Seng | Sivinary | Culliney |
| 03448910 | 08/14/01 | $540.00 | Seng | Muth | Culliney |
| 03448910 | 08/14/01 | $951.00 | Seng | Muth | Culliney |
| 03448910 | 08/14/01 | $175.00 | Chiv | Sunnak | Culliney |
| 03448910 | 08/14/01 | $434.00 | Seng | Sivinary | Culliney |
| 03448910 | 08/14/01 | $1,699.00 | Seng | Muth | Culliney |
| 03448910 | 08/14/01 | $2,489.00 | Seng | Vandary | Culliney |
| 03448910 | 08/14/01 | $317.00 | Seng | Sivinary | Culliney |
| 03456762 | 09/06/01 | $2,789.00 | Hou | Saroeun | McConnell |
| 03456762 | 09/06/01 | $1,614.00 | Nou | Pamela | McConnell |
| 03456762 | 09/06/01 | $973.00 | Hou | Saroeun | McConnell |
| 03456832 | 09/08/01 | $105.00 | Soum | Mike | McConnell |
| 03456832 | 09/08/01 | $2,590.00 | Soum | Mike | McConnell |
| 03456832 | 09/08/01 | $2,433.00 | Ou | Dalin | Culliney |
| 03456832 | 09/08/01 | $1,717.00 | Ou | Dalin | Culliney |
| 03456832 | 09/08/01 | $1,947.00 | Soum | Mike | McConnell |
| 03456832 | 09/08/01 | $180.00 | Ou | Dalin | Culliney |
| 03457321 | 09/21/01 | $1,995.00 | Chiv | Suntak | McConnell |
| 03457313 | 09/22/01 | $472.00 | Oeun | Tim | Culliney |
| 03457313 | 09/22/01 | $1,315.00 | Oeum | Tim | Culliney |
| 03459630 | 11/26/01 | $1,465.00 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,475.00 | Hum | Hun | Culliney |
| 03459630 | 11/26/01 | $2,261.00 | Pei | Tuy | Culliney |
| 03459630 | 11/26/01 | $77.00 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,038.00 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $640.00 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,656.00 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,465.00 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,465.00 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $115.00 | Pei | Tuy | Culliney |
| 03459630 | 11/26/01 | $1,893.00 | Hum | Hun | Culliney |

