UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, </br></br> Plaintiff/Counterclaim Defendant, </br></br> v. </br></br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C., and JENNIFER MCCONNELL, D.C., </br></br> Defendants/Counterclaim Plaintiffs. | CIVIL ACTION NO. 05-11693 RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Kevin J. Lesinski, Esq., Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02210, in the above-referenced matter on behalf of Plaintiff/Counterclaim Defendant Encompass Insurance Company of Massachusetts.

BO1 15830203.1

Respectfully submitted,
ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETTS
By its Attorney(s),


/s/ Kevin J. Lesinski
Kevin J. Lesinski (BBO # 554140)
Jay B Kesten (BBO # 655634)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801


DATED: February 20, 2007

BO1 15830203.1