UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>    Plaintiff/Defendant-in-Counterclaim,<br><br>v.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER MCCONNELL, D.C.,<br><br>    Defendants. | Case No. 05-11693 RCL |

## REQUEST FOR HEARING

Now come the defendants Brian J. Culliney and Jennifer McConnell (together, "Defendants") and respectfully request that this Honorable Court hear Defendants' Emergency Motion for Protective Order on Friday, March 16, 2007 at 3:00 p.m. following the scheduled hearing on counsel's Emergency Motion to Withdraw.

                                                        Respectfully submitted,

                                                        BRIAN J. CULLINEY and
                                                        JENNIFER MCCONNELL

                                                        By their attorney,

                                                        /s/ Thomas M. Ciampa

                                                        Thomas M. Ciampa (BBO# 566898)
                                                        Ciampa & Associates
                                                        20 Park Plaza, Suite 804
                                                        Boston, MA 02116
                                                        (617) 742-5955

Dated: March 5, 2007

## **CERTIFICATE OF SERVICE**

      I, Thomas M. Ciampa, hereby certify that on this 5th day of March, 2007, the attached Request for Hearing was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            ___/s/ Thomas M. Ciampa____