COUNSELLORS AT LAW

# CIAMPA & ASSOCIATES

20 PARK PLAZA, SUITE 804, BOSTON, MA 02116
PHONE (617) 742-5955  FAX (617) 423-4855

March 16, 2007

The Honorable Judith G. Dein
United States Federal Court
 District of Massachusetts
1 Courthouse Way
Boston, MA 02210

> Re:  Encompass Ins. Co. of Mass. v. Giampa, et al.
>      U.S. District Court Civil Action No. 05-11693 RCL

Dear Judge Dein:

This letter will confirm that the issues underlying this office's Emergency Motion to Withdraw, Emergency Motion for Protective Order, and Request for Hearing (Docket Entries 98, 99, and 100, respectively) have all been resolved voluntarily, and without the need for Court intervention.  As a result, the above-referenced motions and request are hereby withdrawn.

Thank you.

Sincerely,

 /s/ Thomas M. Ciampa

Thomas M. Ciampa

**Certificate of Service**

I, Thomas M. Ciampa, hereby certify that on this 16th day of March, 2007, this letter was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

___/s/ Thomas M. Ciampa_____