UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, | ) ) ) ) | |
| Plaintiff/Defendant-in-Counterclaim, | ) ) ) | |
| v. | ) ) ) | |
| JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER MCCONNELL, D.C., | ) ) ) ) ) ) ) ) ) | Case No. 05-11693 RCL |
| Defendants. | ) ) | |

## STIPULATION

The parties to the above-referenced matter hereby stipulate and agree that: (1) the time for Defendants to file an opposition to Plaintiff/Counterclaim Defendant's Omnibus Motion to Dismiss Defendants/Counterclaim Plaintiffs' Counterclaims ("Defendants' Opposition") is extended up to and including Friday, March 30, 2007, and (2) Defendants shall not oppose any motion filed by Plaintiff/Counterclaim Defendant seeking leave to reply to Defendants' Opposition.

Respectfully Submitted
*Encompass Insurance Company*
By its attorneys,

 /s/ Jay B. Kesten
_____
Kevin J. Lesinski, BBO# 554140
Jay B. Kesten, BBO# 655634
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Respectfully Submitted
*Brian Culliney and Jennifer McConnell*
By their attorney,

 /s/ Thomas M. Ciampa
_____
Thomas M. Ciampa, BBO# 566898
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 742-5955

| | |
|---|---|
| Respectfully Submitted<br>*Joseph D. Giampa, Frederick T. Giampa,*<br>*Advanced Spine Centers, Inc. d/b/a First Spine,*<br>*and Future Management Corporation*<br>By their attorneys,<br><br> /s/ Mathew J. Conroy<br>_____<br>Mathew J. Conroy, BBO# 566928<br>Katherine L. Kurtz, BBO# 658026<br>Belesi & Conroy<br>114 Waltham Street<br>Lexington, MA 02421<br>(781) 862-8060 | Respectfully Submitted<br>*Edward Kennedy*<br>By his attorneys,<br><br> /s/ Jeffrey Philips<br>_____<br>Jeffrey J. Phillips, BBO# 398480<br>Daniel Treger, BBO# 562147<br>Phillips & Angley<br>One Bowdoin Street<br>Boston, MA 02114<br>(617) 367-8787 |

Dated:  March 23, 2007

## Certificate of Service

    I hereby certify that this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to all other parties.

                      ___/s/ Thomas M. Ciampa____