## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, <br><br>     Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C., and JENNIFER MCCONNELL, D.C., <br><br>     Defendants/Counterclaim Plaintiffs, | CIVIL ACTION NO. 05-11693 RCL |

**ASSENTED-TO MOTION TO ENLARGE AND FOR LEAVE TO
FILE A REPLY MEMORANDUM IN SUPPORT OF
<u>PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS</u>**

Plaintiff/Counterclaim Defendant Encompass Insurance Company of Massachusetts ("Encompass") hereby requests a continuation of the Motion to Dismiss (the "Motion") hearing presently scheduled for Monday, April 9, 2007.  In support of this application, Encompass states as follows:

(1) Encompass' lead counsel as to the Counterclaims, who will be arguing the Motion, will be in Korea on the date of the hearing and will be unable to attend; and

(2) pursuant to Local Rule 7.1(B)(3), Encompass seeks leave to file a reply memorandum in support of its Motion to Dismiss.  A reply is necessary to address legal and factual issues arising from Defendants/Counterclaim Plaintiffs' Opposition.

Counsel for the parties have conferred and all counsel have assented to this motion.

BO1 15839709.1

WHEREFORE, Plaintiff/Counterclaim Defendant Encompass respectfully requests that its assented-to motion to enlarge and for leave to file a reply be granted.

Dated: April 6, 2007

Respectfully submitted,

ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS

By its Attorneys,

/s/ Jay B Kesten
Kevin J. Lesinski (BBO # 554140)
Jay B Kesten (BBO # 655634)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

**CERTIFICATE OF SERVICE**

I, Jay B Kesten, hereby certify that on this 6th day of April, 2007, this **Motion to Enlarge and For Leave to File a Reply Memorandum in Support of Plaintiff/Counterclaim Defendant's Motion to Dismiss** was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

_____/s/ Jay B Kesten___
Jay B Kesten

BO1 15839709.1