UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with counsel for the defendants and attempted in good faith to resolve or narrow the issues addressed in Motion to Compel Deposition of Lisette Sierra.

    Respectfully submitted,
    *Encompass Insurance Company,*
    By its attorneys,

    /s/ Richard D. King, Jr.
    _____
    Richard D. King, Jr., BBO#638142
    Nathan A. Tilden, BBO#647076
    Michael W. Whitcher, BBO#663451
    SMITH & BRINK, P.C.
    122 Quincy Shore Drive
    Quincy, Massachusetts 02171
    (617) 770-2214

Dated: April 6, 2007

**Certificate of Service**

    I, Richard D. King, Jr., hereby certify that on this 6th day of April, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                    ____/s/ Richard D. King, Jr._____