UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

NOW COMES the plaintiff, Encompass Insurance Company of Massachusetts (hereinafter "Encompass"), pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1 and respectfully requests that this Honorable Court enter an Order COMPELLING defendant, Edward Kennedy (hereinafter "Kennedy"), to provide complete responses to Encompass' Request for Production of Documents. Encompass hereby submits the within memorandum of law in support of the instant motion.

WHEREFORE, for all the reasons that follow, plaintiff, Encompass Insurance Company, respectfully requests that this Honorable Court enter an Order **COMPELLING** defendant, Edward Kennedy, to provide complete and accurate responses to Encompass' Request for Production of Documents.

                                                            Respectfully submitted,
                                                            *Encompass Insurance Company,*
                                                            By its attorneys,

                                                            /s/ Nathan A. Tilden

                                                            Richard D. King, Jr., BBO#638142
                                                            Nathan A. Tilden, BBO#647076
                                                            Michael W. Whitcher, BBO#663451
                                                            SMITH & BRINK, P.C.
                                                            122 Quincy Shore Drive
                                                            Quincy, Massachusetts 02171
Dated: April 6, 2007                                      (617) 770-2214

## Certificate of Service

   I, Nathan A. Tilden, hereby certify that on this 6th day of April, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                 ____/s/ Nathan A. Tilden____