UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>　　　　Defendants. | Civil Action No. 1:05-cv-11693-RCL |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for defendant, Edward Kennedy, and attempted in good faith to resolve or narrow the issues addressed in plaintiff's Motion to Compel Production of Documents.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　*Encompass Insurance Company,*
　　　　　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　　　　　/s/ Nathan A. Tilden

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Richard D. King, Jr. (BBO # 638142)
　　　　　　　　　　　　　　　　　　　　Nathan A. Tilden (BBO # 647076)
　　　　　　　　　　　　　　　　　　　　SMITH & BRINK, P.C.
　　　　　　　　　　　　　　　　　　　　122 Quincy Shore Drive
　　　　　　　　　　　　　　　　　　　　Quincy, MA 02171
Dated: April 6, 2007　　　　　　　　　　Tel: (617) 770-2214

## Certificate of Service

    I, Nathan A. Tilden, hereby certify that on this 6th day of April, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                  ____/s/ Nathan A. Tilden_____