UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, | ) ) ) |
| Plaintiff | ) |
| V. | ) ) |
| JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER MCCONNELL, D.C., | ) CASE NO. 05-11693 RCL ) ) ) ) ) ) ) |
| Defendants | ) |

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

This is to certify that on or about April 9, 2007, I conferred with all counsel regarding this firm's motion to withdraw. While there is no opposition to this motion, Local Rules require the undersigned to move to withdraw where, as here, motions are pending.

Signed under the pains and penalties of perjury this 9th day of April, 2007.

//Daniel Treger//
Daniel Treger, Esq.
B.B.O. #562147
Phillips & Angley
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
Tel No.: (617) 367-8787

1

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, April 9 2007.

                              *//Daniel Treger//*

L:\futm017\withdraw7.1.wpd

Case 1:05-cv-11693-RCL    Document 116    Filed 04/09/2007    Page 5 of 5