UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>    Defendants. | Civil Action No. 1:05-cv-11693-RCL |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with Tracy Kennedy's (Lawrence E. Desilets) counsel and attempted in good faith to resolve or narrow the issues addressed in plaintiff's Motion to Compel Testimony of Tracy Kennedy.

                                       Respectfully Submitted,
                                       *Encompass Insurance Company,*
                                       By its Attorneys,

                                       /s/ Nathan A. Tilden
                                       _____
                                       Richard D. King, Jr. (BBO # 638142)
                                       Nathan A. Tilden (BBO # 647076)
                                       SMITH & BRINK, P.C.
                                       122 Quincy Shore Drive
                                       Quincy, MA  02171
Dated: April 11, 2007                     Tel:  (617) 770-2214

**Certificate of Service**

    I, Nathan A. Tilden, hereby certify that on this 11th day of April, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        ____/s/ Nathan A. Tilden_____