UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have attempted, in good faith, to confer with Stephanie Vinas' counsel (Patrick Shanley) to resolve or narrow the issues addressed in Stephanie Vinas' Motion to Quash Third-Party Subpoena (and plaintiff's opposition thereto) and Encompass' Motion to Compel Deposition. Unfortunately, Attorney Shanley was unwilling to confer with counsel on these matters.

Respectfully Submitted,
*Encompass Insurance Company,*
By its Attorneys,

/s/ Richard D. King, Jr.
_____
Richard D. King, Jr. (BBO # 638142)
Nathan A. Tilden (BBO # 647076)
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel: (617) 770-2214

Dated: April 12, 2007

## Certificate of Service

 I, Richard D. King, Jr., hereby certify that on this 12th day of April, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

             ____/s/ Richard D. King, Jr._____