UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Encompass Insurance Company of Massachusetts, | ) ) ) ) |
| v. | ) ) ) |
| Joseph D. Giampa, et al. | ) |

Case No. 05-11693-RCL

### APPLICATION OF ROSANNA FOX, ESQ. TO APPEAR AS COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that the undersigned applicant hereby applies for permission to appear as counsel *pro hac vice* in this matter.

### APPLICATION

Rosanna Fox certifies:

1. I reside at 12 Eldorado Circle, Nashua, NH and maintain my office at the Law Offices of Patrick Shanley, P.C., 255 High Street, Lowell, MA.

2. I have been admitted to practice before the New Hampshire Superior Court and the United States District Court, District of New Hampshire, since October 31, 2006. I am a member in good standing in these courts and am not currently suspended or disbarred in any court.

I request permission of the Court to appear as counsel pro hac vice in this matter in association with the attorney of record who is Patrick Shanley, Esquire, Law Offices of Patrick Shanley, P.C., Lowell, MA 01852, (978) 454-3322. An appearance pro hac vice is attached for entry in this matter should the Court grant this request.

I certify under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Signed under the pains and penalties of perjury this 16th day of April, 2007.

*Rosanna Fox*
Rosanna Fox

ESSEX, ss:

On this 16th day of April, 2007, before me, the undersigned notary public, personally appeared Rosanna Fox, proved to me through satisfactory evidence of identification which were her New Hampshire bar card and driver's license, to be the person whose name is signed on the preceding document in my presence.

_____
Notary Public

Date: April 16th, 2007

> LEAH SHANLEY
> Notary Public
> My Commission Expires
> August 30, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Encompass Insurance Company of Massachusetts, | )<br>)   Case No. 05-11693-RCL<br>) |
| v. | )<br>) |
| Joseph D. Giampa, et al. | )<br>) |

**APPEARANCE *PRO HAC VICE*** 

Please find my appearance *pro hac vice* as counsel for Non-Party, Stephanie Vinas, in this matter, Docket No. 05-11693-RCL.

                                            Stephanie Vinas,
                                            By her Attorney

                                            /s/ Rosanna Fox
                                            Rosanna Fox
                                            Law Office of Patrick Shanley, P.C.
                                            255 High Street
                                            Lowell, MA 01852
                                            (978) 454-3322

Dated: April 16th, 2007