UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE ) <br> COMPANY OF MASSACHUSETTS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSEPH D. GIAMPA, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 05-11693-RCL |

## SCHEDULING ORDER

Following a scheduling conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties will agree to the number of depositions to be taken and the number of written discovery requests to be served. However, this ruling is without prejudice to any party moving for a protective order.

2. The time to respond to the "Plaintiff's Motion to Compel Production of Documents" (Docket No. 112) shall be extended to **May 7, 2007**. The parties shall inform the court if they are able to resolve the motion.

3. The plaintiff shall file with the court a notice confirming that third-party Lisette Sierra has been served with the "Motion to Compel Deposition of Lisette Sierra" (Docket No. 109) and accompanying memorandum of law.

4. The next status conference shall take place on **October 1, 2007 at 2:30 p.m.** in Courtroom #15 on the 5th floor. The conference previously set for November 1,

2007 is cancelled. At the conference on October 1, the parties shall be prepared to discuss:

    (a)    the status of the case;
    (b)    scheduling for the remainder of the case through trial;
    (c)    the use of alternative dispute resolution ("ADR") programs; and
    (d)    consent to trial before the Magistrate Judge.

    5.    The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 4 above. With respect to the use of ADR and having the matter tried by a Magistrate Judge, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

                  / s / Judith Gail Dein
                    Judith Gail Dein
                    United States Magistrate Judge

Dated: April 23, 2007