### CERTIFICATE OF SERVICE

    I, Nathan A. Tilden, attorney for the Plaintiff, Encompass Insurance Company, hereby certify that on this 24th day of April, 2007, I caused a copy of the foregoing document to be served upon Lisette Sierra, via first class mail and certified mail, return receipt requested, postage pre-paid:

    Lisette Sierra
    78 Belden Street, Apt. #2
    Dorchester, MA 02125

- Motion to Compel Deposition of Lisette Sierra; and
- Memorandum of Law in Support of Motion to Compel Deposition of Lisette Sierra.

    /s/ Nathan A. Tilden
    _____
    Nathan A. Tilden