UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for defendants, Joseph D. Giampa, Advanced Spine Centers, d/b/a First Spine Rehab, Future Management Corporation, Edward Kennedy, Brian J. Culliney, and Jennifer McConnell, and attempted in good faith to resolve or narrow the issues addressed in plaintiff's Motion to Compel Production of Documents.

Respectfully Submitted,
*Encompass Insurance Company,*
By its Attorneys,

/s/ Nathan A. Tilden
_____
Richard D. King, Jr. (BBO # 638142)
Nathan A. Tilden (BBO # 647076)
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, MA  02171
Tel:  (617) 770-2214

Dated: April 25, 2007

**Certificate of Service**

    I, Nathan A. Tilden, hereby certify that on this 25th day of April, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                               ____/s/ Nathan A. Tilden_____