UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Encompass Insurance Company of   )
Massachusetts,                   )    Case No. 05-11693-RCL
                                 )
v.                               )
                                 )
Joseph D. Giampa, et al.         )
```

FILED
IN CLERKS OFFICE

2007 MAY -1  A 11: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

## WITHDRAWAL OF ROSANNA FOX, ESQ.
## AS COUNSEL *PRO HAC VICE*

Kindly file the withdrawal of my Appearance as counsel *pro hac vice* for non-party,

Stephanie Vinas, in Case No. 05-11693-RCL.

                                          Stephanie Vinas,
                                          By her Attorney

                                          */s/ Rosanna Fox*
                                          Rosanna Fox
                                          Law Office of Patrick Shanley, P.C.
                                          255 High Street
                                          Lowell, MA  01852
                                          (978) 454-3322

Dated:  April 27th, 2007