UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE ) <br> COMPANY OF MASSACHUSETTS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSEPH D. GIAMPA, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 05-11693-RCL |

## ORDER ON PLAINTIFF'S MOTIONS TO COMPEL

Currently pending before the court are the following motions to compel that have been filed by the plaintiff: (1) "Motion to Compel Deposition of Lisette Sierra" (Docket No. 109); (2) "Plaintiff's Motion to Compel Production of Documents" (Docket No. 112); (3) "Plaintiff's Motion to Compel Testimony of Tracy Kennedy" (Docket No. 117); and (4) "Plaintiff's Motion to Compel Production of Documents" (Docket No. 126). As agreed by the parties at a hearing before this court on May 7, 2007, it is hereby ORDERED that by **May 28, 2007**, the plaintiff shall file a report with the court stating whether it intends to pursue any of the motions to compel or whether any such motions are being withdrawn.

|  |  |
|---|---|
|  | / s / Judith Gail Dein |
|  | Judith Gail Dein |
| DATED: May 8, 2007 | United States Magistrate Judge |