UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>    Defendants. | Civil Action No. 1:05-cv-11693-RCL |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I have conferred with counsel of record, as well as, Attorney Francis A. Gaimari, attorney of record in related pending litigation, Safety Insurance Company v. Joseph D. Giampa, et al, Middlesex Superior Court, C.A. No. 2007-00679, and attempted in good faith to resolve or narrow the issues addressed in Motion to Compel Deposition of Rebecca Morales.

                                        Respectfully submitted,
                                        *Encompass Insurance Company,*
                                        By its attorneys,

                                        /s/ Nathan A. Tilden
                                        _____
                                        Richard D. King, Jr., BBO#638142
                                        Nathan A. Tilden, BBO#647076
                                        Michael W. Whitcher, BBO#663451
                                        SMITH & BRINK, P.C.
                                        122 Quincy Shore Drive
                                        Quincy, Massachusetts 02171
Dated: May 31, 2007                      (617) 770-2214

1

2

## Certificate of Service

I, Nathan A. Tilden, hereby certify that on this 31st day of May, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

The foregoing documents have also been sent via first-class mail, postage pre-paid direct to:

Francis A. Gaimari, Esquire
Fireman & Associates, LLP
145 Rosemary Street, Suite H-2
Needham, Massachusetts  02494

____/s/ Nathan A. Tilden_____