UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
1:05-CV-11693-RCL

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS | ) ) ) |
| v. | ) ) ) |
| JOSEPH D. GIAMPA, *et al* | ) |

### *NOTICE OF APPEARANCE FOR REBECCA MORALES*

*To the Clerk of the above-named Court:*

Please enter my appearance as counsel for Rebecca Morales, a non-party deponent, in the above-captioned matter.

By her attorney,

/s/ Francis A. Gaimari

_____
Francis A. Gaimari, Esquire
Fireman & Associates, LLP
145 Rosemary Street, Suite H-2
Needham, MA 02494
Tel: (781)559-8812
BB0# 182670
Date: 06/12/07

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                                                              Date: 06/12/07

I certify that I have this day mailed a copy of said Appearance to plaintiff's attorney:

Richard King, Esquire
Smith & Brink, PC
122 Quincy Shore Drive
Quincy, MA 02171

And to:

Matthew Conroy, Esq.
Belisi & Donovan, P.C.
1225 Franklin Ave., Suite 400
Garden City, NY 11530

Patrick B. Shanley, Esq.
1147 Main Street, Suite 212
Tewksbury, MA 01876

                                                    Signed under the pains
                                                    and penalties of perjury

                                                    /s/ Francis A. Gaimari
                                                    _____
                                                    Francis A. Gaimari