UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>　　　　Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## MOTION TO WITHDRAW DISCOVERY MOTION

NOW COMES the plaintiff, Encompass Insurance Company of Massachusetts, and respectfully requests that this Honorable Court enter an Order WITHDRAWING plaintiff's Motion to Compel the Deposition of Rebecca Morales (Docket #s 133-136). By agreement of counsel, the non-party deponent, Rebecca Morales, will appear for deposition on August 10, 2007.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　*Encompass Insurance Company,*
　　　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　　/s/ Nathan A. Tilden
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Richard D. King, Jr., BBO#638142
　　　　　　　　　　　　　　　　　　　　　　Nathan A. Tilden, BBO#647076
　　　　　　　　　　　　　　　　　　　　　　Michael W. Whitcher, BBO#663451
　　　　　　　　　　　　　　　　　　　　　　SMITH & BRINK, P.C.
　　　　　　　　　　　　　　　　　　　　　　122 Quincy Shore Drive
　　　　　　　　　　　　　　　　　　　　　　Quincy, Massachusetts 02171
Dated: June 12, 2007　　　　　　　　　　　(617) 770-2214

2

## Certificate of Service

I, Nathan A. Tilden, hereby certify that on this 12th day of June, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

The foregoing documents have also been sent via electronic mail direct to:

Francis A. Gaimari, Esquire
Fireman & Associates, LLP
145 Rosemary Street, Suite H-2
Needham, Massachusetts  02494


                                                                        ____/s/ Nathan A. Tilden_____