UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CIVIL ACTION NO. 05-11693-RCL |
| JOSEPH D. GIAMPA, et al., | ) ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

LISETTE SIERRA, a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoenas duly served upon her on March 1, 2007

Accordingly, MS. SIERRA is hereby ORDERED TO SHOW CAUSE why she should not be held in contempt for failure to appear at the deposition scheduled for March 16, 2007.  MS. SIERRA is ORDERED to appear in **Courtroom #15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Wednesday, July 18, 2007 at 10:00 A.M.** to respond in person to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and MS. SIERRA that MS. SIERRA has appeared at a rescheduled deposition.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on MS. SIERRA.

BY THE COURT,

/ s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED:  June 20, 2007