UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>       Plaintiff,<br><br>  vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>       Defendants. | Civil Action No.  1:05-cv-11693-RCL |

## **ORDER**

Whereas after consideration of plaintiff's Motion to Compel Answers to Interrogatories, it is hereby ORDERED and ADJUDGED:

- The defendant, Frederick T. Giampa, shall produce true and accurate responses to plaintiff's Interrogatories #s 2, 4, 6, 7, 8, 9, 10, 12, 13, 15 and 17 within twenty (20) days of this Order.

                                                                                            _____
                                                                                            United States Magistrate Judge,
                                                                                            Judith G. Dein

Dated:_____