UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>      Defendants. | Civil Action No.  1:05-cv-11693-RCL |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have attempted, in good faith, to confer with counsel for defendant, Frederick T. Giampa, to resolve and/or narrow the issues addressed in plaintiff's Motion to Compel Answers to Interrogatories.  Unfortunately, the parties were unable to resolve the issues addressed in the accompanying Motion to Compel.

                                    Respectfully Submitted,
                                    *Encompass Insurance Company,*
                                    By its Attorneys,

                                    /s/ Nathan A. Tilden
                                    _____
                                    Richard D. King, Jr. (BBO # 638142)
                                    Nathan A. Tilden (BBO # 647076)
                                    SMITH & BRINK, P.C.
                                    122 Quincy Shore Drive
                                    Quincy, MA  02171
Dated: June 25, 2007                Tel:  (617) 770-2214

**Certificate of Service**

    I, Nathan A. Tilden, hereby certify that on this 25th day of June, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              ____/s/ Nathan A. Tilden_____