UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## **PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

NOW COMES the plaintiff, Encompass Insurance Company of Massachusetts (hereinafter "Encompass"), pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1 and respectfully requests that this Honorable Court enter an Order COMPELLING defendant, Joseph D. Giampa, to provide complete responses to Encompass' First Set of Interrogatories. Encompass hereby submits the within memorandum of law in support of the instant motion.

WHEREFORE, for all the reasons that follow, plaintiff, Encompass Insurance Company, respectfully requests that this Honorable Court enter an Order **COMPELLING** defendant, Joseph D. Giampa, to provide complete and accurate responses to Encompass' First Set of Interrogatories within twenty (20) days of this Court's Order.

Respectfully submitted,
*Encompass Insurance Company*,
By its attorneys,

/s/ Nathan A. Tilden

---

Richard D. King, Jr., BBO#638142
Nathan A. Tilden, BBO#647076
Michael W. Whitcher, BBO#663451
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, Massachusetts 02171
(617) 770-2214

Dated: June 25, 2007

## Certificate of Service

I, Nathan A. Tilden, hereby certify that on this 25th day of June, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                               ____/s/ Nathan A. Tilden_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>    Defendants. | Civil Action No. 1:05-cv-11693-RCL |

**<u>ORDER</u>**

Whereas after consideration of plaintiff's Motion to Compel Answers to Interrogatories, it is hereby ORDERED and ADJUDGED:

- The defendant, Joseph D. Giampa, shall produce true and accurate responses to plaintiff's Interrogatories #s 3, 4, 6, 7, 8, 9, 12, 14, 16, and 23 within twenty (20) days of this Order.

                                                                _____
                                                                United States Magistrate Judge,
                                                                Judith G. Dein

Dated:_____