UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>　　　　　Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES

NOW COMES the plaintiff, Encompass Insurance Company of Massachusetts (hereinafter "Encompass"), pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1 and respectfully requests that this Honorable Court enter an Order COMPELLING defendant, Advanced Spine Centers, d/b/a First Spine Rehab, to provide complete responses to Encompass' First Set of Interrogatories. Encompass hereby submits the within memorandum of law in support of the instant motion.

WHEREFORE, for all the reasons that follow, plaintiff, Encompass Insurance Company, respectfully requests that this Honorable Court enter an Order **COMPELLING** defendant, Advanced Spine Centers, d/b/a First Spine Rehab, to provide complete and accurate responses to Encompass' First Set of Interrogatories within twenty (20) days of this Court's Order.

                                                         Respectfully submitted,
                                                         *Encompass Insurance Company,*
                                                         By its attorneys,

                                                         /s/ Nathan A. Tilden
                                                         _____
                                                         Richard D. King, Jr., BBO#638142
                                                         Nathan A. Tilden, BBO#647076
                                                         Michael W. Whitcher, BBO#663451
                                                         SMITH & BRINK, P.C.
                                                         122 Quincy Shore Drive
                                                         Quincy, Massachusetts 02171
Dated: June 25, 2007                             (617) 770-2214

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>           Plaintiff,<br><br>     vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>           Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## **ORDER**

Whereas after consideration of plaintiff's Motion to Compel Answers to Interrogatories, it is hereby ORDERED and ADJUDGED:

- The defendant, Advanced Spine Centers, d/b/a First Spine Rehab, shall produce a true and accurate response to plaintiff's Interrogatory # 9 within twenty (20) days of this Order.

                                                                                                _____
                                                                                                United States Magistrate Judge,
                                                                                                 Judith G. Dein

Dated:_____