UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>    Defendants. | Civil Action No. 1:05-cv-11693-RCL |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have attempted, in good faith, to confer with counsel for defendant, Advanced Spine Centers, Inc. d/b/a First Spine Rehab, to resolve and/or narrow the issues addressed in plaintiff's Motion to Compel Answers to Interrogatories. Unfortunately, the parties were unable to resolve the issues addressed in the accompanying Motion to Compel.

                                          Respectfully Submitted,
                                          *Encompass Insurance Company,*
                                          By its Attorneys,

                                          /s/ Nathan A. Tilden
                                          _____
                                          Richard D. King, Jr. (BBO # 638142)
                                          Nathan A. Tilden (BBO # 647076)
                                          SMITH & BRINK, P.C.
                                          122 Quincy Shore Drive
                                          Quincy, MA  02171
Dated: June 25, 2007                   Tel:  (617) 770-2214

**Certificate of Service**

  I, Nathan A. Tilden, hereby certify that on this 25th day of June, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                ____/s/ Nathan A. Tilden_____