UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>      Plaintiff,<br><br>  vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>      Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## MOTION TO VACATE ORDER TO SHOW CAUSE

NOW COMES the plaintiff, Encompass Insurance Company of Massachusetts (hereinafter "Encompass"), and requests that this Honorable Court enter an Order VACATING the Order to Show Cause issued on June 20, 2007 regarding Lisette Sierra (Docket #139). Ms. Sierra has expressed her intent to appear for her deposition on July 18, 2007. Encompass hereby reserves the right to request an additional Order to Show Cause and any other appropriate relief should Ms. Sierra fail to appear on the above date.

                                                Respectfully submitted,
                                                *Encompass Insurance Company,*
                                                By its attorneys,

                                                /s/ Michael W. Whitcher
                                                _____
                                                Richard D. King, Jr., BBO#638142
                                                Nathan A. Tilden, BBO#647076
                                                Michael W. Whitcher, BBO#663451
                                                SMITH & BRINK, P.C.
                                                122 Quincy Shore Drive
                                                Quincy, Massachusetts 02171
Dated: June 29, 2007                       (617) 770-2214

## Certificate of Service

    I, Michael W. Whitcher, hereby certify that on this 29th day of June, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

    This document was also served upon the following individual, via first-class mail, postage pre-paid:

Lisette Sierra
623 Arboretum Way
Canton, MA  02021

                                 ____/s/ Michael W. Whitcher_____