<div align="center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

</div>

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY and JENNIFER McCONNELL <br><br> Defendants. | CIVIL ACTION NO.: 05-11693RCL |

**Certification Pursuant to Local Rule 7.1**

I, Matthew J. Conroy do hereby certify that I have conferred in good faith with Counsel to the Plaintiff in an effort to narrow or resolve the issues raised in the accompanying Motion to Enlarge Time for filing Opposition to Plaintiff's Motion to Compel Answers to Interrogatories and have been unable to do so.

<div style="margin-left: 50%;">

The Moving Defendants,
By counsel,


/s/Matthew J. Conroy_____
Matthew J. Conroy (BBO# 566928)
BELESI & CONROY, P.C.
1225 Franklin Avenue – Suite 400
Garden City, NY 11530
(516) 248-2929

</div>

## CERTIFICATE OF SERVICE

I, Matthew J. Conroy do hereby certify that a true and accurate copy of the foregoing pleading was served upon all counsel of record by ECF and by mailing the same US Mail 1st Class postage prepaid this 9th day of July 2007.

/s/ Matthew J. Conroy_____

Matthew J. Conroy

Dated July 09, 2007