**Certificate of Service**

      I, Nathan A. Tilden, hereby certify that on this 4th day of September, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. I also caused a copy of the foregoing document to be served upon the following, via first class mail and certified mail, return receipt requested, postage pre-paid:

Tracey Kennedy
c/o Attorney Lawrence Desilets
61 Nicholas Road
Framingham, MA 01701

Tracy Kennedy
99780 North Bank Chetco River Road
Brookings, OR 97415

Tracy Kennedy
1 Lakeside Terrace
Westford, MA 01824-1276

- Plaintiff's Motion for Contempt Regarding Tracey Kennedy's Failure to Appear for Court Ordered Deposition.

                                     ____/s/ Nathan A. Tilden____