## Certificate of Service

      I, Nathan A. Tilden, hereby certify that on this 10th day of September, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. I also caused a copy of the foregoing document to be served upon the following, via first class mail, postage pre-paid:

Tracey Kennedy
c/o Attorney Lawrence Desilets
61 Nicholas Road
Framingham, MA 01701

Tracy Kennedy
99780 North Bank Chetco River Road
Brookings, OR 97415

- Motion to Withdraw Motion for Contempt Regarding Tracey Kennedy's Failure to Appear for Court Ordered Deposition and Motion for Leave to Continue Deposition Beyond Fact Discovery Deadline.

                                    ____/s/ Nathan A. Tilden____