UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>  Defendants. | Civil Action No.  1:05-cv-11693-RCL |

## PLAINTIFF'S MOTION TO COMPEL COMPLAINCE WITH SUBPOENA DUCES TECUM

NOW COMES the plaintiff, Encompass Insurance Company of Massachusetts (hereinafter "Encompass") and respectfully requests that this Honorable Court enter an Order COMPELLING compliance with the subpoenas served upon: (1) Keeper of Records, Robert T. Kennedy, Inc. d/b/a Kennedy Professional Supply; (2) Keeper of Records, First Health Products, Inc.; and (3) Keeper of Records, Advanced Health Products (the successor-in-interest to Kennedy Professional Supply and First Health Products) in connection with the instant litigation.  Encompass hereby submits the within memorandum of law in support of the instant motion.

WHEREFORE, for all the reasons that follow, plaintiff, Encompass Insurance Company, respectfully requests that this Honorable Court enter an Order **COMPELLING**: 1) Keeper of Records, Robert T. Kennedy, Inc. d/b/a Kennedy Professional Supply; (2) Keeper of Records, First Health Products, Inc.; and/or (3)

Keeper of Records, Advanced Health Products, to comply with subpoenas directed at discovering the relationship between FMC and the Kennedy Supply entities.

        Respectfully submitted,
*Encompass Insurance Company,*
By its attorneys,

/s/ Richard D. King, Jr.
_____
Richard D. King, Jr., BBO#638142
Nathan A. Tilden, BBO#647076
Michael W. Whitcher, BBO#663451
SMITH & BRINK, P.C.
122 Quincy Shore Drive
Quincy, Massachusetts 02171

Dated: September 26, 2007    (617) 770-2214