# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C., and JENNIFER MCCONNELL, D.C., )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants/Counterclaim Plaintiffs. )<br>) | CIVIL ACTION NO. 05-11693 RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Jonathan R. Hausner, Esq., Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02210, in the above-referenced matter on behalf of Plaintiff/Counterclaim Defendant Encompass Insurance Company of Massachusetts.

Respectfully submitted,
ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETTS
By its Attorney(s),


/s/ Jonathan Hausner
Jonathan R. Hausner (BBO # 654494)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801


DATED: October 1, 2007

## CERTIFICATE OF SERVICE

I, Jonathan R. Hausner, Esq., hereby certify that on this 1st day of October, 2007, this **Notice of Appearance** was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as non-registered within twenty-four (24) hours of this filing.

/s/ Jonathan Hausner
Jonathan R. Hausner

BO1 15883492.1