UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE ) <br> COMPANY OF MASSACHUSETTS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSEPH D. GIAMPA, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO.  05-11693-RCL |

## ORDER TO SHOW CAUSE

ROBERT T. KENNEDY, INC. d/b/a KENNEDY PROFESSIONAL SUPPLY (hereinafter "KENNEDY"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on February 28, 2007.

Accordingly, KENNEDY is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the deposition scheduled for March 26, 2007.  KENNEDY is ORDERED to appear in **Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and KENNEDY that KENNEDY has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on ROBERT T. KENNEDY, INC. d/b/a KENNEDY PROFESSIONAL SUPPLY.

BY THE COURT,

/ s / Jolyne D'Ambrosio

DATED:  October 17, 2007          By:  Deputy Clerk