UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE ) <br> COMPANY OF MASSACHUSETTS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSEPH D. GIAMPA, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 05-11693-RCL |

## ORDER TO SHOW CAUSE

FIRST HEALTH PRODUCTS, INC. (hereinafter "FIRST HEALTH"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on February 28, 2007.

Accordingly, FIRST HEALTH is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the deposition scheduled for March 30, 2007. FIRST HEALTH is ORDERED to appear in **Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and FIRST HEALTH that FIRST HEALTH has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on FIRST HEALTH PRODUCTS, INC.

BY THE COURT,

/ s / Jolyne D'Ambrosio
DATED: October 17, 2007          By: Deputy Clerk