UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE )
COMPANY OF MASSACHUSETTS, )
)
Plaintiff, )
v. ) CIVIL ACTION
) NO. 05-11693-RCL
JOSEPH D. GIAMPA, et al., )
)
Defendants. )

## ORDER TO SHOW CAUSE

ADVANCED HEALTH PRODUCTS, INC. (hereinafter "ADVANCED HEALTH"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on April 5, 2007.

Accordingly, ADVANCED HEALTH is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the depositions scheduled for May 8 and 9, 2007. ADVANCED HEALTH is ORDERED to appear in **Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and ADVANCED HEALTH that ADVANCED HEALTH has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on ADVANCED HEALTH PRODUCTS, INC.

BY THE COURT,

/ s / Jolyne D'Ambrosio
By: Deputy Clerk

DATED: October 17, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE )
COMPANY OF MASSACHUSETTS, )
)
Plaintiff, )
v. ) CIVIL ACTION
) NO. 05-11693-RCL
JOSEPH D. GIAMPA, et al., )
)
Defendants. )

## ORDER TO SHOW CAUSE

FIRST HEALTH PRODUCTS, INC. (hereinafter "FIRST HEALTH"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on February 28, 2007.

Accordingly, FIRST HEALTH is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the deposition scheduled for March 30, 2007. FIRST HEALTH is ORDERED to appear in **Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and FIRST HEALTH that FIRST HEALTH has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on FIRST HEALTH PRODUCTS, INC.

BY THE COURT,

/ s / Jolyne D'Ambrosio
By: Deputy Clerk

DATED: October 17, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE )
COMPANY OF MASSACHUSETTS, )
)
Plaintiff, )
v. ) CIVIL ACTION
) NO. 05-11693-RCL
JOSEPH D. GIAMPA, et al., )
)
Defendants. )

## ORDER TO SHOW CAUSE

ROBERT T. KENNEDY, INC. d/b/a KENNEDY PROFESSIONAL SUPPLY (hereinafter "KENNEDY"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on February 28, 2007.

Accordingly, KENNEDY is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the deposition scheduled for March 26, 2007. KENNEDY is ORDERED to appear in **Courtroom 15** on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on **Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and KENNEDY that KENNEDY has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on ROBERT T. KENNEDY, INC. d/b/a KENNEDY PROFESSIONAL SUPPLY.

BY THE COURT,

DATED: October 17, 2007

/ s / Jolyne D'Ambrosio
By: Deputy Clerk

A TRUE COPY ATTEST
DAVID D. AYLES PROCESS SERVER
AND DISINTERESTED PERSON

OCTOBER 19, 2007

# RETURN OF SERVICE

*I this day summoned the within named* ROBIN CUNHA, PRES.
ADVANCED HEALTH PRODUCT
SUCCESSOR IN INTEREST TO FIRST HEALTH PROD.
& KENNEDY PRO. SUPPLY

*to appear as within directed by delivering to* DEBBIE BAILEY, RECEPTIONIST, 11:00 AM

**X** *in hand*

*No.* 30 HUNT ROAD
*in the* CHELMSFORD *District of said* MIDDLESEX *County an attested copy of the* ORDER TO SHOW CAUSE

*Service and travel* 28

*it being necessary I actually used a motor vehicle in the distance of* 35 *miles in the service of this process*

*Michael R. Steele*
Process Server

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOSEPH D. GIAMPA, et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 05-11693-RCL |

*A TRUE COPY ATTEST DAVID D. AYLES, PROCESS SERVER AND DISINTERESTED PERSON*

## ORDER TO SHOW CAUSE

ADVANCED HEALTH PRODUCTS, INC. (hereinafter "ADVANCED HEALTH"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on April 5, 2007.

Accordingly, ADVANCED HEALTH is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the depositions scheduled for May 8 and 9, 2007. ADVANCED HEALTH is ORDERED to appear in Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on **Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and ADVANCED HEALTH that ADVANCED HEALTH has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on ADVANCED HEALTH PRODUCTS, INC.

BY THE COURT,

/s/ Jolyne D'Ambrosio
DATED: October 17, 2007                By: Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-11693-RCL |
| JOSEPH D. GIAMPA, et al., | ) ) | |
| Defendants. | ) | |

*A TRUE COPY ATTEST DAVID D. AYLES, PROCESS SERVER AND DISINTERESTED PERSON*

## ORDER TO SHOW CAUSE

ROBERT T. KENNEDY, INC. d/b/a KENNEDY PROFESSIONAL SUPPLY (hereinafter "KENNEDY"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on February 28, 2007.

Accordingly, KENNEDY is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the deposition scheduled for March 26, 2007. KENNEDY is ORDERED to appear in **Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and KENNEDY that KENNEDY has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on ROBERT T. KENNEDY, INC. d/b/a KENNEDY PROFESSIONAL SUPPLY.

