UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C.<br><br>　　　　Defendants. | Civil Action No. 1:05-cv-11693-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

*To the Clerk of the above-named Court:*

　　Please withdraw my appearance as attorney for Encompass Insurance Company in the above entitled case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　For the Plaintiff,
　　　　　　　　　　　　　　　　　　　*Encompass Insurance Company,*
　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　/s/ Nathan A. Tilden

　　　　　　　　　　　　　　　　　　　Nathan A. Tilden, BBO#647076
　　　　　　　　　　　　　　　　　　　SMITH & BRINK, P.C.
　　　　　　　　　　　　　　　　　　　122 Quincy Shore Drive
　　　　　　　　　　　　　　　　　　　Quincy, Massachusetts 02171
Date:　November 5, 2007　　　　　　　(617) 770-2214