UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>      Plaintiff,<br><br>      vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>      Defendants. | Civil Action No. 1:05-cv-11693-RCL |

**DISCOVERY REPORT REGARDING NOVEMBER 1, 2007 ORDER COMPELLING PRODUCTION OF DOCUMENTS**

NOW COMES the plaintiff, Encompass Insurance Company of Massachusetts (hereinafter "Encompass"), pursuant to this Court's Order dated November 1, 2007, and hereby submits the within report detailing the status of the Motions to Compel Production of Documents (Docket Nos. 169-171) and the Orders issued subsequent to the filing of these Motions.

On November 1, 2007, this Court held a Show Cause hearing regarding Motions to Compel Production of Documents filed against Kennedy Professional Supply Company, First Health Products and Advanced Health Products (hereinafter "Kennedy Supply entities"). The Kennedy Supply entities were ordered to appear and show cause why they should not be held in contempt for failing to produce the documents and information requested by Encompass. As a result of this hearing, the Court ordered that the Kennedy Supply entities produce the

documents and information requested by Encompass within two (2) weeks of the Court's Order.[1]

On November 13, 2007, counsel for Encompass issued correspondence to the Kennedy Supply entities' counsel requesting production of the documents and information sought by Encompass' previously issued subpoenas. See Ex. A. Counsel for Encompass received no response to the November 13, 2007 correspondence.

Thereafter, on November 19, 2007, counsel for Encompass issued a second correspondence to the Kennedy Supply entities' counsel requesting status on the production of documents, including inquiring whether counsel needed additional time to produce the documents. As of 5:00 p.m. on November 19, 2007, counsel for Encompass received no response to the November 19, 2007 correspondence.

To date, Encompass has not received any of the requested documents and information regarding the Kennedy Supply entities' relationships with the defendants in this matter: Future Management Corporation; Advanced Spine Centers d/b/a First Spine Rehab; Joseph Giampa; Frederick Giampa; or Edward Kennedy. Based on the Kennedy Supply entities' (1) non-compliance with the duly issued subpoenas, (2) failure to object to the subpoenas (or tender a meaningful opposition to Encompass' Motions to Compel), and (3) failure to adhere to the terms of this Court's November 1, 2007 Order, Encompass requests all relief that this Court deems appropriate, including a further Order compelling the Kennedy Supply entities' production of documents.

---

[1] Where Encompass' subpoenas were served on the Keeper of Records of each of the Kennedy Supply entities, Encompass waived the requirement of appearance at deposition in the event the documents were produced in advance of the deadlines.

        Respectfully submitted,
*Encompass Insurance Company,*
By its attorneys,

/s/ *David O. Brink.*

_____
David O. Brink, BBO#
Richard D. King, Jr., BBO#638142
SMITH & BRINK, P.C.
350 Granite Street, Suite 2303
Braintree, Massachusetts 02184

Dated: November 19, 2007       (617) 770-2214

## Certificate of Service

    I, David O. Brink., hereby certify that on this 19th day of November, 2007, this document was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        ____/s/ *David O. Brink.*_____

3



# SMITH & BRINK, P.C.
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION
#### WWW.SMITHBRINK.COM

**ATTORNEY MICHAEL W. WHITCHER**
mwhitcher@smithbrink.com

*Please Reply to Braintree Office*

November 13, 2007

**VIA FACSIMILE (781) 233-9146**
Robert M. Linnehan Jr.
Law Office Of Robert M Linnehan Jr
54 Exeter Road
Hampton Falls NH 03844

      Re:    Encompass Insurance Company of Massachusetts v. Joseph D. Giampa et.al.
              U.S.D.C. for the District of Massachusetts, C.A. No. 05-11963 RCL
              **S&B File No.: 1075-0521**

Dear Attorney Linnehan:

        Please accept this correspondence in connection with the above-referenced matter. As you are aware, I represent Encompass Insurance Company in the above-referenced litigation. Pursuant to Magistrate Judge Dien's Order dated November 1, 2007, your clients, Kennedy Professional Supply, First Health Products and Advanced Health Products, are ordered to produce specifically requested documents by November 19, 2007.

        To date, this office has not received any of the documents ordered to be produced by your clients pursuant to the Court's November 1, 2007 Order. Additionally, this office has not been contacted either by you or your clients regarding the production of these documents.

        As argued in its Motions to Compel Production of Documents, Encompass is seeking certain business documents regarding your clients' relationship(s) with Future Management Corporation and/or Advanced Spine Centers, Inc. d/b/a First Spine Rehab. For your convenience, I have attached copies of the various subpoenas' Schedule As, which were issued to your clients between February 2007 and April 2007.

        Upon receipt of this correspondence, kindly contact myself or Attorney Richard D. King, Jr. so that we may discuss the production of these documents in advance of Judge Dein's November 19, 2007 deadline. In the event that the requested documents are not received by the Court's November 19, 2007 deadline, Encompass will be forced to seek all appropriate redress from the Court.

| **Danvers** | **Philadelphia** | **Providence** | **New York** | **Braintree** | **Springfield** |
|---|---|---|---|---|---|
| 199 Rosewood Drive | 1650 Market Street | One State Street | 757 Third Avenue | 350 Granite Street | 191 Chestnut Street |
| Suite 365 | 36th Floor | Suite 400 | 23rd Floor | Suite 2303 | Suite 3D |
| Danvers, MA 01923 | Philadelphia, PA 19103 | Providence, RI 02908 | New York City, NY | Braintree, MA 02184 | Springfield, MA 01103 |
| (978) 646-9114 | (267) 207-2780 | (401) 351-9970 | (212) 421-2769 | (617) 770-2214 | (413) 746-8122 |
| (978) 646-9264 fax | (267) 319-7901 fax | (401) 274-6218 fax | (212) 319-3673 fax | (617) 774-1714 fax | (413) 781-6290 fax |

      Thank you for your continued professional courtesy regarding this matter. Should you have any questions or concerns, please do not hesitate to contact the undersigned.

