UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE ) <br> COMPANY OF MASSACHUSETTS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSEPH D. GIAMPA, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 05-11693-RCL |

## ORDER TO SHOW CAUSE

ROBERT T. KENNEDY, INC. d/b/a KENNEDY PROFESSIONAL SUPPLY, ADVANCED HEALTH PRODUCTS, INC., and FIRST HEALTH PRODUCTS, INC. (hereinafter the "KENNEDY ENTITES"), non-party witnesses in the above-entitled matter, have failed to comply with this court's Order of November 1, 2007 that they provide documents and information within two weeks of the Order.

Accordingly, the KENNEDY ENTITES are hereby ORDERED TO SHOW CAUSE why they should not be held in contempt for failure to comply with this court's Order. The KENNEDY ENTITIES are ORDERED to appear in **Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Wednesday, December 19, 2007, at 3:30 P.M.** to respond to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the plaintiff and the KENNEDY ENTITIES that the KENNEDY ENTITIES have complied with this court's Order of November 1, 2007.

IT IS FURTHER ORDERED that the plaintiff shall serve this order forthwith on the KENNEDY ENTITIES.

BY THE COURT,

/ s / Jolyne D'Ambrosio
DATED: December 11, 2007      By: Deputy Clerk