UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., d/b/a FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. and JENNIFER McCONNELL, D.C.<br><br>　　　　Defendants. | Civil Action No.  1:05-cv-11693-RCL |

## NOTICE OF ADDRESS CHANGE

Please take NOTICE that Smith & Brink, P.C. has moved to 350 Granite Street, Suite 2303, Braintree, MA 02184. The telephone and facsimile numbers remain the same, (617) 770-2214 (phone) and (617) 774-1714 (fax).

                                                 Respectfully submitted,
                                                 *Encompass Insurance Company,*
                                                 By its attorney,

                                               /s/ *David O. Brink*
                                               _____
                                               David O. Brink, BBO #: 547370
                                               SMITH & BRINK, P.C.
                                               350 Granite Street, Suite 2303
                                               Braintree, MA 02184
Dated:  December 27, 2007                       (617) 770-2214

**Certificate of Service**

      I, David O. Brink, attorney for the plaintiff, Encompass Insurance Company, hereby certify that on this 27th day of December, 2007, the foregoing *Notice of Address Change* was served via First Class U.S. Mail, postage prepaid direct to:

Thomas M. Ciampa
Ciampa & Associates
20 Park Plaza, Suite 804
Boston, MA 02116

Kevin Lesinski
Jonathan Hausner
Seyfarth Shaw LLP
Two Seaport Lane
Suite 300
Boston, MA 02210

Matthew J. Conroy
Conroy & Associates
350 Old County Road, Suite 106
Garden City, NY 11530

Dated: December 27, 2007          */s/ David O. Brink*
                                                   David O. Brink