UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE & REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY BRIAN J. CULLINEY and JENNIFER McCONNELL, <br><br> Defendants. | Civil Action No.: 05-11693-CL |

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF BARRY I. GROSS AND WILLIAM M. McSWAIN

Pursuant to Local Rule 83.5.3, the undersigned counsel for Plaintiff and Defendant-in-Counterclaim, Encompass Insurance Company of Massachusetts ("Encompass"), hereby moves that Barry I. Gross and William M. McSwain of Drinker Biddle & Reath LLP, One Logan Square, Eighteenth and Cherry Streets, Philadelphia, PA 19103-6996, be admitted to appear on behalf of Encompass, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully submits the following:

1. Mr. Gross was admitted to the bar of the State of Pennsylvania in 1989 and is a member in good standing;

2. Mr. McSwain was admitted to the bar of the State of Pennsylvania in 2001 and is a member in good standing;

3. Mr. Gross is and has been a member in good standing of the bars of the following United States District Courts since the following dates:

> United States District Court for the Eastern       1989
> District of Pennsylvania

4. Mr. McSwain is and has been a member in good standing of the bars of the following United States District Courts since the following dates:

> United States District Court for the Eastern       2001
> District of Pennsylvania

5. There are no disciplinary proceedings pending against Mr. Gross or Mr. McSwain as members of the bar in any jurisdiction;

6. Mr. Gross and Mr. McSwain have represented to the undersigned counsel that they are familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

7. In further support of this motion, Mr. Gross and Mr. McSwain have submitted herewith their Certificates of Good Standing as required by Local Rule 83.5.3.

8. Counsel for Encompass has conferred with the counsel for all other parties in this matter and counsel for all parties assent to this Motion.

WHEREFORE, the undersigned counsel respectfully requests that this court to admit Mr. Gross and Mr. McSwain and their firm of Drinker, Biddle & Reath LLP to practice before this Court *pro hac vice*.

Respectfully submitted,
ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,
By its Attorney(s),

/s/ Jonathan R. Hausner
Kevin J. Lesinski (BBO # 554140)
Jonathan R. Hausner (BBO # 654494)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801
Email:  jlesinski@seyfarth.com
         jhausner@seyfarth.com

Assented to,
BRIAN J. CULLINEY, D.C  and JENNIFER MCCONNELL, D.C.,
By their Attorney(s),

Assented to,
JOSEPH D. GIAMPA, FREDERIC T. GIAMPA, ADVANCED SPINE CENTERS, INC. D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT BUSINESS TRUST and EDWARD KENNEDY,
By their Attorney(s),

/s/ Thomas M. Ciampa
Thomas M. Ciampa (BBO # 566898)
CIAMPA & ASSOCIATES
20 Park Plaza
Boston, MA 02116
Telephone:    (617) 742-5955
Telecopier:    (617) 423-4855
Email:  tciampa@ciampalaw.com

/s/ Matthew J. Conroy
Matthew J. Conroy (BBO # 566928)
BELESI & CONROY, P.C.
114 Waltham Street
Lexington, MA 02421
Telephone:    (781) 862-8060
Telecopier:    (781) 861-0812

February 7, 2008

**CERTIFICATE OF SERVICE**

      I, Jonathan Hausner, hereby certify that on this 7th day of February, 2007, this **Assented to Motion for Admission Pro Hac Vice of Barry I. Gross and William M. McSwain,** was filed through the CM/ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as non registered within twenty-four (24) hours of this filing.

                                                                                    s/ Jonathan R. Hausner
                                                                                     Jonathan R. Hausner

Dated: February 7, 2008

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Barry I. Gross, Bar # 21563, was duly admitted to practice in said Court on July 19, 1989, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                               Clerk of Court

on January 28, 2008.                               BY *Aida Ayala*
                                                         Aida Ayala,     Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That William M. McSwain, Bar # 86499, was duly admitted to practice in said Court on August 10, 2001, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                                Clerk of Court

on January 28, 2008.                          BY *[signature]*
                                                   Aida Ayala,     Deputy Clerk