UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>      Plaintiff,<br><br>  vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C.<br><br>      Defendants. | Civil Action No.  1:05-cv-11693-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

*To the Clerk of the above-named Court:*

     Please withdraw my appearance as attorney for Encompass Insurance Company ("Encompass") in the above entitled case.  Encompass has retained successor counsel, Barry Gross and William M. McSwain of Drinker Biddle & Reath, LLP.

 

                                              Respectfully submitted,
                                              For the Plaintiff,
                                              *Encompass Insurance Company,*
                                              By its attorney,

                                              /s/ David O. Brink
                                              _____
                                              David O. Brink, BBO# 547370
                                              SMITH & BRINK, P.C.
                                              350 Granite Street, Suite 2303
                                              Braintree, MA 02184
Date:  February 11, 2008                      (617) 770-2214