UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC., D/B/A FIRST SPINE REHAB, FUTURE MANAGEMENT CORPORATION, FUTURE MANAGEMENT BUSINESS TRUST, EDWARD KENNEDY, BRIAN J. CULLINEY, D.C. AND JENNIFER McCONNELL, D.C.<br><br>    Defendants. | Civil Action No.  1:05-cv-11693-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

*To the Clerk of the above-named Court:*

    Please withdraw my appearance as attorney for Encompass Insurance Company ("Encompass") in the above entitled case. Encompass has retained successor counsel, Barry Gross and William M. McSwain of Drinker Biddle & Reath, LLP.

    Respectfully submitted,
    For the Plaintiff,
    *Encompass Insurance Company,*
    By its attorney,

    /s/ Richard D. King, Jr.
    _____
    Richard D. King, Jr., BBO# 638142
    SMITH & BRINK, P.C.
    350 Granite Street, Suite 2303
    Braintree, MA 02184
Date:  February 11, 2008    (617) 770-2214