UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CIVIL ACTION NO. 05-11693-RCL |
| JOSEPH D. GIAMPA, et al., | ) ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED that by **February 29, 2008**, the parties shall file with the court a joint proposed schedule for the remainder of the case through trial.

                                          / s / Judith Gail Dein
                                          Judith Gail Dein
                                          United States Magistrate Judge

Dated: February 15, 2008