**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETS**

_____

ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETS,

      Plaintiff,

      v.                                                                    Case No. 05-11693 RCL

JOSEPH D. GIAMPA, FREDERICK T. GIAMPA,
ADVANCED SPINE CENTERS, INC. d/b/a
FIRST SPINE REHAB, FUTURE
MANAGEMENT CORPORATION,
FUTURE MANAGEMENT BUSINESS TRUST,
EDWARD KENNEDY, BRIAN J. CULLINEY,
D.C., and JENNIFER McCONNELL, D.C.

      Defendants.

_____

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Katherine L. Kurtz as counsel for the

defendants Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a

First Spine Rehab, Future Management Corporation, Future Management Business Trust.


      Respectfully submitted,


      /s/ Katherine L. Kurtz_____
      Katherine L. Kurtz
      CONROY & ASSOCIATES
      114 Waltham St
      Lexington, MA 02141
Dated: February 15, 2008      (781) 862-8060