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03459630 | 11/26/01 | $1,693.00 | Bun | Jim | Culliney |
| 03459630 | 11/26/01 | $1,970.00 | Pei | Tuy | Culliney |
| 03461410 | 01/15/02 | $2,000.00 | Ros | Sarath | Culliney |
| 03461410 | 01/15/02 | $2,000.00 | Chantha | Bunthy | McConnell |
| 03461410 | 01/15/02 | $550.00 | Chantha | Bun | McConnell |
| 03461410 | 01/15/02 | $1,133.00 | Chantha | Bun | McConnell |
| 03461410 | 01/15/02 | $365.00 | Chantha | Bun | McConnell |
| 03461410 | 01/15/02 | $486.00 | Chantha | Bun | McConnell |
| 03461410 | 01/15/02 | $693.00 | Chantha | Bun | McConnell |
| 03467194 | 01/30/02 | $1,040.00 | Taylor | Paul | Culliney |
| 03467194 | 01/30/02 | $1,178.00 | Taylor | Paul | McConnell |
| 03467477 | 02/07/02 | $1,450.00 | Ung | Chithra | Culliney |
| 03467477 | 02/07/02 | $1,475.00 | Long | Pholla | Culliney |
| 03467477 | 02/07/02 | $1,560.00 | Ung | Volak | Culliney |
| 03467477 | 02/07/02 | $1,025.00 | Ung | Sophinna | McConnell |
| 03467477 | 02/07/02 | $1,640.00 | San | Samnang | McConnell |
| 03462436 | 02/13/02 | $1,805.00 | Chhaim | Ry | McConnell |
| 03462436 | 02/13/02 | $1,585.00 | Pin | Boeuk | McConnell |
| 03462436 | 02/13/02 | $1,620.00 | Chhean | Sar | Culliney |
| 03462436 | 02/13/02 | $175.00 | Chantha | Bunthy | McConnell |
| 03462771 | 02/24/02 | $1,495.00 | Phan | Savuth | McConnell |
| 03462771 | 02/24/02 | $1,726.00 | So | Nheop | McConnell |
| 03462771 | 02/24/02 | $1,975.00 | So | Paulika | McConnell |
| 03462771 | 02/24/02 | $2,356.00 | So | Chertra | McConnell |
| 03462771 | 02/24/02 | $1,735.00 | So | Phaectra | McConnell |
| 03468665 | 03/15/02 | $4,894.00 | Mam | Sitha | McConnell |
| 03468665 | 03/15/02 | $4,431.00 | Ngeth | Sitha | McConnell |
| 03468665 | 03/15/02 | $4,754.00 | Ngeth | Samnang | McConnell |
| 03468665 | 03/15/02 | $423.00 | Ngeth | Sitha | McConnell |
| 03468725 | 03/18/02 | $2,030.00 | Krapomroth | Khim | McConnell |
| 03468725 | 03/18/02 | $2,440.00 | Sophay | Porth | McConnell |
| 03468725 | 03/18/02 | $2,000.00 | Phoeun | Sam | Klug |
| 03468725 | 03/18/02 | $345.00 | Krapomroth | Khim | McConnell |
| 03468725 | 03/18/02 | $285.00 | Sophay | Porth | McConnell |
| 03468725 | 03/18/02 | $460.00 | Krapomroth | Khim | McConnell |
| 03468725 | 03/18/02 | $1,220.00 | Sophay | Porth | McConnell |
| 03468725 | 03/18/02 | $886.00 | Sophay | Porth | McConnell |
| 03469203 | 03/29/02 | $3,351.00 | Ban | Kimsat | Culliney |
| 03469203 | 03/29/02 | $1,515.00 | Ban | Kimsat | Culliney |
| 03469203 | 03/29/02 | $1,515.00 | Ban | At | Culliney |
| 03469203 | 03/29/02 | $210.00 | Ban | Kimsat | Culliney |
| 03469371 | 04/02/02 | $2,326.00 | Vat | Savann | Unknown |
| 03469510 | 04/07/02 | $349.00 | Bun | Sakhan | Culliney |
| 03469510 | 04/07/02 | $505.00 | Ath | Tina | Unknown |
| 03469757 | 04/15/02 | $1,290.00 | Lay | Khon | Simpson |
| 03469757 | 04/15/02 | $2,080.00 | Lay | Khon | Simpson |
| 03470054 | 04/19/02 | $4,411.00 | Panya | Manila | Culliney |

16

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03470054 | 04/19/02 | $280.00 | Panya | Manila | Culliney |
| 03470054 | 04/19/02 | $210.00 | Panya | Manila | Culliney |
| 03470133 | 04/20/02 | $3,101.00 | Meng | Bunkea | Culliney |
| 03470133 | 04/20/02 | $1,901.00 | Sim | Rockenna | McConnell |
| 03470133 | 04/20/02 | $1,868.00 | Meng | Bunkea | Culliney |
| 03464524 | 04/23/02 | $3,733.00 | Seng | Melody | McConnell |
| 03464524 | 04/23/02 | $3,613.00 | Seng | Jerry | Culliney |
| 03464524 | 04/23/02 | $2,000.00 | Sok | Mon | Culliney |
| 03464524 | 04/23/02 | $2,000.00 | Sok | Mon | Culliney |
| 03465736 | 06/04/02 | $2,456.00 | Kang | Chhang | Culliney |
| 03465736 | 06/04/02 | $1,725.00 | Phoun | Phala | McConnell |
| 03465736 | 06/04/02 | $1,521.00 | Phoun | Phala | McConnell |
| 03465736 | 06/04/02 | $1,045.00 | Kang | Chhang | Culliney |
| 03465736 | 06/04/02 | $1,890.00 | Kong | Chanda | Culliney |
| 03465736 | 06/04/02 | $1,281.00 | Kong | Chanda | Culliney |
| 03465736 | 06/04/02 | $1,195.00 | Phoun | Phala | McConnell |
| 03465736 | 06/04/02 | $525.00 | Kong | Chanda | Culliney |
| 03465736 | 06/04/02 | $1,135.00 | Kang | Chhang | Culliney |
| 03465736 | 06/04/02 | $530.00 | Kong | Chanda | Culliney |
| 03473966 | 07/15/02 | $1,883.00 | Melo | Diane | Culliney |
| 03473966 | 07/15/02 | $1,782.00 | Melo | Diane | Culliney |
| 03474153 | 07/18/02 | $4,794.00 | Chhim | Phyrum | Culliney |
| 03475016 | 08/03/02 | $2,321.00 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $580.00 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $220.00 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $1,145.00 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $210.00 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $315.00 | Taing | Song | Culliney/McConnell |
| 03479077 | 09/07/02 | $2,835.00 | Panya | Khanm | McConnell |
| 03479077 | 09/07/02 | $2,955.00 | Phonphiphak | Kongkeo | Gill |
| 03479077 | 09/07/02 | $495.00 | Phonphiphak | Kongkeo | Gill |
| 03485151 | 09/16/02 | $470.00 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $445.00 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $465.00 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $400.00 | Phay | RON | Gill |
| 03485151 | 09/16/02 | $2,320.00 | Phay | RON | Gill |
| 03485151 | 09/16/02 | $140.00 | Phay | RON | Gill |
| 03485151 | 09/16/02 | $2,040.00 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $575.00 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $140.00 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $300.00 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $365.00 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $105.00 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $405.00 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $470.00 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $470.00 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $175.00 | Soeun | Susie | Culliney |