BY THE COURT,

/s/ Jolyne D'Ambrosio
By: Deputy Clerk

DATED: October 17, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE )
COMPANY OF MASSACHUSETTS, )
                              )
        Plaintiff,            )
                              )
   v.                         )   CIVIL ACTION
                              )   NO. 05-11693-RCL
JOSEPH D. GIAMPA, et al.,     )
                              )
        Defendants.           )

## ORDER TO SHOW CAUSE

FIRST HEALTH PRODUCTS, INC. (hereinafter "FIRST HEALTH"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on February 28, 2007.

Accordingly, FIRST HEALTH is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the deposition scheduled for March 30, 2007. FIRST HEALTH is ORDERED to appear in **Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and FIRST HEALTH that FIRST HEALTH has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on FIRST HEALTH PRODUCTS, INC.

                                        BY THE COURT,

                                        /s/ Jolyne D'Ambrosio
DATED: October 17, 2007                 By: Deputy Clerk

OCTOBER 19, 2007

## RETURN OF SERVICE

*I this day summoned the within named* EDWARD KENNEDY, PRES.
ROBERT T. KENNEDY, INC.
D/B/A KENNEDY PROFESSIONAL SUPPLY

*to appear as within directed by delivering to*   TRACY KENNEDY, RESIDENT, 10:35 AM. THIS
IS A RESIDENCE.

**X**   *in hand*

*No.*      1 LAKESIDE TERRACE
*in the*  WESTFORD          *District of said*   MIDDLESEX          *County an attested*
*copy of the* ORDER TO SHOW CAUSE

*Service and travel*         28

*it being necessary I actually used a motor vehicle in the distance of this process*

_____
Process Server

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, ) ) ) Plaintiff, ) ) v. ) ) JOSEPH D. GIAMPA, et al., ) ) Defendants. ) | CIVIL ACTION NO. 05-11693-RCL |

## ORDER TO SHOW CAUSE

FIRST HEALTH PRODUCTS, INC. (hereinafter "FIRST HEALTH"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on February 28, 2007.

Accordingly, FIRST HEALTH is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the deposition scheduled for March 30, 2007. FIRST HEALTH is ORDERED to appear in Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on **Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and FIRST HEALTH that FIRST HEALTH has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on FIRST HEALTH PRODUCTS, INC.

BY THE COURT,

/s/ Jolyne D'Ambrosio
By: Deputy Clerk

DATED: October 17, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE )
COMPANY OF MASSACHUSETTS, )
)
Plaintiff, )
v. ) CIVIL ACTION
) NO. 05-11693-RCL
JOSEPH D. GIAMPA, et al., )
)
Defendants. )

## ORDER TO SHOW CAUSE

ROBERT T. KENNEDY, INC. d/b/a KENNEDY PROFESSIONAL SUPPLY (hereinafter "KENNEDY"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on February 28, 2007.

Accordingly, KENNEDY is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the deposition scheduled for March 26, 2007. KENNEDY is ORDERED to appear in **Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and KENNEDY that KENNEDY has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on ROBERT T. KENNEDY, INC. d/b/a KENNEDY PROFESSIONAL SUPPLY.

BY THE COURT,

/ s / Jolyne D'Ambrosio
DATED: October 17, 2007        By: Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE )
COMPANY OF MASSACHUSETTS, )
)
Plaintiff, )
v. ) CIVIL ACTION
) NO. 05-11693-RCL
JOSEPH D. GIAMPA, et al., )
)
Defendants. )

### ORDER TO SHOW CAUSE

ADVANCED HEALTH PRODUCTS, INC. (hereinafter "ADVANCED HEALTH"), a non-party witness in the above-entitled matter, failed to comply with a Deposition Subpoena duly served upon it on April 5, 2007.

Accordingly, ADVANCED HEALTH is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failure to appear and produce documents at the depositions scheduled for May 8 and 9, 2007. ADVANCED HEALTH is ORDERED to appear in **Courtroom 15 on the 5th Floor**, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on **Thursday, November 1, 2007, at 3:00 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and ADVANCED HEALTH that ADVANCED HEALTH has appeared at a rescheduled deposition and produced the documents requested in the previously served Deposition Subpoena Duces Tecum to the extent they are in its possession, custody or control.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on ADVANCED HEALTH PRODUCTS, INC.

BY THE COURT,

/ s / Jolyne D'Ambrosio
DATED: October 17, 2007          By: Deputy Clerk

OCTOBER 19, 2007

## RETURN OF SERVICE

*I this day summoned the within named* JAMES KENNEDY, REGISTERED AGENT
FIRST HEALTH PRODUCTS, INC.

*to appear as within directed by*          (2) ATTEMPTS. THIS IS A RESIDENCE. COPY
LEFT TAPED TO DOOR, SECOND COPY
MAILED.

**X**   *leaving at last and usual place of abode, to wit:*

*No.*     3 KIRBY LANE
*in the*  CHELMSFORD     *District of said*  MIDDLESEX      *County an attested copy of the* ORDER TO SHOW CAUSE

*Service and travel*        28

*it being necessary I actually used a motor vehicle in the distance of*
35    *miles in the service of this process*

*Michael R. Steele*
Process Server