                                        Very truly yours,

                                        Michael W. Whitcher
                                        Richard D. King, Jr.

MMW/cfc
Enclosures

```
            TRANSMISSION VERIFICATION REPORT

                                    TIME   : 11/13/2007 14:31
                                    NAME   : SMITHBRINK
                                    FAX    : 6176576070
                                    TEL    : 6177702214
                                    SER.#  : BROE5J268977


DATE,TIME                  11/13  14:23
FAX NO./NAME               17812339146
DURATION                   00:08:18
PAGE(S)                    27
RESULT                     OK
MODE                       STANDARD
                           ECM
```



# SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

ATTORNEY MICHAEL W. WHITCHER
mwhitcher@smithbrink.com

*Please Reply to Braintree Office*

---

# Fax Cover Sheet

*The pages comprising this facsimile transmission contain confidential information from SMITH & BRINK, P.C. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.*
*Thank you.*

**DATE:**   NOVEMBER 13, 2007

**TO:**   ATTORNEY ROBERT M. LINNEHAN, JR.   FAX:   (781) 233-9146

**FROM:**   MICHAEL W. WHITCHER   FAX:   (617) 657-6070
                                  PHONE:   (617) 770-1174

Re:   Encompass Insurance Company of Massachusetts v. Joseph D. Giampa et.al.
      U.S.D.C. for the District of Massachusetts, C.A. No. 05-11963 RCL
      S&B File No.: 1075-0521



# SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

**ATTORNEY MICHAEL W. WHITCHER**
mwhitcher@smithbrink.com

*Please Reply to Braintree Office*

November 19, 2007

**VIA FACSIMILE (781) 233-9146**
Robert M. Linnehan Jr.
Law Office Of Robert M Linnehan Jr
54 Exeter Road
Hampton Falls NH 03844

Re:   Encompass Insurance Company of Massachusetts v. Joseph D. Giampa et.al.
      U.S.D.C. for the District of Massachusetts, C.A. No. 05-11963 RCL
      **S&B File No.: 1075-0521**

### IMMEDIATE ATTENTION REQUESTED

Dear Attorney Linnehan:

Please accept this correspondence as a follow-up to my November 13, 2007 letter.

As you are aware, Judge Dein has ordered that a joint status report be filed by November 19, 2007 regarding the production of documents by your clients, Kennedy Professional Supply, First Health Products and Advanced Health Products.

At your earliest convenience, please let this office know whether: (1) you will produce the requested documents; (2) you will not produce the requested documents; or (3) you require additional time to produce these documents.

This office is currently preparing a report for Judge Dein on this issue. This report will be filed with the Court at the close of business today. Please advise immediately if you have any questions or concerns.

Thank you for your continued professional courtesy in this matter.

Very truly yours,

Michael W. Whitcher
Richard D. King, Jr.

MMW/cfc

| **Danvers** | **Philadelphia** | **Providence** | **New York** | **Braintree** | **Springfield** |
|---|---|---|---|---|---|
| 199 Rosewood Drive | 1650 Market Street | One State Street | 757 Third Avenue | 350 Granite Street | 191 Chestnut Street |
| Suite 365 | 36th Floor | Suite 400 | 23rd Floor | Suite 2303 | Suite 3D |
| Danvers, MA 01923 | Philadelphia, PA 19103 | Providence, RI 02908 | New York City, NY | Braintree, MA 02184 | Springfield, MA 01103 |
| (978) 646-9114 | (267) 207-2780 | (401) 351-9970 | (212) 421-2769 | (617) 770-2214 | (413) 746-8122 |
| (978) 646-9264 fax | (267) 319-7901 fax | (401) 274-6218 fax | (212) 319-3673 fax | (617) 774-1714 fax | (413) 781-6290 fax |

```
           TRANSMISSION VERIFICATION REPORT

                                        TIME   : 11/19/2007 15:23
                                        NAME   : SMITHBRINK
                                        FAX    : 6176576070
                                        TEL    : 6177702214
                                        SER.#  : BROE5J268977


   DATE,TIME                    11/19  15:22
   FAX NO./NAME                 17812339146
   DURATION                     00:00:42
   PAGE(S)                      02
   RESULT                       OK
   MODE                         STANDARD
                                ECM
```



# SMITH & BRINK, P.C.
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

ATTORNEY MICHAEL W. WHITCHER
mwhitcher@smithbrink.com

*Please Reply to Braintree Office*

---

# Fax Cover Sheet

*The pages comprising this facsimile transmission contain confidential information from SMITH & BRINK, P.C. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.*
*Thank you.*

**DATE:**  NOVEMBER 19, 2007

**TO:**  ATTORNEY ROBERT M. LINNEHAN, JR.  **FAX:**  (781) 233-9146

**FROM:**  MICHAEL W. WHITCHER  **FAX:** (617) 657-6070
**PHONE:** (617) 770-1174

Re:  Encompass Insurance Company of Massachusetts v. Joseph D. Giampa et.al.
U.S.D.C. for the District of Massachusetts, C.A. No. 05-11963 RCL
S&B File No.: 1075-0521