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03479384 | 09/17/02 | $525.00 | Meach | Melinda | McConnell |
| 03486571 | 09/18/02 | $235.00 | Uy | Sovanna | McConnell |
| 03486571 | 09/18/02 | $1,768.00 | Uy | Lath | McConnell |
| 03486571 | 09/18/02 | $2,030.00 | Uy | Sovanna | McConnell |
| 03486571 | 09/18/02 | $235.00 | Uy | Sovanna | McConnell |
| 03486571 | 09/18/02 | $185.00 | Uy | Sovanna | McConnell |
| 03485991 | 10/02/02 | $325.00 | Sok | Pheakley | McConnell |
| 03485991 | 10/02/02 | $260.00 | Sok | Pheakley | McConnell |
| 03485991 | 10/02/02 | $465.00 | Chan | Ly | McConnell |
| 03485991 | 10/02/02 | $280.00 | Chan | Ly | McConnell |
| 03485991 | 10/02/02 | $210.00 | Sok | Pheakley | McConnell |
| 03485991 | 10/02/02 | $2,615.00 | Chan | Ly | McConnell |
| 03485991 | 10/02/02 | $1,920.00 | Sok | Pheakley | McConnell |
| 03485991 | 10/02/02 | $190.00 | Chan | Ly | McConnell |
| 03485991 | 10/02/02 | $260.00 | Sok | Pheakley | McConnell |
| 03485991 | 10/02/02 | $300.00 | Chan | Ly | McConnell |
| 03485991 | 10/02/02 | $495.00 | Sok | Pheakley | McConnell |
| 03485991 | 10/02/02 | $460.00 | Sok | Pheakley | McConnell |
| 03485991 | 10/02/02 | $420.00 | Sok | Pheakley | McConnell |
| 03449560 | 10/05/02 | $815.00 | Samith | Morn | McConnell |
| 03449560 | 10/05/02 | $1,615.00 | Samith | Morn | McConnell |
| 03449560 | 10/05/02 | $1,400.00 | Samith | Morn | McConnell |
| 03449560 | 10/05/02 | $530.00 | Samith | Morn | McConnell |
| 03486642 | 10/16/02 | $440.00 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $440.00 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $2,270.00 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $115.00 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $415.00 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $600.00 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $420.00 | Tith | Den | Culliney/McConnell |
| 03486647 | 10/16/02 | $2,200.00 | Lam | Vich | Culliney |
| 03486647 | 10/16/02 | $720.00 | Lam | Vich | Culliney |
| 03486647 | 10/16/02 | $370.00 | Lam | Vich | Culliney |
| 03486647 | 10/16/02 | $250.00 | Lam | Vich | Culliney |
| 03486795 | 10/19/02 | $470.00 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $440.00 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $375.00 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $2,770.00 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $365.00 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $175.00 | Yonn | Savonn | Portillo |
| 03487016 | 10/23/02 | $465.00 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $1,535.00 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $510.00 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $1,490.00 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $895.00 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $710.00 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $1,885.00 | Phanthavong | Diane | Culliney |

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03487016 | 10/23/02 | $1,300.00 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $645.00 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $645.00 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $645.00 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $305.00 | Jiraud | Christa | Culliney |
| 03487193 | 10/26/02 | $2,040.00 | Uy | Sophannee | Portillo |
| 03487193 | 10/26/02 | $420.00 | Uy | Sophannee | Portillo |
| 03487193 | 10/26/02 | $365.00 | Sam | Sakun | Portillo |
| 03487193 | 10/26/02 | $1,526.00 | Sam | Sakun | Portillo |
| 03487193 | 10/26/02 | $365.00 | Sam | Sakun | Portillo |
| 03480962 | 11/18/02 | $2,345.00 | Theng | Chea | McConnell |
| 03480962 | 11/18/02 | $2,255.00 | Theng | Chea | McConnell |
| 03481235 | 11/27/02 | $1,910.00 | Kong | Sally | Taylor |
| 03481235 | 11/27/02 | $295.00 | Kong | Sally | Taylor |
| 03481722 | 12/12/02 | $480.00 | Him | Saron | Culliney |
| 03481722 | 12/12/02 | $210.00 | Him | Saron | Culliney |
| 03481722 | 12/12/02 | $1,830.00 | Him | Saron | Culliney |
| 03481722 | 12/12/02 | $175.00 | Him | Saron | Culliney |
| 03481654 | 12/13/02 | $505.00 | Ngeth | Mao | McConnell |
| 03481654 | 12/13/02 | $585.00 | Hem | Nhoeun | McConnell |
| 03481654 | 12/13/02 | $465.00 | Hem | Nhoeun | McConnell |
| 03481654 | 12/13/02 | $2,115.00 | Ngeth | Mao | McConnell |
| 03481654 | 12/13/02 | $510.00 | Hem | Nhoeun | McConnell |
| 03481654 | 12/13/02 | $465.00 | Ngeth | Mao | McConnell |
| 03481654 | 12/13/02 | $255.00 | Ngeth | Mao | McConnell |
| 03490345 | 12/26/02 | $495.00 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $575.00 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $465.00 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $465.00 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $210.00 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $2,315.00 | Mao | Rithy | Culliney |
| 03482803 | 01/21/03 | $2,155.00 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $645.00 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $2,160.00 | Veuk | Sareth | McConnell |
| 03482803 | 01/21/03 | $550.00 | Veuk | Sareth | McConnell |
| 03482803 | 01/21/03 | $440.00 | Veuk | Sareth | McConnell |
| 03482803 | 01/21/03 | $310.00 | Veuk | Sareth | McConnell |
| 03482803 | 01/21/03 | $370.00 | Veuk | Sareth | McConnell |
| 03482803 | 01/21/03 | $530.00 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $460.00 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $355.00 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $630.00 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $640.00 | Veuk | Sareth | McConnell |
| 03482803 | 01/21/03 | $520.00 | Veuk | Sareth | McConnell |
| 03482803 | 01/21/03 | $328.00 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $315.00 | Veuk | Sareth | McConnell |

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03482803 | 01/21/03 | $175.00 | Veuk | Sareth | McConnell |
| 03482803 | 01/21/03 | $630.00 | Veuk | Thavere | Klug |
| 03483246 | 02/07/03 | $390.00 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $630.00 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $490.00 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $457.00 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $1,699.00 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $534.00 | Sims | Phath | Culliney/McConnell |
| 03483838 | 02/14/03 | $2,000.00 | Phlong | Sokean | McConnell |
| 03483838 | 02/14/03 | $1,795.00 | Oeur | Brando | McConnell |
| 03483838 | 02/14/03 | $102.00 | Phlong | Sokean | McConnell |
| 03483838 | 02/14/03 | $1,465.00 | Phlong | Sokean | McConnell |
| 03483838 | 02/14/03 | $1,083.00 | Oeur | Brando | McConnell |
| 03500338 | 03/24/03 | $550.00 | Rom | Jimmy | Culliney |
| 03500338 | 03/24/03 | $400.00 | Liv | Kong | McConnell |
| 03500338 | 03/24/03 | $210.00 | Rom | Jimmy | Culliney |
| 03500338 | 03/24/03 | $328.00 | Liv | Kong | McConnell |
| 03500338 | 03/24/03 | $1,993.00 | Liv | Kong | McConnell |
| 03500338 | 03/24/03 | $350.00 | Liv | Kong | McConnell |
| 03500338 | 03/24/03 | $328.00 | Liv | Kong | McConnell |
| 03500338 | 03/24/03 | $1,705.00 | Rom | Jimmy | Culliney |
| 03500338 | 03/24/03 | $1,705.00 | Rom | Jimmy | Culliney |
| 03500338 | 03/24/03 | $1,740.00 | Rom | John | Culliney |
| 03500338 | 03/24/03 | $320.00 | Rom | John | Culliney |
| 03500338 | 03/24/03 | $1,740.00 | Rom | John | Culliney |
| 03500338 | 03/24/03 | $320.00 | Rom | John | Culliney |
| 03500623 | 03/28/03 | $1,428.00 | Phal | Channak | Culliney |
| 03500623 | 03/28/03 | $24.00 | Phal | Channak | Culliney |
| 03500623 | 03/28/03 | $24.00 | Phal | Channak | Culliney |
| 03491088 | 04/15/03 | $770.00 | Uy | Sophannee | Portillo |
| 03491823 | 05/23/03 | $1,362.00 | Rom | John | Culliney |
| 03504357 | 06/03/03 | $1,635.00 | Sem | Sokhan | McConnell |
| 03504357 | 06/03/03 | $1,553.00 | Sem | Chantha | Culliney |
| 03504357 | 06/03/03 | $2,000.00 | Sem | Sakhoeui | Culliney |
| 03504357 | 06/03/03 | $460.00 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $2,060.00 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $575.00 | Dam | Channar | McConnell |
| 03504357 | 06/03/03 | $1,860.00 | Dam | Channar | McConnell |
| 03504357 | 06/03/03 | $371.00 | Sem | Sokhon | Culliney |
| 03504357 | 06/03/03 | $317.00 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $384.00 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $371.00 | Sem | Sokhon | Culliney |
| 03504357 | 06/03/03 | $391.00 | Dam | Channar | McConnell |
| 03504357 | 06/03/03 | $140.00 | Dam | Channar | McConnell |
| 03504357 | 06/03/03 | $430.00 | Sem | Sokhom | McConnell |
| 03504357 | 06/03/03 | $317.00 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $177.00 | Sem | Sokhon | McConnell |

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03504357 | 06/03/03 | $442.00 | Sem | Sokhom | McConnell |
| 03504357 | 06/03/03 | $280.00 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $282.00 | Dam | Channar | McConnell |
| 03504357 | 06/03/03 | $70.00 | Sem | Sokhom | McConnell |
| 03504357 | 06/03/03 | $1,880.00 | Sem | Sakhoeui | Culliney |
| 03504357 | 06/03/03 | $2,447.00 | Sem | Chantha | Culliney |
| 03504357 | 06/03/03 | $1,540.00 | Sem | Sokhan | Culliney |
| 03504357 | 06/03/03 | $214.00 | Sem | Sakhoeui | Culliney |
| 03504357 | 06/03/03 | $210.00 | Dam | Channar | McConnell |
| 03504357 | 06/03/03 | $107.00 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $802.00 | Dam | Channar | McConnell |
| 03504357 | 06/03/03 | $671.00 | Toch | Reath | Culliney |
| 03504615 | 06/07/03 | $1,140.00 | Kmsan | Mom | McConnell |
| 03504615 | 06/07/03 | $605.00 | Chea | Vannak | McConnell |
| 03504615 | 06/07/03 | $284.00 | Chea | Vannak | McConnell |
| 03504615 | 06/07/03 | $544.00 | Chea | Vannak | McConnell |
| 03504615 | 06/07/03 | $252.00 | Chea | Vannak | McConnell |
| 03504615 | 06/07/03 | $177.00 | Chea | Vannak | McConnell |
| 03504615 | 06/07/03 | $1,932.00 | Chea | Vannak | McConnell |
| 03504615 | 06/07/03 | $420.00 | Chea | Vannak | McConnell |
| 03506013 | 06/12/03 | $2,520.00 | Eang | Sokunth | Culliney |
| 03505976 | 06/28/03 | $1,434.00 | Keo | Kothatom | McConnell |
| 03505976 | 06/28/03 | $1,900.00 | Phanthanousinh | Vantp | Culliney |
| 03506712 | 07/11/03 | $2,000.00 | Rom | John | Culliney |
| 03506712 | 07/11/03 | $1,870.00 | Liv | Kong | McConnell |
| 03506712 | 07/11/03 | $130.00 | Liv | Kong | McConnell |
| 03506712 | 07/11/03 | $349.00 | Liv | Kong | McConnell |
| 03506712 | 07/11/03 | $901.00 | Rom | John | Culliney |
| 03510448 | 07/26/03 | $441.00 | Sambath | Kim | McConnell |
| 03510448 | 07/26/03 | $321.00 | Eang | Sophannar | McConnell |
| 03510448 | 07/26/03 | $107.00 | Eang | Sophannar | McConnell |
| 03510448 | 07/26/03 | $247.00 | Sok | Samnang | Culliney |
| 03510448 | 07/26/03 | $105.00 | Sok | Samnang | Culliney |
| 03510448 | 07/26/03 | $2,961.00 | Sambath | Kim | McConnell |
| 03510448 | 07/26/03 | $225.00 | Sambath | Kim | McConnell |
| 03510448 | 07/26/03 | $105.00 | Sok | Samnang | Culliney |
| 03510448 | 07/26/03 | $2,961.00 | Sambath | Kim | McConnell |
| 03510448 | 07/26/03 | $225.00 | Sambath | Kim | McConnell |
| 03508820 | 08/12/03 | $610.00 | Mam | Katherine | McConnell |
| 03508820 | 08/12/03 | $1,478.00 | Nuth | Kim | McConnell |
| 03508820 | 08/12/03 | $846.00 | Nuth | Linda | McConnell |
| 03508820 | 08/12/03 | $1,080.00 | Mam | Katherine | McConnell |
| 03511086 | 09/18/03 | $277.00 | Samith | Morin | McConnell |
| 03511086 | 09/18/03 | $277.00 | Samith | Morin | McConnell |
| 03511086 | 09/18/03 | $531.00 | Samith | Morin | McConnell |
| 03511086 | 09/18/03 | $1,557.00 | Samith | Morin | McConnell |
| 03511086 | 09/18/03 | $415.00 | Samith | Morin | McConnell |

| Claim Number | DOL | Amt Pd | Last | First | Chiropractor |
|---|---|---|---|---|---|
| 03511086 | 09/18/03 | $887.00 | Samith | Morin | McConnell |
| 03511086 | 09/18/03 | $1,674.00 | Suon | Thea | McConnell |
| 03511086 | 09/18/03 | $2,830.00 | Suon | Thea | McConnell |
| 03513997 | 10/27/03 | $862.00 | Peov | Kan | McConnell |
| 03513997 | 10/27/03 | $2,287.00 | Rath | Chareth | Unknown |
| 03513997 | 10/27/03 | $862.00 | Rath | Kristina | McConnell |
| 03513997 | 10/27/03 | $2,302.00 | Phan | Saleen | McConnell |
| 03513997 | 10/27/03 | $867.00 | Khiaosoth | Vong | McConnell |
| 03514331 | 11/07/03 | $1,490.00 | Phim | Chhat | McConnell |
| 03493502 | 12/08/03 | $2,000.00 | Melo | Diane | Culliney |
| 03493502 | 12/08/03 | $837.00 | Melo | Diane | Culliney |
| 03530556 | 12/10/03 | $1,016.00 | Truong | Ken | Klug |
| 03530556 | 12/10/03 | $1,123.00 | Truong | Ken | Klug |
| 03530556 | 12/10/03 | $297.00 | Truong | Ken | Klug |
| 03532353 | 01/02/04 | $478.00 | Song | Pat | Blake/Klug |
| 03532767 | 01/10/04 | $1,740.00 | Delavalle | Robert | McConnell |
| 03532767 | 01/10/04 | $2,525.00 | Molina | Demetri | McConnell |
| 03532767 | 01/10/04 | $2,385.00 | Carrasquillo | Alma | McConnell |
| 03532767 | 01/10/04 | $1,740.00 | Delavalle | Robert | McConnell |
| 03533438 | 01/19/04 | $1,310.00 | Inthabane | Michael | Klug |
| 03536789 | 03/16/04 | $665.00 | Vong | Savy | Klug |
| 03536789 | 03/16/04 | $1,057.00 | Vong | Savy | Klug |
| 03536789 | 03/16/04 | $278.00 | Vong | Savy | Klug |
| 03540127 | 05/14/04 | $989.00 | Sok | Sam | McConnell/Blake |
| 03540127 | 05/14/04 | $309.00 | Sok | Sam | McConnell/Blake |

2.      Documents created by Encompass' Special Investigative Unit or other outside investigatory vendors and/or agencies related to the investigation of the claims pled with particularity in Encompass' Second Amended Complaint. Encompass objects to the production of certain of these documents based upon the exception for materials produced in anticipation of litigation, the work-product doctrine, and attorney-client privilege.

3.      Documents between Encompass and its legal counsel. Encompass objects to the production of certain of these documents based on the attorney-client privilege, work-product doctrine and the exception for materials produced in anticipation of litigation.

4.      Documents between Encompass and law enforcement entities, and/or regulatory organizations.  Encompass objects to the production of certain of these documents based on the attorney-client privilege, work-product doctrine and the exception for materials produced in anticipation of litigation.

5.      To the extent that the above-described documents have not been disclosed in the pleadings and other documents filed with the Court or served on the parties to date, any such documents may be made available at the offices of Smith & Brink, P.C., 122 Quincy Shore Drive, Quincy, Massachusetts, in accordance with applicable discovery rules at a date and time mutually convenient to the parties and their counsel.

C.      **Calculation of Damages: Rule 26(a)(1)(C)**

Encompass' damages at this early stage in litigation are not ascertainable with absolute precision.  Encompass' damages resulted from payment on false and fraudulent medical bills and payment of artificially inflated tort settlements and verdicts resulting from the defendants' alleged involvement in a claimant's medical treatment, as follows:

(1)     the deprivation of Encompass' ability to conduct its insurance businesses on the basis of true, accurate, and complete assessments of legitimate, compensable claims;

(2)     the loss of funds paid for false and fraudulent (whether wholly fictitious or grossly inflated) bills for services, which funds, in part, enabled the defendants to continue secretly its pattern of illegal activities and enhance its ability to harm further Encompass' business by and through the operation of the fraudulent enterprise;

(3)    settlement payments to claimants in third-party, bodily-injury claims and first-party, uninsured motorist claims (to the extent such payments were caused by defendants' fraudulent medical documentation and billing);

(4)    payments on judgments in third-party cases where plaintiffs were obligated to pay bodily-injury tort awards (or uninsured motorist awards) that were artificially and falsely inflated (or based entirely upon) defendants' false medical documentation;

(5)    the expenses incurred to review, adjust, investigate, litigate and pay the false and fraudulent claims created by the defendants and supported defendants' operation of enterprises through a pattern of illegal activity;

(6)    the past and continuing financial burden incurred by Encompass to establish and carry out systems and policies to detect false, fraudulent, and inflated claims;

(7)    payments in connection with first-party claims in the amount of $625,386.00; and

(8)    Encompass has identified other files generated by defendants which appear to bear the same pattern of false medical documentation. Encompass reserves its right to supplement its demand in connection with any such after-determined first and third party payment fraud as warranted under the Rules or allowed by leave of Court.

Encompass continues to accrue damages which include fees and costs associated with the discovery, investigation and necessary legal action taken in connection with the

insurance fraud scheme detailed in Encompass' Complaint.  Accordingly, Encompass

reserves its right to supplemental this response.

        **D.**      **Disclosure of Insurance Agreements:  Rule 26(a)(1)(D)**

Encompass is not aware of any insurance agreement(s) that may be or may become

available to any and/or all defendants indemnifying them against judgment entered in this

matter.  By its Second Amended Complaint, Encompass alleges that all of the conduct

engaged in by the defendants was intentional.     \

        **E**.      **Disclosure of Expert Testimony: Rule 26(a)(2)**

Michael Frustaci, D.C. will testify regarding the fraudulent medical billing pattern

contained within the First Spine records and invoices generated by the defendants in

connection with alleged treatment of Encompass claimants.

Encompass reserves the right to supplement this disclosure regarding expert

testimony as permitted by rule, this Court's Scheduling Order date January 11, 2007,

and/or pursuant to allowance or order of the court.

Encompass respectfully reserves the right to supplement this response as

permissible under applicable law.

**III.**    **SUPPLEMENTATION**

Encompass respectfully and specifically reserves its right to supplement each

section of this Rule 26 Disclosure with further disclosure as additional investigation and

circumstances merit and as any applicable rules or court orders require.

Respectfully Submitted
Encompass Insurance Company
By their Attorneys,

/s/ Richard D. King, Jr.
/s/ Nathan A. Tilden
_____
Richard D. King, Jr.
Nathan A. Tilden
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA  02171
Telephone  (617) 770-2214