UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE & REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY and JENNIFER McCONNELL <br><br> Defendants. | CIVIL ACTION NO.: 05-11693 RCL |

## <u>PLAINTIFF'S THIRD AMENDED COMPLAINT</u>

The plaintiff, Encompass Insurance Company of Massachusetts (hereinafter

"Encompass"), by its attorneys, Drinker Biddle & Reath LLP, alleges as follows:

## TABLE OF CONTENTS

I.      INTRODUCTION……. ...................................................................... 1

II.     THE PARTIES ................................................................................. 3

III.    JURISDICTION AND VENUE ......................................................... 5

IV.     FACTUAL ALLEGATIONS REGARDING CREATION AND ACTIVITIES OF
        FUTURE MANAGEMENT .............................................................. 5

V.      SPECIFIC ALLEGATIONS OF WRONGFUL CONDUCT ................ 6

        A.   Edward Kennedy Conduct ........................................................ 6

        B.   Joseph Giampa Conduct............................................................ 7

        C.   Frederick Giampa Conduct ....................................................... 8

        D.   Brian Culliney Conduct ........................................................... 9

        E.   Jennifer McConnell Conduct.................................................... 10

VI.     FACTUAL ALLEGATIONS REGARDING THE FALSE MEDICAL BILLING
        SCHEME ....................................................................................... 10

        A.   The Treatment Recipe ............................................................. 10

        B.   Exaggeration of Treatment Provided or "Upcoding".................. 15

        C.   Alteration of Medical Records .................................................. 18

        D.   Prohibited Referral Activity ..................................................... 19

        E.   The Treatment Recipe and Upcoding Were Designed to Exceed the
             Massachusetts Tort Threshold.................................................. 22

        F.   Fraudulent Concealment .......................................................... 23

VII.    EXEMPLAR CLAIMS ..................................................................... 24

VIII.   MAIL FRAUD RACKETEERING ACTIVITY.................................. 59

IX.     SPECIFIC ALLEGATIONS REGARDING THE GIAMPA CHIROPRACTORS'
        AND KENNEDY BROTHERS' CONTROL OF THE CORPORATE
        ENTERPRISES .............................................................................. 62

X.   THE MURDER-FOR-HIRE PLOT AGAINST PLAINTIFF'S FORMER
     LEAD COUNSEL ............................................................................. 65

     A.   Events Leading to the First Attempt on Plaintiff's Former Lead
          Counsel's Life on August 29, 2007 ........................................ 65

     B.   Events Leading to the Second Attempt on Plaintiff's Former Lead
          Counsel's Life on October 30, 2007 ....................................... 68

     C.   The High Speed Chase and Arrest of Two of the Attackers
          Hired to Murder Plaintiff's Former Lead Counsel ................... 69

XI.  DAMAGES ........................................................................................ 72

XII. CAUSES OF ACTION ....................................................................... 74

     COUNT I
     RICO Enterprise – Violation of 18 U.S.C. § 1962(c) ........................... 74

     COUNT II
     Innocent Victim Enterprise – Violation of 18 U.S.C. § 1962(c) ........... 79

     COUNT III
     RICO Conspiracy – Violation of 18 U.S.C. § 1962(d) ......................... 81

     COUNT IV
     Mass. Gen. Laws Ch. 93A ................................................................. 82

     COUNT V
     Civil Conspiracy ............................................................................... 84

     COUNT VI
     Fraud ................................................................................................. 85

     COUNT VII
     Intentional Interference With Advantageous Business and Contractual
     Relationships Relating to Encompass' Contracts With Its Insureds ..... 86

     COUNT VIII
     Intentional Interference With Advantageous Business and Contractual
     Relationships Relating to Encompass' Prospective Contacts With Claimants ..... 87

     COUNT IX
     Intentional Interference With Advantageous Business and Contractual
     Relationships Relating to Encompass' Contracts Its Former Counsel ................. 89

XIII. DEMAND FOR RELIEF ..................................................................... 90

## I.    __INTRODUCTION__

1.    In the last year, what was already a serious and important case of medical fraud has developed into a grave and disturbing case of attempted murder, committed in order to protect and perpetuate the fraud.  Specifically, enforcers were hired to prevent Encompass' former lead counsel in this case from continuing to litigate this case.  These enforcers repeatedly stalked Encompass' former lead counsel and carried out two attempts on his life.  The first attack resulted in, among other things, a severe head injury which required 17 staples to close.  A third attack was only avoided by the timely intervention of security guards hired by Encompass' former lead counsel and by the Massachusetts State Police.  This shocking and brazen attempt to destroy Encompass' ability to pursue its claims and to thwart justice must be punished.  Moreover, the attacks on Encompass' former lead counsel – which were launched to protect and perpetuate defendants' fraudulent scheme – confirm the legitimacy of the fraud allegations made in this case.

2.    Defendants in this case hatched a scheme to defraud Encompass by creating and submitting fraudulent chiropractic invoices containing excessive charges through the U.S. Mail and demanding payment for excessive and/or non-existent and/or unwarranted chiropractic treatment through their chiropractic clinic, Advanced Spine Centers, Inc. d/b/a First Spine & Rehab ("First Spine").  Defendant chiropractors Frederick and Joseph Giampa (hereinafter the "Giampa Chiropractors"), and for a period of time, their business associates Edward Kennedy and James Kennedy (hereinafter "the Kennedy Brothers"), owned a string of chiropractic clinics and physical therapy clinics (the "Giampa Clinics"), including defendant First Spine.  The Giampa Chiropractors and

1

the Kennedy Brothers also owned a company that managed these clinics, defendant

Future Management Corporation ("Future Management").  The Giampas and Kennedys,

through First Spine and Future Management, directed their employee chiropractors,

including chiropractor defendants Brian Culliney and Jennifer McConnell, to disregard

their training and the needs of their patients and to apply the same regime of excessive

and unnecessary treatment, or the "Treatment Recipe," to every patient regardless of the

severity of the patient's injuries, the patient's age or the patient's prior medical history.

The Treatment Recipe was designed to increase defendants' profits, and consequently the

amount billed to Encompass, by increasing the number of patient visits and the types of

treatment received by patients during each visit.

      3.     The Treatment Recipe was also designed to guarantee that the patients'

bills for this course of treatment would exceed $2000, a requirement for bringing claims

for pain and suffering under Massachusetts law.  Exceeding this threshold ensured that

personal injury attorneys would continue to refer patients to First Spine, thereby

perpetuating the scheme and increasing First Spine and Future Management's profits.  To

further increase the number of patients defendants could churn through First Spine,

defendants encouraged chiropractors to cultivate relationships with personal injury

attorneys and made payments to third-party "runners" and First Spine staff for referring

patients to First Spine.  Such payments were in violation of Massachusetts chiropractic

regulations.  Defendants also compensated patients to continue their treatment at First

Spine.  All of these activities encouraged the submission of fraudulent claims to

Encompass.

4.      By this pleading, Encompass brings claims against the named defendants seeking injunctive relief and money damages for (1) violations of the Federal Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(c) and 18 U.S.C. § 1962(d), (2) violations of the Massachusetts Consumer Protection Act, Mass. Gen. Laws ch. 93A, § 11; (3) civil conspiracy; (4) fraud; and (5) intentional interference with advantageous business relationships.

5.      All of the acts and omissions of the defendants described throughout the Third Amended Complaint were undertaken intentionally.

6.      The defendants' insurance fraud scheme was designed to and did, in fact, result in the payment of automobile insurance contract proceeds from Encompass to the defendants.

7.      In each claim detailed throughout the Third Amended Complaint, an Encompass automobile insurance contract was the platform upon which defendants perpetrated their fraudulent scheme.

8.      The defendants knew that the patients referred to in the Third Amended Complaint were insured pursuant to automobile insurance policies issued by Encompass or were making claims against insurance policies issued by Encompass.

## II.    THE PARTIES

A.      Plaintiff

9.      Encompass Insurance Company of Massachusetts is a Massachusetts corporation duly authorized to do business in the Commonwealth of Massachusetts.

10.     Prior to 2005, Encompass wrote Massachusetts automobile policies through Boston Old Colony Insurance Company.

11.     Boston Old Colony was at all relevant times a Massachusetts corporation duly authorized to do business in the Commonwealth of Massachusetts.

12.     At all relevant times and in connection with all of the claims detailed herein, Encompass and Boston Old Colony wrote Encompass risk policies and will be referred to throughout the remainder of the Third Amended Complaint as "Encompass."

B.     Defendants

13.     At all relevant times, Frederick Giampa was a resident of the Commonwealth of Massachusetts.

14.     At all relevant times, Joseph Giampa was a resident of the Commonwealth of Massachusetts.

15.     At all relevant times, Edward Kennedy was a resident of the Commonwealth of Massachusetts.

16.     First Spine is a Massachusetts corporation duly licensed to carry on the business of chiropractic services with its principal place of business (for purposes of the Third Amended Complaint) located at 410 School Street, Lowell, Massachusetts.

17.     Future Management is a Massachusetts corporation with a principal office address of 73 Princeton Street, North Chelmsford, Massachusetts.  Future Management manages a chain of chiropractic offices (including First Spine), physical therapy clinics and orthopedic surgery offices in various states, many of which are in Massachusetts.

18.     Brian Culliney is a resident of the Commonwealth of Massachusetts, who at all relevant times practiced chiropractic at First Spine.

19.     Jennifer McConnell is a resident of the Commonwealth of Massachusetts, who at all relevant times practiced chiropractic at First Spine.

III.    **JURISDICTION AND VENUE**

20.    Jurisdiction over this action is conferred upon this Court by 28 U.S.C. § 1331, 18 U.S.C. § 1962(c), 18 U.S.C. § 1962(d), 18 U.S.C. § 1964.  Supplemental jurisdiction over the state law claims is proper under 28 U.S.C. § 1367.

21.    The vast majority of the wrongful acts known to Encompass as alleged herein with particularity were carried out within the Commonwealth of Massachusetts.

22.    Venue is proper under 28 U.S.C. §1391(c).

IV.    **FACTUAL ALLEGATIONS REGARDING CREATION AND ACTIVITIES OF FUTURE MANAGEMENT**

23.    The Kennedy Brothers are the sole shareholders, officers and directors of Robert T. Kennedy, Inc. d/b/a Kennedy Professional Supply ("Kennedy Supply"), a business engaged in the sale of durable medical goods to chiropractic clinics and other similarly situated enterprises.

24.    On May 19, 2005, James Kennedy filed a Chapter 11 Bankruptcy Petition (#05-43405) in the United States Bankruptcy Court, District of Massachusetts (Worcester).

25.    Encompass reserves its right to seek relief from the Automatic Stay, entered under 11 U.S.C. § 362, in the bankruptcy forum and move to add James Kennedy as a party to this action.

26.    Through Kennedy Supply, Edward Kennedy developed substantial business contacts in the chiropractic industry.

27.    Thereafter, Edward Kennedy decided to open medical offices to provide chiropractic services to the public.

28.     Edward Kennedy contacted Joseph Giampa, a longtime friend who Edward Kennedy knew to be a licensed chiropractor in Massachusetts, for the purpose of becoming a partner in the new business venture.

29.     The new business, Future Management, was formally organized in February 1997.  At all relevant times, Edward Kennedy, James Kennedy, Joseph Giampa and Frederick Giampa were the sole shareholders of Future Management.

30.     When this litigation was filed, Future Management managed in excess of forty (40) chiropractic and physical therapy clinics.  At one time, it managed more than sixty (60) clinics.  During the relevant time period, these clinics were owned by the Giampa Chiropractors and/or the Kennedy Brothers (the "Giampa Clinics").  Before its fraudulent activities were discovered, Future Management's clinics were located throughout New England and across the United States, including Florida, Oklahoma, Connecticut, Rhode Island, South Carolina, New Hampshire, Pennsylvania, Illinois and Virginia.

## V.     SPECIFIC ALLEGATIONS OF WRONGFUL CONDUCT

31.     In addition to the wrongful conduct alleged throughout the Third Amended Complaint against the defendants collectively, the following section outlines specific allegations against the individual defendants.

### A.     Edward Kennedy Conduct

32.     At all relevant times up and until March of 2004, Edward Kennedy was the President of Future Management.

33.     As President, Edward Kennedy had supervisory oversight of the First Spine clinic.

34.     Edward Kennedy was responsible for personnel decisions including the hiring, firing and training of First Spine medical and non-medical staff as well as the hiring, firing and training of Future Management staff.

35.     Along with others, Edward Kennedy implemented and directed the standard Giampa Clinic Treatment Recipe that called for all auto accident patients to be seen four (4) times per week during the first two weeks of treatment and three (3) times per week during the following three weeks, without consideration of the individual needs (or lack thereof) of the patient.

36.     This Giampa Clinic Treatment Recipe imposed by Edward Kennedy and the Giampa Chiropractors, and executed by, among others, Culliney and McConnell, constitutes excessive and fraudulent overutilization of chiropractic treatment.

37.     Edward Kennedy continuously defrauded Encompass through the creation of false medical documentation that was submitted to Encompass with the intent to illegally obtain insurance payments.

38.     Edward Kennedy is one of the business principals who oversaw and/or directed the medical billing fraud scheme implemented through Future Management.

**B.     Joseph Giampa Conduct**

39.     Joseph Giampa continuously defrauded Encompass through the creation of false medical documentation submitted to Encompass with the intent to illegally obtain insurance payments.

40.     Joseph Giampa was responsible for personnel decisions including the hiring, firing and training of First Spine medical and non-medical staff.

41.     Joseph Giampa is one of the business principals who oversaw and/or directed the pre-ordained protocol or Treatment Recipe that was implemented at First Spine.

42.     Joseph Giampa is one of the business principals who oversaw and/or directed the medical billing fraud scheme implemented through Future Management.

43.     Upon information and belief, Joseph Giampa was at all material times listed with the Board of Registration of Chiropractors as the Chiropractor of Record for the First Spine Clinic.

44.     As Chiropractor of Record, Joseph Giampa had oversight regarding all treatment allegedly provided to First Spine clinic patients, including all patients identified in Exhibits 1 and 3, attached to the Third Amended Complaint.

**C.     <u>Frederick Giampa Conduct</u>**

45.     Frederick Giampa continuously defrauded Encompass through the creation of false medical documentation submitted to Encompass with the intent to illegally obtain insurance payments.

46.     Frederick Giampa is one of the business principals who oversaw and/or directed the pre-ordained protocol or Treatment Recipe that was implemented at First Spine.

47.     Frederick Giampa is one of the business principals who oversaw and/or directed the medical billing fraud scheme implemented through Future Management.

48.     Frederick Giampa personally delivered cash to personal injury attorneys in return for their referral of patients to First Spine.

### D.    __Brian Culliney Conduct__

49.    As Future Management grew, the principals created a hierarchy by appointing their top lieutenants as "Team Leaders."

50.    At all relevant times, defendant Brian Culliney was a "Team Leader" and one of the highest paid employees of Future Management.

51.    By virtue of his status as a Team Leader, defendant Culliney possessed supervisory oversight of the First Spine clinic as well as other Giampa owned and Future Management operated clinics in Massachusetts.

52.    Culliney and McConnell purportedly provided chiropractic treatment to 163 of the 196 patients contained in Exhibits 1 and 3.

53.    Culliney developed and/or followed the Treatment Recipe described herein which inappropriately prescribed an identical treatment regime for every First Spine patient regardless of, among other things, the severity of their injury, their age, or their prior medical history.

54.    Culliney has boasted to "treating" as many as two hundred (200) patients in a single First Spine clinic business day.

55.    In connection with those patients so identified in Exhibit 3, Culliney was a signatory on the false medical documentation created and submitted by defendants.

56.    As part of his function as a Team Leader, Culliney supervised marketing for the First Spine clinic.  Among other things, Culliney sent letters soliciting patients for First Spine, provided compensation to patients at First Spine, and paid bonuses to First Spine staff for recruiting patients for First Spine.

57.     Upon presentation to the clinic, recruited patients received instruction regarding the processing of their claim through the insurance company and some were told that they would be paid if they pursued a claim with an attorney.  Culliney directed the payment of additional bonuses to First Spine staff if a patient they recruited pursued a claim with an attorney.

### E.     Jennifer McConnell Conduct

58.     Jennifer McConnell is listed with the Board of Registration of Chiropractors as the Chiropractor of Record for the First Spine Clinic.

59.     By virtue of her status as the Chiropractor of Record, McConnell had oversight regarding all treatment allegedly provided to First Spine clinic patients, including all patients identified in Exhibits 1 and 3.

60.     McConnell developed and/or followed the Treatment Recipe described herein which inappropriately prescribed an identical treatment regime for every First Spine patient regardless of, among other things, the severity of their injury, their age, or their prior medical history.

61.     McConnell administered and/or directed the treatment for the patients and was a signatory on the false medical documentation created and submitted by the defendants in connection with those patients so identified in the table attached hereto as Exhibit 3.

## VI.    FACTUAL ALLEGATIONS REGARDING THE FALSE MEDICAL BILLING SCHEME

### A.     The Treatment Recipe

62.     The defendants executed their fraudulent scheme through the Giampa Clinics (including First Spine) they created, owned, operated and/or controlled.

10

63.     The medical documentation created and submitted by Future Management and First Spine under the direction, supervision and control of the defendants, Frederick Giampa, Joseph Giampa, Edward Kennedy, Brian Culliney and Jennifer McConnell, was created in connection with reported motor vehicle accidents and shared most – if not all – of the following common denominators:

- patients complained only of soft tissue injury;

- multiple claimants of varying age in the insured vehicle received substantially identical diagnoses and treatment regardless of the severity of their injuries, prior medical history or any other individual characteristics;

- the patients routinely did not receive treatment at any medical facility not affiliated with the defendants;

- First Spine routinely treated the same patient(s) for multiple accidents. In many cases, reference to prior treatment at First Spine (or previous automobile accidents) was omitted from the patients' medical records;

- the vehicles involved in the reported accidents sustained little or no damage but First Spine nevertheless billed for thousands of dollars in treatment;

- patients advanced minimal (and in most claims no) lost wage claims despite the fact that they purportedly received total disability ratings (regardless of their age or occupation) from First Spine;

◆ bills for treatment invariably exceeded bills submitted by other

chiropractic facilities providing treatment to victims of similar

accidents in the same geographic area; and

◆ defendants' medical documentation indicated that nearly all First

Spine patients/Encompass claimants were "improving slowly", yet

defendants steadfastly (and blindly) adhered to the nonproductive

Treatment Recipe all automobile accident claimants received.

64.     In Massachusetts, chiropractors are licensed and monitored by the

Massachusetts Board of Chiropractors.  Massachusetts chiropractors are further regulated

pursuant to the Massachusetts Code of Regulations, promulgated by the Board of

Chiropractors.

65.     The defendants engaged in a systematic pattern and practice of unlawful

acts in violation of the Board of Chiropractor Regulations codified at 233 CMR 4.00-

4.15.  Exhibit 1, incorporated herein by reference as if set forth in its entirety, outlines

defendants' claim-specific fraudulent conduct and details the specific nature of the

misrepresentation(s) and/or other fraudulent content advanced by or on behalf of

defendants with respect to each claim paid by Encompass.  Among other things,

defendants falsely represented through their submission of medical bills that their

patients' treatment was necessary for the resolution of injuries sustained in a motor

vehicle accident when, in truth, the treatment was prescribed in accordance with the

Treatment Recipe without regard to patients' individual needs – all done in order to

increase defendants' profits.  Unless noted to the contrary, an indication that a particular

fraudulent conduct, content and/or representation was found in connection with a

particular claimant is deemed to run through the totality of that patient's medical documentation (e.g., a finding that defendants violated Massachusetts law by "rendering a recipe of treatment absent any individualized medical decision making" should be construed as alleging such wrongful conduct at the time each record and invoice was mailed or otherwise sent to Encompass in connection with the treatment allegedly rendered to the identified patient).

66.     In connection with each of the patients identified in Exhibit 1, the defendants created and submitted false medical documentation to Encompass (and to others, including First Spine patient attorneys who, in turn, sent the false medical documentation to Encompass) through the U.S. Mail demanding payment pursuant to Mass. Gen. Laws ch. 90, § 34M and the Standard Massachusetts Automobile Policy. Exhibit 2, attached hereto and incorporated herein by reference, provides specific examples of fraudulent medical bills and other documentation that were submitted to Encompass and details the patient's name, the claim number, the date the mailing was received, the sender, and the contents of the mailing. All of the medical records and invoices listed on Exhibit 2 were for treatment rendered at First Spine. Exhibit 3, attached hereto and incorporated herein by reference, lists examples of payments that were made by Encompass in reliance on the fraudulent medical documentation submitted by First Spine and Future Management.

67.     The pattern of medical billing fraud is exemplified by the Treatment Recipe nearly every First Spine automobile accident patient received, regardless of, among other things, (1) mechanism of injury or severity of injury, (2) age, (3) location in vehicle, (4) prior medical history, (5) pre-existing conditions, (6) sex, (7) physical

composition, (8) damage to the vehicle, (9) type of vehicle involved, or (10) safety restraints employed.

68.     The Treatment Recipe is illustrated by the chart attached as Exhibit 4 and incorporated herein by reference.  This chart shows that nearly every First Spine patient received nearly the same number of spinal manipulations ("SMT TX"), heat treatments ("HEAT TX"), and electric muscle stimulation treatments ("EMS TX").  Given the wide disparities in the accidents in which these patients were involved, the injuries allegedly suffered by these patients, and the patients' individual characteristics, this pattern is striking and demonstrates that the vast majority (if not all) of these treatments were unnecessary.

69.     Even more disturbing is that, almost without exception, all of these automobile accident patients received these treatments according to the same schedule — four (4) appointments per week for the first two (2) weeks, three (3) appointments per week thereafter.  This schedule demonstrates that treatment was recommended absent any individual medical decision-making or nexus between the patient's "needs" and the prescribed treatment.

70.     As a result of the rigid adherence to this Treatment Recipe, charges were submitted to Encompass for chiropractic visits that were unwarranted in light of the documented type, nature and extent of the injuries and/or symptoms.  The table attached hereto as Exhibit 5 and incorporated herein by reference lists the unwarranted and excessive First Spine patient visits for which fraudulent bills were submitted.

## B.    Exaggeration of Treatment Provided or "Upcoding"

71.    All of the medical bills advanced by First Spine contained Current Procedural Terminology Codes (hereinafter "CPT Codes").

72.    CPT Codes are published annually by the American Medical Association (hereinafter "AMA") to facilitate the efficient processing of medical charges by insurance carriers and other private and governmental health care payors.

73.    By creating medical bills that included CPT Codes, then causing such invoices to be mailed to Encompass, the defendants were representing that the invoiced treatment modalities had been performed in conformity with the AMA's CPT Code guidelines.

74.    Many of the bills prepared and submitted by First Spine, under the defendants' supervision and control, were submitted under improper and/or deceptive CPT Codes.  This improper practice will be referred to herein as "CPT Upcoding."

75.    First Spine engaged in CPT Upcoding in connection with the alleged treatment of patients for which Encompass became responsible.  *See* Exhibit 1.  By way of example, First Spine virtually without deviation billed Encompass for a patient's initial office visit under CPT Code 99205 or 99204.  The criteria developed by the AMA to properly assign a CPT Code to medical billing invoices for an initial examination include the components illustrated in the chart below.

| | HISTORY | EXAMINATION | MEDICAL DECISION MAKING | FACE TO FACE TIME |
|---|---|---|---|---|
| **99201** | Problem focused | Problem focused | Straight forward | 10 minutes |
| **99202** | Expanded problem focused | Expanded problem focused | Straight forward | 20 minutes |
| **99203** | Detailed | Detailed | Low complexity | 30 minutes |
| **99204** | Comprehensive | Comprehensive | Moderate complexity | 45 minutes |
| **99205** | Comprehensive | Comprehensive | High complexity | 60 minutes |

76.     The factors considered to determine the "complexity" of medical decision making in arriving at a proper CPT Code assignment for initial *and* follow-up examinations include:

| | NUMBER OF DIAGNOSES OR MANAGEMENT OPTIONS | AMOUNT AND/OR COMPLEXITY OF DATA TO BE REVIEWED | RISK OF COMPLICATIONS AND/OR MORBIDITY OR MORTALITY |
|---|---|---|---|
| **Straight forward medical decision making (CPT Code 99201-99202)** | Minimal | Minimal or none | Minimal |
| **Low complexity medical decision making (CPT Code 99203)** | Limited | Limited | Low |
| **Moderate complexity medical decision making (CPT Code 99204)** | Multiple | Moderate | Moderate |
| **High complexity medical decision making (CPT Code 99205)** | Extensive | Extensive | High |

77.     Accordingly, to warrant a medical bill demanding payment for CPT Code 99205, the injury/condition would necessarily require:

        a.  a *high* risk of mortality, morbidity and/or complications;

    b.   extensive diagnoses and review of complex data; and

    c.   the defendants to: 1) obtain *comprehensive* patient histories; 2) conduct *comprehensive* examinations; and 3) evaluate a patient (face-to-face interaction) for approximately *60 minutes*.

78.    First Spine also consistently billed Encompass for patients' follow-up examinations under CPT Code 99214 or 99215. The criteria developed by the AMA to properly assign a CPT Code to medical billing invoices for follow-up examinations of established patients include the components illustrated in the chart below.

|  | HISTORY | EXAMINATION | MEDICAL DECISION MAKING | FACE TO FACE TIME |
|---|---|---|---|---|
| 99211 | Minimal | None | None | 5 minutes |
| 99212 | Problem focused | Problem focused | Straight forward | 10 minutes |
| 99213 | Expanded problem focused | Expanded problem focused | Low complexity | 15 minutes |
| 99214 | Detailed | Detailed | Moderate complexity | 25 minutes |
| 99215 | Comprehensive | Comprehensive | High complexity | 40 minutes |

79.    Accordingly, to warrant a medical bill demanding payment for CPT Code 99215, the injury/condition would necessarily require:

    d.   a *high* risk of mortality, morbidity and/or complications;

    e.   extensive diagnoses and review of complex data; and

    f.   the defendants to: 1) obtain *comprehensive* patient histories; 2) conduct *comprehensive* examinations; and 3) evaluate a patient (face-to-face interaction) for approximately *40 minutes*.

80.    The defendants submitted false medical documentation and billing, including unwarranted and false CPT designations for initial examinations and follow-up

examinations, in connection with the First Spine files listed on Exhibit 6.  The medical

documentation and/or billing was false because it either (a) misrepresented the amount of

time the chiropractor spent with the patient; or (b) exaggerated the severity of the

patient's purported injury or the complexity of the chiropractor's evaluation.

      **C.**      **<u>Alteration of Medical Records</u>**

      81.      The defendants operating through First Spine made material

misrepresentations of fact and engaged in intentionally unfair and deceptive business

practices by creating and mailing through the U.S. Mail medical bills that included CPT

Codes for treatment modalities that were not performed and/or were not performed in

accordance with the AMA's CPT requirements.

      82.      The medical invoices created by the defendants were generated at Future

Management's headquarters in Chelmsford, Massachusetts and were not reviewed for

accuracy by the alleged treating chiropractor.

      83.      The defendants altered medical documentation – such alterations not being

relevant to the medical well-being of First Spine patients, but rather to deceive insurers

(including Encompass) to better guarantee payment of First Spine claims.

      84.      Such medical record alteration was carried out under the direction and

control of defendants and other unknown Future Management bookkeeping personnel.

      85.      In some cases, Future Management employees, under the direction and

control of one or more of the individual defendants, altered and/or created medical

records, invoices and health-insurance claim forms with incorrect chiropractor

identification (i.e., not the chiropractor who purportedly rendered treatment in a given

case) in place of the actual "treating" chiropractors who were otherwise not privileged and/or licensed and/or approved to submit bills in certain instances.

### D.    **Prohibited Referral Activity**

86.     In 2005, the Massachusetts legislature criminalized the use of "runners" at Mass. Gen. Laws ch. 266, § 111C.  A "runner" is defined by this statute as a person who, "for a pecuniary benefit, procures or attempts to procure a client, patient or customer at the direction of, request of, or in cooperation with a provider whose purpose is to seek to fraudulently obtain benefits under a contract of insurance or fraudulently assert a claim against an insured or an insurance carrier for providing services to the client, patient or customer."

87.     The Massachusetts Code of Regulations governing chiropractors prohibits referral fees, 233 C.M.R. § 4.12.  This regulation prohibits, among other things, chiropractors from offering remuneration in return for recommending services for patients under his or her care and chiropractors from offering any remuneration, including bribes or rebates, for the purpose of inducing a person to purchase chiropractic services.

88.     Future Management and First Spine through Culliney and McConnell and with the knowledge and/or supervision of Edward Kennedy, James Kennedy, Frederick Giampa and Joseph Giampa, made payments to third parties (i.e., "runners") and First Spine staff for the referral of patients involved in motor vehicle accidents to First Spine clinics.

89.     Patient referral fees were typically paid at a rate of $100 per patient.

90.     The payment of these runner kickbacks (i.e., referral fees) encouraged fraudulent automobile insurance claims.

91.     In Future Management parlance, illegal runner referral payments were referred to as "marketing," "promotion" and/or "bonus" expenses.  These payments were not documented in Future Management medical records or invoices that were mailed to Encompass or disclosed to Encompass in any other manner.

92.     Stephanie Vinas was one of the runners employed by First Spine.  Vinas is Brian Culliney's former patient and was paid to recruit patients for the First Spine clinic.

93.     In addition to Vinas, other improper, unfair and deceptive referral fees were made by the defendants in the form of "marketing" and/or "promotion" payments through Future Management payroll (and off-payroll) accounts payable to employees and outsiders for referral of patients to Giampa Clinics, including the First Spine clinic.

94.     In addition to the payment of these runner kickbacks and referral "bonuses", the co-conspirator chiropractors, including Culliney and McConnell, would pay for improper patient inducements.  Specifically, patients would be rewarded with cash or gift certificates in return for continuing their treatment at Giampa Clinics or for referring their friends or relatives to Giampa Clinics.  At the direction of the Giampa Chiropractors and the Kennedy Brothers, First Spine chiropractors, including Culliney and McConnell, would be reimbursed by Future Management accounting personnel for these patient bribes and/or would charge such items to Future Management issued credit cards.

95.     These payments to patients encouraged the patients to continue their treatment at First Spine in accordance with the Treatment Recipe even though further

treatment was unnecessary and were designed to further defendants' fraud and to increase their profits.

96.    For example, defendants provided the following patients with cash or cash-equivalent inducements in connection with treatment allegedly provided at First Spine in violation of 233 C.M.R. § 4.12:

| CLAIM NO. | CLAIMANT/PATIENT | DATE OF LOSS |
|---|---|---|
| 03526598 | Sokhira Yang | 05/06/05 |
| 03528572 | Viengkhone Khammanivong | 06/18/05 |
| 03544179 | Marina Non | 07/14/04 |
| 03544179 | Mith Non | 07/14/04 |
| 03544179 | Rada Non | 07/14/04 |
| 03544179 | Savet Non | 07/14/04 |
| 03547961 | Jennifer Hell | 09/04/04 |
| *Z3022185 | Lim Seng | 01/17/06 |
| *03584069 | Kimbum Kam | 10/15/05 |
| *Z3022185 | Sarunn Vorn | 01/17/06 |
| 03549524 | Thorng Ream | 10/02/04 |

97.    Kennedy Supply enabled Future Management to fraudulently borrow hundreds of thousands of dollars from various lending entities under the guise that Future Management was "purchasing" chiropractic equipment from Kennedy Supply.

98.    Kennedy Supply also funneled money to Future Management to pay for Future Management's payment of illegal runner referrals to secure patients (including Encompass claimants) for the Giampa Clinics (including First Spine).

99.    James Kennedy and Edward Kennedy were the alter egos of Kennedy Supply and were directly responsible for the payment of illegal runner referral payments to secure patients at the Giampa Clinics.

---

* These payments were made after the initial complaint in this case was filed.

   E.    **The Treatment Recipe and Upcoding Were Designed to Exceed the Massachusetts Tort Threshold.**

   100.    The prescription of unnecessary office visits and treatments in accordance with the Treatment Recipe and the CPT Upcoding were intended to guarantee that a patient's medical bills would exceed the $2,000 threshold for recovery of damages for pain and suffering in a Motor Vehicle Tort Action as codified at Mass. Gen. Laws ch. 231, § 6D.  As illustrated in the table attached to the Third Amended Complaint as Exhibit 7 and incorporated herein by reference, the total medical bills for First Spine patients consistently exceeded the $2000 tort threshold.

   101.    By making sure their bills exceeded this threshold, the defendants ensured that personal injury attorneys would continue to refer their clients to Future Management clinics.  The vast majority (as much as 90%) of First Spine's patients sought treatment after being involved in automobile accidents.  Thus, the First Spine clinic depended on these referrals, as well as the referrals from its runners and staff, to increase the number of patients at the clinic.

   102.    To further encourage this relationship with personal injury attorneys, First Spine staff and its runner agents would encourage First Spine clinic patients to obtain legal representation to pursue personal injury lawsuits and would even allow patients to meet with attorneys or their representatives in the clinic.

   103.    If a patient agreed to submit to legal representation after being referred to an attorney by a First Spine staff member or runner, the runner or First Spine staff member typically was paid an additional $100 beyond the $100 they received for bringing the patient into the clinic for treatment.

104.     First Spine chiropractors were also required to market First Spine services to personal injury attorneys.

105.     From time to time, Cellinet Morton was an "employee" of Future Management who worked with Frederick Giampa delivering cash to personal injury attorneys in connection with the referral of First Spine patients.

106.     By inflating medical bills and then encouraging patients to file personal injury lawsuits, defendants encouraged their patients to file legal claims for pain and suffering when these damages were not warranted and would not have been awarded if defendants had treated the patients in accordance with their medical needs.  By encouraging the filing of these unjustified claims for pain and suffering damages, defendants increased the amount Encompass paid in settlement of these claims.

**F.     <u>Fraudulent Concealment</u>**

107.     First Spine routinely delayed the submission of records and bills to insurers, including Encompass**.**  *See* Exhibit 1.  This tactic thwarted Encompass' opportunity to perform a timely, objective and independent evaluation of (1) the patient's true condition, (2) the necessity of the treatment allegedly rendered, and (3) the reasonableness of the fees charged.

108.     By advancing their bills in this manner, defendants intended that Encompass would not be able to challenge the accuracy of such invoices when evaluating them for payment.

109.     By creating false documentation, First Spine engaged in an ongoing pattern of unfair and deceptive business practices within the meaning of Mass. Gen. Laws ch. 93A.

110.    The medical documentation created and submitted by defendants in connection with the patients identified in the table attached hereto as Exhibit 8 illustrates defendants' practice of consistently delaying re-examinations as part of the Treatment Recipe, thereby extending the patients' course of treatment and further delaying the submission of bills to Encompass.

111.    The defendants' ability to conceal the fraudulent scheme was enhanced by the position of trust medical providers are typically accorded in the transaction of insurance medical claims.

112.    Encompass relied to its detriment upon, among other things, the presumption of honesty accorded First Spine medical documentation.

113.    Despite its due diligence, Encompass did not discover the medical billing fraud scheme until 2005.

114.    Encompass' investigation is ongoing and new facts concerning defendants' scheme continue to be revealed.

## VII.    EXEMPLAR CLAIMS

115.    By way of example only, the following claims illustrate defendants' pattern and practice of creating and submitting false medical documentation to Encompass through the U.S. Mail to fraudulently obtain insurance proceeds.  In each of the following examples, defendants were operating through First Spine (which allegedly rendered the unnecessary chiropractic treatment) and Future Management (which generated and collected the fraudulent medical invoices).  All of the Encompass payments referenced in the Third Amended Complaint were made in reliance upon the false medical documentation created and advanced by defendants.  Encompass has only

listed selected examples here to illustrate the types of fraud practiced by defendants but expects to prove that fraudulent mailings were made with respect to all patients listed on Exhibit 1, attached hereto and incorporated by reference.

**1.    Claimant(s): Aun Sok, Prach Phon, Thorng Ream**
**Date of Loss ("DOL"): 10/02/04**

116.    In connection with Encompass' claim no. 03549524, defendants created and submitted false medical documentation in furtherance of three claims advanced under an automobile insurance policy with Encompass. *See* Exhibit 1.

117.    The automobile reconstruction report indicates that this was an exceptionally low-speed accident.

118.    Aun Sok is a fifty-six (56) year old female who was declared totally disabled and received forty-three (43) excessive treatments over ninety (90) days.

119.    Defendants' chiropractic record indicates no prior accidents for these claimants, but Encompass' investigation revealed numerous prior accidents.

120.    Prach Phon also received forty-six (46) excessive treatments over 100 days.

121.    Thorng Ream is a seventy-eight (78) year old female who was declared totally disabled and received forty-six (46) excessive treatments over 100 days.

122.    The defendants billed Encompass for nineteen (19) spinal manipulations purportedly provided to Thorng Ream, who denied *ever* receiving spinal manipulation treatment at First Spine.

123.    In fact, Ms. Ream denies ever being seen or touched by a chiropractor.

124.    The defendants billed Encompass for an initial examination and re-evaluation in connection with Ms. Ream.  She denied being examined and/or evaluated by a doctor or chiropractor while at First Spine.

125.    Thorng Ream was provided with an inducement by the defendants in exchange for coming to First Spine.

**2.    Claimant(s):  Chareth Rath, Kan Peov, Kristina Rath, Saleen Phan, Vongdeaone Khiaosoth**
        **DOL:        10/27/03**

126.     In connection with Encompass claim no. 03513997, defendants created and submitted false medical documentation in furtherance of five claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

127.    The claimants, ranging from eleven (11) years of age to forty-two (42) years of age, purportedly received chiropractic treatment at First Spine from defendants McConnell and Culliney.

128.    Accident data revealed that the alleged automobile collision resulted in less than $200 damage.

129.    All five claimants presented to First Spine on October 28, 2003 and received the exact same initial evaluation and follow-up treatment for approximately forty-eight (48) excessive appointments over the course of 125 days.

130.    First Spine delayed re-examination of all five claimants until they had all received excessive treatment.

131.    In furtherance of its investigation and evaluation of the claims presented, Encompass requested that the five claimants submit to an examination under oath

pursuant to the express terms of the policy contract under which they sought benefits. All of the claimants failed to appear for their duly scheduled examinations under oath.

132.    On November 24, 2003, June 17, 2004, July 22, 2004, August 13, 2004, and March 3, 2005, Encompass received through the U.S. Mail false medical documentation created by defendants in connection with Vongdeyan Khiasoth's claim.

133.    On June 4, 2004, Encompass paid Vongdeyane Khiasoth's medical bills in the amount of $867 remitted by check through the U.S. Mail.

134.    On November 24, 2003, and June 24, 2004, Encompass received false medical documentation created by defendants in connection with the treatment allegedly rendered to Kristina Rath through the U.S. Mail.

135.    On June 1, 2004, Encompass paid Kristina Rath's medical bills in the amount of $862, remitted by check through the U.S. Mail.

136.    On November 24, 2003, Encompass received false medical documentation through the U.S. Mail in connection with the treatment allegedly rendered to Kan Peov.

137.    Encompass paid Kan Peov's medical bills in the amount of $862, by check through the U.S. Mail on or about June 1, 2004.

138.    Encompass received false medical documentation through the U.S. Mail on February 18, 2004, and June 17, 2004, in connection with the treatment allegedly rendered to Saleen Phan.

139.    Encompass paid Saleen Phan's medical bills in the amount of $2,302, submitted by check through the U.S. Mail on or about June 4, 2004.

3.      **Claimant(s):  Den Tith**
        **DOL:          10/16/02**

140.    In connection with Encompass claim no. 03486642, defendants created and submitted false medical documentation in furtherance of a claim advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

141.    The accident allegedly occurred at 7:40 a.m., following which the insured's vehicle was towed from the accident scene.

142.    Den Tith came to First Spine later that morning, complaining of pain in four (4) regions of his body.

143.    Tith purportedly received chiropractic treatment administered by and/or supervised by defendants McConnell and Culliney.

144.    Later on the date of the alleged accident, (and ***after*** allegedly commencing chiropractic treatment), Mr. Tith was referred back to the hospital by First Spine to undergo x-rays.

145.    First Spine generated records and invoices containing excessive CPT Codes, or CPT Upcoding, in connection with its initial evaluation of Mr. Tith.

146.    Thereafter, Mr. Tith returned to First Spine on forty-four (44) occasions over the course of 105 days, which constitutes grossly excessive treatment, amassing medical charges in excess of $4,700.

147.    Although Mr. Tith's insurance benefit application was submitted one day following the alleged loss, First Spine delayed submission of Tith's medical bills until Tith reached the Massachusetts tort threshold.

148.    Encompass received First Spine-created false medical documentation through the U.S. Mail on October 17, 2002, December 27, 2002, January 27, 2003, and February 11, 2003.

149.    Encompass remitted payments by check in the amount of $440 on January 15, 2003, $440 on January 29, 2003, $2,270 on January 31, 2003, $1,015 on March 6, 2003, $115 on March 24, 2003, and $1,435 on March 24, 2003, all of which payments traveled through the U.S. Mail.

**4.    Claimant(s): Samnang Ngeth; Sitha Mam, Sitha Ngeth
        DOL:        03/15/02**

150.    In connection with Encompass claim no. 03468665, defendants created and submitted false medical documentation in furtherance of three claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

151.    All three of the teenage claimants reportedly came to First Spine on March 19, 2002.

152.    Although accident report data indicated that none of the claimants was seat-belted at the time of the alleged collision, First Spine records indicate that all claimants were restrained at impact.

153.    Accident report data indicates that the collision was a front-end impact caused by a second vehicle.  First Spine records indicate that the injuries resulted from a rear-end impact.

154.    According to First Spine documentation, all claimants complained of pain/injury in three to four body parts.

155.    First Spine generated records and invoices with excessive CPT-coded bills in connection with the initial examination of claimants.

156.    Defendants delayed re-examination for an identical period of time in connection with each of the claimants.

157.    The claimants purportedly received excessive treatment on 47-49 separate occasions over 120 days, with each claimant amassing First Spine medical bills in excess of $4,700.

158.    The Lowell Police Report indicates there were no injuries resulting from the alleged collision.

159.    All the claimants were deemed ***totally disabled*** at the time of their presentment to First Spine, despite the fact that none of the claimants was employed full time, if at all.

160.    Submission of First Spine treatment records and invoices to Encompass was delayed by 6 months following the loss, until the claimants exceeded the Massachusetts tort threshold.

161.    On September 30, 2002, First Spine false medical documentation was submitted through the U.S. Mail to Encompass in connection with treatment allegedly rendered to Sitha Ngeth and Sitha Mam.

162.    On November 2, 2002, false First Spine records and invoices concerning treatment purportedly rendered to Samnang Ngeth were submitted through the U.S. Mail to Encompass.

163.    In connection with treatment purportedly rendered to Sitha Mam, Encompass remitted payment by check, which traveled through the U.S. Mail, in the amount of $4,894 on April 3, 2003.

164.    In connection with treatment purportedly rendered to Sitha Ngeth, Encompass remitted payments by checks, all of which traveled through the U.S. Mail, in the amounts of $4,431 on April 3, 2003 and $423 on December 29, 2003.

165.    In connection with treatment purportedly rendered to Samnang Ngeth, Encompass remitted payment by check, which traveled through the U.S. Mail, in the amount of $4,754 on April 9, 2003.

**5.    Claimant(s):  Anthony Arias, Alma Carrasquillo, Demetri Molina, Roberto Delvalle**
          **DOL:        01/10/04**

166.    In connection with Encompass claim no. 03532767, defendants created and submitted false medical documentation in furtherance of five claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

167.    The claimants ranged in age from eight (8) to fifty-one (51).

168.     Three of the four claimants were minors at the time of the accident.

169.    All claimants presented to First Spine within three (3) days of the alleged accident.

170.    Despite the wide disparity in the age of the claimants, all claimants received the same treatment modalities.

171.    All claimants' re-evaluations were delayed for an identical period of time.

172.    First Spine delayed submission of medical bills to Encompass until all claimants exceeded the Massachusetts tort threshold.

173.    The treatment purportedly rendered to each claimant was supervised by McConnell and Culliney.

174.    On April 16, 2004 and April 30, 2004, Encompass received through the U.S. Mail fraudulent medical records and bills in connection with treatment allegedly rendered to Alma Carrasquillo.

175.    On April 15, 2004, April 16, 2004 and April 27, 2004, Encompass received through the U.S. Mail fraudulent medical records and bills in connection with treatment allegedly rendered to Anthony Arias.

176.    On March 22, 2004, March 30, 2004, April 16, 2004 and April 30, 2004, Encompass received through the U.S. Mail fraudulent medical records and bills in connection with treatment allegedly rendered to Dimitri Molena.

177.    On March 15, 2004, March 30, 2004, April 16, 2004 and April 30, 2004, Encompass received through the U.S. Mail fraudulent medical records and bills in connection with treatment allegedly rendered to Roberto Delvalle.

178.    In connection with treatment purportedly rendered to Roberto Delvalle, Encompass remitted payments by checks, all of which traveled through the U.S. Mail, in the amount of $1,740 on April 12, 2004 and in the amount of $1,740 on October 13, 2004.

179.    Encompass paid First Spine's bills in the amount of $2,525 on April 12, 2004, in connection with the treatment allegedly rendered to Dimitri Molena, which payment traveled through the U.S. Mail.

180.    Encompass paid First Spine's bills in the amount of $2,385 on April 12, 2004, in connection with the treatment allegedly rendered to Alma Carrasquillo, which payment traveled through the U.S. Mail.

6.      **Claimant(s):  Chhang Kang, Chanda Kong, Phala Phoun**
        **DOL:          06/04/02**

181.    In connection with Encompass claim no. 03465736, defendants created

and submitted false medical documentation in furtherance of three claims advanced under

an automobile insurance policy with Encompass.  *See* Exhibit 1.

182.    Each of the claimants, ranging in age from twenty (20) to sixty-four (64)

years of age, allegedly complained of pain/injury in five (5) body parts.

183.    The vehicle involved in the alleged collision sustained minimal damage.

184.    The medical records created by the defendants failed to document the

mechanism of injury.

185.    First Spine medical records indicate that all claimants received excessive

CPT-coded initial evaluations.

186.    ***Following*** commencement of treatment, all three claimants were referred

by First Spine to obtain x-rays.

187.    The medical records created by the defendants, through First Spine,

contained false information regarding prior medical history/condition of the claimants.

188.    All claimants received identical treatment on at least forty-five (45)

separate visits, amassing First Spine medical bills in excess of $4,800 per claimant.

189.    On August 16, 2002, August 23, 2002, October 7, 2002, and October 25,

2002, Encompass received through the U.S. Mail First Spine false medical

documentation demanding payment for treatment allegedly rendered to Chhang Kong.

190.    On August 16, 2002, August 23, 2002, October 7, 2002, and October 25,

2002, Encompass received through the U.S. Mail First Spine false medical

documentation demanding payment for treatment allegedly rendered to Chanda Kong.

191.    On July 16, 2002, July 22, 2002, August 16, 2002, September 9, 2002, and October 15, 2002, Encompass received through the U.S. Mail First Spine false medical documentation demanding payment for treatment allegedly rendered to Chhang Kong.

192.    On July 16, 2002, August 15, 2002, and October 29, 2002, Encompass received through the U.S. Mail First Spine false medical documentation demanding payment for treatment allegedly rendered to Phala Phoun.

193.    In connection with treatment purportedly rendered to Phala Phoun, Encompass remitted payments by checks, all of which traveled through the U.S. Mail, in the amounts of $1,725 on September 11, 2002 and $1,521 on September 20, 2002.

194.    Encompass remitted payment through the U.S. Mail on September 6, 2002, in the amount of $2,456 for treatment allegedly rendered to Chhang Kang.

195.    Encompass remitted payment through the U.S. Mail on September 20, 2002, in the amount of $1,045 for treatment allegedly rendered to Chhang Kang.

196.    Encompass remitted payment through the U.S. Mail on December 31, 2002, in the amount of $1,281 for treatment allegedly rendered to Chanda Kong.

197.    Encompass remitted payment through the U.S. Mail on December 31, 2002, in the amount of $1,890 for treatment allegedly rendered to Chanda Kong.

198.    Encompass remitted payment through the U.S. Mail on January 14, 2003, in the amount of $1,135 for treatment allegedly rendered to Chhang Kang.

199.    Encompass remitted payment through the U.S. Mail on January 14, 2003, in the amount of $1,195 for treatment allegedly rendered to Chanda Kong.

200.    Encompass remitted payment through the U.S. Mail on February 26, 2004, in the amount of $530 for treatment allegedly rendered to Chanda Kong.

34

7.     **Claimant(s):  Sokean Phlong, Brandon Ouer**
       **DOL:        02/14/03**

201.    In connection with Encompass claim no. 03483838, defendants created

and submitted false medical documentation in furtherance of two claims advanced under

an automobile insurance policy with Encompass.  *See* Exhibit 1.

202.    Following an alleged collision on February 14, 2003, the claimants

presented to First Spine where they each received identical evaluations and subsequent

medical treatment administered and/or supervised by defendants Culliney and

McConnell.

203.    First Spine delayed reevaluation of both claimants for an identical period

of 18 dates of service.

204.    Incredibly, Brandon Oeur (age 5) purportedly received twenty-six (26)

dates of service under the chiropractic supervision of chiropractors McConnell and

Culliney during which he allegedly received treatment and modalities including electric

muscle stimulation and a "thermal-agent".  Based upon the defendants' documentation,

all of the treatment is excessive, unwarranted and unreasonable.

205.    The defendants delayed submission of medical records and bills in

connection with Phlong and Oeur until both claimants met or exceeded the Massachusetts

tort threshold.

206.    The medical records advanced by defendants indicate that Phlong was

totally disabled despite the fact that she reported in her application for insurance benefits

that she sustained no lost wages or missed any time from work.

207.    Encompass received via the U.S. Mail on May 20, 2003, and October 7, 2003, false medical documentation created by the defendants in connection with Sokean Phlong's claim.

208.    Encompass received false medical documentation created by defendants through First Spine, via the U.S. Mail on April 7, 2003, April 22, 2003, February 26, 2004, and March 10, 2004, in connection with Brandon Oeur's claim.

209.    Encompass paid Brandon Oeur's First Spine medical bills on May 14, 2003, in the amount of $1,795.

210.    Encompass paid Brandon Oeur's First Spine medical bills on April 19, 2004, in the amount of $1,083.

211.    Encompass paid Sokean Phlong First Spine medical bills on April 21, 2003, in the amount of $2,000.

212.    Encompass paid Sokean Phlong First Spine medical bills on June 11, 2003, in the amount of $102.

213.    Encompass paid Sokean Phlong First Spine medical bills on November 6, 2003, in the amount of $1,465.

**8.    Claimant(s):  Sally Kong, Chinda Kruth**
**DOL:        11/27/02**

214.    In connection with Encompass claim no. 03481235, defendants created and submitted false medical documentation in furtherance of two claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

215.    Both claimants alleged personal injuries arising from a November 27, 2002 automobile accident, which resulted in total property damage of $258.

36

216.    Both claimants presented to First Spine, where they received identical evaluations and were then referred to the hospital emergency room for x-rays.

217.    First Spine medical records failed to document the mechanism of injury.

218.    The police report indicates that there were no injured parties in either vehicle.

219.    Each claimant received nearly identical, excessive treatment over the course of at least forty-six (46) dates of service.

220.    The chiropractic care allegedly rendered in connection with both claimants was administered or overseen by defendants Culliney and McConnell.

221.    First Spine medical records falsely indicate that both claimants had negative prior medical/injury history.

222.    The defendants delayed submission of the claimants' medical records and bills until each claimant had met or exceeded the Massachusetts tort threshold.

223.    False medical documentation in connection with treatment allegedly rendered to Sally Kong was forwarded to Encompass through the U.S. Mail on January 17, 2003, January 27, 2003, April 21, 2003, May 12, 2003, June 4, 2003 and June 13, 2003.

224.    False medical documentation in connection with treatment allegedly rendered to Chinda Kruth was forwarded to Encompass through the U.S. Mail on January 27, 2003, October 21, 2004, December 31, 2004, and February 9, 2005.

225.    Encompass submitted payment of Sally Kong's medical bills through the U.S. Mail on February 17, 2003, in the amount of $1,910.

226.     Encompass submitted payment of Sally Kong's medical bills through the U.S. Mail on June 20, 2003, in the amount of $295.

**9.     Claimant(s):  Pamela Nou, Saroeun Hou**
**DOL:          09/06/01**

227.     In connection with Encompass claim no. 03456762, defendants created and submitted false medical documentation in furtherance of two claims advanced under Chinda Kruth's automobile insurance policy with Encompass (*see supra* Claim 8).  *See* Exhibit 1.

228.     On September 6, 2001, Pamela Nou and Saroeun Hou were allegedly injured while traveling in Kruth's vehicle, which sustained $300 total damage.

229.     Medical records created by First Spine failed to document the mechanism of alleged injury.

230.     Subsequently, both claimants presented to First Spine within four (4) days of the alleged accident complaining of pain/injury in five (5) areas of their bodies.

231.     Claimants received identical, excessive treatment over the course of forty-seven (47) separate dates of service, each amassing First Spine medical bills in excess of $4,600.

232.     The defendants delayed reevaluation of each claimant for an identical period of eighteen (18) dates of treatment.

233.     The claimants managed to submit applications for insurance benefits within one week of the alleged loss.  First Spine, however, delayed submission of medical bills and records until each claimant had nearly met the Massachusetts tort threshold.

234.     The chiropractic treatment allegedly rendered to both claimants was administered and/or supervised by defendants Culliney and McConnell.

235.     The false medical documentation created by the defendants in connection with Pamela Nou's claim was received by Encompass through the U.S. Mail on December 18, 2002, December 31, 2002, January 6, 2003, January 21, 2003, January 27, 2003, and March 8, 2004.

236.     The false medical documentation created by the defendants in connection with Hou's claim was received by Encompass through the U.S. Mail on July 12, 2002, August 12, 2002, October 18, 2002, March 9, 2004, and October 22, 2004.

237.     Encompass paid Saroeun Hou's medical bills in the amount of $2,789 by check through the U.S. Mail on January 30, 2002.

238.     Encompass paid Pamela Hou's medical bills in the amount of $973 by check through the U.S. Mail on March 7, 2002.

**10.     Claimant(s):   Kosal Nguon, Sokcheath Prak, Sophalla Chum, Sophaly Chum
          DOL:            12/14/98**

239.     In connection with Encompass claim no. 03381790, defendants created and submitted false medical documentation in furtherance of four claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

240.     Following a minimal-impact accident, all four claimants presented to First Spine.

241.     The police report indicates that no person involved in the accident sustained physical injury.  Notwithstanding, all four claimants reportedly received the highest CPT Code for this initial evaluation (CPT Code 99205) at First Spine, which was unwarranted.

242.    First Spine records indicate that all claimants complained of pain/injury in four (4) regions of their bodies.

243.    The defendants delayed reevaluation of each claimant for an identical period of service.

244.    All claimants received excessive treatment consisting of fifty (50) to fifty-one (51) dates of chiropractic service.

245.    First Spine documents provide that each claimant was **totally disabled** for two to three weeks.

246.    First Spine delayed submission of medical records and bills demanding insurance payments until all claimants had well exceeded the Massachusetts tort threshold

247.    On April 19, 1999, May 3, 1999, and May 20, 1999, Encompass received through the U.S. Mail false medical documentation created by the defendants in connection with treatment allegedly rendered to Nguon Kosal.

248.    On March 19, 1999, May 17, 1999, and December 30, 1999, Encompass received through the U.S. Mail false medical documentation created by the defendants in connection with treatment allegedly rendered to Prak Sok Cheath.

249.    On March 15, 1999, April 5, 1999, May 3, 1999, May 6, 2001, and March 10, 2001, Encompass received through the U.S. Mail false medical documentation created by the defendants in connection with treatment allegedly rendered to Suphala Chum.

250.     On March 15, 1999, May 3, 1999, May 5, 1999, and May 19, 1999, Encompass received through the U.S. Mail false medical documentation created by the defendants in connection with treatment allegedly rendered to Sophaly Chum.

251.     Encompass remitted payment through the U.S. Mail on February 17, 2000, in the amount of $1,833 for Prak Sok Cheeth's First Spine claims.

252.     Encompass remitted payment through the U.S. Mail on March 30, 1999, in the amount of $2,212 for Prak Sok Cheeth's First Spine claims.

253.     Encompass remitted payment through the U.S. Mail on November 27, 2001, in the amount of $1,558 for Suphala Chum's First Spine claims.

254.     Encompass remitted payment through the U.S. Mail on November 27, 2001, in the amount of $2,236 for Suphala Chum's First Spine claims.

255.     Encompass remitted payment through the U.S. Mail on March 30, 1999, in the amount of $1,847 for Suphala Chum's First Spine claims.

256.     Encompass remitted payment through the U.S. Mail on March 30, 1999, in the amount of $1,579 for Suphala Chum's First Spine claims.

**11.     Claimant(s):  Emmy Vann, Naravuth Mak, Narayuth Mak, Sandy Mak
         DOL:         04/25/99**

257.     In connection with Encompass claim no. 03425232, the defendants created and submitted false medical documentation in furtherance of four claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

258.     The four claimants were minors ranging from seven (7) years of age to twelve (12) years of age.

259.     All four child claimants allegedly were restrained rear-seat passengers in the insured's 1989 Toyota Camry.

260.    Total cost of repairs to the insured vehicle as a result of this minimal impact was $335.

261.    According to the police report, there were no injuries apparent or reported at the accident scene.  However, an operator's report submitted in support of these claims indicated that all four (4) children and two (2) adult passengers sustained injury.

262.    All four (4) minor claimants first presented to First Spine and *commenced* chiropractic treatment from defendant Culliney *sixty-five (65)* days after the alleged accident.

263.    Medical records generated by the defendants indicate that all four (4) minor claimants complained of pain/injury in three (3) areas of their bodies.

264.    Despite the fact that (1) this was a minimal impact accident, and (2) all of the claimants reported for "treatment" more than 2 months post-accident, each claimant received the highest CPT Code for his or her initial evaluation (CPT Code 99205), which was unwarranted in light of defendants' medical documentation.

265.    The defendants delayed reevaluation of each of the four (4) minor claimants until at least the 18th day of service.

266.    Each claimant allegedly received excessive treatment during at least twenty-eight (28) chiropractic appointments.

267.    Incredibly, two of these minor claimants were declared *totally disabled* as a result of the loss.

268.    The defendants delayed submission of medical records and bills to Encompass until all claimants met or exceeded the Massachusetts tort threshold.

269.     Encompass received via the U.S. Mail false medical documentation created by the defendants by letters dated September 7, 1999, September 20, 1999, October 4, 1999 and October 18, 1999, in connection with chiropractic treatment allegedly rendered to Naravuth Mak.

270.     Encompass received via the U.S. Mail false medical documentation created by the defendants by letters dated September 7, 1999, October 4, 1999 and October 18, 1999, in connection with chiropractic treatment allegedly rendered to Emmy Vann.

271.     Encompass received via the U.S. Mail, false medical documentation created by defendants by letters dated September 7, 1999, and September 20, 1999, in connection with chiropractic treatment allegedly rendered to Sandy Mak.

272.     Encompass received via the U.S. Mail false medical documentation created by defendants by letters dated September 7, 1999, September 20, 1999, and December 13, 1999, in connection with chiropractic treatment allegedly rendered to Narayuth Mak.

273.     Encompass remitted payment via the U.S. Mail on February 16, 2000, in the amount of $150 for treatment allegedly rendered to Naravuth Mak.

274.     Encompass remitted payment via the U.S. Mail on February 16, 2000, in the amount of $150 for treatment allegedly rendered to Emmy Vann.

275.     Encompass remitted payment via the U.S. Mail on June 26, 2000, in the amount of $3,073 for treatment allegedly rendered to Narayuth Mak.

276.     Encompass remitted payment via the U.S. Mail on February 16, 2000, in the amount of $150 for treatment allegedly rendered to Sandy Mak.

277.    Encompass remitted payment via the U.S. Mail on June 26, 2000, in the amount of $1,866 for treatment allegedly rendered to Sandy Mak.

278.    Encompass remitted payment via the U.S. Mail on June 26, 2000, in the amount of $3,023 for treatment allegedly rendered to Emmy Vann.

279.    Encompass remitted payment via the U.S. Mail on June 26, 2000, in the amount of $2,763 for treatment allegedly rendered to Naravuth Mak.

**12.    Claimant(s):  Tim Oeun**
**       DOL:        09/22/01**

280.    In connection with Encompass claim no. 03457313, defendants created and submitted false medical documentation in furtherance of a claim advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

281.    Mr. Oeun is alleged to have sustained severe personal injury in a minor automobile accident, following which he reported to First Spine complaining of pain and injury in five (5) body regions.

282.    According to medical documentation created and advanced by defendants, Mr. Oeun was subjected to an initial examination and was declared totally disabled for nine (9) days.

283.    Despite defendants' medical documentation, which appears to document a severely injured Oeun, he was "discharged" on his 18th visit to First Spine (contrary to the pattern of nearly every other First Spine automobile accident patient).

284.    Further investigation revealed that on the day following his "discharge," Mr. Oeun was involved in a subsequent automobile accident on October 30, 2001 (for which he commenced yet another round of chiropractic treatment).

285.    Despite treatment records (for the initial accident) indicating that Mr. Oeun's treatment frequency reduced as he progressed through treatment, Oeun actually received (or at least First Spine demanded payment in connection with) a treatment frequency of at least 3 times a week through the entirety of his alleged First Spine care related to claim no. 03457313.

286.    The foregoing leads to the obvious conclusion that Oeun was treating and complaining of significant discomfort as of his eighteenth visit, but was discharged in order to allow Oeun to commence a new regimen of treatment in connection with the October 30, 2001 loss.

287.    Mr. Oeun subsequently returned to First Spine in connection with yet another alleged motor vehicle accident occurring on October 13, 2004.

288.    False medical documentation created and advanced by defendants in connection with Mr. Oeun's claim was received by Encompass through U.S. Mail on January 18, 2002.

289.    Encompass remitted payment of Mr. Oeun's claim via the U.S. Mail on September 12, 2002, in the amount of $472.

290.    Encompass remitted payment of Mr. Oeun's claim via the U.S. Mail on February 25, 2003 in the amount of $1,315.

291.    Mr. Oeun has been involved in and/or advanced auto insurance claims in connection with approximately ten automobile accidents.

292.    In connection with nearly every accident, Mr. Oeun obtained treatment from defendant Culliney (or at least from a facility with which Culliney was associated).

293.    Specifically, in connection with two automobile accident claims advanced in August 1994 and October 1996, Mr. Oeun purportedly received chiropractic treatment at World Family Chiropractic, Culliney's former employer.  Defendant Culliney was later named as a defendant in a civil racketeering action brought in U.S. District Court (Massachusetts) against World Family Chiropractic.

294.    Another former World Family Chiropractic employee, Sokha Dy, followed Culliney to First Spine and is still employed there.  At her deposition in the World Family case, Ms. Dy invoked her privilege against self-incrimination in response to all material questions.

**13.    Claimant(s):  Chanthu Phauk, Jacriya Phauk, Melinda Phauk, Channara Phauk, Veda Phauk, Johnny Phauk, Taevy Phauk, Dika Phauk, Channate Phauk**
**       DOL:        11/02/03**

295.    In connection with Encompass claim no. 03513995, defendants created and submitted false medical documentation for **nine** claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

296.    Information provided by First Spine patients Chanthu Phauk, Jacriya Phauk, Melinda Phauk, Channara Phauk, Veda Phauk, Johnny Phauk, Taevy Phauk, Dika Phauk, Channate Phauk in connection with an automobile collision reportedly occurring on November 2, 2003, revealed evidence that defendants (1) billed for treatment that was not rendered (2) allegedly rendered treatment for injuries not complained of, and (3) allegedly provided treatment not related to the documented injury (heat therapy).

14.    **Claimant(s):  Nikki Kim**
       **DOL:          02-13-01**

297.    In connection with Encompass' claim no. 03418926, defendants created and submitted false medical documentation in furtherance of a claim advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

298.    Ms. Kim was four months pregnant and received an evaluation with a complaint of neck, mid-back pain and low back pain as well as abdominal pain. Although this pregnant patient reported abdominal pain, the initial note of Culliney indicates "I did not perform an examination of the abdominal region nor did I palpate the region today."  Notwithstanding, First Spine billed Encompass for the highest CPT Code for an initial examination (CPT Code 99205), which was not warranted.

299.    The diagnosis of cervical thoracic and lumbar sprain/strain was not consistent with the mechanism of injury.

300.    Given the mechanism of injury, treatment consisting of forty-four (44) visits over 105 days was excessive; in fact, the treatment lasted beyond the expected natural resolution timeline *absent* medical intervention.

301.    The First Spine recipe of excessive treatment with no nexus between treatment and symptoms and a lack of independent chiropractic decision making is clearly exemplified by comparing Ms. Kim's treatment regime in this case to that in a prior accident, involving a much more serious collision.  Ms. Kim was involved in an accident on October 21, 1998, wherein her vehicle sustained approximately $10,000 worth of damage, and she received forty-eight (48) treatments over ninety-five (95) days. In the present accident, Ms. Kim was involved in a parking lot accident wherein another vehicle backed into her vehicle, and she received forty-four (44) treatments over 105

days.   In both instances, First Spine fraudulently billed Encompass for the highest CPT

Code for an initial examination (CPT Code 99205), which was not warranted in either

case.

**15.    Claimant(s):  Chareth Rath, Kan Peov, Kristina Rath, Saleen Phan,**
**Vongdeaone Khiaosoth**
**DOL:          10/27/03**

302.    In connection with Encompass' claim no. 03513997, defendants created

and submitted false medical documentation in furtherance of five claims advanced under

an automobile insurance policy with Encompass.  *See* Exhibit 1.

303.    This very low speed, rear-end, collision caused $200 damage and involved

five claimants, ranging in age from eleven (11) to forty-two (42).

304.    All five claimants presented to First Spine one day post-accident.

305.    Kan Peov underwent an independent evaluation on December 17, 2003.

The examiner found evidence that the patient was exaggerating the severity of his

symptoms.

306.    Kristina Rath (age 11) received excessive treatment consisting of forty-

eight (48) treatments over 125 days involving overutilization of thermal agents, traction

and electrical stimulation.  This patient was not re-examined until the 17th visit.   Her

course of treatment was excessive for a minor and unsupported by the defendants'

chiropractic documentation.

307.    The course of treatment far outlasted the expected natural resolution

timeline *absent* medical intervention.

308.    The fact that an eleven (11) year old was prescribed forty-eight (48) treatments over four (4) months entirely undermines confidence in the validity of the treatment regimes for the adult patients.

309.    The defendants' records for Vongdeaone Khiaosoth (age 36) fail to substantiate why forty-five (45) treatments over approximately 120 days were necessary.

310.    The defendants' records regarding Saleen Phan (age 33) fail to substantiate why forty-six (46) treatments over approximately 120 days were necessary.

311.    Although Phan presented with complaints of headache and nausea, no cranial nerve examination was conducted.

312.    The defendants' records regarding Chareth Rath (42) fail to substantiate why forty-eight (48) treatments over approximately 105 days were necessary.

313.    Incredibly, five individuals, including an eleven (11) year old, were apparently determined to require the same level of treatment and realized little better than a 2% improvement per visit over the course of four months of treatment.

**16.    Claimant(s):  Ly Chan, Pheakdey Sok**
**        DOL:         10/02/02**

314.    In connection with Encompass' claim no. 03485991, defendants created and submitted false medical documentation in furtherance of two claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

315.    This rear-end, motor vehicle accident resulted in ***no*** damage.

316.    None of the chiropractic records discusses the extent of impact (or lack thereof).

317.    Although Ly Chan (61) suffered a stroke three years prior to the accident, no cranial nerve testing was performed.

49

318.    She received forty (40) treatments over approximately 120 days, which was grossly excessive in light of her injuries (or lack thereof).

319.    She was determined to be totally disabled even though she was unemployed.  The period of total disability is not reported.

320.    Pheakdey Sok (age 24) received forty-six (46) chiropractic treatments over approximately 130 days, which was also excessive.

321.    The treatment course far exceeded the expected natural resolution timeline *absent* medical intervention for these injuries.

**17.    Claimant(s):   Ron Phay, Miriam Rivera, Susie Soeun**
**DOL:          09/16/02**

322.    In connection with Encompass' claim no. 03485151, defendants created and submitted false medical documentation in furtherance of a claim advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

323.    This claim involved a two-car accident wherein ***the driver from one car*** and two occupants ***from the second car*** all presented at First Spine one day after the accident.

324.    The First Spine records are misleading in that the description of the accident provided in reports submitted by passengers in both vehicles indicate that the vehicle in which ***they*** were traveling was struck by another vehicle.

325.    Susie Soeun (age 20) received forty-six (46) treatments, which was grossly excessive.

326.    Ron Phay (age 21) received thirty-seven (37) treatments, which was excessive.

50

327.     Miriam Rivera (age 41), the driver of the vehicle, received thirty-nine (39) treatments, which was excessive.

328.     Evidence of head trauma or complaints of head pain are noted with all three individuals, yet none of the evaluations included a cranial nerve examination.

329.     To avoid scrutiny, Miriam Rivera was referred to Associated Health Care Group ("AHC") (another Giampa Clinic).  AHC records note that she complained of neck pain to the **left** side and limited mobility of the **left** shoulder with no diminished sensation of the **left** hand on October 14, 2002.

330.     She returned on November 11, 2002 reporting "decreasing **right** radiating pain."

331.     She then returned on December 2, 2002 with a mild deficit of sensation to the **right** C5 and C6 distribution to the arm, wrist and hand.

332.     During the initial chiropractic evaluation at First Spine on September 17, 2002, increased sensation was noted at C6, C7, C8 dermatomes on the **left**.

333.     The defendants' notes of December 2, 2002 report decreased sensation of the **left** C6 dermatome.

334.     Based upon the patent inconsistencies contained within the documentation submitted by Associated Health Care Group and First Spine (both Giampa Clinics), none of the chiropractic care was justified or compensable.

**18.     Claimant(s):  Timmy Tim, Oeun Tim**
        **DOL:          05/16/99**

335.     In connection with Encompass' claim no. 03425856, defendants created and submitted false medical documentation in furtherance of two claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

51

336.    Oeun Tim, also known as Tim Oeun, has been involved in a number of collisions and received prior treatment at First Spine.  *See supra* Claim 12.

337.    The police report indicates that there were no injuries and does not list any passengers.

338.    Both Oeun Tim and Timmy Tim (age 6) presented one day post-accident and received the highest CPT Code for an initial examination (CPT Code 99205), which was unwarranted.

339.    Timmy Tim presented to First Spine with tenderness in the forehead and evidence of a hematoma.  There is no evidence of a cranial nerve examination during his initial evaluation.

340.    He received thirty-two (32) treatments over approximately three months, which was excessive.  The fact that a six-year old was provided manipulation, traction, thermal agents and electrical stimulation entirely compromises the validity of any treatment referenced in the Third Amended Complaint.  The amount of treatment rendered was excessive, especially for a minor.

**19.    Claimant(s):  Chan Tim, Pheap Tim, Tob Lay, Vibol Tim**
**        DOL:        05/24/01**

341.    In connection with Encompass' claim no. 03445658, defendants created and submitted false medical documentation in furtherance of four claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

342.    Pheap Tim and Tob Lay were under active treatment with regard to an accident on April 19, 2001.

343.    All four individuals presented to First Spine one day following the May 24, 2001 accident, which was the subject of this claim.

344.    Incredibly, a three-year old patient, Vibol Tim, underwent twenty-four (24) chiropractic treatments including manipulation, thermal agent and electrical stimulation over fifty (50) days and was noted to be progressing slowly.  The three-year old patient was not re-evaluated until the eighteenth visit.  The fact that a three-year old was determined to require twenty-four (24) visits entirely compromises the validity of the Treatment Recipe and any thought of individual decision-making relative to the adult patients identified throughout the Third Amended Complaint.  This treatment is grossly excessive and unwarranted in light of the medical records.

345.    The three adult claimants, ages thirty-one (31), thirty-one (31) and fifty-one (51), all received approximately forty-five (45) treatments over 100-110 days, which was excessive and unwarranted in light of the medical documentation.

346.    Although the thirty-one (31) year old female was described as having lacerations, bruising of the face and swelling, as well as a constant headache and numbness from the top of her right shoulder to her elbow, no cranial nerve examination was performed.

347.    First Spine billed Encompass in connection with all four patients for the highest CPT Code for an initial examination (CPT Code 99205), which was not warranted.

**20.    Claimant(s):  Cheatra So, Nheop So, Paulika So, Phaectra So, Savuth Phan, San Samnang, Alex Nunez**
**        DOL:         02/24/02**

348.    In connection with Encompass' claim no. 03462771, defendants created and submitted false medical documentation in furtherance of seven claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

349.     Seven individuals allegedly were injured in this accident involving a 1998 Jeep Grand Cherokee, which sustained approximately $300 of rear-end damage.

350.     The police report only identifies six (6) individuals.  It did not mention San Samnang, a twenty (20) year old claimant.

351.     Paulika So (age 10) received excessive treatment consisting of forty-eight (48) visits, including manipulation, thermal agent and electrical stimulation over approximately four months.

352.     Phaectra So (age 13) presented two days post-accident and received excessive treatment consisting of forty-nine (49) treatments over approximately four months, consisting of manipulation, thermal agent, and electrical stimulation during the early stages.

353.     Cheatra So (age 14) received excessive treatment consisting of forty-seven (47) treatments over approximately four months.

354.     Savuth Phan (age 31) received excessive treatment consisting of thirty-three (33) treatments over approximately three months.

355.     Nheop So (age 39) was considered totally disabled and received forty-eight (48) excessive treatments over approximately four months.

356.     Thus, seven (7) individuals ranging in age from age seven (7) to age thirty-nine (39) and all claiming to be occupants in a Jeep that was supposedly rear-ended and only sustained approximately $300 in damage, received unwarranted and excessive chiropractic intervention.  The presentations in all the reports are not consistent with the mechanism of injury as described.

21.     **Claimant(s):  Bin Suon, Ngeth Soeung**
        **DOL:          11/18/00**

357.    In connection with Encompass' claim no. 03415264, defendants created and submitted false medical documentation in furtherance of three claims advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

358.    Bin Suon is reported to be injured in the police report and is taken to the hospital.  No other injuries are reported.

359.    Both Suon and Soeung presented to First Spine and received upcoded initial evaluations.

360.    Soeung was declared totally disabled for a period of nine (9) days through November 27, 2000.  However, an attached emergency room record indicates that he presented on November 26, 2000, reporting an injury to his hand sustained at work.  This is not mentioned in defendants' chiropractic records.  Moreover, defendants' medical documentation declaring Ngeth Soeung disabled is false given the fact that he continued working.

361.    The EMS records indicate that the vehicle in which these individuals were occupants merely sustained a small dent and scratch on the right side door.

362.    Bin Suon was declared totally disabled for two to four weeks, which is not justified by the medical documentation.

363.    Both individuals received approximately forty-five (45) treatments over a period of four (4) months.  The level of treatment is excessive given the documented mechanism of injury, symptoms and the treatment allegedly rendered.

22.   **Claimant(s):   Punlork Sar; Jorge Diaz, Sambath Bo, Lysabad Bo, Samantha**
         **Mao, Samban Bo, Sambath Bo, Sambun Sar**
      **DOL:          02/11/01**

364.    In connection with Encompass claim no. 03418795, defendants created and submitted false medical documentation for seven claimants ranging from seven (7) years of age to fifty-three (53) years of age advanced under an automobile insurance policy with Encompass.  *See* Exhibit 1.

365.    Not only did First Spine treat all the claimants in the vehicle owned and insured by Mr. Sar, First Spine also had the good fortune to allegedly render treatment to the driver of the adverse vehicle, Jorge Diaz.

366.    The next day, all seven claimants (from both vehicles) allegedly received the highest possible CPT Code for their initial exams (CPT Code 99205), which was unwarranted, under the direction and supervision of defendants Culliney and McConnell.

367.    The insured vehicle allegedly sustained $900 in damage (parts and labor).

368.    The false medical documentation advanced by First Spine failed to properly document the physical condition of the claimants.

369.    The defendants delayed re-examination of all claimants, regardless of differences in age, physical condition and alleged injury.

370.    The seven (7) year old claimant received excessive treatment consisting of thirty-two (32) total dates of alleged chiropractic service, amassing medical bills in excess of $3,200.  The fifty-three (53) year old male driver of the adverse vehicle also received excessive treatment consisting of thirty-two (32) dates of alleged chiropractic treatment and amassed in excess of $3,100 in First Spine medical bills.

371.    Despite the fact that all claimants appeared to have completed and submitted Personal Injury Protection ("PIP") benefit applications on a timely basis, defendants delayed submission of false medical documentation until the claimants met or exceeded the Massachusetts tort threshold.  *See* Exhibit 1.

372.    First Spine medical records indicate that the adverse operator claimant had no relevant prior medical history.  However, Encompass' investigation revealed similar prior losses.

373.    On or about March 8, 2002, Encompass received through the U.S. Mail First Spine false medical documentation in connection with treatment allegedly rendered to Punlork Sar.

374.    On or about March 11, 2001, Encompass received through the U.S. Mail First Spine false medical documentation in connection with treatment allegedly rendered to Sambath Bo.

375.    On or about June 6, 2001, Encompass received through the U.S. Mail First Spine false medical documentation in connection with treatment allegedly rendered to Lysabad Bo.

376.    On or about June 6, 2001, Encompass received through the U.S. Mail First Spine false medical documentation in connection with treatment allegedly rendered to Samban Bo.

377.    On or about May 24, 2001, Encompass received through the U.S. Mail First Spine false medical documentation in connection with treatment allegedly rendered to Samentha Mao.

378. On or about October 22, 2001, Encompass received through the U.S. Mail First Spine false medical documentation in connection with treatment allegedly rendered to Sambun Sar.

379. On September 3, 2002, November 5, 2002 and October 14, 2004, letters were sent by lawyers on behalf of First Spine to Encompass demanding payment in connection with chiropractic treatment allegedly related to the collision described above.

380. Encompass remitted payment by check via the U.S. Mail on June 15, 2001, in the amount of $1,818, for treatment allegedly related to Lysabad Bo.

381. Encompass remitted payment by check via the U.S. Mail on July 16, 2001, in the amount of $2,105, for treatment allegedly related to Sambun Sar.

382. Encompass remitted payment by check via the U.S. Mail on June 15, 2001, in the amount of $1,973, for treatment allegedly related to Sambun Sar.

383. Encompass remitted payment by check via the U.S. Mail on June 19, 2001, in the amount of $1,150, for treatment allegedly related to Samentha Mao.

384. Encompass remitted payment by check via the U.S. Mail on June 15, 2001, in the amount of $2,053, for treatment allegedly related to Samentha Mao.

385. Encompass remitted payment by check via the U.S. Mail on June 19, 2001, in the amount of $2,220, for treatment allegedly related to Samban Bo.

386. Encompass remitted payment by check via the U.S. Mail on June 15, 2001, in the amount of $1,878, for treatment allegedly related to Samban Bo.

387. Encompass remitted payment by check via the U.S. Mail on June 21, 2001, in the amount of $1,400, for treatment allegedly related to Sambath Bo.

388.    Encompass remitted payment by check via the U.S. Mail on June 21, 2001, in the amount of $1,795, for treatment allegedly related to Lysabad Bo.

389.    Encompass remitted payment by check via the U.S. Mail on June 15, 2001, in the amount of $1,958, for treatment allegedly related to Sambath Bo.

390.    Encompass remitted payment by check via the U.S. Mail on June 15, 2001, in the amount of $1,968, for treatment allegedly related to Punlork Sar.

391.    Encompass remitted payment by check via the U.S. Mail on July 16, 2001, in the amount of $1,170 for treatment allegedly related to Punlork Sar.

392.    Encompass remitted payment by check via the U.S. Mail on July 19, 2001, in the amount of $450, for treatment allegedly related to Punlork Sar.

393.    In addition, Encompass paid $4,700 to Jorge Diaz in settlement of his alleged third-party tort claim, supported in significant part by the fraudulent medical bills Diaz allegedly incurred through First Spine.

## VIII.    MAIL FRAUD RACKETEERING ACTIVITY

394.    The defendants created, prepared and processed false medical documentation and intentionally violated the laws of the United States by devising and intending to devise schemes to defraud and obtain money and property by means of false and fraudulent pretenses in representations, and by placing or causing to be placed, in a post office and/or authorized depository for mail matter, things to be sent and delivered by the United States Postal Service for the purpose of executing such fraudulent schemes and attempting to do so, in violation of 18 U.S.C. § 1341 (mail fraud).

395.    Unless otherwise pled to the contrary, all documents, notes, reports, health insurance claim forms, medical diagnoses, CPT Code tally sheets, referrals, letters and

request for payments in connection with the insurance claims referenced throughout this Third Amended Complaint traveled through the U.S. Mail.

396.    In the case of documents generated in connection with Encompass claimants from the First Spine clinic, the medical records began as daily treatment notes, commonly referred to as "S.O.A.P." notes, that were allegedly created by the treating chiropractor and supposedly reflected the treatment provided by the chiropractor during each visit.

397.    The First Spine clinic staff then created summary sheets from the daily treatment or S.O.A.P. notes, using either letter codes or CPT Codes to identify the treatment provided to each patient in the clinic on that date. These summary sheets were mailed and/or faxed from the First Spine facility to Future Management headquarters. Thereafter, the corresponding medical invoice was generated by the billing staff at Future Management headquarters.

398.    Subsequently, the invoices wholly generated at Future Management headquarters were combined with medical narrative records and mailed from Future Management headquarters to (1) insurance companies (including Encompass) as well as, (2) patients' personal injury counsel. Upon information and belief, on some occasions, the billing staff at Future Management headquarters altered the treatment records or S.O.A.P notes to match the invoices they were sending to Encompass.

399.    Accordingly, the alleged treating chiropractors did not confirm the accuracy of the amounts billed in connection with treatment purportedly rendered and, concomitantly, the amounts were not premised upon the actual level of service rendered

but, instead, were preordained in many cases, including some of the cases for which Encompass seeks damages in this lawsuit.

400.    Every automobile insurance claim detailed within and in the attached Exhibits involved at least one use of the U.S. Mail, including the mailing of, among other things, the notice of claim, initial policies, insurance payments, claims settlement checks and the return of the cancelled settlement drafts to the financial institution(s) from which the draft(s) were drawn, as well as return of settlement draft duplicates to the insurance carrier's home office for filing.

401.    Moreover, each claim identified herein involved at least one mailing since policy documents are issued through the mail at the inception of the policy.  In addition, negotiated checks are always returned to Encompass via the U.S. Mail.

402.    The defendants either personally used the mails to further the fraudulent scheme by causing fraudulent medical bills and records to be mailed to Encompass and/or counsel for claimants and/or acted with knowledge that the use of the mails would follow in the ordinary course of business.

403.    The defendants knew that their offices, a patient, a claimant, an insurance carrier, the patient's attorney, another medical provider or the plaintiff would use the mail in connection with each of the fraudulent claims, including issuing payments based upon defendants' fraudulent documentation.

404.    Encompass estimates that the defendants' fraudulent medical billing scheme generated hundreds of mailings.  A table highlighting selected examples of mail fraud from the First Spine files is annexed hereto as Exhibit 2 and incorporated herein by reference.

405.    The defendants' fraudulent scheme went undetected until Encompass had sustained substantial financial injury.  The nature of defendants' fraudulent scheme was self-concealing by its very nature – false medical reports and false invoices appearing legitimate on their face.

406.    The defendants intentionally concealed the fraudulent medical billing scheme from Encompass.

407.    Upon defendants' first notice of Encompass' outside investigation (beginning approximately in May-June 2005), defendants instructed Future Management employees to execute confidentiality agreements regarding their knowledge of defendants' business  activities, including the conduct alleged in this Third Amended Complaint.

## IX.    SPECIFIC ALLEGATIONS REGARDING GIAMPA CHIROPRACTORS' AND KENNEDY BROTHERS' CONTROL OF THE ENTERPRISES

408.    The Giampa Chiropractors and the Kennedy Brothers are the alter egos of First Spine, Kennedy Supply, Future Management, and the Giampa Clinics (hereinafter collectively referred to as "Defendant Entities").

409.    Through the Giampa Chiropractors' and Kennedy Brothers' direction and control of the Defendant Entities, they substantively disregarded the Defendant Entities' corporate forms.

410.    In every case in which First Spine patients were provided with unreasonable, unnecessary and excessive chiropractic treatment and/or when false medical documentation was created at First Spine, the Giampa Chiropractors and Kennedy Brothers supervised and/or directed the chiropractors in connection with such treatments.

411.    At all material times, the employees of First Spine were under the direction and control of the Giampa Chiropractors and Kennedy Brothers.

412.    First Spine chiropractors were required by the Giampa Chiropractors and Kennedy Brothers to follow the Treatment Recipe without deviation.

413.    Accordingly, First Spine chiropractors, under the direction and control of the Giampa Chiropractors and Kennedy Brothers, exercised no independent medical decision making with respect to the treatment of automobile accident patients.

414.    First Spine followed identical, pre-ordained assessments and therapy protocols and used virtually identical treatment and billing forms in connection with almost every patient.

415.    First Spine issued and sought payment for identical durable medical supply packages for auto accident claimants, regardless of need and/or the type, nature and/or severity of injury allegedly sustained.

416.    By way of example, Encompass conducted a statement under oath of Phally Samith, an Encompass insured and current employee of First Spine, in connection with a November 23, 2003, automobile collision.  Samith testified that:

- Each First Spine patient receives an identical recipe of treatment regardless of the type, nature and/or extent of alleged injury;

- First Spine provides each patient with an identical package of durable medical goods (biofreeze, ice pack, and neck collar) regardless of the type, nature and/or extent of the injury; and

- Unlicensed employees of First Spine provided chiropractic therapies to First Spine patients/Encompass claimants with little or no supervision from a chiropractor.

417.    The Giampa Chiropractors and Kennedy Brothers controlled and directed all management and financial decisions of First Spine and Future Management.

418.    The defendants engaged in collection practices on behalf of First Spine and Future Management knowing that the chiropractic services for which collection was sought were in violation of 233 CMR §§ 4.00-4.15, and that the alleged treatment rendered by chiropractors was unreasonable, unnecessary, excessive and/or not warranted.  Accordingly, the bills submitted for such services were unfair and deceptive.

419.    In addition to being individually and personally liable because of this knowledge, the Giampa Chiropractors and Kennedy Brothers are also vicariously liable for the conduct of the Defendant Entities and the conduct of their employees and agents (including chiropractors and chiropractic aides).

420.    Upon information and belief, First Spine is nominally capitalized.

421.    Upon information and belief, corporate record keeping is insufficient with regard to intra- and inter- corporate records.

422.    Upon information and belief, the Defendant Entities' intertwined financial transactions violate accepted corporate practices for corporations in good standing under Massachusetts law.

423.    Upon information and belief, First Spine maintains inadequate record keeping regarding financial transactions between the Giampa Clinics.

64

424.    Upon information and belief, the Giampa Chiropractors and Kennedy Brothers created First Spine not to heal injured persons but to pursue their insurance fraud schemes, which included issuing to Encompass false, fraudulent and excessive medical bills to obtain money to which they were not entitled.

## X.    THE MURDER-FOR-HIRE PLOT AGAINST PLAINTIFF'S FORMER LEAD ATTORNEY

425.    In order to protect, facilitate and maintain the fraudulent billing scheme described in this Third Amended Complaint, and in furtherance of the conspiracy among all the defendants, defendant Frederick Giampa, working with his long-time friend and close business associate, Rocco Talluto ("Talluto"), solicited the murder of plaintiff's former lead counsel.

426.    Over the course of a four-month period in the late summer and fall of 2007, plaintiff's former lead counsel was repeatedly stalked by men who were hired and paid by defendant Frederick Giampa and Talluto to murder plaintiff's former lead counsel.  Two attempts were made on plaintiff's former lead counsel's life: one on August 29, 2007, and another on October 30, 2007.  The details of that murder-for-hire plot are outlined below.

### A.    Events Leading to the First Attempt on Plaintiff's Former Lead Counsel's Life on August 29, 2007

427.    On August 27, 2007, Plaintiff's former lead counsel arrived at his law office an hour or so later than his usual arrival time of between 6:30 a.m. and 7:00 a.m. A law firm employee later recalled that a pick-up truck was backed into a parking space beside a dumpster in a lot adjacent to the building that morning.

428.    On the morning of August 28, 2007 between 6:30 a.m. and 7:00 a.m., plaintiff's former lead counsel parked his vehicle in the parking lot of his law office.  In the adjacent lot, he noticed a green pick-up truck backed into a parking spot by the dumpster with its engine running.  As plaintiff's former lead counsel approached the side entrance to the office building, the passenger of the truck exited the vehicle and approached the same entrance.  Plaintiff's former lead counsel arrived at the side door of the building, and stood with the door propped open behind his back, allowing the passenger to enter the building in front of him. The individual appeared to be holding something under his arm, and had something wrapped around, or covering, his hand.  The man then walked past plaintiff's former lead counsel and up the stairs to the second floor. At the time, plaintiff's former lead counsel did not give the incident much thought.

429.    Subsequently, an employee of the former lead counsel's law firm reported to the Quincy, Massachusetts police that she saw a man sitting in a dark green pick-up truck backed into a parking space when she arrived to work at approximately 8:30 a.m. that morning.

430.    On the morning of August 29, 2007, plaintiff's former lead counsel arrived at his office between 6:30 a.m. and 7:00 a.m. and again noticed the same green truck in the adjacent lot.  The truck drove towards him as he walked towards his building. Again, the same passenger exited the vehicle and approached the building as plaintiff's former lead counsel walked towards the side entrance.  Plaintiff's former lead counsel opened the door, but this time he did not hold the door open for the passenger but instead asked the individual what he needed.  The individual held a stack of Metro newspapers (typically available for free) and stated that he needed to drop off the newspapers.

Plaintiff's former lead counsel inquired for whom and where was he delivering the papers. The man stated that he was bringing the papers up to the second floor and would place the papers in the window. The second floor stairwell and common area of the law firm office, however, was not open to the public and not used by the firm or other tenant businesses. Although the window was visible from the outside, no one from the office ever had cause to go to that area of the building.

431.    Plaintiff's former lead counsel informed the man that this office was a law firm and no one used the second or third floor entrances. He told the man to deliver the papers to the front entrance. Plaintiff's former lead counsel then turned his back to enter the building.

432.    At that point, the individual savagely attacked plaintiff's former lead counsel by hitting him in the head several times. During the attack, the assailant used brass knuckles. The assailant said nothing to plaintiff's former lead counsel during the attack, nor did he take any items from him.

433.    After the attack, plaintiff's former lead counsel was bloody and confused, his glasses had been broken, he could not tell where he was bleeding from, and his head throbbed. He drove back to his home, called the police and drove to the hospital, which is around the block from his apartment. The police arrived minutes later.

434.    As a result of the attack, plaintiff's former lead counsel suffered a severe head injury that required the use of 17 staples to close the wounds, his hand was broken, his ribs were bruised, and he suffered multiple contusions and abrasions to his face.

435.    This attack occurred in the middle of deposition discovery in the instant case. Frederick Giampa's deposition had occurred the week before, on August 21, 2007,

and plaintiff's former lead counsel was originally scheduled to depose Joseph Giampa on August 30, 2007.

436.    Immediately following the attempt on plaintiff's former lead counsel's life, the attacker ("Attacker 1") placed a cell phone call to Talluto, who then immediately called Frederick Giampa.

**B.    Events Leading to the Second Attempt on Plaintiff's Former Lead Counsel's Life on October 30, 2007**

437.    On the morning of October 29, 2007, plaintiff's former lead counsel arrived at the office between 7:00 a.m. and 7:30 a.m.  (By this time, he had stopped going to the office at his usual time between 6:30 a.m. and 7:00 a.m.).  He noticed that he was again the first person to arrive.  He noticed an individual walking through the adjacent parking lot.  When plaintiff's former lead counsel exited his car, the individual began to follow him to the building.  At that point, plaintiff's former lead counsel returned to his car and exited the property.

438.    The continuation of Frederick Giampa's deposition originally had been scheduled for that day.  On October 3, 2007, however, Frederick Giampa's October 29, 2007 deposition was postponed until an undetermined time.  Also, Joseph Giampa had been scheduled to be deposed on October 31, 2007.  That deposition, however, was also postponed earlier in the month.

439.    On the morning of October 30, 2007, shortly after 7:00 a.m., plaintiff's former lead counsel exited his apartment building and walked toward his vehicle, parked in its usual location at his apartment complex.  While entering his car, with the driver's side door still ajar, plaintiff's former lead counsel observed a man rushing toward him, simultaneously pulling down a ski mask over his face, and wielding a baseball bat.

440.    Plaintiff's former lead counsel stood up from his nearly-seated position and turned to face the attacker while raising his left arm to shield his face.  As the individual swung the bat at his head, plaintiff's former lead counsel managed to use his forearm to shield the impact and was slammed in the elbow.  The assailant then fled the scene.

441.    Plaintiff's former lead counsel believed that the individual could have been the same man he saw in the parking lot on the morning of October 29, 2007.  The assailant fled in a white pick-up truck.  Plaintiff's former lead counsel immediately called the police and reported the attack.

442.    On the morning of October 30, 2007, shortly following the attack, this masked, baseball bat-wielding attacker ("Attacker 2") sent several text messages to Attacker 1.  Attacker 2 also made several phone calls to Attacker 1.  After Attackers 1 and 2 spoke, Attacker 1 immediately called Talluto, who shortly thereafter phoned Frederick Giampa.

**C.     The High-Speed Chase and Arrest of Two of the Attackers Hired To Murder Plaintiff's Former Lead Counsel**

443.    On the morning of November 2, 2007, a neighbor who knew of the prior attacks against plaintiff's former lead counsel saw a suspicious van in the parking lot of their apartment building while walking his dog.  He observed two males sitting in the van, with the engine running, and the license plate covered with an opaque bag.

444.    On the morning of November 5, 2007, plaintiff's former lead counsel left his residence and noticed the same van previously described by his neighbor.  He retreated to the vestibule of one of the apartment buildings and called the police.  At some point thereafter, by coincidence, a squad car unfamiliar with the call placed by

69

plaintiff's former lead counsel appeared in the parking lot and drove past the van.  The

individuals in the van drove away.  Moments later, the squad car responding to plaintiff's

former lead counsel's call arrived in the resident parking lot.

445.     Later that morning, security guards hired by plaintiff's former lead

counsel arrived at his residence in two cars.  Plaintiff's former lead counsel followed his

security to his work parking lot.  Upon parking his car, one of the security officers told

plaintiff's former lead counsel to get inside the security officer's car, as they had spotted

the van in the back of the former lead counsel's building.  One of the officers saw the

passenger exit the van and run through an apartment complex south of the office

building.  The other security officer followed the passenger; however, the security officer

lost him as he moved through the apartment complex.  During the attempt to locate the

passenger, the van exited the parking lot and fled the scene.

446.     On the afternoon of November 8, 2007, police responded to a call about a

suspicious van parked in the lot adjacent to the building in which plaintiff's former lead

counsel works.  Witnesses stated that the van was positioned to see the front door of his

building and left as plaintiff's former lead counsel and his security exited the building

and parking lot.

447.     At approximately 7:00 a.m. on November 15, 2007, one of plaintiff's

former lead counsel's security officers was conducting surveillance on the third level of

the parking structure at his residence.  Twice, he saw two individuals in a Toyota Camry

enter the parking lot, circle the lot and stop at plaintiff's former lead counsel's car.  The

security guard followed the vehicle as it exited the lot.  The guard subsequently called

plaintiff's former lead counsel and instructed him to stay inside his home.  The guard

then began communicating with a police dispatcher in an effort to get assistance from the local police.

448.    The security officer followed the Camry as it proceeded onto Route 3, South.  At the advice of the dispatcher, the security officer then contacted the Massachusetts State Police-Norwell and asked for assistance, as the local police could not enter the highway.  Around this time, the individuals in the Camry noticed the security officer, accelerated and drove erratically in and out of lanes in an attempt to lose the security officer.  The security officer observed the Camry swerve into the emergency lane and throw objects out of the passenger window.

449.    As the vehicles neared Exit 12, a state police cruiser approached the vehicles from behind.  The Camry exited the highway and two additional state police cars joined the pursuit.  A short time later, the state troopers stopped the car and took the individuals into custody.

450.    The security officer subsequently returned to Route 3 to assist State Police K-9 officers in a search for the items that were thrown from the Camry.  The officers recovered a mace, which is ball-and-chain weapon, and other items.  A picture of this mace is attached hereto as Exhibit 9.  The security officer subsequently identified the passenger of the Camry as being the same individual who had exited the van behind plaintiff's former lead counsel's office building on November 5, 2007 ("Attacker 3").  Furthermore, the driver of the Camry was identified as Attacker 2.  As stated above, Attacker 2 is the person who attacked plaintiff's former lead counsel on October 30, 2007.  Attacker 2 was also identified as the driver of the van on November 5th.

451.    The high-speed chase and ultimate arrest of Attackers 2 and 3 occurred between 7:00 a.m. and 8:00 a.m. on November 15, 2007.  During this time, Attacker 2 made several unsuccessful calls to Attacker 1.  Attacker 1 then called Attacker 2 repeatedly between 8:30 a.m. and 1:00 p.m.  By this time, however, Attacker 2 was in police custody.

## XI.    DAMAGES

452.    The pattern of fraudulent conduct by the defendants injured Encompass in its business and property by reason of the aforesaid violations of state and federal law.  Although it is not necessary for Encompass to calculate damages with specificity at this stage in the litigation, and Encompass' damages continue to accrue, Encompass' injury includes, but is not limited to, compensatory damages for:

(1)    the loss of funds paid for false and fraudulent (whether wholly fictitious or grossly inflated) bills for services, which funds, in part, enabled the defendants to continue secretly their pattern of illegal activities and enhance their ability to harm further Encompass' business by and through the operation of the fraudulent enterprise;

(2)    settlement payments to claimants in third-party, bodily-injury claims and first-party, uninsured motorist claims (to the extent such payments were based upon defendants' fraudulent medical documentation and billing);

(3)    payments on judgments in third-party cases where plaintiff was obligated to pay bodily-injury tort awards (or uninsured motorist awards) that were artificially and falsely inflated by (or based entirely upon) defendants' false medical documentation;

72

(4)     the expenses incurred to review, adjust, investigate, litigate and pay the

false and fraudulent claims created by the defendants and supported by

defendants' operation of enterprises through a pattern of illegal activity;

(5)     the deprivation of Encompass' ability to conduct its insurance businesses

on the basis of true, accurate, and complete assessments of legitimate,

compensable claims;

(6)     the past and continuing financial burden incurred by Encompass (and

other insurance carriers) to establish and carry out systems and policies to

detect false, fraudulent, and inflated claims;

(7)     payments in connection with first-party claims, the exact amount to be

determined at trial.  Exhibit 3, incorporated herein, identifies Encompass'

payments to First Spine in connection with first party claims alleged to be

fraudulent as of the filing of this Complaint, such payments are in excess

of $600,000; and

(8)     any and all expenses and fees incurred by Encompass due to the vicious

attacks and attempted murder of its former lead counsel.

## XII.    CAUSES OF ACTION

### COUNT I
### RICO ENTERPRISE – VIOLATION OF 18 U.S.C. § 1962(c)
**(Against Frederick Giampa, Joseph Giampa,
Edward Kennedy, Brian Culliney and Jennifer McConnell)**

453.    Encompass realleges, repleads and incorporates by reference all paragraphs set forth above as if fully set forth herein.

454.    The defendants named in this Count, Frederick Giampa, Joseph Giampa, Edward Kennedy, Brian Culliney and Jennifer McConnell (hereinafter "Count I Defendants") are all "persons" within the meaning of 18 U.S.C. § 1961(3).

455.    For purposes of this Count, the Count I Defendants associated with enterprises engaged in actives which affected interstate commerce.  Those enterprises were First Spine and Future Management.  These enterprises were ongoing organizations with a framework for making decisions, functioned as continuing units and had ascertainable structures and systems of authority guiding their operations, separate and apart from the pattern of racketeering in which the enterprises engaged.

456.    As discussed above, Frederick Giampa, Joseph Giampa and Edward Kennedy managed, operated, and or conducted the affairs of the enterprise by, among other things, implementing and directing the Treatment Recipe, directing the payment of runners and patients, and directing the mailing of fraudulent bills to Encompass.

457.    As also discussed above, Brian Culliney and Jennifer McConnell managed, operated, and or conducted the affairs of the enterprise by following the Treatment Recipe, actually making payments to runners and patients, and submitting documents to Future Management that they knew would lead to the submission of fraudulent medical bills to Encompass.

## **Mail Fraud**

458.     In connection with each of the claims identified in plaintiff's Third Amended Complaint, the Giampa Chiropractors, the Kennedy Brothers, Brian Culliney and Jennifer McConnell intentionally caused to be prepared and mailed false, fraudulent, and/or misleading documentation in connection with Encompass insurance claims, in furtherance of their scheme to defraud.

459.     Each of the Count I Defendants intentionally mailed or authored two or more false and inflated bills, reports, and other documents to Encompass for medical expenses and/or services that were never rendered, were excessive, were not reasonable, were not necessary, and/or were of little to no therapeutic value to the patients, to collect payment from Encompass under the personal injury protection benefits portion of the Standard Massachusetts Automobile Policy of Insurance and Mass. Gen. Laws ch. 90, § 34A and § 34M.

460.     Additionally, policies of insurance were delivered to First Spine patients through the U.S. Mail and payments to First Spine traveled via the U.S. Mail.

461.     The mailing of false and inflated bills, fraudulent reports and other documentation, as well as the mailing of insurance policies and payments constitute indictable offenses pursuant to 18 U.S.C. § 1341 (mail fraud). The date, author, form, and content of specific misrepresentations are detailed above and in the Exhibits attached to this Third Amended Complaint and incorporated herein by reference, including but not limited to Exhibit 2.

462.     In addition to his participation in the multiple violations of 18 U.S.C. § 1341 (mail fraud) described above, Frederick Giampa's association with Rocco Talluto,

Attacker 1, Attacker 2, Attacker 3 and direction of the attacks on plaintiff's former lead counsel constitute additional acts of racketeering, specifically, (1) attempted murder under Mass. Gen. Laws ch. 265, § 1 and Mass. Gen. Laws ch. 274 § 6; (2) murder-for-hire in violation of 18 U.S.C. § 1958, which prohibits "Use of interstate commerce facilities in the commission of murder for hire;" and (3) obstruction of justice in violation of 18 U.S.C. § 1503, which prohibits "Influencing or injuring officer or juror generally."

### Attempted Murder

463.    As described above, Frederick Giampa, in association with Rocco Talluto, directed the attempted murder of plaintiff's former lead counsel.

464.    The severity of the attacks and the use of dangerous weapons such as brass knuckles, a baseball bat, and a mace is sufficient to establish that the assault was conducted with the specific intent to murder plaintiff's former lead counsel and was done with malice in violation of Mass. Gen. Laws ch. 265, § 1 and Mass. Gen. Laws ch. 274 § 6.

### Murder-for-Hire

465.    Frederick Giampa used a facility of interstate commerce, including but not limited to the use of cellular telephone communication, to hire and/or direct the attacks on plaintiff's former lead counsel with the intent that the murder be committed in violation of Massachusetts law.

466.    Upon information and belief, Frederick Giampa promised or agreed to pay Rocco Talluto, Attacker 1, Attacker 2, and/or Attacker 3 something of pecuniary value as consideration for the murder of plaintiff's former lead counsel in violation of Massachusetts law, thereby violating 18 U.S.C. § 1958.

**Obstruction of Justice**

467.    As described above, Frederick Giampa intended that his attacks on

plaintiff's former lead counsel would prevent him and his firm from continuing to

prosecute Encompass' action against the defendants.

468.    Thus, Frederick Giampa, by threat and by actual force, attempted to

influence, obstruct and/or impede the administration of justice in violation of 18 U.S.C.

§ 1503.

469.    Alternatively and/or in addition thereto, Frederick Giampa did in fact

injure an officer of the Court, specifically plaintiff's former lead counsel, in the

performance of his official duties in violation of 18 U.S.C. § 1503.


470.    As detailed above and in the attached exhibits, fraudulent medical bills

and other documentation were mailed as early as 1998 and continued to be mailed to

Encompass until the Complaint in this case was filed in 2005.  Each of the acts of mail

fraud had similar purposes, involved the same or similarly situated participants and

methods of operation and had similar results, impacting similar victims.  The attempted

murder, murder-for-hire and/or obstruction of justice occurred within ten (10) years of

the acts of mail fraud detailed above.  The attacks were intended to protect and further the

conspiracies and enterprises described in Counts I, II and III and thus were part of the

pattern of racketeering activity described in those counts within the meaning of 18 U.S.C.

§ 1962(c).  The attacks on plaintiff's former lead counsel help to demonstrate that there is

a threat this activity will continue to occur and may even occur after the resolution of this

litigation.  By filing numerous fraudulent claims in an ongoing scheme over a substantial

period of time and perpetuating this scheme through the attempted murder of plaintiff's

former lead counsel, the Count I Defendants engaged in a pattern of racketeering activity

within the meaning of 18 U.S.C. § 1961(5).

471.    As a result of and in reasonable reliance upon these misleading documents

and misrepresentations, Encompass, by its agents and employees, issued drafts to First

Spine for the benefit of Count I Defendants that would not otherwise have been paid.

472.    The Count I Defendants' pattern of fraudulent claims, each appearing

legitimate on its face, also prevented Encompass from discovering the fraudulent scheme

for a long period of time, enabling the scheme to continue without being detected.

473.    The activities alleged in this case had the direct effect of causing funds to

be transferred from Encompass to First Spine for the benefit of the Count I Defendants.

474.    Encompass is in the business of writing insurance and paying claims in the

Commonwealth.  Insurance fraud schemes practiced here and elsewhere have a

deleterious impact on Encompass' overall financial well-being and adversely affect

insurance rates.

475.    Encompass is a "person" as defined by 18 U.S.C. §1961(3), injured in its

business or property by reason of the Count I Defendants' conduct.

476.    The Count I Defendants' conduct in violation of 18 U.S.C. §1962(c) was

the direct and proximate cause of Encompass' injury.

477.    By virtue of the Count I Defendants' violations of 18 U.S.C. §1962(c),

Encompass is entitled to recover from the Count I Defendants three times the damages

sustained by reason of the claims submitted by them, and others acting in concert with

them, together with the costs of suit, including reasonable attorney's fees and any and all

expenses and fees incurred by Encompass due to the vicious attacks and attempted

murder of its former lead counsel.

## COUNT II
### INNOCENT VICTIM ENTERPRISE – VIOLATION OF 18 U.S.C. § 1962(c)
### (Against All Defendants)

478.     Encompass realleges, repleads and incorporates by reference all

paragraphs set forth above as if fully set forth herein.

479.     The defendants named in this Count, First Spine, Future Management,

Frederick Giampa, Joseph Giampa, Edward Kennedy, Brian Culliney and Jennifer

McConnell (hereinafter "Count II Defendants"), are all "persons" within the meaning of

18 U.S.C. § 1961(3).

480.     Encompass operates in multiple states and is an enterprise engaged in

activities which affect interstate commerce.

481.     The Count II Defendants associated with Encompass and exerted control

over the activities of Encompass by submitting or by causing to be submitted two or more

false and fraudulent bills to Encompass or to others to whom Encompass became liable

with the intent that Encompass rely upon such false invoices and pay money to or for the

benefit of the defendants pursuant to automobile insurance policies.

482.     As detailed above, each of the Count II Defendants engaged in at least two

acts of mail fraud, as defined by 18 U.S.C. §1341, by intentionally mailing false and

inflated bills, fraudulent reports and other documentation, as well as by the mailing of

insurance policies and payments.  Additional examples of racketeering activity include:

(1) attempted murder under Mass. Gen. Laws ch. 265, § 1 and Mass. Gen. Laws ch. 274

§ 6; (2) murder-for-hire in violation of 18 U.S.C. § 1958; and (3) obstruction of justice in violation of 18 U.S.C. § 1503.

483.    As detailed above and in the attached exhibits, fraudulent medical bills and other documentation were mailed as early as 1998 and continued to be mailed to Encompass until the Complaint in this case was filed in 2005.  Each of the acts of mail fraud had similar purposes, involved the same or similarly situated participants and methods of operation and had similar results, impacting similar victims.  The attempted murder, murder-for-hire and/or obstruction of justice occurred within ten (10) years of the acts of mail fraud detailed above.  The attacks were intended to protect and further the conspiracies and enterprises described in Counts I, II, and III and thus were part of the pattern of racketeering activity described in those counts within the meaning of 18 U.S.C. § 1962(c).  The attacks on plaintiff's former lead counsel help to demonstrate that there is a threat this activity will continue to occur and may even occur after the resolution of this litigation.  By filing numerous fraudulent claims in an ongoing scheme over a substantial period of time and perpetuating this scheme through the attempted murder of plaintiff's former lead counsel, the Count II Defendants engaged in a pattern of racketeering activity within the meaning of 18 U.S.C. § 1961(5).

484.    Encompass has been injured in its business and property in violation of 18 U.S.C. § 1962(c).

485.    The defendants' conduct in violation of 18 U.S.C. § 1962(c) was the direct and proximate cause of Encompass' injury.

486.    By virtue of the defendants' violations of 18 U.S.C. § 1962(c), Encompass is entitled to recover three times the damages sustained by reason of the claims submitted

by the defendants, together with the costs of suit, including reasonable attorney's fees and any and all expenses and fees incurred by Encompass due to the vicious attacks and attempted murder of its former lead counsel.

## COUNT III
## RICO CONSPIRACY – VIOLATION 18 U.S.C. § 1962(d)
### (Against All Defendants)

487.    Encompass realleges, repleads and incorporates by reference all paragraphs set forth above as if fully set forth herein.

488.    Defendants, each being a person associated with the enterprise alleged in this Third Amended Complaint, unlawfully and willfully combined, conspired and agreed to violate 18 U.S.C. § 1962(c), that is, to conduct and participate, directly or indirectly, in the conduct of the affairs of an enterprise through a pattern of racketeering activity, all in violation of l8 U.S.C. § 1962(c).

489.    Part of the conspiracy was that defendants each committed and agreed to commit two or more fraudulent and illegal racketeering acts, including mail fraud in violation of U.S.C. § 1341, attempted murder in violation of Mass. Gen. Laws ch. 265, § 1 and Mass. Gen. Laws ch. 274 § 6, murder-for-hire in violation of 18 U.S.C. § 1958, and obstruction of justice in violation of 18 U.S.C. §1503, as described above, and conducted and agreed to conduct the affairs of the enterprise through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(c).

490.    In furtherance of the conspiracy and to effect the objects thereof, defendants each committed and caused to be committed a series of overt acts, as described above, which constitute a pattern of racketeering activity.

491.    The Count III Defendants conspired with one another to violate 18 U.S.C.

§ 1962(c) and thereby violated 18 U.S.C. § 1962(d).

492.    As a result of this conspiratorial conduct, Encompass sustained injury to its

business and property.

493.    By virtue of the defendants' violations of 18 U.S.C. § 1962(d), Encompass

is entitled to recover from each of the defendants identified, three times the damages

sustained by reason of the claims submitted by the defendants, and others acting in concert

with them, together with the costs of suit, including reasonable attorney's fees.

## COUNT IV
## Mass. Gen. Laws Ch. 93A
### (Against All Defendants)

494.    Encompass realleges, repleads and incorporates by reference all

paragraphs set forth above as if fully set forth herein.

495.    Section 2(a) of the Massachusetts Consumer Protection Act,

Massachusetts General Laws Chapter 93A, provides that "unfair methods of competition

and/or unfair or deceptive acts or practices in the conduct of any trade or commerce are

hereby declared unlawful."

496.    At all times relevant hereto, the defendants were engaged in trade or

commerce within the Commonwealth of Massachusetts.

497.    The conduct alleged throughout this Complaint occurred primarily in

Massachusetts.

498.    As documented above, the defendants repeatedly and intentionally

submitted false and inflated bills, reports, and other documents to Encompass for medical

expenses and/or services that were never rendered, were excessive, were not reasonable,

were not necessary, and/or were of little or no therapeutic value to the patients, to collect

payment from Encompass under the personal injury protection benefits portion of the

Standard Massachusetts Automobile Policy of Insurance and Mass. Gen. Laws ch. 90,

§ 34A and § 34M.

499.    The acts and omissions of the defendants in furtherance of their scheme to

defraud Encompass including, but not limited to, the conduct alleged above, constitute

intentionally unfair and deceptive business practices as proscribed by Mass. Gen. Laws

ch. 93A, and those regulations promulgated by the Office of the Attorney General for the

Commonwealth of Massachusetts pursuant thereto.

500.    The defendants' intentionally unfair and deceptive acts and practices in

trade or commerce caused Encompass to suffer great harm.

501.    Whereas the defendants' illegal conduct forced Encompass to incur

attorney's fees, such fees constitute a loss of money or property, and are recoverable

pursuant to Mass. Gen. Laws ch. 93A.

502.    As a result of the above-described intentionally fraudulent acts and

practices, Encompass sustained injury and economic damages including, but not limited

to: (1) all monies paid to First Spine, in reliance on false and fraudulent chiropractic bills;

(2) the cost of investigating the underlying claims; and (3) the cost of prosecuting this

action (including all attorney's fees, expert witness expenses and court costs).

503.    The defendants' actions described herein were performed intentionally.

Accordingly, Encompass is entitled to multiple damages, costs and attorney's fees.

## COUNT V
## CIVIL CONSPIRACY
### (Against All Defendants)

504.    Encompass realleges, repleads and incorporates by reference all paragraphs set forth above as if fully set forth herein.

505.    The defendants agreed to a common plan to defraud Encompass and to intentionally interfere with Encompass' advantageous business and contractual relationships, and agreed to combine together to accomplish an unethical, unfair, deceptive, wrongful and illegal purpose.  Joining the defendants were certain persons known (including treating chiropractors) and persons unknown to Encompass who, acting with the defendants, caused Encompass to pay for unnecessary and unreasonable medical expenses which the defendants would not have been able to accomplish acting alone as individuals.

506.    As a consequence of the above-referenced conspiracy, Encompass was induced to and did make payments to First Spine, in connection with numerous fraudulent medical bills.

507.    Encompass' damages include, but are not limited to:

a.    Monies paid for medical expenses and services that were not rendered;

b.    Monies paid for medical services and/or expenses that were unwarranted and/or excessive;

c.    Monies paid in settlement of claims based upon fraudulent special damages;  and

d.    Monies paid (labor and resources) to detect and expose the defendants' conspiracy to defraud Encompass.

# COUNT VI
## FRAUD
### (Against All Defendants)

508.    Encompass realleges, repleads and incorporates by reference all paragraphs set forth above as if fully set forth herein.

509.    The defendants' scheme to defraud Encompass was dependant upon a succession of material misrepresentations of fact by the defendants with respect to the injuries allegedly sustained by the patients and the medical services rendered.

510.    The misrepresentations of fact by the defendants included, but were not limited to, the material misrepresentations of fact made in First Spine medical reports, invoices and collection documentation.  The date, author, form, and content of these misrepresentations are detailed above and in the Exhibits attached to this Third Amended Complaint, including but not limited to Exhibit 2, and incorporated herein by reference.

511.    The defendants' representations were false, or required disclosure of additional facts to render the information furnished not misleading.  The misrepresentations were intentionally made by the defendants in furtherance of their scheme to defraud Encompass by submitting fictitious claims for personal injury protection benefits and bodily injury claims.

512.    These misrepresentations were known to be false and were made for the purposes of inducing Encompass to make payments for claims that were not legitimate.

513.    Encompass reasonably relied upon such material misrepresentations to its detriment in paying numerous unreasonable, unnecessary, inappropriate, non-meritorious bills for medical expenses pursuant to personal injury protection benefits claims, bodily injury claims and uninsured/underinsured motorist claims.

514.    Encompass' damages include, but are not limited to:

    a.    Monies paid for medical expenses and services that were not rendered;

    b.    Monies paid for medical services and/or expenses that were unwarranted and/or excessive;

    c.    Monies paid in settlement of claims based upon fraudulent special damages; and

    d.    Reimbursement for the fair and reasonable value of the labor and resources expended to detect and expose the defendants' scheme to defraud Encompass.

**COUNT VII**
**INTENTIONAL INTERFERENCE WITH ADVANTAGEOUS BUSINESS AND CONTRACTUAL RELATIONSHIPS RELATING TO ENCOMPASS' CONTRACTS WITH ITS INSUREDS**
**(Against All Defendants)**

515.    Encompass realleges, repleads and incorporates by reference all paragraphs set forth above as if fully set forth herein.

516.    By engaging in the intentional insurance fraud scheme alleged throughout this Third Amended Complaint, the defendants, their agents, servants, employees and/or contractors unlawfully and intentionally interfered with the contractual and advantageous business relationships between Encompass and its insureds.

517.    Encompass' damages include, but are not limited to:

    a.    Monies paid for medical expenses and services that were not rendered;

    b.    Monies paid for medical services and/or expenses that were unwarranted and/or excessive;

c.   Monies paid in settlement of claims based upon fraudulent special

damages; and

d.   Reimbursement for the fair and reasonable value of the labor and

resources expended to detect and expose the defendants' scheme to

defraud Encompass.

## COUNT VIII
### INTENTIONAL INTERFERENCE WITH ADVANTAGEOUS BUSINESS AND CONTRACTUAL RELATIONSHIPS RELATING TO ENCOMPASS' PROSPECTIVE CONTRACTS WITH CLAIMANTS
### (Against All Defendants)

518.    Encompass realleges, repleads and incorporates by reference all

paragraphs set forth above as if fully set forth herein.

519.    Defendants also interfered with Encompass' relationship with claimants.

Pursuant to Mass. Gen. Laws ch. 231, § 6D, a person may not make a claim for pain and

suffering relating to soft-tissue injuries unless his or her reasonable medical expenses

exceed $2000.

520.    Where an Encompass insured operator's liability for a motor vehicle

accident is reasonably clear, and an injured party surpasses $2000 in medical expenses,

Encompass is contractually and statutorily required, pursuant to Mass. Gen. Laws ch.

176D, § 3(9), to make a fair and equitable offer of settlement with regard to an injured

party's bodily injury claim.

521.    A primary factor used by Encompass in determining whether a settlement

offer is fair and equitable is the amount of medical, chiropractic, and physical therapy

expenses incurred by the injured party.

522.    In making an offer of settlement, Encompass anticipates a contractual relationship with the injured party, in the form of a settlement agreement, which provides Encompass and its insured the advantage of limiting their continued liability to the injured party.

523.    For those injured parties that have treated with defendants, Encompass has, in good faith, relied upon the defendants' fraudulent medical records, bills and notes, in determining its settlement offers.

524.    Defendants' fraudulent medical treatment records, notes and bills caused Encompass to make more expensive and costly offers of settlement than were actually warranted.

525.    The defendants knew that their medical treatment records, notes and bills are used by Encompass and other automobile insurance carriers in negotiating settlements of bodily injury claims.

526.    The defendants knowingly and intentionally interfered with Encompass' settlement negotiations by providing its patients with false and deceptive treatment records, bills, and notes, thus thwarting Encompass' ability to enter into a settlement agreement that was, in reality, fair and equitable for all parties involved.

527.    Encompass' damages include, but are not limited to:

a.    Monies paid for medical expenses and services that were not rendered;

b.    Monies paid for medical services and/or expenses that were unwarranted and/or excessive;

c.    Monies paid in settlement of claims based upon fraudulent special damages; and

    d.   Reimbursement for the fair and reasonable value of the labor and resources expended to detect and expose the defendants' scheme to defraud Encompass.

**COUNT IX**
**INTENTIONAL INTERFERENCE WITH ADVANTAGEOUS BUSINESS AND CONTRACTUAL RELATIONSHIPS RELATING TO ENCOMPASS' CONTRACTUAL RELATIONSHIP WITH ITS FORMER COUNSEL**
**(Against All Defendants)**

528.    Encompass realleges, repleads and incorporates by reference all paragraphs set forth above as if fully set forth herein.

529.    By engaging in the conduct alleged in Section X (the murder-for-hire plot against plaintiff's former lead counsel), the defendants, their agents, servants, and/or contractors unlawfully and intentionally interfered with the contractual and advantageous business relationship between Encompass and its former counsel.

530.    Encompass' damages include, but are not limited to:

    a.   Monies paid for medical expenses and services that were not rendered;

    b.   Monies paid for medical services and/or expenses that were unwarranted and/or excessive;

    c.   Monies paid in settlement of claims based upon fraudulent special damages;

    d.   Reimbursement for the fair and reasonable value of the labor and resources expended to detect and expose the defendants' scheme to defraud Encompass; and

    e.   Any and all expenses and fees incurred by Encompass due to the vicious attacks and attempted murder of its former lead counsel.

## XIII.   DEMAND FOR RELIEF

WHEREFORE, the plaintiff, the Encompass Insurance Company respectfully

prays that judgment enter in its favor, as follows:

## COUNT I
### (RICO Enterprise – Violation Of 18 U.S.C. § 1962(c))

(a)    AWARD Encompass' actual and consequential damages to be established

at trial;

(b)    AWARD Encompass treble damages pursuant to 18 U.S.C. § 1964,

interests, costs and attorney's fees;

(c)    GRANT injunctive relief enjoining the defendants from engaging in the

wrongful conduct alleged in the Third Amended Complaint; and

(d)    GRANT all other relief this Court deems just.

## COUNT II
### (Innocent Victim Enterprise – Violation Of 18 U.S.C. § 1962(c))

(a)    AWARD Encompass' actual and consequential damages to be established

at trial;

(b)    AWARD Encompass treble damages pursuant to 18 U.S.C. § 1964,

interests, costs and attorney's fees;

(c)    GRANT injunctive relief enjoining the defendants from engaging in the

wrongful conduct alleged in the Third Amended Complaint; and

(d)    GRANT all other relief this Court deems just.

## COUNT III
### (RICO Conspiracy – Violation 18 U.S.C. § 1962 (d))

(a)    AWARD Encompass' actual and consequential damages to be established

at trial;

(b)     AWARD Encompass treble damages, interests, costs and reasonable

attorney's fees;

(c)     GRANT injunctive relief enjoining the defendants from engaging in the

wrongful conduct alleged in the Third Amended Complaint; and

(d)     GRANT all other relief this Court deems just.

## COUNT IV
### (Mass. Gen. Laws ch. 93A)

(a)     ENJOIN defendants from preparing and submitting false and fraudulent

medical records and bills;

(b)     ENJOIN defendants from altering, destroying and/or removing from this

Court's jurisdiction any and all documents and materials including, but not

limited to, medical records, medical invoices, appointment books, billing

documentation, corporate records, emails, and any other documentation

(however stored) regarding the allegations and the claims alleged in

connection with Encompass' Third Amended Complaint;

(c)     ENJOIN defendants from conveying, secreting, transferring, selling,

disposing of, encumbering, destroying, pledging, assigning or in any other

manner dealing with any and all property, both real and personal,

wherever located, in which the defendants have any interest without prior

approval of this Court;

(d)     DIRECT defendants, their agents, assigns, successors-in-interest

(including any bankruptcy trustees) to cease and desist all collection

activity regarding Encompass;

(e)     AWARD Encompass its actual damages in an amount to be determined at trial;

(f)     AWARD Encompass its costs, including but not limited to, investigative costs incurred in the detection of defendants' illegal conduct;

(g)     AWARD Encompass its attorney's fees incurred in the prosecution of its Third Amended Complaint; and

(h)     TREBLE the award of damages to Encompass for the defendants' intentional violations of Mass. Gen. Laws ch. 93A.

## COUNT V
### (Civil Conspiracy)

(a)     AWARD Encompass its actual damages to be determined at trial; and

(b)     GRANT any other relief this Court deems just.

## COUNT VI
### (Fraud)

(a)     AWARD Encompass its actual damages to be determined at trial; and

(b)     GRANT any other relief this Court deems just.

## COUNT VII
### (Intentional Interference with Encompass' Contracts With Insureds)

(a)     AWARD Encompass its actual damages to be determined at trial;

(b)     AWARD Encompass costs and fees and other expenses related to investigating and defending against the defendants' illegitimate and abusive use of process; and

(c)     GRANT any other relief this Court deems just.

## COUNT VIII
**(Intentional Interference with Encompass' Business Relationships with Claimants)**

(a)    AWARD Encompass its actual damages to be determined at trial;

(b)    AWARD Encompass costs and fees and other expenses related to investigating and defending against the defendants' illegitimate and abusive use of process; and

(c)    GRANT any other relief this Court deems just.

## COUNT IX
**(Intentional Interference with Encompass' Contractual Relationship With Its Former Counsel)**

(a)    AWARD Encompass its actual damages to be determined at trial;

(b)    AWARD Encompass costs and fees and other expenses related to investigating and defending against the defendants' illegitimate and abusive use of process;

(c)    AWARD Encompass any and all expenses and fees incurred by Encompass due to the vicious attacks and attempted murder of its former lead counsel; and

(d)    GRANT any other relief this Court deems just.

## JURY TRIAL DEMAND

Encompass demands trial by jury on all claims so triable.

Respectfully submitted,
*Encompass Insurance Company,*
By its attorneys,


Dated: June 25, 2008                    /s/ Barry Gross_____
                                        Barry Gross
                                        (*admitted pro hac vice*)
                                        William M. McSwain
                                        (*admitted pro hac vice*)
                                        Richard E. Coe
                                        (*admission pro hac vice pending*)
                                        DRINKER BIDDLE & REATH LLP
                                        One Logan Square
                                        18th and Cherry Streets
                                        Philadelphia, PA 19130
                                        (215) 988-2700

94

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03326411 | Hang | Tran | 01/09/98 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03326411 | Nguyet | Nguyen | 01/09/98 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03331518 | Tut | Hok | 09/11/98 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03341477 | Phally | Lang | 10/29/99 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03379614 | Nikki | Kim | 10/21/98 | X | X | X | | X | X | X | X | X | X | X | | X | X | X |
| 03381790 | Sokcheath | Park | 12/14/98 | X | X | X | | X | X | X | X | X | X | X | X | X | X | X |
| 03381790 | Sophalla | Chum | 12/14/98 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03381790 | Sophaly | Chum | 12/14/98 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03391026 | Uyen | Le | 07/26/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03402742 | Sacha | Tang | 09/08/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03402742 | Viphearea | Srey | 09/08/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03402742 | Wilson | Douangchack | 09/08/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03408504 | Kevin | Meas | 02/23/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | |
| 03408504 | Samnang | Khut | 02/23/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | |
| 03413857 | Dou | Narith | 08/30/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | |
| 03414660 | Ouk | Ti | 11/01/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03415264 | Bin | Suon | 11/18/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03415264 | Ngeth | Soeung | 11/18/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03415432 | Sarath | Bou | 11/25/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;

b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;

c. Rendering a recipe of treatment absent any individualized medical decision making;

d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;

e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;

f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;

g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;

h. Submitting invoices containing charges that amount to overutilization of practice;

i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;

k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m. Authoring false and misleading reports to insurance companies;

n. Delay of 30 days or more in invoice submission to Encompass; and

o. Exaggerated report of patient injury.

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03415432 | Sarunn | Vorn | 11/25/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03415432 | Sophal | Phan | 11/25/00 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03415449 | Roth | Khim | 11/25/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03418795 | Lysabad | Bo | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Punlork | Sar | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Samantha | Mao | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Samban | Bo | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Sambath | Bo | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03418795 | Sambun | Sar | 02/11/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03420777 | Oeun | Men | 04/01/01 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03420777 | Sart | Sok | 04/01/01 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03420777 | Khen | Khut | 04/01/01 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03421674 | April | Thanongsinh | 01/08/99 | X |  |  |  |  |  |  |  | X |  |  | X |  |  |  |
| 03425232 | Emmy | Vann | 04/25/99 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03425232 | Naravuth | Mak | 04/25/99 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03425232 | Narayuth | Mak | 04/25/99 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03425232 | Sandy | Mak | 04/25/99 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03440595 | Sarin | Chhay | 06/15/00 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03442397 | Thanh | Som | 02/17/01 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03447628 | Samnang | Ngeth | 06/25/00 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03447628 | Veasna | Ngeth | 06/25/00 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03448910 | Muth | Seng | 08/14/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03448910 | Sivinary | Seng | 08/14/01 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03448910 | Sunnak | Chiv | 08/14/01 | | | | | | | | X | | | | | | X | |
| 03448910 | Vandary | Seng | 08/14/01 | X | | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03456832 | Dalin | Ou | 09/08/01 | X | X | X | | X | X | X | X | X | X | X | X | X | X | X |
| 03456832 | Michael | Soum | 09/08/01 | X | X | X | | X | X | X | X | X | X | X | X | X | X | X |
| 03457313 | Tim | Ouen | 09/22/01 | X | X | X | X | | X | X | X | X | X | X | | X | X | X |
| 03457321 | Sunnhak | Chiv | 09/21/01 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03462436 | Ry | Chhaim | 02/13/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03462436 | Sar | Chhean | 02/13/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03464524 | Jerry | Seng | 04/23/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03464524 | Melody | Seng | 04/23/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03464524 | Mom | Sok | 04/23/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03465736 | Chanda | Kong | 06/04/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03465736 | Chhang | Kang | 06/04/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03465736 | Phala | Phoun | 06/04/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03469203 | At | Ban | 03/29/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;

b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;

c. Rendering a recipe of treatment absent any individualized medical decision making;

d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;

e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;

f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;

g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;

h. Submitting invoices containing charges that amount to overutilization of practice;

i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;

k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m. Authoring false and misleading reports to insurance companies;

n. Delay of 30 days or more in invoice submission to Encompass; and

o. Exaggerated report of patient injury.

### Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03469203 | Rick (Kimsat) | Ban | 03/29/02 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03469371 | Savan | Vat | 04/04/02 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03470054 | Manila | Panya | 04/19/02 |  |  |  |  | X |  |  |  |  |  |  |  |  |  |  |
| 03470133 | Bunkeath | Meng | 04/19/02 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03470133 | Rochenna | Sim | 04/19/02 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03473966 | Diane | Melo | 07/15/02 | X | X | X | X | X | X | X | X | X | X | X |  | X |  | X |
| 03474153 | Phyrun | Chhim | 07/18/02 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03475016 | Song | Taing | 08/03/02 | X | X | X | X | X | X | X | X | X | X | X |  |  | X | X |
| 03479077 | Khammoune | Panya | 09/07/02 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03479077 | Kongkeo | Phomphipak | 09/07/02 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03480962 | Chea | Theng | 11/18/02 | X | X | X | X | X | X | X | X |  | X | X |  | X | X | X |
| 03481235 | Sally | Kong | 11/27/02 | X | X | X | X | X | X | X | X |  | X | X |  | X | X | X |
| 03481654 | Mao | Ngeth | 12/13/02 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03481654 | Nhoeun | Hem | 12/13/02 | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |
| 03481722 | Sarom | Him | 12/12/02 |  |  | X |  |  |  |  |  |  |  |  |  |  | X |  |
| 03482803 | Sareth | Veuk | 01/21/03 | X | X | X |  | X |  | X | X | X | X | X |  | X | X | X |
| 03482803 | Thaverei | Veuk | 01/21/03 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03483246 | Phath | Sim | 02/07/03 | X | X | X | X | X | X | X | X |  | X | X |  | X | X | X |
| 03483838 | Brandon | Ouer | 02/14/03 | X | X | X | X | X | X | X | X |  | X | X | X | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;

b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;

c. Rendering a recipe of treatment absent any individualized medical decision making;

d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;

e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;

f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;

g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;

h. Submitting invoices containing charges that amount to overutilization of practice;

i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;

k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m. Authoring false and misleading reports to insurance companies;

n. Delay of 30 days or more in invoice submission to Encompass; and

o. Exaggerated report of patient injury.

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03483838 | Sokean | Phlong | 02/14/03 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03485151 | Ron | Phay | 09/16/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03485151 | Susie | Soeun | 09/16/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03485991 | Ly | Chan | 10/02/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03485991 | Pheakdey | Sok | 10/02/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03486571 | Lath | Uy | 09/18/02 | X | X | X | X | X | X | X | X | X | X | X |   | X |   | X |
| 03486571 | Sovanna | Uy | 09/18/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03486642 | Den | Tith | 10/16/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03486647 | Vich | Lam | 10/16/02 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03486795 | Savonn | Yonn | 10/19/02 | X | X | X |   | X | X | X | X | X |   | X |   | X | X |   |
| 03487016 | Diana | Phanthavong | 10/23/02 | X | X | X | X | X | X | X | X | X | X | X |   |   | X | X |
| 03487016 | Rida | Chum | 10/23/02 | X | X | X | X | X | X | X | X | X | X | X |   |   | X | X |
| 03487193 | Sakun | Sam | 10/26/02 | X | X | X | X | X | X | X | X |   | X | X |   |   | X | X |
| 03487193 | Sophannee | Uy | 10/26/02 | X | X | X | X | X | X | X | X |   | X | X |   | X | X | X |
| 03490345 | Rithy | Mao | 12/26/02 | X | X | X | X |   | X | X | X |   | X | X |   | X | X | X |
| 03491088 | Sophannee | Uy | 04/15/03 | X | X | X | X |   | X |   |   |   | X | X |   | X |   | X |
| 03491823 | John | Rom | 05/23/03 | X | X | X | X |   | X |   |   |   | X | X |   | X | X | X |
| 03493502 | Diane | Melo | 12/08/03 | X | X | X | X | X | X | X | X |   | X | X |   | X |   | X |
| 03500338 | Jimmy | Rom | 03/24/03 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;

b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;

c. Rendering a recipe of treatment absent any individualized medical decision making;

d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;

e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;

f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;

g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;

h. Submitting invoices containing charges that amount to overutilization of practice;

i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;

k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m. Authoring false and misleading reports to insurance companies;

n. Delay of 30 days or more in invoice submission to Encompass; and

o. Exaggerated report of patient injury.

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03500338 | John | Rom | 03/24/03 | X | X | X | X | X | X | X | X | X | X | X | | | | |
| 03500338 | Kong | Liv | 03/24/03 | X | X | | X | X | X | X | X | X | X | X | | X | X | X |
| 03500623 | Channak | Phal | 03/28/03 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03504357 | Channara | Dam | 06/03/03 | X | X | X | X | X | X | X | X | | X | X | | X | X | X |
| 03504357 | Chantha | Sem | 06/03/03 | X | X | X | X | X | X | X | X | | X | X | X | X | X | X |
| 03504357 | Keath | Toch | 06/03/03 | X | X | X | X | X | X | X | X | | X | X | X | X | X | X |
| 03504357 | Sokkhoeun | Sem | 06/03/03 | X | X | X | X | X | X | X | X | | X | X | | X | | X |
| 03504357 | Sokhon | Sem | 06/03/03 | X | X | X | X | X | X | X | X | | X | X | | X | | X |
| 03504357 | Sokha | Sem | 06/03/03 | X | X | X | X | X | X | X | X | | X | X | X | X | | X |
| 03504615 | Kimsan | Mom | 06/07/03 | X | X | X | X | X | X | X | X | | X | X | X | X | | X |
| 03504615 | Vanneck | Chea | 06/07/03 | X | X | X | X | X | X | X | X | | X | X | | X | | |
| 03505976 | Keo | Kothpratoum | 06/28/03 | X | X | X | X | X | X | X | X | | X | X | X | X | X | |
| 03505976 | Vanta | Phanthanousinh | 06/28/03 | X | X | X | X | X | X | X | X | | X | X | | X | X | X |
| 03506013 | Sokunthea | Eang | 06/12/03 | X | X | X | X | X | X | X | X | | X | X | | X | X | X |
| 03506712 | John | Rom | 07/11/03 | X | X | X | X | X | X | X | X | | X | X | | X | X | X |
| 03506712 | Liv | Kong | 07/11/03 | X | X | X | X | X | X | X | X | | X | X | | X | X | X |
| 03508820 | Katherine | Mam | 08/12/03 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03508820 | Kimsat | Nuth | 08/12/03 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03508820 | Linda | Nuth | 08/12/03 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |

LEGEND:

a.  Creating and submitting inaccurate, inadequate and inappropriate documentation;

b.  Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;

c.  Rendering a recipe of treatment absent any individualized medical decision making;

d.  Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;

e.  Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;

f.  Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;

g.  Billing that exceeds reasonable fees for such services in the clinic's geographic area;

h.  Submitting invoices containing charges that amount to overutilization of practice;

i.  Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j.  Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;

k.  Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l.  Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m.  Authoring false and misleading reports to insurance companies;

n.  Delay of 30 days or more in invoice submission to Encompass; and

o.  Exaggerated report of patient injury.

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03510448 | Kim | Sambath | 07/26/03 | X | X | X | X | X | X | X | X | | X | X | | X | | X |
| 03510448 | Samnang | Sok | 07/26/03 | X | X | X | X | X | X | X | X | | X | X | | X | | X |
| 03510448 | Sophannara | Eang | 07/26/03 | X | X | X | X | X | X | X | X | | X | X | | X | X | X |
| 03511086 | Morn | Samith | 09/18/03 | X | X | X | X | X | X | X | X | | X | X | | X | X | X |
| 03511086 | Thea | Soun | 09/18/03 | X | X | X | X | X | X | X | X | | X | X | | X | | |
| 03513997 | Kan | Peov | 10/27/03 | X | X | X | X | | X | | | | X | X | | X | | |
| 03513997 | Kristina | Rath | 10/27/03 | X | X | X | X | | X | | | X | X | X | | X | | X |
| 03513997 | Saleen | Phan | 10/27/03 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03513997 | Vongdeaone | Khiaosoth | 10/27/03 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03513997 | Chareth | Rath | 10/27/03 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03530556 | Ken | Truong | 12/10/03 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03532353 | Pat | Song | 01/03/04 | X | X | X | X | X | X | X | X | | X | X | | X | X | X |
| 03532767 | Alma | Carrasquillo | 01/10/04 | X | X | X | X | X | X | X | X | | X | X | | X | | X |
| 03532767 | Demetri | Molina | 01/10/04 | X | X | X | X | X | X | X | X | | X | X | | X | X | X |
| 03532767 | Robert | Delavalle | 01/10/04 | X | X | X | X | X | X | X | X | | X | X | X | X | X | X |
| 03533438 | Michael | Inthabane | 01/19/04 | X | X | X | | X | X | X | X | | X | X | X | X | X | |
| 03536789 | Savy | Vong | 03/16/04 | X | X | X | X | X | X | X | X | X | X | X | | X | X | |
| 03540127 | Sam | Sok | 05/14/04 | X | X | X | X | X | X | X | X | | X | X | | X | | X |
| 03374831 | Saroeun | Sim | 07/18/98 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;

b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;

c. Rendering a recipe of treatment absent any individualized medical decision making;

d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;

e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;

f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;

g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;

h. Submitting invoices containing charges that amount to overutilization of practice;

i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;

k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m. Authoring false and misleading reports to insurance companies;

n. Delay of 30 days or more in invoice submission to Encompass; and

o. Exaggerated report of patient injury.

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03374831 | Saroeut | Roum | 07/18/98 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03374831 | Sendy | Un | 07/18/98 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03374831 | Sokea | Un | 07/18/98 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03382948 | Saroeun | Chhan | 02/02/99 | X | X | X |   | X | X | X | X | X | X | X |   | X | X | X |
| 03392271 | Radet | Yem | 08/29/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03403606 | Margarita | Pina | 10/06/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03411511 | Sareth | Nuon | 05/22/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03414287 | Doeun | Uy | 10/25/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03414287 | Knamsing | Khammanivong | 10/25/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03415524 | Eath | Keo | 11/26/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03415524 | Sophoeun | Kong | 11/26/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03415760 | Savy | Moun | 11/26/00 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03417806 | Hoeurn | Men | 01/20/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03417806 | Nhem | Ngeth | 01/20/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03418926 | Nikki | Kim | 02/13/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03419107 | Cang | Keo | 02/18/01 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03419107 | Khawaii | Sok | 02/18/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03419107 | Kim | Neang | 02/18/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |
| 03419107 | Sareth | Heang | 02/18/01 | X | X | X | X | X | X | X | X | X | X | X |   | X | X | X |

LEGEND:
a. Creating and submitting inaccurate, inadequate and inappropriate documentation;
b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;
c. Rendering a recipe of treatment absent any individualized medical decision making;
d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;
e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;
f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;
g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;
h. Submitting invoices containing charges that amount to overutilization of practice;
i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;
j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;
k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;
l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;
m. Authoring false and misleading reports to insurance companies;
n. Delay of 30 days or more in invoice submission to Encompass; and
o. Exaggerated report of patient injury.

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03420810 | Bin | Real | 04/02/01 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03420810 | Nickie | Phan | 04/02/01 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03425856 | Oeun | Tim | 05/16/99 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03425856 | Timmy | Tim | 05/16/99 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03432698 | Peou | Ing | 11/09/99 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03436611 | Lan | Lim | 02/19/00 | X | X | X | | X | X | X | X | X | X | X | | X | X | X |
| 03438972 | Angela | Mejia | 01/14/00 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03438972 | Juan | Disla | 01/14/00 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03439611 | Sokhan | Yang | 05/19/00 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03439668 | Veun | Long | 05/22/00 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03444156 | Anirut | Khuanphat | 03/06/01 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03445147 | Phamaro | Uong | 05/10/01 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03445147 | Sophea | Um | 05/10/01 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03445338 | Phyrun | Chhim | 05/16/01 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03445338 | Ratha | So | 05/16/01 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03445702 | Michael | Pho | 05/28/01 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03448741 | Katie | Duong | 08/06/01 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03449560 | Morn | Samith | 10/05/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03456762 | Pamela | Nou | 09/06/01 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |

**LEGEND:**

a. Creating and submitting inaccurate, inadequate and inappropriate documentation;

b. Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;

c. Rendering a recipe of treatment absent any individualized medical decision making;

d. Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;

e. Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;

f. Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;

g. Billing that exceeds reasonable fees for such services in the clinic's geographic area;

h. Submitting invoices containing charges that amount to overutilization of practice;

i. Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j. Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;

k. Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l. Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m. Authoring false and misleading reports to insurance companies;

n. Delay of 30 days or more in invoice submission to Encompass; and

o. Exaggerated report of patient injury.

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03456762 | Saroeun | Hou | 09/06/01 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| 03459630 | Hun | Hum | 11/26/01 | | | X | | | | | | | | | | | | |
| 03459630 | Jim | Bun | 11/26/01 | | | X | | | | | | | | | | | | |
| 03459630 | It | Toun | 11/26/01 | | | X | | | | | | | | | | | | |
| 03459630 | Tuy | Pei | 11/26/01 | | | X | | | | | | | | | | | | |
| 03461410 | Bunthy | Chantha | 01/15/02 | X | X | X | | X | X | X | X | X | X | X | | X | | X |
| 03461410 | Sarath | Ros | 01/15/02 | X | X | X | | X | X | X | X | X | X | X | | X | | X |
| 03462771 | Nheop | So | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03462771 | Paulika | So | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03462771 | Phaectra | So | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03462771 | Savuth | Phan | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03462771 | Cheatra | So | 02/24/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03467194 | Paul | Taylor | 01/30/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | X |
| 03467477 | Chithra | Ung | 02/07/02 | X | X | X | X | X | X | X | X | | X | X | X | X | | X |
| 03467477 | Pholla | Long | 02/07/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03467477 | Samnang | San | 02/07/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03467477 | Sophinnary | Ung | 02/07/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |
| 03467477 | Volak | Neang | 02/07/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 03468665 | Samnang | Ngeth | 03/15/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | X |

**LEGEND:**

a.  Creating and submitting inaccurate, inadequate and inappropriate documentation;

b.  Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;

c.  Rendering a recipe of treatment absent any individualized medical decision making;

d.  Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;

e.  Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;

f.  Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;

g.  Billing that exceeds reasonable fees for such services in the clinic's geographic area;

h.  Submitting invoices containing charges that amount to overutilization of practice;

i.  Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j.  Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;

k.  Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l.  Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m.  Authoring false and misleading reports to insurance companies;

n.  Delay of 30 days or more in invoice submission to Encompass; and

o.  Exaggerated report of patient injury.

## Medical Record Evidence Supporting Allegations

| CLAIM NO. | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03468665 | Sitha | Mam | 03/15/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | | X |
| 03468665 | Sitha | Ngeth | 03/15/02 | X | X | X | X | X | X | X | X | X | X | X | X | X | | | X |
| 03468725 | Krapomroth | Khim | 03/18/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | | X |
| 03468725 | Phoeun | Sam | 03/18/02 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 03468725 | Sophay | Porth | 03/18/02 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X | X |
| 03469510 | Sokhan | Bum | 04/07/02 | X | | | | | | | | X | | | | | | | |
| 03469757 | Khon | Lay | 04/15/02 | X | X | X | X | X | X | X | X | X | X | X | | X | | | X |

**LEGEND:**

a.  Creating and submitting inaccurate, inadequate and inappropriate documentation;

b.  Rendering treatment which exceeds the type, quality and/or amount of the documented and clinically reasonable chiropractic needs of the patient;

c.  Rendering a recipe of treatment absent any individualized medical decision making;

d.  Rendering treatment which is unrelated to the diagnosed, or reasonably suspected, injury or condition incurred by the patient;

e.  Rendering treatment which is provided solely for the purpose of enabling the patient to incur medical treatment expenses in excess of the tort threshold established by Mass. Gen. Laws ch. 231, §6D;

f.  Billing for services which were not performed and/or overstating the amount of time spent evaluating and/or treating patients;

g.  Billing that exceeds reasonable fees for such services in the clinic's geographic area;

h.  Submitting invoices containing charges that amount to overutilization of practice;

i.  Submitting invoices containing charges for examinations which are based on a level of coding which is not consistent with the patient's medical history, subjective and objective clinical findings concerning the patient which were made at the time of the visit, the complexity of the clinical decision-making involved in the diagnosis and/or treatment of the patient, or the nature of the care provided to the patient;

j.  Submitting invoices containing charges for treatments, procedures or services which were not rendered, were not fully rendered, or were not rendered as represented by the charging chiropractor;

k.  Submitting treatment notes and invoices containing charges for excessive and improper use of supportive procedures and therapies;

l.  Submitting invoices and treatment records for treatment of minors that wholly exceed reasonable and necessary treatment parameters;

m.  Authoring false and misleading reports to insurance companies;

n.  Delay of 30 days or more in invoice submission to Encompass; and

o.  Exaggerated report of patient injury.

Chart #2:
Mail Fraud Chart

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03468725 | Phoeun Sam | 07/23/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03468725 | Krapomroth Khim | 07/23/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03468725 | Sophay Porth | 07/23/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03221674 | April Thanongsinh | 06/29/99 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03417628 | Veasna Ngeth and Summang Ngeth | 08/14/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03439668 | Veun Long | 11/28/00 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03415449 | Krapomroth Khim | 07/30/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03418926 | Nikki Kim | 08/07/01 | Personal Injury Attorney | Encompass | Invoice |
| 03445338 | Ratha So | 01/30/03 | Collection Agency | Encompass | Invoice |
| 03445338 | Ratha So | 09/17/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03379614 | Bunreth Ngeth | 11/18/98 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03445702 | Michael Pho | 11/06/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03431518 | Tut Hok | 03/08/04 | Collection Agency | Encompass | Medical Records and Invoices |
| 03431518 | Tut Hok | 02/12/99 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03415760 | Savy Moun | 05/17/04 | Collection Agency | Encompass | Invoice |
| 03415432 | Sarunn Vorn | 05/24/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03374831 | Sokea Un | 12/22/02 | Collection Agency | Encompass | Invoice |
| 03415432 | Sophal Phan | 10/20/04 | First Spine | Encompass | Invoice |
| 03414287 | Cham Sing Knamsing | 07/20/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03414287 | Doeun Uy | 02/26/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03439611 | Sokhan Yang | 11/30/00 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03415432 | Sarath Bou | 06/26/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03417806 | Hoeum Men | 03/25/04 | Collection Agency | Encompass | Invoice |
| 03417806 | Nhem Ngeth | 11/21/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03420777 | Khen Khout | 11/08/04 | Collection Agency | Encompass | Invoice |
| 03420777 | Khen Khout | 07/31/01 | Personal Injury Attorney | Encompass | Invoice |
| 03382948 | Saroeun Chhan | 05/17/04 | Collection Agency | Encompass | Invoice |
| 03382948 | Saroeun Chhan | 10/01/99 | Personal Injury Attorney | CNA Insurance | Invoice |
| 03419107 | Sareth Heang | 03/14/03 | First Spine | Encompass | Invoice |
| 03419107 | Sareth Heang | 11/13/02 | Collection Agency | Encompass | Invoice |
| 03419107 | Sareth Heang | 09/05/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03419107 | Cang Keo | 08/28/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03419107 | Kim Neang | 08/28/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03419107 | Khawali Sok | 08/28/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03435147 | Sophea Um | 12/18/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03445147 | Phamaro Uong | 10/19/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03603606 | Margarita Pina | 03/21/01 | First Spine | Invoice | Medical Records and Invoices |
| 03603606 | Margarita Pina | 03/20/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03414116 | Marguera Sam | 12/14/04 | Collection Agency | Encompass | Invoice |

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03411416 | Seak Sam | 12/1/04 | Collection Agency | Encompass | Invoice |
| 03315524 | Sophea Um | 04/08/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03415524 | Eath Keo | 01/22/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03462436 | Sar Chhean | 11/12/02 | Personal Injury Attorney | Encompass | Invoice |
| 03462436 | Sar Chhean | 07/24/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03467477 | Sophinnary Ung | 11/15/04 | Collection Agency | Encompass | Invoice |
| 03467477 | Chithra Ung | 02/18/04 | Collection Agency | Encompass | Invoice |
| 03467477 | Pholla Long | 11/18/02 | Collection Agency | Encompass | Invoice |
| 03467477 | Sammang San | 02/05/03 | Collection Agency | Encompass | Invoice |
| 03467477 | Volak Neang | 02/05/03 | Collection Agency | Encompass | Invoice |
| 03467477 | Volak Neang | 08/30/04 | First Spine | Encompass | Medical Records |
| 03467477 | Volak Neang | 06/03/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03467477 | Sammang San | 06/28/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03342397 | Thanh Som | 12/24/01 | Personal Injury Attorney | CNA Insurance | Invoice |
| 03457321 | Sunnhak Chiv | 04/02/03 | Collection Agency | Encompass | Invoice |
| 03320810 | Bin Real | 09/06/01 | Personal Injury Attorney | Encompass | Medical Records |
| 03420810 | Nickie Phan | 08/16/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03480962 | Chea Taing Theng | 05/01/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03462436 | Ry Chhaim | 05/09/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03462436 | Tim Neang | 07/08/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03449223 | Boeuk Pin | 09/30/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03393502 | Diane Melo | 10/12/04 | Personal Injury Attorney | Encompass | Invoice |
| 03369510 | Sokhan Bum | 02/10/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03344156 | Jaemwimon Pinramaphon | 08/15/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03344156 | Anirul Khuanphat | 08/08/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03438972 | Naim Eng | 06/27/01 | Personal Injury Attorney | CNA Insurance | Invoice |
| 03438972 | Santa Dones | 06/29/01 | Personal Injury Attorney | CNA Insurance | Invoice |
| 03428972 | Carmen Perez | 06/27/01 | Personal Injury Attorney | CNA Insurance | Invoice |
| 03438972 | Juan Disla | 12/09/03 | Personal Injury Attorney | CNA Insurance | Invoice |
| 03326411 | Nguyet Nguyen Hang Tran | 05/26/98 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03402742 | Viphearea Srey | 08/02/01 | Personal Injury Attorney | CNA Insurance | Invoice |
| 03402742 | Sacha Tang | 08/29/01 | Personal Injury Attorney | CNA Insurance | Invoice |
| 03402742 | Wilson Douongchack | 08/29/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03417018 | Kamsol Kong | 05/24/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03415264 | Ngeth Soeung | 10/14/04 | Collection Agency | CNA Insurance | Invoice |
| 03415264 | Bin Soun | 12/02/02 | Collection Agency | Encompass | Invoice |
| 03381790 | Sokcheath Park | 05/12/00 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03381790 | Sophaly Chum | 05/10/00 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03381790 | Sophaly Chum | 05/10/00 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03381790 | Kosal Nguon | 05/18/99 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |

# Chart #2:
## Mail Fraud Chart

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 0351433l | Chhat Phim | 10/20/04 | First Spine | Encompass | Invoice |
| 0351790T7 | Kongkeo Phonphlak | 12/04/02 | Collection Agency | Encompass | Invoice |
| 0347790T7 | Khammoune Panya | 11/15/02 | Collection Agency | Encompass | Invoice |
| 0346573G | Chhang Kang | 12/16/02 | Collection Agency | Encompass | Invoice |
| 0346573G | Chanda Kong | 12/30/02 | Collection Agency | Encompass | Invoice |
| 0346418l | Prasan Phumbchian | 05/01/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0346576Z | Pamela Nou | 12/18/02 | Collection Agency | Encompass | Invoice |
| 0345676Z | Saroeun Hou | 12/31/02 | Collection Agency | Encompass | Invoice |
| 0345676Z | Pamela Nou and Sarouen Hou | 01/22/02 | Personal Injury Attorney | Encompass | Invoice |
| 0340850A | Sammang Khut | 04/29/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0340850A | Sammang Khut | 12/16/02 | Collection Agency | Encompass | Invoice |
| 0347850A | Kevin Meas | 10/24/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0349182J | John Rom | 03/09/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0335731J | Oeun Tim | 01/08/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0350671Z | Liv Kong | 11/04/04 | First Spine | Encompass | Invoice |
| 0350671Z | John Rom | 01/22/04 | First Spine | Encompass | Invoice |
| 0348679S | Savonn Yonn | 03/25/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0348679S | Savonn Yonn | 01/06/03 | Collection Agency | Encompass | Invoice |
| 0350033B | John Rom | 10/16/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0350033B | Kong Liv | 08/27/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0360033B | Jimmy Rom | 02/04/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0350055G | Ken Truong | 04/14/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 035235J | Pat Song | 02/25/05 | Collection Agency | Encompass | Invoice |
| 035235J | Pat Song | 06/16/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 035235J | Pat Song | 06/01/04 | First Spine | Encompass | Invoice |
| 0350597G | Keo Kothpratoum | 07/20/04 | Personal Injury Attorney | Encompass | Invoice |
| 0351108G | Thea Soun | 07/20/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0351108G | Mom Samith | 04/29/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0350601J | Chaly Siburoeung | 12/18/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0340595l | Sarin Chhay | 10/06/00 | Personal Injury Attorney | CNA Insurance | Invoice |
| 0346975Z | Dara Lay | 08/28/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0350435T | Reath Toch | 03/31/04 | First Spine | Encompass | Invoice |
| 0344891O | Siviney Seng | 10/14/04 | Collection Agency | Encompass | Invoice |
| 0350461S | Alexander Men | 11/04/04 | First Spine | Encompass | Invoice |
| 0350461S | Vanneck Chea | 11/03/04 | First Spine | Encompass | Invoice |
| 0380461S | Alexander Men | 02/18/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0350461S | Kimsan Mom | 01/26/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 034258G6 | Tim Oeun and Timmy Tim | 12/17/99 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 0341385T | Narith Dou | 04/10/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 0349108B | Sophannee Uy | 11/12/03 | Personal Injury Attorney | CNA Insurance | Invoice |
| 0349560 | Mom Samith | 05/28/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |

## Chart #2:
## Mail Fraud Chart

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03490345 | Rithy Mao | 03/06/03 | Personal Injury Attorney | Encompass | Invoice |
| 03455658 | Tab Lay | 10/02/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03445658 | Pheap Tim | 10/09/01 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03018795 | Punlork Sar | 10/14/04 | Collection Agency | Encompass | Invoice |
| 03018795 | Samatha Mao | 05/24/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03418795 | Sambath Bo | 06/28/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03418795 | Jorge Diaz | 09/21/01 | Personal Injury Attorney | Encompass | Medical Records |
| 03654624 | Phoeuk Neang | 08/23/02 | Personal Injury Attorney | Encompass | Medical Records |
| 03654624 | Jerry Seng | 08/16/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03654524 | Melaly Seng | 08/16/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03470133 | Rochenna Sim | 10/07/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03470133 | Bunkeath Meng | 09/23/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03436611 | Lan Lim | 09/27/00 | Personal Injury Attorney | CNA Insurance | Medical Records |
| 03456832 | Dalin Ou | 10/20/04 | First Spine | Encompass | Invoice |
| 03456832 | Dalin Ou | 05/29/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03456832 | Dalin Ou | 12/22/02 | Collection Agency | Encompass | Invoice |
| 03391026 | Phuong Uyen Le | 02/26/01 | Personal Injury Attorney | CNA Insurance | Medical Records and Invoices |
| 03483838 | Sokean Phlong | 01/23/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03483838 | Brandon Oeur | 04/14/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03473966 | Diane Melo | 09/26/02 | Personal Injury Attorney | Encompass | Invoice |
| 03482803 | Sareth Veuk | 07/17/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03482803 | Thaverei Veuk | 07/17/03 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03536789 | Savy Vong | 09/24/04 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03667194 | Marion Garcia | 10/28/02 | Collection Agency | Encompass | Invoice |
| 03667194 | Paul Taylor | 12/03/02 | Collection Agency | Encompass | Invoice |
| 03486647 | Vich Lam | 03/08/05 | Collection Agency | Encompass | Invoice |
| 03461410 | Sareth Ros | 01/03/05 | Collection Agency | Encompass | Invoice |
| 03461410 | Bunthy Chantha | 11/22/02 | Personal Injury Attorney | Encompass | Invoice |
| 03651235 | Chinda Kruth | 10/19/04 | First Spine | Encompass | Invoice |
| 03411511 | Sareth Nuon | 07/21/04 | Collection Agency | Encompass | Invoice |
| 03411511 | Sareth Nuon and Roeun Kong | 05/03/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03469203 | Kim Sat (Rick) Ban | 12/11/02 | Collection Agency | Encompass | Invoice |
| 03469203 | At Ban | 12/11/02 | Collection Agency | Encompass | Invoice |
| 03469203 | At Ban | 08/14/03 | Collection Agency | Encompass | Invoice |
| 03469203 | At Ban | 08/21/03 | Collection Agency | Encompass | Invoice |
| 03469203 | At Ban | 11/21/02 | Collection Agency | Encompass | Invoice |
| 03469203 | Kim Sa (Rick) Ban | 07/11/02 | Personal Injury Attorney | Encompass | Medical Records and Invoices |
| 03469203 | Kim Sat (Rick) Ban | 04/07/03 | Personal Injury Attorney | Encompass | Records Review |
| 03469203 | Kim Sat (Rick) Ban | 10/10/02 | Encompass | Personal Injury Attorney | Records Review |
| 03469203 | Kim Sat (Rick) Ban | 03/07/03 | Personal Injury Attorney | Encompass | Request for Payment |

**Chart #2:**
**Mail Fraud Chart**

| CLAIM NO. | PATIENT NAME | DATE | FROM | TO | CONTAINS |
|---|---|---|---|---|---|
| 03469203 | At Ban | 05/29/03 | Personal Injury Attorney | Encompass | |
| 03469203 | At Ban | | Personal Injury Attorney | Encompass | Lost Wage Check |
| 03469203 | Kim Sat (Rick) Ban | 07/24/02 | Personal Injury Attorney | Encompass | PIP Checks |
| 03469203 | Kim Sat (Rick) Ban | 10/10/02 | Encompass | Personal Injury Attorney | Records Review |
| 03469203 | Kim Sat (Rick) Ban | 09/25/02 | Personal Injury Attorney | Encompass | PIP Application |
| 03469203 | Kim Sat (Rick) Ban | 11/04/02 | Collection Agency | Encompass | Invoice for PIP Payments |
| 03469203 | Kim Sat (Rick) Ban | 09/26/02 | ERI Expert Review Incorporated | Encompass | Independent Medical Review |
| 03469203 | Kim Sat (Rick) Ban | 09/30/02 | ERI Expert Review Incorporated | Encompass | Invoice |
| 03469203 | Kim Sat (Rick) Ban | 10/07/02 | Personal Injury Attorney | Encompass | PIP Application |
| 03469203 | At Ban | 09/05/02 | Personal Injury Attorney | Encompass | Invoices |
| 03469203 | At Ban | 10/10/02 | Encompass | Personal Injury Attorney | Medical Records Review |
| 03469203 | At Ban | 11/04/02 | Collection Agency | Encompass | Invoice |
| 03469203 | At Ban | 09/26/02 | ERI Expert Review Incorporated | Encompass | Medical Records Review |
| 03469203 | At Ban | 09/30/02 | ERI Expert Review Incorporated | Encompass | Invoice |
| 03396719 | Cynthia Laing | 11/14/01 | Encompass | Personal Injury Attorney | Request for Payment |
| 03341477 | Phally Lang | 01/09/02 | First Spine and Rehab. | Encompass | Request for Medical Records |
| 03448741 | Katie Duong | 12/31/01 | First Spine and Rehab. | Encompass | Medical Records |
| 03432698 | Peou Ing | 02/08/00 | Medical Records Associates | CNA personal Insurance | Medical Records |
| 03475016 | Seng Earn Taing | 12/19/02 | Personal Injury Attorney | Encompass | Medical Records |

**Chart 3:**
**Damages Chart**

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03326411 | 01/09/98 | $975.00 | 06/26/98 | Tran | Hang | Culliney |
| 03326411 | 01/09/98 | $970.00 | 06/26/98 | Nguyen | Nguyet | Culliney |
| 03374831 | 07/18/98 | $2,900.00 | 04/09/88 | Roum | Saroeut | Culliney |
| 03374831 | 07/18/98 | $1,377.00 | 04/02/99 | Un | Sendy | Culliney |
| 03374831 | 07/18/98 | $2,822.00 | 04/02/99 | Un | Sokea | Culliney |
| 03374831 | 07/18/98 | $1,375.00 | 04/02/99 | Sim | Saroeut | Culliney |
| 03374831 | 07/18/98 | $665.00 | 04/14/99 | Un | Sokea | Culliney |
| 03374831 | 07/18/98 | $1,907.00 | 04/14/99 | Sim | Saroeut | Culliney |
| 03374831 | 07/18/98 | $150.00 | 04/14/99 | Sim | Saroeut | Culliney |
| 03374831 | 07/18/98 | $177.00 | 07/31/02 | Roum | Saroeut | Culliney |
| 03331518 | 09/10/98 | $129.00 | 03/16/99 | Hok | Tut | Culliney |
| 03331518 | 09/10/98 | $3,896.00 | 12/08/04 | Hok | Tut | Culliney |
| 03379614 | 10/21/98 | $655.00 | 02/12/99 | Nikki | Kim | Culliney |
| 03379614 | 10/21/98 | $465.00 | 02/24/99 | Nikki | Kim | Culliney |
| 03381790 | 12/14/98 | $1,579.00 | 03/30/99 | Chum | Sophala | Culliney |
| 03381790 | 12/14/98 | $2,212.00 | 03/30/99 | Prak | Sokcheath | Culliney |
| 03381790 | 12/14/98 | $1,847.00 | 03/30/99 | Chum | Sophala | Culliney |
| 03381790 | 12/14/98 | $1,833.00 | 02/17/00 | Prak | Sokcheath | Culliney |
| 03381790 | 12/14/98 | $2,236.00 | 11/27/01 | Chum | Sophala | Culliney |
| 03381790 | 12/14/98 | $1,558.00 | 11/27/01 | Chum | Sophala | Culliney |
| 03421674 | 01/08/99 | $226.00 | 04/28/99 | Thanongsinh | April | Culliney |
| 03382948 | 02/02/99 | $2,000.00 | 09/24/99 | Chuu | Saroen | Culliney |
| 03382948 | 02/02/99 | $1,625.00 | 01/12/00 | Chuu | Saroen | Culliney |
| 03382948 | 02/02/99 | $1,625.00 | 11/12/00 | Chhu | Saroeun | Culliney |
| 03382948 | 02/02/99 | $1,625.00 | 06/08/04 | Chhu | Saroeun | Culliney |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | Mak | Naravuth | Culliney |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | Mak | Sandy | Culliney |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | Vann | Emmy | Culliney |
| 03425232 | 04/25/99 | $150.00 | 02/16/00 | Mak | Naravuth | Culliney |
| 03425232 | 04/25/99 | $2,763.00 | 06/26/00 | Mak | Naravuth | Culliney |
| 03425232 | 04/25/99 | $3,023.00 | 06/26/00 | Vann | Emmy | Culliney |
| 03425232 | 04/25/99 | $1,866.00 | 06/26/00 | Mak | Sandy | Culliney |
| 03425232 | 04/25/99 | $3,073.00 | 06/26/00 | Naraguth | Norayuti | Culliney |
| 03425856 | 05/16/99 | $2,000.00 | 06/20/00 | Tim | Oeun | Culliney |
| 03425856 | 05/16/99 | $2,000.00 | 10/11/00 | Tim | Timmy | Culliney |
| 03425856 | 05/16/99 | $1,199.00 | 02/02/01 | Tim | Oeun | Culliney |
| 03341477 | 10/29/99 | $1,068.00 | 03/21/00 | Lang | Phally | Culliney |
| 03341477 | 10/29/99 | $1,867.00 | 04/23/01 | Lang | Phally | Culliney |
| 03341477 | 10/29/99 | $695.00 | 03/20/02 | Lang | Phally | Culliney |
| 03432698 | 11/09/99 | $2,235.00 | 03/17/00 | Ing | Peou | Culliney |
| 03432698 | 11/09/99 | $960.00 | 07/03/00 | Ing | Peou | Culliney |
| 03438972 | 01/14/00 | $3,817.00 | 01/20/03 | Mejia | Angela | Unknown |
| 03438972 | 01/14/00 | $4,032.00 | 12/19/03 | Disla | Juan | Unknown |
| 03436611 | 02/20/00 | $2,000.00 | 05/04/00 | Lim | Lan | Culliney |
| 03436611 | 02/20/00 | $2,270.00 | 01/04/01 | Lim | Lan | Culliney |
| 03396719 | 03/12/00 | $2,000.00 | 05/02/00 | Laing | Cynthia | Unknown |
| 03439611 | 05/19/00 | $1,387.00 | 01/19/01 | Yang | Sokhan | Culliney |
| 03439611 | 05/19/00 | $2,875.00 | 06/06/02 | Yang | Sokhan | Culliney |
| 03439668 | 05/22/00 | $2,495.00 | 08/22/00 | Long | Veun | Culliney |
| 03439668 | 05/22/00 | $80.00 | 08/22/00 | Long | Veun | Culliney |
| 03439668 | 05/22/00 | $1,610.00 | 01/17/01 | Long | Veun | Culliney |
| 03439668 | 05/22/00 | $75.00 | 03/13/01 | Long | Veun | Culliney |
| 03440595 | 06/15/00 | $95.00 | 09/15/00 | Chhay | Sarin | Culliney |
| 03440595 | 06/15/00 | $2,350.00 | 10/09/00 | Chhay | Sarin | Culliney |

Chart 3:
Damages Chart

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03440595 | 06/15/00 | $970.00 | 10/26/00 | Chhay | Sarin | Culliney |
| 03440595 | 06/15/00 | $420.00 | 11/07/00 | Chhay | Sarin | Culliney |
| 03440595 | 06/15/00 | $505.00 | 01/04/01 | Chhay | Sarin | Culliney |
| 03447628 | 06/25/00 | $4,101.00 | 11/12/01 | Ngeth | Veasha | Culliney |
| 03447628 | 06/25/00 | $4,256.00 | 11/12/01 | Ngeth | Samnang | Culliney |
| 03391026 | 07/26/00 | $3,910.00 | 04/07/01 | Phoung | Le | McConell |
| 03391026 | 07/26/00 | $110.00 | 06/21/01 | Phoung | Le | McConell |
| 03391026 | 07/26/00 | $110.00 | 06/21/01 | Phoung | Le | McConell |
| 03391026 | 07/26/00 | $110.00 | 02/19/02 | Phoung | Le | McConell |
| 03391026 | 07/26/00 | $110.00 | 02/19/02 | Phoung | Le | McConell |
| 03392271 | 08/29/00 | $1,775.00 | 06/04/01 | Yem | Radet | Culliney |
| 03413857 | 08/30/00 | $4,505.00 | 04/11/01 | Narith | Dou | Culliney |
| 03402742 | 09/08/00 | $3,030.00 | 02/28/01 | Spey | Viphearea | Culliney |
| 03402742 | 09/08/00 | $190.00 | 05/11/01 | Tang | Sacha | Culliney |
| 03402742 | 09/08/00 | $950.00 | 05/11/01 | Spey | Viphearea | Culliney |
| 03402742 | 09/08/00 | $1,130.00 | 08/02/01 | Tang | Sacha | Culliney |
| 03402742 | 09/08/00 | $555.00 | 09/21/01 | Duongchack | Wilson | Culliney |
| 03402742 | 09/08/00 | $1,585.00 | 09/24/01 | Duongchack | Wilson | Culliney |
| 03402742 | 09/08/00 | $415.00 | 09/26/01 | Duongchack | Wilson | Culliney |
| 03402742 | 09/08/00 | $415.00 | 09/26/01 | Duongchack | Wilson | Culliney |
| 03402742 | 09/08/00 | $2,810.00 | 02/19/02 | Tang | Sacha | Culliney |
| 03403606 | 10/06/00 | $150.00 | 05/24/01 | Pina | Margarita | Winn |
| 03414287 | 10/25/00 | $1,816.00 | 02/28/01 | Khannanivongh | Khamsing | Culliney/McConnell |
| 03414287 | 10/25/00 | $1,763.00 | 04/11/01 | Uy | Doeun | Culliney/McConnell |
| 03414660 | 11/01/00 | $3,885.00 | 09/27/01 | Tl | Ouk | McConell |
| 03415264 | 11/18/00 | $2,000.00 | 04/10/01 | Suon | Bin | McConell |
| 03415264 | 11/18/00 | $2,000.00 | 07/16/01 | Soeng | Ngeth | McConell |
| 03415432 | 11/25/00 | $2,108.00 | 05/30/01 | Bou | Sarath | Culliney |
| 03415432 | 11/25/00 | $1,993.00 | 05/30/01 | Vorn | Saron | Culliney |
| 03415432 | 11/25/00 | $1,963.00 | 05/30/01 | Vorn | Saron | Culliney |
| 03415432 | 11/25/00 | $2,493.00 | 05/30/01 | Phan | Sophal | McConell |
| 03415432 | 11/25/00 | $1,760.00 | 07/16/01 | Bou | Sarath | Culliney |
| 03415449 | 11/25/00 | $3,508.00 | 09/25/01 | Khim | Rumchek | Culliney |
| 03415432 | 11/25/00 | $740.00 | 02/24/03 | Phan | Sophal | McConell |
| 03415432 | 11/25/00 | $330.00 | 03/11/04 | Vorn | Saron | Culliney |
| 03415432 | 11/25/00 | $300.00 | 12/16/04 | Phan | Sophal | McConell |
| 03415524 | 11/26/00 | $1,218.00 | 04/16/01 | Kong | Sopeun | Culliney |
| 03415760 | 11/26/00 | $2,028.00 | 05/15/01 | Moun | Savy | McConell |
| 03415524 | 11/26/00 | $1,395.00 | 09/25/01 | Keo | Eath | McConell |
| 03415524 | 11/26/00 | $2,805.00 | 02/04/02 | Keo | Eath | McConell |
| 03415760 | 11/26/00 | $1,765.00 | 12/09/02 | Moun | Savy | McConell |
| 03417806 | 01/20/01 | $2,420.00 | 05/07/01 | Men | Hoeurn | McConell |
| 03417806 | 01/20/01 | $1,455.00 | 07/20/01 | Ngeth | Nhbem | McConell |
| 03418795 | 02/11/01 | $1,818.00 | 06/15/01 | Bo. | Lysabad | Culliney |
| 03418795 | 02/11/01 | $1,973.00 | 06/15/01 | Sar | Sambun | Culliney |
| 03418795 | 02/11/01 | $2,053.00 | 06/15/01 | Mao | Samentha | McConell |
| 03418795 | 02/11/01 | $1,878.00 | 06/15/01 | Bo | Samban | McConell |
| 03418795 | 02/11/01 | $1,958.00 | 06/15/01 | Bo | Sambath | McConell |
| 03418795 | 02/11/01 | $1,968.00 | 06/15/01 | Sar | Punlork | Culliney |
| 03418795 | 02/11/01 | $1,150.00 | 06/19/01 | Mao | Samentha | McConell |
| 03418795 | 02/11/01 | $2,220.00 | 06/19/01 | Bo | Samban | McConell |
| 03418795 | 02/11/01 | $1,400.00 | 06/21/01 | Bo | Sambath | McConell |
| 03418795 | 02/11/01 | $1,795.00 | 06/21/01 | Bo. | Lysabad | Culliney |
| 03418795 | 02/11/01 | $2,105.00 | 07/16/01 | Sar | Sambun | Culliney |

Chart 3:
Damages Chart

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03418795 | 02/11/01 | $1,170.00 | 07/16/01 | Sar | Punlork | Culliney |
| 03418795 | 02/11/01 | $450.00 | 07/19/01 | Sar | Punlork | Culliney |
| 03418926 | 02/13/01 | $2,000.00 | 08/02/01 | Kim | Nikki | Culliney |
| 03442397 | 02/17/01 | $2,000.00 | 06/25/01 | Som | Thanh | Culliney |
| 03442397 | 02/17/01 | $1,880.00 | 02/11/02 | Som | Thanh | Culliney |
| 03442397 | 02/17/01 | $394.00 | 06/12/02 | Som | Thanh | Culliney |
| 03419107 | 02/18/01 | $1,631.00 | 07/02/01 | Sarath | Heano | Culliney |
| 03419107 | 02/18/01 | $444.00 | 07/23/01 | Sarath | Heano | Culliney |
| 03419107 | 02/18/01 | $4,250.00 | 08/06/01 | Sok | Khawaii | McConell |
| 03419107 | 02/18/01 | $2,895.00 | 08/06/01 | Neang | Kim | McConell |
| 03419107 | 02/18/01 | $3,765.00 | 08/06/01 | Cang | Keo | McConell |
| 03419107 | 02/18/01 | $330.00 | 04/11/02 | Sok | Khawaii | McConell |
| 03419107 | 02/18/01 | $1,615.00 | 04/11/02 | Sarath | Heano | Culliney |
| 03419107 | 02/18/01 | $600.00 | 07/02/02 | Neang | Kim | McConell |
| 03419107 | 02/18/01 | $270.00 | 07/17/02 | Neang | Kim | McConell |
| 03419107 | 02/18/01 | $90.00 | 07/25/03 | Sarath | Heano | Culliney |
| 03408504 | 02/23/01 | $3,505.00 | 07/23/02 | Meas | Kevin | McConell |
| 03408504 | 02/23/01 | $2,905.00 | 09/16/02 | Khut | Samnang | Culliney |
| 03444156 | 03/06/01 | $4,100.00 | 11/28/01 | Khuanphet | Anirut | McConell |
| 03420777 | 04/01/01 | $2,000.00 | 06/26/01 | Men | Oeun | Culliney |
| 03420777 | 04/01/01 | $2,035.00 | 07/03/01 | Sok | Sart | Culliney |
| 03420777 | 04/01/01 | $810.00 | 07/23/01 | Sok | Sart | Culliney |
| 03420777 | 04/01/01 | $2,313.00 | 08/03/01 | Khent | Khen | Culliney |
| 03420777 | 04/01/01 | $695.00 | 08/13/01 | Khent | Khen | Culliney |
| 03420777 | 04/01/01 | $1,115.00 | 08/21/01 | Men | Oeun | Culliney |
| 03420777 | 04/01/01 | $1,010.00 | 08/21/01 | Khent | Khen | Culliney |
| 03420777 | 04/01/01 | $1,115.00 | 08/21/01 | Sok | Sart | Culliney |
| 03420777 | 04/01/01 | $200.00 | 05/24/04 | Men | Oeun | Culliney |
| 03420777 | 04/01/01 | $695.00 | 05/24/04 | Khent | Khen | Culliney |
| 03420810 | 04/02/01 | $1,928.00 | 07/31/01 | Real | Bin | McConell |
| 03420810 | 04/02/01 | $132.00 | 07/31/01 | Real | Bin | McConell |
| 03420810 | 04/02/01 | $1,943.00 | 08/16/01 | Phan | Nickie | McConell |
| 03420810 | 04/02/01 | $205.00 | 10/24/01 | Phan | Nickie | McConell |
| 03420810 | 04/02/01 | $1,920.00 | 01/30/02 | Real | Bin | McConell |
| 03445147 | 05/10/01 | $1,652.00 | 11/12/01 | Uong | Phamaro | Culliney |
| 03445147 | 05/10/01 | $1,870.00 | 12/17/01 | Um | Sophea | McConell |
| 03445147 | 05/10/01 | $2,497.00 | 03/20/02 | Uong | Phamaro | Culliney |
| 03445147 | 05/10/01 | $2,249.00 | 04/08/02 | Um | Sophea | McConell |
| 03445338 | 05/16/01 | $4,547.00 | 08/21/02 | Chhim | Phyrum | Culliney |
| 03445338 | 05/16/01 | $4,582.00 | 09/20/02 | So | Ratha | Culliney |
| 03445702 | 05/28/01 | $270.00 | 12/11/01 | Pho | Michael | Culliney |
| 03445702 | 05/28/01 | $3,614.00 | 12/11/01 | Pho | Michael | Culliney |
| 03448741 | 08/06/01 | $2,099.00 | 10/23/01 | Doung | Katie | Culliney |
| 03448741 | 08/06/01 | $605.00 | 11/16/01 | Doung | Katie | Culliney |
| 03448741 | 08/06/01 | $180.00 | 03/29/02 | Doung | Katie | Culliney |
| 03448741 | 08/06/01 | $257.00 | 04/03/02 | Doung | Katie | Culliney |
| 03448910 | 08/14/01 | $2,119.00 | 10/19/01 | Seng | Muth | Culliney |
| 03448910 | 08/14/01 | $1,854.00 | 10/19/01 | Chiv | Sunnak | Culliney |
| 03448910 | 08/14/01 | $2,015.00 | 10/19/01 | Seng | Sivinary | Culliney |
| 03448910 | 08/14/01 | $1,341.00 | 03/04/02 | Seng | Sivinary | Culliney |
| 03448910 | 08/14/01 | $540.00 | 03/04/02 | Seng | Muth | Culliney |
| 03448910 | 08/14/01 | $951.00 | 03/04/02 | Seng | Muth | Culliney |
| 03448910 | 08/14/01 | $175.00 | 03/04/02 | Chiv | Sunnak | Culliney |
| 03448910 | 08/14/01 | $434.00 | 04/12/02 | Seng | Sivinary | Culliney |

**Chart 3:**
**Damages Chart**

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03448910 | 08/14/01 | $1,699.00 | 04/12/02 | Seng | Muth | Culliney |
| 03448910 | 08/14/01 | $2,489.00 | 05/21/02 | Seng | Vandary | Culliney |
| 03448910 | 08/14/01 | $317.00 | 01/05/04 | Seng | Sivinary | Culliney |
| 03456762 | 09/06/01 | $2,789.00 | 01/30/02 | Hou | Saroeun | McConell |
| 03456762 | 09/06/01 | $1,614.00 | 01/30/02 | Nou | Pamela | McConell |
| 03456762 | 09/06/01 | $973.00 | 03/07/02 | Hou | Saroeun | McConell |
| 03456832 | 09/08/01 | $105.00 | 02/28/02 | Soum | Mike | McConell |
| 03456832 | 09/08/01 | $2,590.00 | 03/06/02 | Soum | Mike | McConell |
| 03456832 | 09/08/01 | $2,433.00 | 04/01/02 | Ou | Dalin | Culliney |
| 03456832 | 09/08/01 | $1,717.00 | 04/12/02 | Ou | Dalin | Culliney |
| 03456832 | 09/08/01 | $1,947.00 | 04/12/02 | Soum | Mike | McConell |
| 03456832 | 09/08/01 | $180.00 | 08/09/02 | Ou | Dalin | Culliney |
| 03457321 | 09/21/01 | $1,995.00 | 11/07/02 | Chiv | Suntak | McConell |
| 03457313 | 09/22/01 | $472.00 | 09/12/02 | Oeun | Tim | Culliney |
| 03457313 | 09/22/01 | $1,315.00 | 02/25/03 | Oeum | Tim | Culliney |
| 03459630 | 11/26/01 | $1,465.00 | 04/15/02 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,475.00 | 04/18/02 | Hum | Hun | Culliney |
| 03459630 | 11/26/01 | $2,261.00 | 04/18/02 | Pei | Tuy | Culliney |
| 03459630 | 11/26/01 | $77.00 | 05/14/02 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,038.00 | 12/02/02 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $640.00 | 12/02/02 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,656.00 | 01/23/03 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,465.00 | 01/23/03 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $1,465.00 | 01/29/03 | It | Toun | Culliney |
| 03459630 | 11/26/01 | $115.00 | 07/26/03 | Pei | Tuy | Culliney |
| 03459630 | 11/26/01 | $1,893.00 | 10/09/03 | Hum | Hun | Culliney |
| 03459630 | 11/26/01 | $1,693.00 | 10/10/03 | Bun | Jim | Culliney |
| 03459630 | 11/26/01 | $1,970.00 | 10/10/03 | Pei | Tuy | Culliney |
| 03461410 | 01/15/02 | $2,000.00 | 04/08/02 | Ros | Sarath | Culliney |
| 03461410 | 01/15/02 | $2,000.00 | 04/08/02 | Chantha | Bunthy | McConell |
| 03461410 | 01/15/02 | $550.00 | 01/06/03 | Chantha | Bun | McConell |
| 03461410 | 01/15/02 | $1,133.00 | 07/21/04 | Chantha | Bun | McConell |
| 03461410 | 01/15/02 | $365.00 | 10/13/04 | Chantha | Bun | McConell |
| 03461410 | 01/15/02 | $486.00 | 10/28/04 | Chantha | Bun | McConell |
| 03461410 | 01/15/02 | $693.00 | 11/11/04 | Chantha | Bun | McConell |
| 03467194 | 01/30/02 | $1,040.00 | 03/21/02 | Taylor | Paul | Culliney |
| 03467194 | 01/30/02 | $1,178.00 | 05/13/02 | Taylor | Paul | McConell |
| 03467477 | 02/07/02 | $1,450.00 | 09/06/02 | Ung | Chithra | Culliney |
| 03467477 | 02/07/02 | $1,475.00 | 09/06/02 | Long | Pholla | Culliney |
| 03467477 | 02/07/02 | $1,560.00 | 09/06/02 | Ung | Volak | Culliney |
| 03467477 | 02/07/02 | $1,025.00 | 09/06/02 | Ung | Sophinna | McConell |
| 03467477 | 02/07/02 | $1,640.00 | 09/06/02 | San | Samnang | McConell |
| 03462436 | 02/13/02 | $1,805.00 | 08/21/02 | Chhaim | Ry | McConell |
| 03462436 | 02/13/02 | $1,585.00 | 08/21/02 | Pin | Boeuk | McConell |
| 03462436 | 02/13/02 | $1,620.00 | 08/26/02 | Chhean | Sar | Culliney |
| 03462436 | 02/13/02 | $175.00 | 08/28/02 | Chantha | Bunthy | McConell |
| 03462771 | 02/24/02 | $1,495.00 | 07/18/02 | Phan | Savuth | McConell |
| 03462771 | 02/24/02 | $1,726.00 | 07/18/02 | So | Nheop | McConell |
| 03462771 | 02/24/02 | $1,975.00 | 07/18/02 | So | Paulika | McConell |
| 03462771 | 02/24/02 | $2,356.00 | 07/18/02 | So | Chertra | McConell |
| 03462771 | 02/24/02 | $1,735.00 | 07/18/02 | So | Phaectra | McConell |
| 03468665 | 03/15/02 | $4,894.00 | 04/03/03 | Mam | Sitha | McConell |
| 03468665 | 03/15/02 | $4,431.00 | 04/03/03 | Ngeth | Sitha | McConell |
| 03468665 | 03/15/02 | $4,754.00 | 04/09/03 | Ngeth | Samnang | McConell |

**Chart 3:**
**Damages Chart**

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03468665 | 03/15/02 | $423.00 | 12/29/02 | Ngeth | Sitha | McConell |
| 03468725 | 03/18/02 | $2,030.00 | 07/15/02 | Krapomroth | Khim | McConell |
| 03468725 | 03/18/02 | $2,440.00 | 07/15/02 | Sophay | Porth | McConell |
| 03468725 | 03/18/02 | $2,000.00 | 07/15/02 | Phoeun | Sam | Klug |
| 03468725 | 03/18/02 | $345.00 | 07/24/02 | Krapomroth | Khim | McConell |
| 03468725 | 03/18/02 | $285.00 | 07/24/02 | Sophay | Porth | McConell |
| 03468725 | 03/18/02 | $460.00 | 10/22/02 | Krapomroth | Khim | McConell |
| 03468725 | 03/18/02 | $1,220.00 | 10/22/02 | Sophay | Porth | McConell |
| 03468725 | 03/18/02 | $886.00 | 01/02/04 | Sophay | Porth | McConell |
| 03469203 | 03/29/02 | $3,351.00 | 07/16/02 | Ban | Kimsat | Culliney |
| 03469203 | 03/29/02 | $1,515.00 | 10/10/02 | Ban | Kimsat | Culliney |
| 03469203 | 03/29/02 | $1,515.00 | 10/10/02 | Ban | At | Culliney |
| 03469203 | 03/29/02 | $210.00 | 06/19/03 | Ban | Kimsat | Culliney |
| 03469371 | 04/04/02 | $2,326.00 | 12/06/02 | Vat | Savann | Unknown |
| 03469510 | 04/07/02 | $349.00 | 01/17/03 | Bun | Sakhan | Culliney |
| 03469510 | 04/07/02 | $505.00 | 04/02/03 | Ath | Tina | Unknown |
| 03469757 | 04/15/02 | $1,290.00 | 04/02/03 | Lay | Khon | Simpson |
| 03469757 | 04/15/02 | $2,080.00 | 06/03/03 | Lay | Khon | Simpson |
| 03470054 | 04/19/02 | $4,411.00 | 12/07/02 | Panya | Manila | Culliney |
| 03470054 | 04/19/02 | $280.00 | 01/22/03 | Panya | Manila | Culliney |
| 03470054 | 04/19/02 | $210.00 | 02/01/03 | Panya | Manila | Culliney |
| 03470133 | 04/20/02 | $3,101.00 | 08/02/02 | Meng | Bunkea | Culliney |
| 03470133 | 04/20/02 | $1,901.00 | 08/02/02 | Sim | Rockenna | McConell |
| 03470133 | 04/20/02 | $1,868.00 | 02/14/03 | Meng | Bunkea | Culliney |
| 03464524 | 04/23/02 | $3,733.00 | 11/13/02 | Seng | Melody | McConell |
| 03464524 | 04/23/02 | $3,613.00 | 11/13/02 | Seng | Jerry | Culliney |
| 03464524 | 04/23/02 | $2,000.00 | 11/13/02 | Sok | Mon | Culliney |
| 03464524 | 04/23/02 | $2,000.00 | 05/21/03 | Sok | Mon | Culliney |
| 03465736 | 06/04/02 | $2,456.00 | 09/06/02 | Kang | Chhang | Culliney |
| 03465736 | 06/04/02 | $1,725.00 | 09/11/02 | Phoun | Phala | McConell |
| 03465736 | 06/04/02 | $1,521.00 | 09/20/02 | Phoun | Phala | McConell |
| 03465736 | 06/04/02 | $1,045.00 | 09/20/02 | Kang | Chhang | Culliney |
| 03465736 | 06/04/02 | $1,890.00 | 12/31/02 | Kong | Chanda | Culliney |
| 03465736 | 06/04/02 | $1,281.00 | 12/31/02 | Kong | Chanda | Culliney |
| 03465736 | 06/04/02 | $1,195.00 | 01/14/03 | Phoun | Phala | McConell |
| 03465736 | 06/04/02 | $525.00 | 01/14/03 | Kong | Chanda | Culliney |
| 03465736 | 06/04/02 | $1,135.00 | 01/14/03 | Kang | Chhang | Culliney |
| 03465736 | 06/04/02 | $530.00 | 02/26/04 | Kong | Chanda | Culliney |
| 03473966 | 07/15/02 | $1,883.00 | 09/23/02 | Melo | Diane | Culliney |
| 03473966 | 07/15/02 | $1,782.00 | 11/07/02 | Melo | Diane | Culliney |
| 03474153 | 07/18/02 | $4,794.00 | 01/22/03 | Chhim | Phyrum | Culliney |
| 03475016 | 08/03/02 | $2,321.00 | 10/07/02 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $580.00 | 12/12/02 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $220.00 | 01/15/03 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $1,145.00 | 02/03/03 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $210.00 | 02/03/03 | Taing | Song | Culliney/McConnell |
| 03475016 | 08/03/02 | $315.00 | 02/13/03 | Taing | Song | Culliney/McConnell |
| 03479077 | 09/07/02 | $2,835.00 | 01/13/03 | Panya | Khanm | McConell |
| 03479077 | 09/07/02 | $2,955.00 | 01/13/03 | Phonphiphak | Kongkeo | Gill |
| 03479077 | 09/07/02 | $495.00 | 01/24/03 | Phonphiphak | Kongkeo | Gill |
| 03485151 | 09/16/02 | $470.00 | 01/29/03 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $445.00 | 02/04/03 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $465.00 | 02/04/03 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $400.00 | 02/04/03 | Phay | RON | Gill |

**Chart 3:**
**Damages Chart**

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03485151 | 09/16/02 | $2,320.00 | 02/04/03 | Phay | RON | Gill |
| 03485151 | 09/16/02 | $140.00 | 02/04/03 | Phay | RON | Gill |
| 03485151 | 09/16/02 | $2,040.00 | 02/04/03 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $575.00 | 02/04/03 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $140.00 | 02/26/03 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $300.00 | 03/26/03 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $365.00 | 03/26/03 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $105.00 | 03/26/03 | Phay | Ron | Gill |
| 03485151 | 09/16/02 | $405.00 | 03/27/03 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $470.00 | 05/01/03 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $470.00 | 05/16/03 | Soeun | Susie | Culliney |
| 03485151 | 09/16/02 | $175.00 | 05/28/03 | Soeun | Susie | Culliney |
| 03479384 | 09/17/02 | $525.00 | 02/27/03 | Meach | Melinda | McConell |
| 03486571 | 09/18/02 | $235.00 | 01/07/03 | Uy | Sovanna | McConell |
| 03486571 | 09/18/02 | $1,768.00 | 01/22/03 | Uy | Lath | McConell |
| 03486571 | 09/18/02 | $2,030.00 | 01/24/03 | Uy | Sovanna | McConell |
| 03486571 | 09/18/02 | $235.00 | 02/10/03 | Uy | Sovanna | McConell |
| 03486571 | 09/18/02 | $185.00 | 02/10/03 | Uy | Sovanna | McConell |
| 03485991 | 10/02/02 | $325.00 | 01/27/03 | Sok | Pheakley | McConell |
| 03485991 | 10/02/02 | $260.00 | 01/27/03 | Sok | Pheakley | McConell |
| 03485991 | 10/02/02 | $465.00 | 01/27/03 | Chan | Ly | McConell |
| 03485991 | 10/02/02 | $280.00 | 01/27/03 | Chan | Ly | McConell |
| 03485991 | 10/02/02 | $210.00 | 02/04/03 | Sok | Pheakley | McConell |
| 03485991 | 10/02/02 | $2,615.00 | 02/04/03 | Chan | Ly | McConell |
| 03485991 | 10/02/02 | $1,920.00 | 02/04/03 | Sok | Pheakley | McConell |
| 03485991 | 10/02/02 | $190.00 | 02/11/03 | Chan | Ly | McConell |
| 03485991 | 10/02/02 | $260.00 | 03/27/03 | Sok | Pheakley | McConell |
| 03485991 | 10/02/02 | $300.00 | 03/27/03 | Chan | Ly | McConell |
| 03485991 | 10/02/02 | $495.00 | 03/31/03 | Sok | Pheakley | McConell |
| 03485991 | 10/02/02 | $460.00 | 05/08/03 | Sok | Pheakley | McConell |
| 03485991 | 10/02/02 | $420.00 | 08/29/03 | Sok | Pheakley | McConell |
| 03449560 | 10/05/02 | $815.00 | 02/18/03 | Samith | Morn | McConell |
| 03449560 | 10/05/02 | $1,615.00 | 05/01/03 | Samith | Morn | McConell |
| 03449560 | 10/05/02 | $1,400.00 | 05/05/03 | Samith | Morn | McConell |
| 03449560 | 10/05/02 | $530.00 | 07/01/03 | Samith | Morn | McConell |
| 03486642 | 10/16/02 | $440.00 | 01/15/03 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $440.00 | 01/29/03 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $2,270.00 | 01/31/03 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $115.00 | 03/24/03 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $415.00 | 03/24/03 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $600.00 | 03/24/03 | Tith | Den | Culliney/McConnell |
| 03486642 | 10/16/02 | $420.00 | 03/24/03 | Tith | Den | Culliney/McConnell |
| 03486647 | 10/16/02 | $2,200.00 | 03/26/03 | Lam | Vich | Culliney |
| 03486647 | 10/16/02 | $720.00 | 03/26/03 | Lam | Vich | Culliney |
| 03486647 | 10/16/02 | $370.00 | 03/26/03 | Lam | Vich | Culliney |
| 03486647 | 10/16/02 | $250.00 | 03/26/03 | Lam | Vich | Culliney |
| 03486795 | 10/19/02 | $470.00 | 01/24/03 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $440.00 | 02/10/03 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $375.00 | 02/10/03 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $2,770.00 | 02/26/03 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $365.00 | 05/29/03 | Yonn | Savonn | Portillo |
| 03486795 | 10/19/02 | $175.00 | 06/24/03 | Yonn | Savonn | Portillo |
| 03487016 | 10/23/02 | $465.00 | 02/03/03 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $1,535.00 | 02/03/03 | Phanthavong | Diane | Culliney |

**Chart 3:**
**Damages Chart**

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03487016 | 10/23/02 | $510.00 | 02/03/03 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $1,490.00 | 02/03/03 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $895.00 | 02/26/03 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $710.00 | 02/26/03 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $1,885.00 | 03/11/03 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $1,300.00 | 03/18/03 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $645.00 | 04/08/03 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $645.00 | 05/19/03 | Phanthavong | Diane | Culliney |
| 03487016 | 10/23/02 | $645.00 | 05/19/03 | Chum | Rida | Culliney |
| 03487016 | 10/23/02 | $305.00 | 06/03/03 | Jiraud | Christa | Culliney |
| 03487193 | 10/26/02 | $2,040.00 | 01/27/03 | Uy | Sophannee | Portillo |
| 03487193 | 10/26/02 | $420.00 | 02/04/03 | Uy | Sophannee | Portillo |
| 03487193 | 10/26/02 | $365.00 | 02/04/03 | Sam | Sakun | Portillo |
| 03487193 | 10/26/02 | $1,526.00 | 03/27/03 | Sam | Sakun | Portillo |
| 03487193 | 10/26/02 | $365.00 | 06/02/03 | Sam | Sakun | Portillo |
| 03480962 | 11/18/02 | $2,345.00 | 02/05/03 | Theng | Chea | McConell |
| 03480962 | 11/18/02 | $2,255.00 | 04/18/03 | Theng | Chea | McConell |
| 03481235 | 11/27/02 | $1,910.00 | 02/17/03 | Kong | Sally | Taylor |
| 03481235 | 11/27/02 | $295.00 | 06/20/03 | Kong | Sally | Taylor |
| 03481722 | 12/12/02 | $480.00 | 07/13/04 | Him | Saron | Culliney |
| 03481722 | 12/12/02 | $210.00 | 07/13/04 | Him | Saron | Culliney |
| 03481722 | 12/12/02 | $1,830.00 | 07/13/04 | Him | Saron | Culliney |
| 03481722 | 12/12/02 | $175.00 | 08/25/04 | Him | Saron | Culliney |
| 03481654 | 12/13/02 | $505.00 | 02/26/03 | Ngeth | Mao | McConell |
| 03481654 | 12/13/02 | $585.00 | 03/31/03 | Hem | Nhoeun | McConell |
| 03481654 | 12/13/02 | $465.00 | 03/31/03 | Hem | Nhoeun | McConell |
| 03481654 | 12/13/02 | $2,115.00 | 03/31/03 | Ngeth | Mao | McConell |
| 03481654 | 12/13/02 | $510.00 | 03/31/03 | Hem | Nhoeun | McConell |
| 03481654 | 12/13/02 | $465.00 | 03/31/03 | Ngeth | Mao | McConell |
| 03481654 | 12/13/02 | $255.00 | 04/25/03 | Ngeth | Mao | McConell |
| 03490345 | 12/26/02 | $495.00 | 04/14/03 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $575.00 | 04/14/03 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $465.00 | 04/16/03 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $465.00 | 04/16/03 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $210.00 | 05/02/03 | Mao | Rithy | Culliney |
| 03490345 | 12/26/02 | $2,315.00 | 11/08/04 | Mao | Rithy | Culliney |
| 03482803 | 01/21/03 | $2,155.00 | 03/26/03 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $645.00 | 04/07/03 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $2,160.00 | 05/15/03 | Veuk | Sareth | McConell |
| 03482803 | 01/21/03 | $550.00 | 05/15/03 | Veuk | Sareth | McConell |
| 03482803 | 01/21/03 | $440.00 | 05/15/03 | Veuk | Sareth | McConell |
| 03482803 | 01/21/03 | $310.00 | 05/15/03 | Veuk | Sareth | McConell |
| 03482803 | 01/21/03 | $370.00 | 05/15/03 | Veuk | Sareth | McConell |
| 03482803 | 01/21/03 | $530.00 | 05/15/03 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $460.00 | 05/15/03 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $355.00 | 05/15/03 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $630.00 | 06/02/03 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $640.00 | 06/11/03 | Veuk | Sareth | McConell |
| 03482803 | 01/21/03 | $520.00 | 06/25/03 | Veuk | Sareth | McConell |
| 03482803 | 01/21/03 | $328.00 | 07/18/03 | Veuk | Thavere | Klug |
| 03482803 | 01/21/03 | $315.00 | 07/31/03 | Veuk | Sareth | McConell |
| 03482803 | 01/21/03 | $175.00 | 10/29/03 | Veuk | Sareth | McConell |
| 03482803 | 01/21/03 | $630.00 | 11/11/03 | Veuk | Thavere | Klug |

**Chart 3:**
**Damages Chart**

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03483246 | 02/07/03 | $390.00 | 05/15/03 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $630.00 | 05/23/03 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $490.00 | 06/20/03 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $457.00 | 11/28/03 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $1,699.00 | 11/28/03 | Sims | Phath | Culliney/McConnell |
| 03483246 | 02/07/03 | $534.00 | 11/28/03 | Sims | Phath | Culliney/McConnell |
| 03483838 | 02/14/03 | $2,000.00 | 04/21/03 | Phlong | Sokean | McConell |
| 03483838 | 02/14/03 | $1,795.00 | 05/14/03 | Oeur | Brando | McConell |
| 03483838 | 02/14/03 | $102.00 | 06/11/03 | Phlong | Sokean | McConell |
| 03483838 | 02/14/03 | $1,465.00 | 11/06/03 | Phlong | Sokean | McConell |
| 03483838 | 02/14/03 | $1,083.00 | 04/19/04 | Oeur | Brando | McConell |
| 03500338 | 03/24/03 | $550.00 | 07/17/03 | Rom | Jimmy | Culliney |
| 03500338 | 03/24/03 | $400.00 | 07/17/03 | Liv | Kong | McConell |
| 03500338 | 03/24/03 | $210.00 | 07/22/03 | Rom | Jimmy | Culliney |
| 03500338 | 03/24/03 | $328.00 | 07/22/03 | Liv | Kong | McConell |
| 03500338 | 03/24/03 | $1,993.00 | 10/13/03 | Liv | Kong | McConell |
| 03500338 | 03/24/03 | $350.00 | 10/13/03 | Liv | Kong | McConell |
| 03500338 | 03/24/03 | $328.00 | 10/13/03 | Liv | Kong | McConell |
| 03500338 | 03/24/03 | $1,705.00 | 10/22/03 | Rom | Jimmy | Culliney |
| 03500338 | 03/24/03 | $1,705.00 | 02/19/04 | Rom | Jimmy | Culliney |
| 03500338 | 03/24/03 | $1,740.00 | 02/25/04 | Rom | John | Culliney |
| 03500338 | 03/24/03 | $320.00 | 02/25/04 | Rom | John | Culliney |
| 03500338 | 03/24/03 | $1,740.00 | 03/10/04 | Rom | John | Culliney |
| 03500338 | 03/24/03 | $320.00 | 03/10/04 | Rom | John | Culliney |
| 03500623 | 03/28/03 | $1,428.00 | 05/29/03 | Phal | Channak | Culliney |
| 03500623 | 03/28/03 | $24.00 | 12/15/03 | Phal | Channak | Culliney |
| 03500623 | 03/28/03 | $24.00 | 06/16/04 | Phal | Channak | Culliney |
| 03491088 | 04/15/03 | $770.00 | 01/22/04 | Uy | Sophannee | Portillo |
| 03491823 | 05/23/03 | $1,362.00 | 10/29/03 | Rom | John | Culliney |
| 03504357 | 06/03/03 | $1,635.00 | 08/27/03 | Sem | Sokhan | mcConell |
| 03504357 | 06/03/03 | $1,553.00 | 08/27/03 | Sem | Chantha | Culliney |
| 03504357 | 06/03/03 | $2,000.00 | 08/27/03 | Sem | Sakhoeui | Culliney |
| 03504357 | 06/03/03 | $460.00 | 09/02/03 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $2,060.00 | 09/02/03 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $575.00 | 09/02/03 | Dam | Channar | McConell |
| 03504357 | 06/03/03 | $1,860.00 | 09/04/03 | Dam | Channar | mcConell |
| 03504357 | 06/03/03 | $371.00 | 09/08/03 | Sem | Sokhon | Culliney |
| 03504357 | 06/03/03 | $317.00 | 09/08/03 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $384.00 | 09/23/03 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $371.00 | 09/23/03 | Sem | Sokhon | Culliney |
| 03504357 | 06/03/03 | $391.00 | 09/23/03 | Dam | Channar | McConell |
| 03504357 | 06/03/03 | $140.00 | 10/13/03 | Dam | Channar | McConell |
| 03504357 | 06/03/03 | $430.00 | 10/20/03 | Sem | Sokhom | McConell |
| 03504357 | 06/03/03 | $317.00 | 10/30/03 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $177.00 | 11/05/03 | Sem | Sokhon | McConell |
| 03504357 | 06/03/03 | $442.00 | 11/11/03 | Sem | Sokhom | McConell |
| 03504357 | 06/03/03 | $280.00 | 11/13/03 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $282.00 | 11/13/03 | Dam | Channar | McConell |
| 03504357 | 06/03/03 | $70.00 | 11/21/03 | Sem | Sokhom | Culliney |
| 03504357 | 06/03/03 | $1,880.00 | 11/21/03 | Sem | Sakhoeui | Culliney |
| 03504357 | 06/03/03 | $2,447.00 | 11/21/03 | Sem | Chantha | Culliney |
| 03504357 | 06/03/03 | $1,540.00 | 11/21/03 | Sem | Sokhan | Culliney |
| 03504357 | 06/03/03 | $214.00 | 12/09/03 | Sem | Sakhoeui | Culliney |
| 03504357 | 06/03/03 | $210.00 | 12/11/03 | Dam | Channar | McConell |

**Chart 3:**
**Damages Chart**

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03504357 | 06/03/03 | $107.00 | 04/27/04 | Toch | Reath | Culliney |
| 03504357 | 06/03/03 | $802.00 | 10/25/04 | Dam | Channar | McConell |
| 03504357 | 06/03/03 | $671.00 | 11/08/04 | Toch | Reath | Culliney |
| 03504615 | 06/07/03 | $1,140.00 | 07/16/03 | Kmsan | Mom | McConell |
| 03504615 | 06/07/03 | $605.00 | 09/05/03 | Chea | Vannak | McConell |
| 03504615 | 06/07/03 | $284.00 | 09/10/03 | Chea | Vannak | McConell |
| 03504615 | 06/07/03 | $544.00 | 09/22/03 | Chea | Vannak | McConell |
| 03504615 | 06/07/03 | $252.00 | 09/29/03 | Chea | Vannak | McConell |
| 03504615 | 06/07/03 | $177.00 | 10/17/03 | Chea | Vannak | McConell |
| 03504615 | 06/07/03 | $1,932.00 | 11/10/03 | Chea | Vannak | McConell |
| 03504615 | 06/07/03 | $420.00 | 11/13/03 | Chea | Vannak | McConell |
| 03506013 | 06/12/03 | $2,520.00 | 09/16/04 | Eang | Sokunth | Culliney |
| 03505976 | 06/28/03 | $1,434.00 | 02/23/04 | Keo | Kothatom | McConell |
| 03505976 | 06/28/03 | $1,900.00 | 04/14/04 | Phanthanousinh | Vantp | Culliney |
| 03506712 | 07/11/03 | $2,000.00 | 09/15/03 | Rom | John | Culliney |
| 03506712 | 07/11/03 | $1,870.00 | 09/17/03 | Liv | Kong | McConell |
| 03506712 | 07/11/03 | $130.00 | 10/03/03 | Liv | Kong | McConell |
| 03506712 | 07/11/03 | $349.00 | 02/17/04 | Liv | Kong | McConell |
| 03506712 | 07/11/03 | $901.00 | 02/17/04 | Rom | John | Culliney |
| 03510448 | 07/26/03 | $441.00 | 11/21/03 | Sambath | Kim | McConell |
| 03510448 | 07/26/03 | $321.00 | 11/21/03 | Eang | Sophannar | McConell |
| 03510448 | 07/26/03 | $107.00 | 12/03/03 | Eang | Sophannar | McConell |
| 03510448 | 07/26/03 | $247.00 | 12/10/03 | Sok | Samnang | Culliney |
| 03510448 | 07/26/03 | $105.00 | 12/15/03 | Sok | Samnang | Culliney |
| 03510448 | 07/26/03 | $2,961.00 | 12/16/03 | Sambath | Kim | McConell |
| 03510448 | 07/26/03 | $225.00 | 01/30/04 | Sambath | Kim | McConell |
| 03510448 | 07/26/03 | $105.00 | 06/16/04 | Sok | Samnang | Culliney |
| 03510448 | 07/26/03 | $2,961.00 | 06/16/04 | Sambath | Kim | McConell |
| 03510448 | 07/26/03 | $225.00 | 08/04/04 | Sambath | Kim | McConell |
| 03508820 | 08/12/03 | $610.00 | 07/09/04 | Mam | Katherine | McConell |
| 03508820 | 08/12/03 | $1,478.00 | 07/09/04 | Nuth | Kim | McConell |
| 03508820 | 08/12/03 | $846.00 | 09/10/04 | Nuth | Linda | McConell |
| 03508820 | 08/12/03 | $1,080.00 | 09/10/04 | Mam | Katherine | McConell |
| 03511086 | 09/18/03 | $277.00 | 01/16/04 | Samith | Morin | McConell |
| 03511086 | 09/18/03 | $277.00 | 01/16/04 | Samith | Morin | McConell |
| 03511086 | 09/18/03 | $531.00 | 01/16/04 | Samith | Morin | McConell |
| 03511086 | 09/18/03 | $1,557.00 | 01/16/04 | Samith | Morin | McConell |
| 03511086 | 09/18/03 | $415.00 | 02/19/04 | Samith | Morin | McConell |
| 03511086 | 09/18/03 | $887.00 | 03/10/04 | Samith | Morin | McConell |
| 03511086 | 09/18/03 | $1,674.00 | 09/22/04 | Suon | Thea | McConell |
| 03511086 | 09/18/03 | $2,830.00 | 10/22/04 | Suon | Thea | McConell |
| 03513997 | 10/27/03 | $862.00 | 06/01/04 | Peov | Kan | McConell |
| 03513997 | 10/27/03 | $2,287.00 | 06/01/04 | Rath | Chareth | Unknown |
| 03513997 | 10/27/03 | $862.00 | 06/01/04 | Rath | Kristina | McConell |
| 03513997 | 10/27/03 | $2,302.00 | 06/04/04 | Phan | Saleen | McConell |
| 03513997 | 10/27/03 | $867.00 | 06/04/04 | Khiaosoth | Vong | McConell |
| 03514331 | 11/07/03 | $1,490.00 | 11/09/04 | Phim | Chhat | McConell |
| 03493502 | 12/08/03 | $2,000.00 | 10/05/04 | Melo | Diane | Culliney |
| 03493502 | 12/08/03 | $837.00 | 12/13/04 | Melo | Diane | Culliney |
| 03530556 | 12/10/03 | $1,016.00 | 04/28/04 | Truong | Ken | Klug |
| 03530556 | 12/10/03 | $1,123.00 | 04/28/04 | Truong | Ken | Klug |
| 03530556 | 12/10/03 | $297.00 | 04/28/04 | Truong | Ken | Klug |
| 03532353 | 01/02/04 | $478.00 | 06/23/04 | Song | Pat | Blake/Klug |
| 03532767 | 01/10/04 | $1,740.00 | 04/12/04 | Delavalle | Robert | McConell |

**Chart 3:**
**Damages Chart**

| Claim Number | DOL | Target Amt Pd | T Date | Last | First | Provider |
|---|---|---|---|---|---|---|
| 03532767 | 01/10/04 | $2,525.00 | 04/12/04 | Molina | Demetri | McConell |
| 03532767 | 01/10/04 | $2,385.00 | 04/12/04 | Carrasquillo | Alma | McConnell |
| 03532767 | 01/10/04 | $1,740.00 | 10/13/04 | Delavalle | Robert | McConell |
| 03533438 | 01/19/04 | $1,310.00 | 03/23/04 | Inthabane | Michael | Klug |
| 03536789 | 03/16/04 | $665.00 | 07/08/04 | Vong | Savy | Klug |
| 03536789 | 03/16/04 | $1,057.00 | 12/03/04 | Vong | Savy | Klug |
| 03536789 | 03/16/04 | $278.00 | 12/03/04 | Vong | Savy | Klug |
| 03540127 | 05/14/04 | $989.00 | 08/18/04 | Sok | Sam | McConell/Blake |
| 03540127 | 05/14/04 | $309.00 | 10/06/04 | Sok | Sam | McConell/Blake |
| **TOTAL:** | | **$625,386.00** | | | | |

**EXHIBIT 4**

| RECIPE OF FIRST SPINE TREATMENT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | D.O.L. | D.O.I.E. | CPT UPCODES | SMT TX IN EXCESS OF 20 | HEAT TX IN EXCESS OF 15 | EMS TX IN EXCESS OF 15 | RE-EXAM DATE | RE-EXAM DELAY IN EXCESS OF 25 DAYS |
| 03379614 | Nikki | Kim | 10/21/98 | 10/26/98 | 99205 | 45 | 22 | 22 | 11/23/98 | 27 |
| 03445702 | Michael | Pho | 05/28/01 | 05/29/01 | 99204 | 38 | 24 | 24 | 06/26/01 | 27 |
| 03467477 | Volak | Neang | 02/07/02 | 02/12/02 | 99204 | 21 | 20 | 21 | 03/13/02 | 28 |
| 03467477 | Samnang | San | 02/07/02 | 02/11/02 | 99205 | 40 | 22 | 22 | 03/12/02 | 28 |
| 03436611 | Lan | Lim | 02/19/00 | 02/22/00 | 99205 | 41 | 27 | 27 | 03/22/00 | 28 |
| 03447628 | Samnang | Ngeth | 06/25/00 | 06/28/00 | 99205 | 41 | 41 | 29 | 07/27/00 | 28 |
| 03418795 | Punlork | Sar | 02/11/01 | 02/12/01 | 99205 | 40 | 20 | 20 | 03/14/01 | 29 |
| 03442397 | Thanh | Som | 02/17/01 | 02/19/01 | 99205 | 45 | 21 | 21 | 03/21/01 | 29 |
| 03469203 | Rick (Kimsat) | Ban | 03/29/02 | 04/01/02 | 99204 | 46 | 21 | 21 | 05/01/02 | 29 |
| 03418795 | Sambun | Sar | 02/11/01 | 02/12/01 | 99205 | 42 | 23 | 24 | 03/14/01 | 29 |
| 03418795 | Samban | Bo | 02/11/01 | 02/12/01 | 99205 | 37 | 26 | 26 | 03/14/01 | 29 |
| 03479077 | Kongkeo | Phomphipak | 09/07/02 | 09/09/02 | 99204 | 31 | 18 | 18 | 10/10/02 | 30 |
| 03479077 | Khammoune | Panya | 09/07/02 | 09/09/02 | 99204 | 45 | 19 | 19 | 10/10/02 | 30 |
| 03470133 | Bunkeath | Meng | 04/19/02 | 04/22/02 | 99204 | 42 | 21 | 21 | 05/23/02 | 30 |
| 03456762 | Pamela | Nou | 09/06/01 | 09/10/01 | 99204 | 43 | 24 | 25 | 10/11/01 | 30 |
| 03456762 | Saroeun | Hou | 09/06/01 | 09/10/01 | 99205 | 42 | 26 | 26 | 10/11/01 | 30 |
| 03419107 | Sareth | Heang | 02/18/01 | 02/21/01 | 99204 | 22 | 17 | 16 | 03/26/01 | 32 |
| 03419107 | Kim | Neang | 02/18/01 | 02/21/01 | 99205 | 37 | 16 | 18 | 03/26/01 | 32 |
| 03417806 | Hoeurn | Men | 01/20/01 | 01/24/01 | 99205 | 38 | 19 | 19 | 02/26/01 | 32 |
| 03419107 | Cang | Keo | 02/18/01 | 02/21/01 | 99205 | 37 | 21 | 19 | 03/26/01 | 32 |
| 03419107 | Khawaii | Sok | 02/18/01 | 02/21/01 | 99205 | 45 | 25 | 23 | 03/26/01 | 32 |
| 03462436 | Sar | Chhean | 02/13/02 | 02/14/02 | 99205 | 41 | 27 | 27 | 03/19/02 | 32 |
| 03485151 | Ron | Phay | 09/16/02 | 09/17/02 | 99204 | 41 | 15 | 15 | 10/21/02 | 33 |
| 03485151 | Susie | Soeun | 09/16/02 | 09/17/02 | 99204 | 40 | 17 | 17 | 10/21/02 | 33 |
| 03465736 | Phala | Phoun | 06/04/02 | 06/07/02 | 99205 | 43 | 18 | 18 | 07/11/02 | 33 |
| 03468665 | Sitha | Ngeth | 03/15/02 | 03/19/02 | 99205 | 43 | 19 | 19 | 04/22/02 | 33 |
| 03468665 | Sitha | Mam | 03/15/02 | 03/19/02 | 99205 | 45 | 21 | 21 | 04/22/02 | 33 |
| 03465736 | Chhang | Kang | 06/04/02 | 06/07/02 | 99204 | 43 | 22 | 23 | 07/11/02 | 33 |
| 03448910 | Muth | Seng | 08/14/01 | 08/15/01 | 99204 | 40 | 23 | 23 | 09/18/01 | 33 |
| 03486642 | Den | Tith | 10/16/02 | 10/16/02 | 99204 | 40 | 24 | 24 | 11/19/02 | 33 |
| 03391026 | Uyen | Le | 07/26/00 | 07/27/00 | 99205 | 40 | 24 | 24 | 08/30/00 | 33 |
| 03411511 | Sareth | Nuon | 05/22/01 | 05/29/01 | 99204 | 44 | 24 | 25 | 07/02/01 | 33 |
| 03448910 | Vandary | Seng | 08/14/01 | 08/15/01 | 99204 | 38 | 25 | 25 | 09/18/01 | 33 |
| 03381790 | Sokcheath | Prak | 12/14/98 | 12/17/98 | 99205 | 46 | 26 | 25 | 01/20/99 | 33 |
| 03464524 | Mom | Sok | 04/23/02 | 04/30/02 | 99204 | 31 | 26 | 26 | 06/03/02 | 33 |
| 03448910 | Sivinary | Seng | 08/14/01 | 08/15/01 | 99204 | 40 | 26 | 26 | 09/18/01 | 33 |
| 03464524 | Jerry | Seng | 04/23/02 | 04/30/02 | 99204 | 29 | 26 | 27 | 06/03/02 | 33 |
| 03447628 | Veasna | Ngeth | 06/25/00 | 06/28/00 | 99205 | 38 | 37 | 29 | 08/01/00 | 33 |
| 03439611 | Sokhan | Yang | 05/19/00 | 05/23/00 | 99205 | 40 | 30 | 30 | 06/26/00 | 33 |
| 03473966 | Diane | Melo | 07/15/02 | 07/17/02 | 99204 | 30 | 30 | 31 | 08/20/02 | 33 |
| 03444156 | Anirut | Khuanphat | 03/06/01 | 03/07/01 | 99205 | 41 | 19 | 20 | 04/11/01 | 34 |
| 03457321 | Sunnhak | Chiv | 09/21/01 | 09/25/01 | 99205 | 42 | 21 | 20 | 10/30/01 | 34 |
| 03468665 | Samnang | Ngeth | 03/15/02 | 03/19/02 | 99205 | 45 | 21 | 21 | 04/23/02 | 34 |
| 03456832 | Dalin | Ou | 09/08/01 | 09/10/01 | 99204 | 41 | 22 | 22 | 10/15/01 | 34 |

| RECIPE OF FIRST SPINE TREATMENT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | D.O.L. | D.O.I.E. | CPT UPCODES | SMT TX IN EXCESS OF 20 | HEAT TX IN EXCESS OF 15 | EMS TX IN EXCESS OF 15 | RE-EXAM DATE | RE-EXAM DELAY IN EXCESS OF 25 DAYS |
| 03475016 | Song | Taing | 08/03/02 | 08/07/02 | 99204 | 42 | 22 | 22 | 09/11/02 | 34 |
| 03402742 | Sacha | Tang | 09/08/00 | 09/25/00 | 99205 | 40 | 25 | 25 | 10/30/00 | 34 |
| 03418795 | Samantha | Mao | 02/11/01 | 02/12/01 | 99205 | 28 | 25 | 26 | 03/19/01 | 34 |
| 03418795 | Lysabad | Bo | 02/11/01 | 02/12/01 | 99205 | 36 | 26 | 26 | 03/19/01 | 34 |
| 03418795 | Sambath | Bo | 02/11/01 | 02/12/01 | 99205 | 38 | 26 | 26 | 03/19/01 | 34 |
| 03462771 | Cheatra | So | 02/24/02 | 02/26/02 | 99204 | 46 | 27 | 26 | 04/02/02 | 34 |
| 03438972 | Juan | Disla | 01/14/00 | 01/17/00 | 99205 | 41 | 28 | 27 | 02/21/00 | 34 |
| 03467194 | Paul | Taylor | 01/30/02 | 02/06/02 | 99205 | 25 | 31 | 32 | 03/13/02 | 34 |
| 03468725 | Sophay | Porth | 03/18/02 | 03/19/02 | 99205 | 40 | 17 | 16 | 04/24/02 | 35 |
| 03485991 | Ly | Chan | 10/02/02 | 10/02/02 | 99204 | 37 | 17 | 19 | 11/07/02 | 35 |
| 03469203 | At | Ban | 03/29/02 | 04/01/02 | 99204 | 42 | 19 | 19 | 05/07/02 | 35 |
| 03413857 | Dou | Narith | 08/30/00 | 09/11/00 | 99205 | 43 | 30 | 30 | 10/17/00 | 35 |
| 03485991 | Pheakdey | Sok | 10/02/02 | 10/02/02 | 99204 | 41 | 15 | 15 | 11/08/02 | 36 |
| 03420810 | Bin | Real | 04/02/01 | 04/10/01 | 99205 | 39 | 21 | 17 | 05/17/01 | 36 |
| 03402742 | Viphearea | Srey | 09/08/00 | 09/25/00 | 99205 | 42 | 20 | 20 | 11/01/00 | 36 |
| 03438972 | Angela | Mejia | 01/14/00 | 01/17/00 | 99205 | 40 | 28 | 28 | 02/23/00 | 36 |
| 03445147 | Sophea | Um | 05/10/01 | 05/14/01 | 99205 | 41 | 17 | 18 | 06/21/01 | 37 |
| 03449560 | Morn | Samith | 10/05/02 | 10/07/02 | 99204 | 44 | 22 | 22 | 11/14/02 | 37 |
| 03402742 | Wilson | Douangchack | 09/08/00 | 09/25/00 | 99205 | 26 | 24 | 24 | 11/02/00 | 37 |
| 03470133 | Rochenna | Sim | 04/19/02 | 04/22/02 | 99204 | 43 | 21 | 21 | 05/31/02 | 38 |
| 03474153 | Phyrun | Chhim | 07/18/02 | 07/18/02 | 99204 | 42 | 18 | 20 | 08/27/02 | 39 |
| 03465736 | Chanda | Kong | 06/04/02 | 06/07/02 | 99204 | 42 | 21 | 22 | 07/17/02 | 39 |
| 03425232 | Narayuth | Mak | 04/25/99 | 07/01/99 | 99205 | 37 | 25 | 26 | 08/10/99 | 39 |
| 03374831 | Saroeun | Sim | 07/18/98 | 07/22/98 | 99205 | 40 | 28 | 28 | 08/31/98 | 39 |
| 03408504 | Kevin | Meas | 02/23/01 | 02/28/01 | 99205 | 32 | 24 | 24 | 04/10/01 | 40 |
| 03448741 | Katie | Duong | 08/06/01 | 08/08/01 | 99205 | 29 | 22 | 25 | 09/18/01 | 40 |
| 03415449 | Roth | Khim | 11/25/00 | 12/11/00 | 99204 | 34 | 22 | 22 | 01/22/01 | 41 |
| 03341477 | Phally | Lang | 10/29/99 | 11/01/99 | 99205 | 47 | 26 | 26 | 12/13/99 | 41 |
| 03456832 | Michael | Soum | 09/08/00 | 09/10/01 | 99204 | 40 | 23 | 22 | 10/23/01 | 42 |
| 03408504 | Samnang | Khut | 02/23/01 | 02/28/01 | 99205 | 28 | 23 | 23 | 04/12/01 | 42 |
| 03467477 | Sophinnary | Ung | 02/07/02 | 03/12/02 | 99205 | 24 | 16 | 16 | 04/25/02 | 43 |
| 03439668 | Veun | Long | 05/22/00 | 05/22/00 | 99205 | 42 | 19 | 19 | 07/05/00 | 43 |
| 03468725 | Phoeun | Sam | 03/18/02 | 03/19/02 | 99205 | 40 | 23 | 21 | 05/02/02 | 43 |
| 03464524 | Melody | Seng | 04/23/02 | 04/20/02 | 99204 | 31 | 26 | 27 | 06/03/02 | 43 |
| 03415264 | Bin | Suon | 11/18/00 | 11/18/00 | 99205 | 24 | 21 | 21 | 01/02/01 | 44 |
| 03486571 | Sovanna | Uy | 09/18/02 | 09/23/02 | 99204 | 21 | 15 | 30 | 11/08/02 | 45 |
| 03420777 | Sart | Sok | 04/01/01 | 04/04/01 | 99205 | 38 | 21 | 21 | 05/21/01 | 46 |
| 03468725 | Krapomroth | Khim | 03/18/02 | 03/19/02 | 99204 | 41 | 18 | 17 | 05/06/02 | 47 |
| 03461410 | Sarath | Ros | 01/15/02 | 01/16/02 | 99204 | 34 | 21 | 20 | 03/05/02 | 47 |
| 03414287 | Knamsing | Khammanivong | 10/25/00 | 11/08/00 | 99205 | 40 | 22 | 22 | 12/26/00 | 47 |
| 03461410 | Bunthy | Chantha | 01/15/02 | 01/16/02 | 99205 | 24 | 23 | 24 | 03/05/02 | 47 |
| 03331518 | Tut | Hok | 09/11/98 | 09/16/98 | 99205 | 44 | 28 | 29 | 11/03/98 | 47 |
| 03445338 | Phyrun | Chhim | 05/16/01 | 05/21/01 | 99205 | 45 | 23 | 23 | 07/09/01 | 48 |
| 03414287 | Doeun | Uy | 10/25/00 | 11/06/00 | 99205 | 43 | 23 | 22 | 12/26/00 | 49 |
| 03392271 | Radet | Yem | 08/29/00 | 08/31/00 | 99205 | 41 | 28 | 28 | 10/26/00 | 55 |
| 03415432 | Sarath | Bou | 11/25/00 | 11/27/00 | 99205 | 40 | 20 | 20 | 01/23/01 | 56 |
| 03415432 | Sarunn | Vorn | 11/25/00 | 11/29/00 | 99205 | 39 | 23 | 23 | 01/25/01 | 56 |

| RECIPE OF FIRST SPINE TREATMENT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | D.O.L. | D.O.I.E. | CPT UPCODES | SMT TX IN EXCESS OF 20 | HEAT TX IN EXCESS OF 15 | EMS TX IN EXCESS OF 15 | RE-EXAM DATE | RE-EXAM DELAY IN EXCESS OF 25 DAYS |
| 03415760 | Savy | Moun | 11/26/00 | 11/27/00 | 99205 | 37 | 19 | 19 | 01/25/01 | 58 |
| 03486647 | Vich | Lam | 10/16/02 | 10/17/02 | 99204 | 42 | 20 | 20 | 12/17/02 | 60 |
| 03374831 | Sokea | Un | 07/18/98 | 07/22/98 | 99205 | 38 | 17 | 17 | 09/24/98 | 63 |
| 03459630 | It | Toun | 11/26/01 | 11/28/01 | 99204 | 39 | 25 | 25 | 01/31/02 | 63 |
| 03445338 | Ratha | So | 05/16/01 | 05/22/01 | 99205 | 43 | 24 | 25 | 07/27/01 | 65 |
| 03486795 | Savonn | Yonn | 10/19/02 | 10/21/02 | 99204 | 40 | 22 | 22 | 01/02/03 | 72 |
| 03467477 | Pholla | Long | 02/07/02 | 02/11/02 | 99204 | 47 | 23 | 24 | 04/30/02 | 77 |
| 03420810 | Nickie | Phan | 04/02/01 | 04/10/01 | 99205 | 39 | 21 | 21 | 06/28/01 | 78 |
| 03415264 | Ngeth | Soeung | 11/18/00 | 11/18/00 | 99205 | 42 | 22 | 22 | 02/08/01 | 81 |
| 03415524 | Sophoeun | Kong | 11/26/00 | 11/29/00 | 99205 | 41 | 25 | 25 | 03/08/01 | 98 |
| 03415524 | Eath | Keo | 11/26/00 | 11/24/00 | 99205 | 41 | 26 | 27 | 03/09/01 | 104 |
| 03459630 | Tuy | Pei | 11/26/01 | 11/28/01 | 99204 | 42 | 29 | 29 | 03/14/02 | 105 |
| 03414660 | Ouk | Ti | 11/01/00 | 11/08/00 | 99205 | 39 | 21 | 21 | 02/26/01 | 109 |

**EXHIBIT 5**

| UNWARRANTED AND EXCESSIVE FIRST SPINE PATIENT VISITS | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **TOTAL VISITS** |
| | | | | |
| 03483838 | Brandon | Ouer | 02/14/03 | 25 |
| 03500338 | John | Rom | 03/24/03 | 25 |
| 03530556 | Ken | Truong | 12/10/03 | 25 |
| 03467477 | Volak | Neang | 02/07/02 | 26 |
| 03403606 | Margarita | Pina | 10/06/00 | 27 |
| 03500338 | Jimmy | Rom | 03/24/03 | 27 |
| 03415432 | Sophal | Phan | 11/25/00 | 27 |
| 03461410 | Bunthy | Chantha | 01/15/02 | 28 |
| 03506712 | Liv | Kong | 07/11/03 | 28 |
| 03467477 | Sophinnary | Ung | 02/07/02 | 29 |
| 03402742 | Wilson | Douangchack | 09/08/00 | 29 |
| 03425232 | Sandy | Mak | 04/25/99 | 29 |
| 03462771 | Nheop | So | 02/24/02 | 30 |
| 03487193 | Sophannee | Uy | 10/26/02 | 30 |
| 03440595 | Sarin | Chhay | 06/15/00 | 31 |
| 03408504 | Samnang | Khut | 02/23/01 | 31 |
| 03448741 | Katie | Duong | 08/06/01 | 31 |
| 03469757 | Khon | Lay | 04/15/02 | 31 |
| 03506712 | John | Rom | 07/11/03 | 31 |
| 03425856 | Timmy | Tim | 05/16/99 | 32 |
| 03467194 | Paul | Taylor | 01/30/02 | 32 |
| 03464524 | Jerry | Seng | 04/23/02 | 32 |
| 03532767 | Roberto | Delvalle | 01/10/04 | 32 |
| 03418795 | Samantha | Mao | 02/11/01 | 33 |
| 03462771 | Savuth | Phan | 02/24/02 | 33 |
| 03464524 | Melody | Seng | 04/23/02 | 33 |
| 03479077 | Kongkeo | Phomphipak | 09/07/02 | 33 |
| 03500623 | Channak | Phal | 03/28/03 | 33 |
| 03432698 | Peou | Ing | 11/09/99 | 34 |
| 03464524 | Mom | Sok | 04/23/02 | 34 |
| 03473966 | Diane | Melo | 07/15/02 | 34 |
| 03508820 | Katherine | Mam | 08/12/03 | 34 |
| 03487016 | Rida | Chum | 10/23/02 | 35 |
| 03510448 | Sophannara | Eang | 07/26/03 | 35 |
| 03493502 | Diane | Melo | 12/08/03 | 35 |
| 03468725 | Krapomroth | Khim | 03/18/02 | 36 |
| 03468725 | Sophay | Porth | 03/18/02 | 36 |
| 03513997 | Saleen | Phan | 10/27/03 | 36 |

| UNWARRANTED AND EXCESSIVE FIRST SPINE PATIENT VISITS | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **TOTAL VISITS** |
| 03425232 | Emmy | Vann | 04/25/99 | 36 |
| 03408504 | Kevin | Meas | 02/23/01 | 37 |
| 03402742 | Sacha | Tang | 09/08/00 | 37 |
| 03514331 | Chhat | Phim | 11/07/03 | 38 |
| 03425232 | Naravuth | Mak | 04/25/99 | 38 |
| 03402742 | Viphearea | Srey | 09/08/00 | 38 |
| 03415449 | Roth | Khim | 11/25/00 | 39 |
| 03485991 | Ly | Chan | 10/02/02 | 39 |
| 03425232 | Narayuth | Mak | 04/25/99 | 39 |
| 03439611 | Sokhan | Yang | 05/19/00 | 41 |
| 03447628 | Veasna | Ngeth | 06/25/00 | 41 |
| 03415760 | Savy | Moun | 11/26/00 | 41 |
| 03419107 | Cang | Keo | 02/18/01 | 41 |
| 03445702 | Michael | Pho | 05/28/01 | 41 |
| 03448910 | Vandary | Seng | 08/14/01 | 41 |
| 03448910 | Muth | Seng | 08/14/01 | 41 |
| 03462436 | Ry | Chhaim | 02/13/02 | 41 |
| 03481654 | Nhoeun | Hem | 12/13/02 | 41 |
| 03500338 | Kong | Liv | 03/24/03 | 41 |
| 03392271 | Radet | Yem | 08/29/00 | 42 |
| 03419107 | Sareth | Heang | 02/18/01 | 42 |
| 03419107 | Kim | Neang | 02/18/01 | 42 |
| 03420810 | Bin | Real | 04/02/01 | 42 |
| 03469203 | At | Ban | 03/29/02 | 42 |
| 03483246 | Phath | Sim | 02/07/03 | 42 |
| 03374831 | Sokea | Un | 07/18/98 | 43 |
| 03374831 | Saroeun | Sim | 07/18/98 | 43 |
| 03425856 | Oeun | Tim | 05/16/99 | 43 |
| 03438972 | Angela | Mejia | 01/14/00 | 43 |
| 03438972 | Juan | Disla | 01/14/00 | 43 |
| 03447628 | Samnang | Ngeth | 06/25/00 | 43 |
| 03391026 | Uyen | Le | 07/26/00 | 43 |
| 03414660 | Ouk | Ti | 11/01/00 | 43 |
| 03415432 | Sarath | Bou | 11/25/00 | 43 |
| 03415432 | Sarunn | Vorn | 11/25/00 | 43 |
| 03417806 | Hoeurn | Men | 01/20/01 | 43 |
| 03418795 | Samban | Bo | 02/11/01 | 43 |
| 03418795 | Sambath | Bo | 02/11/01 | 43 |
| 03420810 | Nickie | Phan | 04/02/01 | 43 |
| 03457321 | Sunnhak | Chiv | 09/21/01 | 43 |

| UNWARRANTED AND EXCESSIVE FIRST SPINE PATIENT VISITS | | | | |
|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DATE OF LOSS | TOTAL VISITS |
| 03486642 | Den | Tith | 10/16/02 | 43 |
| 03487193 | Sakun | Sam | 10/26/02 | 43 |
| 03382948 | Saroeun | Chhan | 02/02/99 | 44 |
| 03436611 | Lan | Lim | 02/19/00 | 44 |
| 03414287 | Doeun | Uy | 10/25/00 | 44 |
| 03414287 | Knamsing | Khammanivong | 10/25/00 | 44 |
| 03415264 | Ngeth | Soeung | 11/18/00 | 44 |
| 03415524 | Eath | Keo | 11/26/00 | 44 |
| 03418926 | Nikki | Kim | 02/13/01 | 44 |
| 03444156 | Anirut | Khuanphat | 03/06/01 | 44 |
| 03485991 | Pheakdey | Sok | 10/02/02 | 44 |
| 03486795 | Savonn | Yonn | 10/19/02 | 44 |
| 03481654 | Mao | Ngeth | 12/13/02 | 44 |
| 03532353 | Pat | Song | 01/03/04 | 44 |
| 03540127 | Sam | Sok | 05/14/04 | 44 |
| 03415264 | Bin | Suon | 11/18/00 | 45 |
| 03418795 | Lysabad | Bo | 02/11/01 | 45 |
| 03418795 | Sambun | Sar | 02/11/01 | 45 |
| 03445147 | Sophea | Um | 05/10/01 | 45 |
| 03448910 | Sivinary | Seng | 08/14/01 | 45 |
| 03456832 | Dalin | Ou | 09/08/01 | 45 |
| 03439668 | Veun | Long | 05/22/00 | 45 |
| 03462771 | Paulika | So | 02/24/02 | 45 |
| 03485151 | Ron | Phay | 09/16/02 | 45 |
| 03420777 | Khen | Khut | 04/01/01 | 45 |
| 03374831 | Saroeut | Roum | 07/18/98 | 46 |
| 03331518 | Tut | Hok | 09/11/98 | 46 |
| 03413857 | Dou | Narith | 08/30/00 | 46 |
| 03415524 | Sophoeun | Kong | 11/26/00 | 46 |
| 03417806 | Nhem | Ngeth | 01/20/01 | 46 |
| 03456832 | Michael | Soum | 09/08/01 | 46 |
| 03459630 | It | Toun | 11/26/01 | 46 |
| 03462436 | Sar | Chhean | 02/13/02 | 46 |
| 03470133 | Bunkeath | Meng | 04/19/02 | 46 |
| 03465736 | Chanda | Kong | 06/04/02 | 46 |
| 03475016 | Song | Taing | 08/03/02 | 46 |
| 03479077 | Khammoune | Panya | 09/07/02 | 46 |
| 03485151 | Susie | Soeun | 09/16/02 | 46 |
| 03487016 | Diana | Phanthavong | 10/23/02 | 46 |
| 03480962 | Chea | Theng | 11/18/02 | 46 |

| UNWARRANTED AND EXCESSIVE FIRST SPINE PATIENT VISITS | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **TOTAL VISITS** |
| 03490345 | Rithy | Mao | 12/26/02 | 46 |
| 03483838 | Sokean | Phlong | 02/14/03 | 46 |
| 03505976 | Keo | Kothpratoum | 06/28/03 | 46 |
| 03513997 | Vongdeaone | Khiaosoth | 10/27/03 | 46 |
| 03533438 | Michael | Inthabane | 01/19/04 | 46 |
| 03536789 | Savy | Vong | 03/16/04 | 46 |
| 03459630 | Hun | Hum | 11/26/01 | 46 |
| 03459630 | Tuy | Pei | 11/26/01 | 46 |
| 03470133 | Rochenna | Sim | 04/19/02 | 46 |
| 03418795 | Punlork | Sar | 02/11/01 | 47 |
| 03445147 | Phamaro | Uong | 05/10/01 | 47 |
| 03456762 | Pamela | Nou | 09/06/01 | 47 |
| 03456762 | Saroeun | Hou | 09/06/01 | 47 |
| 03467477 | Samnang | San | 02/07/02 | 47 |
| 03465736 | Chhang | Kang | 06/04/02 | 47 |
| 03465736 | Phala | Phoun | 06/04/02 | 47 |
| 03486647 | Vich | Lam | 10/16/02 | 47 |
| 03481235 | Sally | Kong | 11/27/02 | 47 |
| 03505976 | Vanta | Phanthanousinh | 06/28/03 | 47 |
| 03510448 | Samnang | Sok | 07/26/03 | 47 |
| 03508820 | Linda | Nuth | 08/12/03 | 47 |
| 03508820 | Kimsat | Nuth | 08/12/03 | 47 |
| 03513997 | Chareth | Rath | 10/27/03 | 47 |
| 03532767 | Demetri | Molina | 01/10/04 | 47 |
| 03504357 | Sokhon | Sem | 06/03/03 | 47 |
| 03379614 | Nikki | Kim | 10/21/98 | 48 |
| 03381790 | Sophalla | Chum | 12/14/98 | 48 |
| 03445338 | Ratha | So | 05/16/01 | 48 |
| 03461410 | Sarath | Ros | 01/15/02 | 48 |
| 03462771 | Phaectra | So | 02/24/02 | 48 |
| 03468665 | Sitha | Mam | 03/15/02 | 48 |
| 03468725 | Phoeun | Sam | 03/18/02 | 48 |
| 03469203 | Rick (Kimsat) | Ban | 03/29/02 | 48 |
| 03474153 | Phyrun | Chhim | 07/18/02 | 48 |
| 03449560 | Morn | Samith | 10/05/02 | 48 |
| 03513997 | Kristina | Rath | 10/27/03 | 48 |
| 03511086 | Morn | Samith | 09/18/03 | 48 |
| 03511086 | Thea | Soun | 09/18/03 | 48 |
| 03341477 | Phally | Lang | 10/29/99 | 49 |
| 03442397 | Thanh | Som | 02/17/01 | 49 |

| UNWARRANTED AND EXCESSIVE FIRST SPINE PATIENT VISITS | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **TOTAL VISITS** |
| 03419107 | Khawaii | Sok | 02/18/01 | 49 |
| 03445338 | Phyrun | Chhim | 05/16/01 | 49 |
| 03411511 | Sareth | Nuon | 05/22/01 | 49 |
| 03468665 | Samnang | Ngeth | 03/15/02 | 49 |
| 03462771 | Cheatra | So | 02/24/02 | 50 |
| 03504615 | Vanneck | Chea | 06/07/03 | 50 |
| 03381790 | Sokcheath | Prak | 12/14/98 | 51 |
| 03381790 | Sophaly | Chum | 12/14/98 | 51 |
| 03504615 | Kimsan | Mom | 06/07/03 | 51 |
| 03510448 | Kim | Sambath | 07/26/03 | 51 |
| 03482803 | Thaverei | Veuk | 01/21/03 | 52 |
| 03467477 | Pholla | Long | 02/07/02 | 53 |
| 03482803 | Sareth | Veuk | 01/21/03 | 53 |
| 03468665 | Sitha | Ngeth | 03/15/02 | 61 |

**EXHIBIT 6**

| CPT UPCODING INITIAL EXAM | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **CPT CODE** |
| 03415449 | Roth | Khim | 11/25/00 | 99204 |
| 03419107 | Sareth | Heang | 02/18/01 | 99204 |
| 03445147 | Phamaro | Uong | 05/10/01 | 99204 |
| 03445702 | Michael | Pho | 05/28/01 | 99204 |
| 03411511 | Sareth | Nuon | 05/22/01 | 99204 |
| 03448910 | Sunnak | Chiv | 08/14/01 | 99204 |
| 03448910 | Vandary | Seng | 08/14/01 | 99204 |
| 03448910 | Muth | Seng | 08/14/01 | 99204 |
| 03448910 | Sivinary | Seng | 08/14/01 | 99204 |
| 03456762 | Pamela | Nou | 09/06/01 | 99204 |
| 03456832 | Dalin | Ou | 09/08/01 | 99204 |
| 03456832 | Michael | Soum | 09/08/01 | 99204 |
| 03457313 | Tim | Ouen | 09/22/01 | 99204 |
| 03459630 | It | Toun | 11/26/01 | 99204 |
| 03461410 | Sarath | Ros | 01/15/02 | 99204 |
| 03467477 | Pholla | Long | 02/07/02 | 99204 |
| 03467477 | Volak | Neang | 02/07/02 | 99204 |
| 03462771 | Cheatra | So | 02/24/02 | 99204 |
| 03469203 | Rick (Kimsat) | Ban | 03/29/02 | 99204 |
| 03469203 | At | Ban | 03/29/02 | 99204 |
| 03469371 | Savan | Vat | 04/04/02 | 99204 |
| 03469510 | Sokhan | Bum | 04/07/02 | 99204 |
| 03464524 | Melody | Seng | 04/23/02 | 99204 |
| 03470133 | Bunkeath | Meng | 04/19/02 | 99204 |
| 03470133 | Rochenna | Sim | 04/19/02 | 99204 |
| 03464524 | Jerry | Seng | 04/23/02 | 99204 |
| 03464524 | Mom | Sok | 04/23/02 | 99204 |
| 03465736 | Chanda | Kong | 06/04/02 | 99204 |
| 03465736 | Chhang | Kang | 06/04/02 | 99204 |
| 03473966 | Diane | Melo | 07/15/02 | 99204 |
| 03474153 | Phyrun | Chhim | 07/18/02 | 99204 |
| 03475016 | Song | Taing | 08/03/02 | 99204 |
| 03479077 | Khammoune | Panya | 09/07/02 | 99204 |
| 03479077 | Kongkeo | Phomphipak | 09/07/02 | 99204 |
| 03485151 | Ron | Phay | 09/16/02 | 99204 |
| 03485151 | Susie | Soeun | 09/16/02 | 99204 |
| 03486571 | Sovanna | Uy | 09/18/02 | 99204 |
| 03486571 | Lath | Uy | 09/18/02 | 99204 |
| 03485991 | Ly | Chan | 10/02/02 | 99204 |

| CPT UPCODING INITIAL EXAM | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **CPT CODE** |
| 03485991 | Pheakdey | Sok | 10/02/02 | 99204 |
| 03449560 | Morn | Samith | 10/05/02 | 99204 |
| 03486642 | Den | Tith | 10/16/02 | 99204 |
| 03486647 | Vich | Lam | 10/16/02 | 99204 |
| 03486795 | Savonn | Yonn | 10/19/02 | 99204 |
| 03420777 | Khen | Khut | 04/01/01 | 99204 |
| 03459630 | Hun | Hum | 11/26/01 | 99204 |
| 03459630 | Jim | Bun | 11/26/01 | 99204 |
| 03459630 | Tuy | Pei | 11/26/01 | 99204 |
| 03326411 | Hang | Tran | 01/09/98 | 99205 |
| 03326411 | Nguyet | Nguyen | 01/09/98 | 99205 |
| 03374831 | Sokea | Un | 07/18/98 | 99205 |
| 03374831 | Saroeun | Sim | 07/18/98 | 99205 |
| 03374831 | Saroeut | Roum | 07/18/98 | 99205 |
| 03374831 | Sendy | Un | 07/18/98 | 99205 |
| 03331518 | Tut | Hok | 09/11/98 | 99205 |
| 03379614 | Nikki | Kim | 10/21/98 | 99205 |
| 03381790 | Sokcheath | Prak | 12/14/98 | 99205 |
| 03381790 | Sophalla | Chum | 12/14/98 | 99205 |
| 03381790 | Sophaly | Chum | 12/14/98 | 99205 |
| 03421674 | April | Thanongsinh | 01/08/99 | 99205 |
| 03425856 | Oeun | Tim | 05/16/99 | 99205 |
| 03425856 | Timmy | Tim | 05/16/99 | 99205 |
| 03425232 | Emmy | Vann | 04/25/99 | 99205 |
| 03425232 | Naravuth | Mak | 04/25/99 | 99205 |
| 03425232 | Narayuth | Mak | 04/25/99 | 99205 |
| 03425232 | Sandy | Mak | 04/25/99 | 99205 |
| 03341477 | Phally | Lang | 10/29/99 | 99205 |
| 03432698 | Peou | Ing | 11/09/99 | 99205 |
| 03438972 | Angela | Mejia | 01/14/00 | 99205 |
| 03438972 | Juan | Disla | 01/14/00 | 99205 |
| 03436611 | Lan | Lim | 02/19/00 | 99205 |
| 03439611 | Sokhan | Yang | 05/19/00 | 99205 |
| 03440595 | Sarin | Chhay | 06/15/00 | 99205 |
| 03447628 | Samnang | Ngeth | 06/25/00 | 99205 |
| 03447628 | Veasna | Ngeth | 06/25/00 | 99205 |
| 03391026 | Uyen | Le | 07/26/00 | 99205 |
| 03392271 | Radet | Yem | 08/29/00 | 99205 |
| 03413857 | Dou | Narith | 08/30/00 | 99205 |
| 03402742 | Sacha | Tang | 09/08/00 | 99205 |

| CPT UPCODING INITIAL EXAM | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **CPT CODE** |
| 03402742 | Viphearea | Srey | 09/08/00 | 99205 |
| 03402742 | Wilson | Douangchack | 09/08/00 | 99205 |
| 03403606 | Margarita | Pina | 10/06/00 | 99205 |
| 03414287 | Doeun | Uy | 10/25/00 | 99205 |
| 03414660 | Ouk | Ti | 11/01/00 | 99205 |
| 03414287 | Knamsing | Khammanivong | 10/25/00 | 99205 |
| 03415264 | Bin | Suon | 11/18/00 | 99205 |
| 03415264 | Ngeth | Soeung | 11/18/00 | 99205 |
| 03415524 | Eath | Keo | 11/26/00 | 99205 |
| 03415760 | Savy | Moun | 11/26/00 | 99205 |
| 03415432 | Sarath | Bou | 11/25/00 | 99205 |
| 03415524 | Sophoeun | Kong | 11/26/00 | 99205 |
| 03415432 | Sarunn | Vorn | 11/25/00 | 99205 |
| 03417806 | Nhem | Ngeth | 01/20/01 | 99205 |
| 03417806 | Hoeurn | Men | 01/20/01 | 99205 |
| 03418795 | Lysabad | Bo | 02/11/01 | 99205 |
| 03418795 | Punlork | Sar | 02/11/01 | 99205 |
| 03418795 | Samantha | Mao | 02/11/01 | 99205 |
| 03418795 | Samban | Bo | 02/11/01 | 99205 |
| 03418795 | Sambath | Bo | 02/11/01 | 99205 |
| 03418795 | Sambun | Sar | 02/11/01 | 99205 |
| 03418926 | Nikki | Kim | 02/13/01 | 99205 |
| 03442397 | Thanh | Som | 02/17/01 | 99205 |
| 03419107 | Cang | Keo | 02/18/01 | 99205 |
| 03419107 | Khawaii | Sok | 02/18/01 | 99205 |
| 03419107 | Kim | Neang | 02/18/01 | 99205 |
| 03408504 | Samnang | Khut | 02/23/01 | 99205 |
| 03408504 | Kevin | Meas | 02/23/01 | 99205 |
| 03444156 | Anirut | Khuanphat | 03/06/01 | 99205 |
| 03420777 | Sart | Sok | 04/01/01 | 99205 |
| 03420810 | Bin | Real | 04/02/01 | 99205 |
| 03420810 | Nickie | Phan | 04/02/01 | 99205 |
| 03420777 | Oeun | Men | 04/01/01 | 99205 |
| 03445147 | Sophea | Um | 05/10/01 | 99205 |
| 03445338 | Phyrun | Chhim | 05/16/01 | 99205 |
| 03445338 | Ratha | So | 05/16/01 | 99205 |
| 03448741 | Katie | Duong | 08/06/01 | 99205 |
| 03456762 | Saroeun | Hou | 09/06/01 | 99205 |
| 03457321 | Sunnhak | Chiv | 09/21/01 | 99205 |
| 03461410 | Bunthy | Chantha | 01/15/02 | 99205 |

| CPT UPCODING INITIAL EXAM | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **CPT CODE** |
| 03467194 | Paul | Taylor | 01/30/02 | 99205 |
| 03467477 | Samnang | San | 02/07/02 | 99205 |
| 03462436 | Ry | Chhaim | 02/13/02 | 99205 |
| 03462436 | Sar | Chhean | 02/13/02 | 99205 |
| 03439668 | Veun | Long | 05/22/00 | 99205 |
| 03467477 | Sophinnary | Ung | 02/07/02 | 99205 |
| 03468665 | Samnang | Ngeth | 03/15/02 | 99205 |
| 03468665 | Sitha | Mam | 03/15/02 | 99205 |
| 03468665 | Sitha | Ngeth | 03/15/02 | 99205 |
| 03468725 | Krapomroth | Khim | 03/18/02 | 99205 |
| 03468725 | Phoeun | Sam | 03/18/02 | 99205 |
| 03468725 | Sophay | Porth | 03/18/02 | 99205 |
| 03469757 | Khon | Lay | 04/15/02 | 99205 |
| 03465736 | Phala | Phoun | 06/04/02 | 99205 |

| CPT UPCODING RE-EXAM | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **R.E. CODE** |
| 03438972 | Angela | Mejia | 01/14/00 | 99214 |
| 03415264 | Ngeth | Soeung | 11/18/00 | 99214 |
| 03420810 | Nickie | Phan | 04/02/01 | 99214 |
| 03467477 | Pholla | Long | 02/07/02 | 99214 |
| 03439668 | Veun | Long | 05/22/00 | 99214 |
| 03469757 | Khon | Lay | 04/15/02 | 99214 |
| 03464524 | Jerry | Seng | 04/23/02 | 99214 |
| 03464524 | Mom | Sok | 04/23/02 | 99214 |
| 03479077 | Kongkeo | Phomphipak | 09/07/02 | 99214 |
| 03485151 | Ron | Phay | 09/16/02 | 99214 |
| 03485151 | Susie | Soeun | 09/16/02 | 99214 |
| 03486571 | Lath | Uy | 09/18/02 | 99214 |
| 03485991 | Ly | Chan | 10/02/02 | 99214 |
| 03485991 | Pheakdey | Sok | 10/02/02 | 99214 |
| 03449560 | Morn | Samith | 10/05/02 | 99214 |
| 03486642 | Den | Tith | 10/16/02 | 99214 |
| 03486647 | Vich | Lam | 10/16/02 | 99214 |
| 03480962 | Chea | Theng | 11/18/02 | 99214 |
| 03481235 | Sally | Kong | 11/27/02 | 99214 |
| 03481654 | Mao | Ngeth | 12/13/02 | 99214 |
| 03481654 | Nhoeun | Hem | 12/13/02 | 99214 |

| CPT UPCODING RE-EXAM | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **R.E. CODE** |
| 03481722 | Sarom | Him | 12/12/02 | 99214 |
| 03482803 | Thaverei | Veuk | 01/21/03 | 99214 |
| 03482803 | Sareth | Veuk | 01/21/03 | 99214 |
| 03483246 | Phath | Sim | 02/07/03 | 99214 |
| 03483838 | Sokean | Phlong | 02/14/03 | 99214 |
| 03483838 | Brandon | Ouer | 02/14/03 | 99214 |
| 03504615 | Kimsan | Mom | 06/07/03 | 99214 |
| 03510448 | Samnang | Sok | 07/26/03 | 99214 |
| 03510448 | Sophannara | Eang | 07/26/03 | 99214 |
| 03508820 | Katherine | Mam | 08/12/03 | 99214 |
| 03508820 | Linda | Nuth | 08/12/03 | 99214 |
| 03508820 | Kimsat | Nuth | 08/12/03 | 99214 |
| 03513997 | Chareth | Rath | 10/27/03 | 99214 |
| 03513997 | Kristina | Rath | 10/27/03 | 99214 |
| 03513997 | Saleen | Phan | 10/27/03 | 99214 |
| 03530556 | Ken | Truong | 12/10/03 | 99214 |
| 03532767 | Demetri | Molina | 01/10/04 | 99214 |
| 03532767 | Roberto | Delvalle | 01/10/04 | 99214 |
| 03532353 | Pat | Song | 01/03/04 | 99214 |
| 03533438 | Michael | Inthabane | 01/19/04 | 99214 |
| 03536789 | Savy | Vong | 03/16/04 | 99214 |
| 03540127 | Sam | Sok | 05/14/04 | 99214 |
| 03532767 | Alma | Carrasquillo | 01/10/04 | 99214 |
| 03504357 | Sokhon | Sem | 06/03/03 | 99214 |
| 03511086 | Morn | Samith | 09/18/03 | 99214 |
| 03415432 | Sophal | Phan | 11/25/00 | 99214 |
| 03487016 | Rida | Chum | 10/23/02 | 99214 |
| 03487193 | Sakun | Sam | 10/26/02 | 99214 |
| 03500338 | Jimmy | Rom | 03/24/03 | 99214 |
| 03500338 | John | Rom | 03/24/03 | 99214 |
| 03500338 | Kong | Liv | 03/24/03 | 99214 |
| 03500623 | Channak | Phal | 03/28/03 | 99214 |
| 03506013 | Sokunthea | Eang | 06/12/03 | 99214 |
| 03505976 | Keo | Kothpratoum | 06/28/03 | 99214 |
| 03505976 | Vanta | Phanthanousinh | 06/28/03 | 99214 |
| 03506712 | John | Rom | 07/11/03 | 99214 |
| 03506712 | Liv | Kong | 07/11/03 | 99214 |
| 03514331 | Chhat | Phim | 11/07/03 | 99214 |
| 03425856 | Oeun | Tim | 05/16/99 | 99215 |
| 03459630 | Tuy | Pei | 11/26/01 | 99215 |

## CPT UPCODING RE-EXAM

| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DATE OF LOSS | R.E. CODE |
|---|---|---|---|---|
| 03381790 | Sophalla | Chum | 12/14/98 | 99214 |
| 03425232 | Emmy | Vann | 04/25/99 | 99214 |
| 03425232 | Narayuth | Mak | 04/25/99 | 99214 |
| 03341477 | Phally | Lang | 10/29/99 | 99214 |
| 03438972 | Angela | Mejia | 01/14/00 | 99214 |
| 03438972 | Juan | Disla | 01/14/00 | 99214 |
| 03439611 | Sokhan | Yang | 05/19/00 | 99214 |
| 03391026 | Uyen | Le | 07/26/00 | 99214 |
| 03392271 | Radet | Yem | 08/29/00 | 99214 |
| 03402742 | Sacha | Tang | 09/08/00 | 99214 |
| 03402742 | Viphearea | Srey | 09/08/00 | 99214 |
| 03414287 | Doeun | Uy | 10/25/00 | 99214 |
| 03414660 | Ouk | Ti | 11/01/00 | 99214 |
| 03414287 | Knamsing | Khammanivong | 10/25/00 | 99214 |
| 03415524 | Eath | Keo | 11/26/00 | 99214 |
| 03415760 | Savy | Moun | 11/26/00 | 99214 |
| 03415432 | Sarunn | Vorn | 11/25/00 | 99214 |
| 03415449 | Roth | Khim | 11/25/00 | 99214 |
| 03417806 | Nhem | Ngeth | 01/20/01 | 99214 |
| 03417806 | Hoeurn | Men | 01/20/01 | 99214 |
| 03442397 | Thanh | Som | 02/17/01 | 99214 |
| 03419107 | Cang | Keo | 02/18/01 | 99214 |
| 03419107 | Khawaii | Sok | 02/18/01 | 99214 |
| 03419107 | Kim | Neang | 02/18/01 | 99214 |
| 03444156 | Anirut | Khuanphat | 03/06/01 | 99214 |
| 03420777 | Sart | Sok | 04/01/01 | 99214 |
| 03420777 | Oeun | Men | 04/01/01 | 99214 |
| 03445147 | Phamaro | Uong | 05/10/01 | 99214 |
| 03445147 | Sophea | Um | 05/10/01 | 99214 |
| 03445338 | Phyrun | Chhim | 05/16/01 | 99214 |
| 03445338 | Ratha | So | 05/16/01 | 99214 |
| 03411511 | Sareth | Nuon | 05/22/01 | 99214 |
| 03448910 | Vandary | Seng | 08/14/01 | 99214 |
| 03456762 | Pamela | Nou | 09/06/01 | 99214 |
| 03456762 | Saroeun | Hou | 09/06/01 | 99214 |
| 03456832 | Dalin | Ou | 09/08/01 | 99214 |
| 03456832 | Michael | Soum | 09/08/01 | 99214 |
| 03457321 | Sunnhak | Chiv | 09/21/01 | 99214 |
| 03459630 | It | Toun | 11/26/01 | 99214 |
| 03467477 | Samnang | San | 02/07/02 | 99214 |

| CPT UPCODING RE-EXAM | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **R.E. CODE** |
| 03462436 | Sar | Chhean | 02/13/02 | 99214 |
| 03462771 | Nheop | So | 02/24/02 | 99214 |
| 03468665 | Samnang | Ngeth | 03/15/02 | 99214 |
| 03468665 | Sitha | Mam | 03/15/02 | 99214 |
| 03468665 | Sitha | Ngeth | 03/15/02 | 99214 |
| 03469203 | Rick (Kimsat) | Ban | 03/29/02 | 99214 |
| 03469203 | At | Ban | 03/29/02 | 99214 |
| 03470133 | Bunkeath | Meng | 04/19/02 | 99214 |
| 03470133 | Rochenna | Sim | 04/19/02 | 99214 |
| 03465736 | Chanda | Kong | 06/04/02 | 99214 |
| 03465736 | Chhang | Kang | 06/04/02 | 99214 |
| 03465736 | Phala | Phoun | 06/04/02 | 99214 |
| 03475016 | Song | Taing | 08/03/02 | 99214 |
| 03486571 | Sovanna | Uy | 09/18/02 | 99214 |
| 03487193 | Sophannee | Uy | 10/26/02 | 99214 |
| 03510448 | Sophannara | Eang | 07/26/03 | 99214 |
| 03513997 | Vongdeaone | Khiaosoth | 10/27/03 | 99214 |
| 03381790 | Sophaly | Chum | 12/14/98 | 99215 |
| 03382948 | Saroeun | Chhan | 02/02/99 | 99215 |
| 03425856 | Timmy | Tim | 05/16/99 | 99215 |
| 03425232 | Naravuth | Mak | 04/25/99 | 99215 |
| 03425232 | Sandy | Mak | 04/25/99 | 99215 |
| 03436611 | Lan | Lim | 02/19/00 | 99215 |
| 03413857 | Dou | Narith | 08/30/00 | 99215 |
| 03415264 | Ngeth | Soeung | 11/18/00 | 99215 |
| 03418795 | Lysabad | Bo | 02/11/01 | 99215 |
| 03418795 | Punlork | Sar | 02/11/01 | 99215 |
| 03418795 | Samantha | Mao | 02/11/01 | 99215 |
| 03418795 | Samban | Bo | 02/11/01 | 99215 |
| 03418795 | Sambath | Bo | 02/11/01 | 99215 |
| 03418795 | Sambun | Sar | 02/11/01 | 99215 |
| 03418926 | Nikki | Kim | 02/13/01 | 99215 |
| 03408504 | Kevin | Meas | 02/23/01 | 99215 |
| 03420810 | Bin | Real | 04/02/01 | 99215 |
| 03420810 | Nickie | Phan | 04/02/01 | 99215 |
| 03448910 | Muth | Seng | 08/14/01 | 99215 |
| 03448910 | Sivinary | Seng | 08/14/01 | 99215 |
| 03461410 | Sarath | Ros | 01/15/02 | 99215 |
| 03462771 | Paulika | So | 02/24/02 | 99215 |
| 03462771 | Phaectra | So | 02/24/02 | 99215 |

| CPT UPCODING RE-EXAM | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DATE OF LOSS** | **R.E. CODE** |
| 03462771 | Savuth | Phan | 02/24/02 | 99215 |
| 03468725 | Krapomroth | Khim | 03/18/02 | 99215 |
| 03468725 | Phoeun | Sam | 03/18/02 | 99215 |
| 03468725 | Sophay | Porth | 03/18/02 | 99215 |
| 03469757 | Khon | Lay | 04/15/02 | 99215 |
| 03464524 | Melody | Seng | 04/23/02 | 99215 |
| 03464524 | Jerry | Seng | 04/23/02 | 99215 |
| 03464524 | Mom | Sok | 04/23/02 | 99215 |
| 03504615 | Vanneck | Chea | 06/07/03 | 99215 |
| 03505976 | Keo | Kothpratoum | 06/28/03 | 99215 |
| 03505976 | Vanta | Phanthanousinh | 06/28/03 | 99215 |
| 03510448 | Kim | Sambath | 07/26/03 | 99215 |
| 03510448 | Samnang | Sok | 07/26/03 | 99215 |
| 03508820 | Katherine | Mam | 08/12/03 | 99215 |
| 03513997 | Chareth | Rath | 10/27/03 | 99215 |
| 03513997 | Kristina | Rath | 10/27/03 | 99215 |
| 03530556 | Ken | Truong | 12/10/03 | 99215 |
| 03532767 | Demetri | Molina | 01/10/04 | 99215 |
| 03532353 | Pat | Song | 01/03/04 | 99215 |
| 03504357 | Sokhon | Sem | 06/03/03 | 99215 |
| 03415432 | Sophal | Phan | 11/25/00 | 99215 |
|  |  |  |  |  |

**EXHIBIT 7**

| **MEDICAL BILLS EXCEED TORT THRESHOLD** | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DOL** | **AMOUNT BILLED** |
| 03448910 | Sivinary | Seng | 08/14/01 | $2,110.00 |
| 03425232 | Sandy | Mak | 04/25/99 | $2,135.00 |
| 03448910 | Muth | Seng | 08/14/01 | $2,145.00 |
| 03506013 | Sokunthea | Eang | 06/12/03 | $2,175.00 |
| 03486795 | Savonn | Yonn | 10/19/02 | $2,195.00 |
| 03425232 | Naravuth | Mak | 04/25/99 | $2,320.00 |
| 03469371 | Savan | Vat | 04/04/02 | $2,330.00 |
| 03486571 | Lath | Uy | 09/18/02 | $2,347.00 |
| 03480962 | Chea | Theng | 11/18/02 | $2,430.00 |
| 03486571 | Sovanna | Uy | 09/18/02 | $2,450.00 |
| 03465736 | Chanda | Kong | 06/04/02 | $2,475.00 |
| 03415264 | Bin | Suon | 11/18/00 | $2,505.00 |
| 03467477 | Sophinnary | Ung | 02/07/02 | $2,535.00 |
| 03500623 | Channak | Phal | 03/28/03 | $2,535.00 |
| 03506712 | John | Rom | 07/11/03 | $2,570.23 |
| 03510448 | Sophannara | Eang | 07/26/03 | $2,640.00 |
| 03402742 | Wilson | Douangchack | 09/08/00 | $2,780.00 |
| 03468725 | Krapomroth | Khim | 03/18/02 | $2,800.00 |
| 03500338 | Jimmy | Rom | 03/24/03 | $2,815.00 |
| 03530556 | Ken | Truong | 12/10/03 | $2,870.00 |
| 03420810 | Bin | Real | 04/02/01 | $2,925.00 |
| 03483838 | Brandon | Ouer | 02/14/03 | $2,935.00 |
| 03479077 | Khammoune | Panya | 09/07/02 | $2,980.00 |
| 03487193 | Sophannee | Uy | 10/26/02 | $2,995.00 |
| 03500338 | John | Rom | 03/24/03 | $3,025.00 |
| 03533438 | Michael | Inthabane | 01/19/04 | $3,045.00 |
| 03379614 | Nikki | Kim | 10/21/98 | $3,095.00 |
| 03467194 | Paul | Taylor | 01/30/02 | $3,100.00 |
| 03420777 | Oeun | Men | 04/01/01 | $3,115.00 |
| 03500338 | Kong | Liv | 03/24/03 | $3,132.00 |
| 03403606 | Margarita | Pina | 10/06/00 | $3,160.00 |
| 03448741 | Katie | Duong | 08/06/01 | $3,180.00 |
| 03425232 | Emmy | Vann | 04/25/99 | $3,190.00 |
| 03432698 | Peou | Ing | 11/09/99 | $3,195.00 |
| 03462771 | Cheatra | So | 02/24/02 | $3,210.00 |
| 03418795 | Samantha | Mao | 02/11/01 | $3,230.00 |
| 03425232 | Narayuth | Mak | 04/25/99 | $3,240.00 |
| 03481654 | Mao | Ngeth | 12/13/02 | $3,270.00 |

| MEDICAL BILLS EXCEED TORT THRESHOLD | | | | |
|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | AMOUNT BILLED |
| 03479077 | Kongkeo | Phomphipak | 09/07/02 | $3,285.00 |
| 03374831 | Saroeut | Roum | 07/18/98 | $3,315.00 |
| 03462771 | Savuth | Phan | 02/24/02 | $3,350.00 |
| 03442397 | Thanh | Som | 02/17/01 | $3,380.00 |
| 03415264 | Ngeth | Soeung | 11/18/00 | $3,385.00 |
| 03469757 | Khon | Lay | 04/15/02 | $3,395.00 |
| 03532767 | Roberto | Delvalle | 01/10/04 | $3,420.00 |
| 03513997 | Saleen | Phan | 10/27/03 | $3,475.00 |
| 03415432 | Sophal | Phan | 11/25/00 | $3,485.00 |
| 03408504 | Samnang | Khut | 02/23/01 | $3,505.00 |
| 03408504 | Kevin | Meas | 02/23/01 | $3,505.00 |
| 03418926 | Nikki | Kim | 02/13/01 | $3,520.00 |
| 03415449 | Roth | Khim | 11/25/00 | $3,535.00 |
| 03487016 | Diana | Phanthavong | 10/23/02 | $3,545.00 |
| 03381790 | Sophaly | Chum | 12/14/98 | $3,555.00 |
| 03481654 | Nhoeun | Hem | 12/13/02 | $3,595.00 |
| 03464524 | Jerry | Seng | 04/23/02 | $3,625.00 |
| 03382948 | Saroeun | Chhan | 02/02/99 | $3,625.00 |
| 03468725 | Sophay | Porth | 03/18/02 | $3,665.00 |
| 03374831 | Saroeun | Sim | 07/18/98 | $3,675.00 |
| 03464524 | Mom | Sok | 04/23/02 | $3,705.00 |
| 03514331 | Chhat | Phim | 11/07/03 | $3,735.00 |
| 03464524 | Melody | Seng | 04/23/02 | $3,745.00 |
| 03419107 | Cang | Keo | 02/18/01 | $3,765.00 |
| 03419107 | Kim | Neang | 02/18/01 | $3,765.00 |
| 03506712 | Liv | Kong | 07/11/03 | $3,805.00 |
| 03381790 | Sophalla | Chum | 12/14/98 | $3,815.00 |
| 03415760 | Savy | Moun | 11/26/00 | $3,820.00 |
| 03467477 | Volak | Neang | 02/07/02 | $3,835.00 |
| 03504357 | Keath | Toch | 06/03/03 | $3,850.00 |
| 03445702 | Michael | Pho | 05/28/01 | $3,910.00 |
| 03485991 | Ly | Chan | 10/02/02 | $3,910.00 |
| 03414660 | Ouk | Ti | 11/01/00 | $3,930.00 |
| 03473966 | Diane | Melo | 07/15/02 | $3,937.90 |
| 03419107 | Sareth | Heang | 02/18/01 | $3,945.00 |
| 03438972 | Angela | Mejia | 01/14/00 | $3,950.00 |
| 03420777 | Sart | Sok | 04/01/01 | $3,960.00 |
| 03425856 | Oeun | Tim | 05/16/99 | $3,979.00 |
| 03417806 | Hoeurn | Men | 01/20/01 | $3,990.00 |
| 03485151 | Ron | Phay | 09/16/02 | $4,015.00 |

| MEDICAL BILLS EXCEED TORT THRESHOLD | | | | |
|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | AMOUNT BILLED |
| 03487016 | Rida | Chum | 10/23/02 | $4,015.00 |
| 03391026 | Uyen | Le | 07/26/00 | $4,020.00 |
| 03331518 | Tut | Hok | 09/11/98 | $4,025.00 |
| 03504615 | Kimsan | Mom | 06/07/03 | $4,030.00 |
| 03438972 | Juan | Disla | 01/14/00 | $4,032.00 |
| 03415432 | Sarath | Bou | 11/25/00 | $4,035.00 |
| 03420810 | Nickie | Phan | 04/02/01 | $4,050.00 |
| 03420777 | Khen | Khut | 04/01/01 | $4,055.00 |
| 03448910 | Vandary | Seng | 08/14/01 | $4,070.00 |
| 03418795 | Sambath | Bo | 02/11/01 | $4,075.00 |
| 03444156 | Anirut | Khuanphat | 03/06/01 | $4,100.00 |
| 03402742 | Viphearea | Srey | 09/08/00 | $4,105.00 |
| 03418795 | Punlork | Sar | 02/11/01 | $4,125.00 |
| 03418795 | Samban | Bo | 02/11/01 | $4,125.00 |
| 03402742 | Sacha | Tang | 09/08/00 | $4,130.00 |
| 03447628 | Veasna | Ngeth | 06/25/00 | $4,130.00 |
| 03445147 | Sophea | Um | 05/10/01 | $4,145.00 |
| 03381790 | Sokcheath | Prak | 12/14/98 | $4,165.00 |
| 03445147 | Phamaro | Uong | 05/10/01 | $4,175.00 |
| 03341477 | Phally | Lang | 10/29/99 | $4,220.00 |
| 03468725 | Phoeun | Sam | 03/18/02 | $4,230.00 |
| 03418795 | Lysabad | Bo | 02/11/01 | $4,245.00 |
| 03374831 | Sokea | Un | 07/18/98 | $4,250.00 |
| 03439668 | Veun | Long | 05/22/00 | $4,260.00 |
| 03439611 | Sokhan | Yang | 05/19/00 | $4,265.00 |
| 03436611 | Lan | Lim | 02/19/00 | $4,270.00 |
| 03417806 | Nhem | Ngeth | 01/20/01 | $4,275.00 |
| 03462771 | Paulika | So | 02/24/02 | $4,280.00 |
| 03447628 | Samnang | Ngeth | 06/25/00 | $4,285.00 |
| 03415524 | Sophoeun | Kong | 11/26/00 | $4,290.00 |
| 03392271 | Radet | Yem | 08/29/00 | $4,295.00 |
| 03513997 | Chareth | Rath | 10/27/03 | $4,295.00 |
| 03415524 | Eath | Keo | 11/26/00 | $4,300.00 |
| 03532767 | Alma | Carrasquillo | 01/10/04 | $4,310.00 |
| 03504357 | Channara | Dam | 06/03/03 | $4,325.00 |
| 03418795 | Sambun | Sar | 02/11/01 | $4,345.00 |
| 03483246 | Phath | Sim | 02/07/03 | $4,345.00 |
| 03511086 | Morn | Samith | 09/18/03 | $4,365.00 |
| 03481722 | Sarom | Him | 12/12/02 | $4,415.00 |
| 03457321 | Sunnhak | Chiv | 09/21/01 | $4,430.00 |

| MEDICAL BILLS EXCEED TORT THRESHOLD | | | | |
|---|---|---|---|---|
| **CLAIM NUMBER** | **CLAIMANT FIRST NAME** | **CLAIMANT LAST NAME** | **DOL** | **AMOUNT BILLED** |
| 03462436 | Ry | Chhaim | 02/13/02 | $4,460.00 |
| 03481235 | Sally | Kong | 11/27/02 | $4,465.00 |
| 03485151 | Susie | Soeun | 09/16/02 | $4,470.00 |
| 03540127 | Sam | Sok | 05/14/04 | $4,470.00 |
| 03504357 | Sokkhoeun | Sem | 06/03/03 | $4,515.00 |
| 03511086 | Thea | Soun | 09/18/03 | $4,520.00 |
| 03485991 | Pheakdey | Sok | 10/02/02 | $4,525.00 |
| 03456832 | Dalin | Ou | 09/08/01 | $4,535.00 |
| 03413857 | Dou | Narith | 08/30/00 | $4,580.00 |
| 03419107 | Khawaii | Sok | 02/18/01 | $4,580.00 |
| 03411511 | Sareth | Nuon | 05/22/01 | $4,585.00 |
| 03445338 | Ratha | So | 05/16/01 | $4,595.00 |
| 03504357 | Chantha | Sem | 06/03/03 | $4,595.00 |
| 03445338 | Phyrun | Chhim | 05/16/01 | $4,610.00 |
| 03483838 | Sokean | Phlong | 02/14/03 | $4,625.00 |
| 03456762 | Saroeun | Hou | 09/06/01 | $4,635.00 |
| 03532353 | Pat | Song | 01/03/04 | $4,635.00 |
| 03456832 | Michael | Soum | 09/08/01 | $4,660.00 |
| 03456762 | Pamela | Nou | 09/06/01 | $4,695.00 |
| 03490345 | Rithy | Mao | 12/26/02 | $4,705.00 |
| 03505976 | Vanta | Phanthanousinh | 06/28/03 | $4,705.00 |
| 03486647 | Vich | Lam | 10/16/02 | $4,715.00 |
| 03486642 | Den | Tith | 10/16/02 | $4,765.00 |
| 03532767 | Demetri | Molina | 01/10/04 | $4,765.00 |
| 03468665 | Samnang | Ngeth | 03/15/02 | $4,770.00 |
| 03474153 | Phyrun | Chhim | 07/18/02 | $4,802.90 |
| 03510448 | Samnang | Sok | 07/26/03 | $4,815.00 |
| 03465736 | Phala | Phoun | 06/04/02 | $4,855.00 |
| 03468665 | Sitha | Ngeth | 03/15/02 | $4,870.00 |
| 03469203 | Rick (Kimsat) | Ban | 03/29/02 | $4,890.00 |
| 03504357 | Sokhon | Sem | 06/03/03 | $4,890.00 |
| 03487193 | Sakun | Sam | 10/26/02 | $4,905.00 |
| 03468665 | Sitha | Mam | 03/15/02 | $4,915.00 |
| 03465736 | Chhang | Kang | 06/04/02 | $4,928.00 |
| 03449560 | Morn | Samith | 10/05/02 | $4,935.00 |
| 03482803 | Sareth | Veuk | 01/21/03 | $4,965.00 |
| 03505976 | Keo | Kothpratoum | 06/28/03 | $4,985.00 |
| 03470133 | Bunkeath | Meng | 04/19/02 | $4,990.00 |
| 03461410 | Sarath | Ros | 01/15/02 | $4,995.00 |
| 03459630 | It | Toun | 11/26/01 | $5,000.00 |

| MEDICAL BILLS EXCEED TORT THRESHOLD | | | | |
|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DOL | AMOUNT BILLED |
| 03504357 | Sokha | Sem | 06/03/03 | $5,020.00 |
| 03508820 | Katherine | Mam | 08/12/03 | $5,055.00 |
| 03470133 | Rochenna | Sim | 04/19/02 | $5,095.00 |
| 03536789 | Savy | Vong | 03/16/04 | $5,120.00 |
| 03461410 | Bunthy | Chantha | 01/15/02 | $5,160.00 |
| 03467477 | Samnang | San | 02/07/02 | $5,185.00 |
| 03459630 | Jim | Bun | 11/26/01 | $5,195.00 |
| 03462436 | Sar | Chhean | 02/13/02 | $5,200.00 |
| 03504615 | Vanneck | Chea | 06/07/03 | $5,245.00 |
| 03459630 | Tuy | Pei | 11/26/01 | $5,250.00 |
| 03459630 | Hun | Hum | 11/26/01 | $5,260.00 |
| 03508820 | Linda | Nuth | 08/12/03 | $5,280.00 |
| 03469203 | At | Ban | 03/29/02 | $5,385.00 |
| 03510448 | Kim | Sambath | 07/26/03 | $5,525.00 |
| 03475016 | Song | Taing | 08/03/02 | $5,544.00 |
| 03462771 | Phaectra | So | 02/24/02 | $5,560.00 |
| 03467477 | Pholla | Long | 02/07/02 | $5,645.00 |
| 03482803 | Thaverei | Veuk | 01/21/03 | $5,795.00 |

**EXHIBIT 8**

| FRAUDULENT RE-EXAMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DATE OF LOSS | INITIAL EXAM | RE-EXAM #1 | RE-EXAM #2 | DAYS BETWEEN D.O.I.E. & D.O.R.E. #1 | DAYS BETWEEN D.O.R.E. #1 & D.O.R.E. #2 |
| 03374831 | Sokea | Un | 07/18/98 | 07/22/98 | 09/24/98 | 11/02/98 | 63 | 38 |
| 03374831 | Saroeun | Sim | 07/18/98 | 07/22/98 | 08/31/98 | N/A | 39 | N/A |
| 03374831 | Saroeut | Roum | 07/18/98 | 07/22/98 | 09/01/98 | 10/23/98 | 40 | 51 |
| 03374831 | Sendy | Un | 07/18/98 | 07/22/98 | 09/15/98 | 09/30/98 | 54 | 14 |
| 03331518 | Tut | Hok | 09/11/98 | 09/16/98 | 11/03/98 | 12/16/98 | 47 | 42 |
| 03379614 | Nikki | Kim | 10/21/98 | 10/26/98 | 11/23/98 | 12/29/98 | 27 | 35 |
| 03381790 | Sokcheath | Prak | 12/14/98 | 12/17/98 | 01/20/99 | 02/11/99 | 33 | 21 |
| 03381790 | Sophalla | Chum | 12/14/98 | 12/17/98 | 01/25/99 | 03/15/99 | 38 | 48 |
| 03381790 | Sophaly | Chum | 12/14/98 | 12/17/98 | 01/25/99 | 05/17/99 | 38 | 111 |
| 03382948 | Saroeun | Chhan | 02/02/99 | 02/04/99 | 03/08/99 | 06/23/99 | 31 | 106 |
| 03425856 | Oeun | Tim | 05/16/99 | 05/17/99 | 08/11/99 | 09/20/99 | 85 | 39 |
| 03425856 | Timmy | Tim | 05/16/99 | 05/17/99 | 06/24/99 | 08/10/99 | 37 | 46 |
| 03425232 | Emmy | Vann | 04/25/99 | 07/01/99 | 08/19/99 | 10/06/99 | 48 | 47 |
| 03425232 | Naravuth | Mak | 04/25/99 | 07/01/99 | 08/10/99 | 09/27/99 | 39 | 47 |
| 03425232 | Narayuth | Mak | 04/25/99 | 07/01/99 | 08/10/99 | 09/27/99 | 39 | 47 |
| 03425232 | Sandy | Mak | 04/25/99 | 07/01/99 | 08/10/99 | 09/08/99 | 39 | 28 |
| 03341477 | Phally | Lang | 10/29/99 | 11/01/99 | 12/13/99 | 02/01/00 | 41 | 49 |
| 03432698 | Peou | Ing | 11/09/99 | 11/11/99 | 12/14/99 | N/A | 32 | N/A |
| 03438972 | Angela | Mejia | 01/14/00 | 01/17/00 | 02/23/00 | 04/10/00 | 36 | 46 |
| 03438972 | Juan | Disla | 01/14/00 | 01/17/00 | 02/21/00 | 04/05/00 | 34 | 43 |
| 03436611 | Lan | Lim | 02/19/00 | 02/22/00 | 03/22/00 | 05/31/00 | 28 | 69 |
| 03439611 | Sokhan | Yang | 05/19/00 | 05/23/00 | 06/26/00 | 08/14/00 | 33 | 48 |
| 03447628 | Samnang | Ngeth | 06/25/00 | 06/28/00 | 07/27/00 | 09/05/00 | 28 | 39 |
| 03447628 | Veasna | Ngeth | 06/25/00 | 06/28/00 | 08/01/00 | 09/21/00 | 33 | 50 |
| 03391026 | Uyen | Le | 07/26/00 | 07/27/00 | 08/30/00 | 10/18/00 | 33 | 48 |
| 03392271 | Radet | Yem | 08/29/00 | 08/31/00 | 10/26/00 | 02/12/01 | 55 | 108 |
| 03413857 | Dou | Narith | 08/30/00 | 09/11/00 | 10/17/00 | 01/15/01 | 35 | 89 |
| 03402742 | Sacha | Tang | 09/08/00 | 09/25/00 | 10/30/00 | 02/14/01 | 34 | 106 |
| 03402742 | Viphearea | Srey | 09/08/00 | 09/25/00 | 11/01/00 | 12/06/00 | 36 | 34 |
| 03402742 | Wilson | Douangchack | 09/08/00 | 09/25/00 | 11/02/00 | N/A | 37 | N/A |
| 03403606 | Margarita | Pina | 10/06/00 | 10/10/00 | 11/20/00 | 02/16/01 | 40 | 87 |
| 03414287 | Doeun | Uy | 10/25/00 | 11/06/00 | 12/26/00 | 02/26/01 | 49 | 61 |
| 03414660 | Ouk | Ti | 11/01/00 | 11/08/00 | 02/26/00 | 03/03/01 | 109 | 370 |
| 03414287 | Knamsing | Khammanivon | 10/25/00 | 11/08/00 | 12/26/00 | 03/15/01 | 47 | 78 |
| 03415264 | Bin | Suon | 11/18/00 | 11/18/00 | 01/02/01 | N/A | 44 | N/A |
| 03415264 | Ngeth | Soeung | 11/18/00 | 11/18/00 | 02/08/01 | 03/19/01 | 81 | 38 |
| 03415524 | Eath | Keo | 11/26/00 | 11/24/00 | 03/09/01 | 05/17/01 | 104 | 68 |
| 03415760 | Savy | Moun | 11/26/00 | 11/27/00 | 01/25/01 | 03/19/01 | 58 | 52 |
| 03415432 | Sarath | Bou | 11/25/00 | 11/27/00 | 01/23/01 | 03/22/01 | 56 | 57 |
| 03415432 | Sophal | Phan | 11/25/00 | 11/27/00 | 04/02/01 | 06/07/01 | 125 | 65 |
| 03415524 | Sophoeun | Kong | 11/26/00 | 11/29/00 | 03/08/01 | 04/17/01 | 98 | 39 |
| 03415432 | Sarunn | Vorn | 11/25/00 | 11/29/00 | 01/25/01 | 03/26/01 | 56 | 59 |
| 03415449 | Roth | Khim | 11/25/00 | 12/11/00 | 01/22/01 | 04/23/01 | 41 | 90 |
| 03417806 | Nhem | Ngeth | 01/20/01 | 01/24/01 | 02/26/01 | 04/09/01 | 32 | 41 |

| FRAUDULENT RE-EXAMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DATE OF LOSS | INITIAL EXAM | RE-EXAM #1 | RE-EXAM #2 | DAYS BETWEEN D.O.I.E. & D.O.R.E. #1 | DAYS BETWEEN D.O.R.E. #1 & D.O.R.E. #2 |
| 03417806 | Hoeurn | Men | 01/20/01 | 01/24/01 | 02/26/01 | 04/09/01 | 32 | 41 |
| 03418795 | Lysabad | Bo | 02/11/01 | 02/12/01 | 03/19/01 | 06/07/01 | 34 | 79 |
| 03418795 | Punlork | Sar | 02/11/01 | 02/12/01 | 03/14/01 | 06/18/01 | 29 | 95 |
| 03418795 | Samantha | Mao | 02/11/01 | 02/12/01 | 03/19/01 | 04/23/01 | 34 | 34 |
| 03418795 | Samban | Bo | 02/11/01 | 02/12/01 | 03/14/01 | 05/29/01 | 29 | 75 |
| 03418795 | Sambath | Bo | 02/11/01 | 02/12/01 | 03/19/01 | 06/12/01 | 34 | 84 |
| 03418795 | Sambun | Sar | 02/11/01 | 02/12/01 | 03/14/01 | 06/04/01 | 29 | 81 |
| 03418926 | Nikki | Kim | 02/13/01 | 02/13/01 | 03/30/01 | 05/31/01 | 44 | 61 |
| 03442397 | Thanh | Som | 02/17/01 | 02/19/01 | 03/21/01 | 05/08/01 | 29 | 47 |
| 03419107 | Sareth | Heang | 02/18/01 | 02/21/01 | 03/26/01 | N/A | 32 | N/A |
| 03419107 | Cang | Keo | 02/18/01 | 02/21/01 | 03/26/01 | 05/10/01 | 32 | 44 |
| 03419107 | Khawaii | Sok | 02/18/01 | 02/21/01 | 03/26/01 | 05/22/01 | 32 | 56 |
| 03419107 | Kim | Neang | 02/18/01 | 02/21/01 | 03/26/01 | 05/09/01 | 32 | 43 |
| 03408504 | Samnang | Khut | 02/23/01 | 02/28/01 | 04/12/01 | N/A | 42 | N/A |
| 03408504 | Kevin | Meas | 02/23/01 | 02/28/01 | 04/10/01 | 07/10/01 | 40 | 90 |
| 03444156 | Anirut | Khuanphat | 03/06/01 | 03/07/01 | 04/11/01 | 05/31/01 | 34 | 49 |
| 03420777 | Sart | Sok | 04/01/01 | 04/04/01 | 05/21/01 | 06/28/01 | 46 | 37 |
| 03420810 | Bin | Real | 04/02/01 | 04/10/01 | 05/17/01 | 08/01/01 | 36 | 75 |
| 03420810 | Nickie | Phan | 04/02/01 | 04/10/01 | 06/28/01 | 07/30/01 | 78 | 31 |
| 03420777 | Oeun | Men | 04/01/01 | 04/12/01 | 05/07/01 | 05/22/01 | 24 | 14 |
| 03445147 | Phamaro | Uong | 05/10/01 | 05/14/01 | 06/14/01 | 07/25/01 | 30 | 40 |
| 03445147 | Sophea | Um | 05/10/01 | 05/14/01 | 06/21/01 | 08/15/01 | 37 | 54 |
| 03445338 | Phyrun | Chhim | 05/16/01 | 05/21/01 | 07/09/01 | 08/20/01 | 48 | 41 |
| 03445338 | Ratha | So | 05/16/01 | 05/22/01 | 07/27/01 | 10/01/01 | 65 | 65 |
| 03445702 | Michael | Pho | 05/28/01 | 05/29/01 | 06/26/01 | 08/06/01 | 27 | 40 |
| 03411511 | Sareth | Nuon | 05/22/01 | 05/29/01 | 07/02/01 | 08/08/01 | 33 | 36 |
| 03448741 | Katie | Duong | 08/06/01 | 08/01/01 | 09/18/01 | 11/26/01 | 40 | 68 |
| 03448910 | Vandary | Seng | 08/14/01 | 08/15/01 | 09/18/01 | 10/29/01 | 33 | 40 |
| 03448910 | Muth | Seng | 08/14/01 | 08/15/01 | 09/18/01 | 12/03/01 | 33 | 75 |
| 03448910 | Sivinary | Seng | 08/14/01 | 08/15/01 | 09/18/01 | 12/03/01 | 33 | 75 |
| 03456762 | Pamela | Nou | 09/06/01 | 09/10/01 | 10/11/01 | 11/20/01 | 30 | 39 |
| 03456762 | Saroeun | Hou | 09/06/01 | 09/10/01 | 10/11/01 | 12/11/01 | 30 | 60 |
| 03456832 | Dalin | Ou | 09/08/01 | 09/10/01 | 10/15/01 | 11/27/01 | 34 | 42 |
| 03456832 | Michael | Soum | 09/08/01 | 09/10/01 | 10/23/01 | 12/12/01 | 42 | 49 |
| 03457321 | Sunnhak | Chiv | 09/21/01 | 09/25/01 | 10/30/01 | 12/19/01 | 34 | 49 |
| 03459630 | It | Toun | 11/26/01 | 11/28/01 | 01/31/02 | 02/20/02 | 63 | 19 |
| 03459630 | Tuy | Pei | 11/26/01 | 11/28/01 | 03/14/02 | N/A | 105 | N/A |
| 03461410 | Bunthy | Chantha | 01/15/02 | 01/16/02 | 03/05/02 | N/A | 47 | N/A |
| 03461410 | Sarath | Ros | 01/15/02 | 01/16/02 | 03/05/02 | 06/10/02 | 47 | 96 |
| 03467194 | Paul | Taylor | 01/30/02 | 02/06/02 | 03/13/02 | N/A | 34 | N/A |
| 03467477 | Pholla | Long | 02/07/02 | 02/11/02 | 04/30/02 | 07/15/02 | 77 | 75 |
| 03467477 | Samnang | San | 02/07/02 | 02/11/02 | 03/12/02 | 04/29/02 | 28 | 47 |
| 03467477 | Volak | Neang | 02/07/02 | 02/11/02 | 03/13/02 | N/A | 28 | N/A |
| 03462436 | Ry | Chhaim | 02/13/02 | 02/14/02 | 03/20/02 | N/A | 33 | N/A |
| 03462436 | Sar | Chhean | 02/13/02 | 02/14/02 | 03/19/02 | 04/30/02 | 32 | 41 |
| 03439668 | Veun | Long | 05/22/00 | 05/22/00 | 07/05/00 | 08/22/00 | 43 | 47 |

| FRAUDULENT RE-EXAMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DATE OF LOSS | INITIAL EXAM | RE-EXAM #1 | RE-EXAM #2 | DAYS BETWEEN D.O.I.E. & D.O.R.E. #1 | DAYS BETWEEN D.O.R.E. #1 & D.O.R.E. #2 |
| 03462771 | Cheatra | So | 02/24/02 | 02/26/02 | 04/02/02 | N/A | 34 | N/A |
| 03462771 | Nheop | So | 02/24/02 | 02/26/02 | 04/02/02 | 05/15/02 | 34 | 42 |
| 03462771 | Paulika | So | 02/24/02 | 02/26/02 | 04/01/02 | 06/25/02 | 33 | 84 |
| 03462771 | Phaectra | So | 02/24/02 | 02/26/02 | 04/01/02 | 07/02/02 | 33 | 91 |
| 03462771 | Savuth | Phan | 02/24/02 | 02/27/02 | 04/02/02 | 06/06/02 | 33 | 64 |
| 03467477 | Sophinnary | Ung | 02/07/02 | 03/12/02 | 04/25/02 | N/A | 43 | N/A |
| 03468665 | Samnang | Ngeth | 03/15/02 | 03/19/02 | 04/23/02 | 06/11/02 | 34 | 48 |
| 03468665 | Sitha | Mam | 03/15/02 | 03/19/02 | 04/22/02 | 06/03/02 | 33 | 41 |
| 03468665 | Sitha | Ngeth | 03/15/02 | 03/19/02 | 04/22/02 | 06/03/02 | 33 | 41 |
| 03468725 | Krapomroth | Khim | 03/18/02 | 03/19/02 | 05/06/02 | 08/22/02 | 47 | 107 |
| 03468725 | Phoeun | Sam | 03/18/02 | 03/19/02 | 05/02/02 | 08/13/02 | 43 | 102 |
| 03468725 | Sophay | Porth | 03/18/02 | 03/19/02 | 04/24/02 | 07/22/02 | 35 | 88 |
| 03469203 | Rick (Kimsat) | Ban | 03/29/02 | 04/01/02 | 05/01/02 | 06/12/02 | 29 | 41 |
| 03469203 | At | Ban | 03/29/02 | 04/01/02 | 05/07/02 | 06/28/02 | 35 | 51 |
| 03469371 | Savan | Vat | 04/04/02 | 04/08/02 | 06/26/02 | N/A | 78 | N/A |
| 03469757 | Khon | Lay | 04/15/02 | 04/18/02 | 07/10/02 | 08/05/02 | 82 | 25 |
| 03464524 | Melody | Seng | 04/23/02 | 04/20/02 | 06/03/02 | 07/22/02 | 43 | 48 |
| 03470133 | Bunkeath | Meng | 04/19/02 | 04/22/02 | 05/23/02 | 07/03/02 | 30 | 40 |
| 03470133 | Rochenna | Sim | 04/19/02 | 04/22/02 | 05/31/02 | 07/03/02 | 38 | 32 |
| 03464524 | Jerry | Seng | 04/23/02 | 04/30/02 | 06/03/02 | 07/11/02 | 33 | 37 |
| 03464524 | Mom | Sok | 04/23/02 | 04/30/02 | 06/03/02 | 07/24/02 | 33 | 50 |
| 03465736 | Chanda | Kong | 06/04/02 | 06/07/02 | 07/17/02 | 08/27/02 | 39 | 40 |
| 03465736 | Chhang | Kang | 06/04/02 | 06/07/02 | 07/11/02 | 08/20/02 | 33 | 39 |
| 03465736 | Phala | Phoun | 06/04/02 | 06/07/02 | 07/11/02 | 08/20/02 | 33 | 39 |
| 03473966 | Diane | Melo | 07/15/02 | 07/17/02 | 08/20/02 | N/A | 33 | N/A |
| 03474153 | Phyrun | Chhim | 07/18/02 | 07/18/02 | 08/27/02 | N/A | 39 | N/A |
| 03475016 | Song | Taing | 08/03/02 | 08/07/02 | 09/11/02 | 10/23/02 | 34 | 41 |
| 03479077 | Khammoune | Panya | 09/07/02 | 09/02/02 | 10/10/02 | N/A | 30 | N/A |
| 03479077 | Kongkeo | Phomphipak | 09/07/02 | 09/02/02 | 10/10/02 | N/A | 30 | N/A |
| 03485151 | Ron | Phay | 09/16/02 | 09/17/02 | 10/21/02 | 12/02/02 | 33 | 41 |
| 03485151 | Susie | Soeun | 09/16/02 | 09/17/02 | 10/21/02 | 01/06/03 | 33 | 76 |
| 03486571 | Sovanna | Uy | 09/18/02 | 09/23/02 | 11/08/02 | 11/21/02 | 45 | 12 |
| 03486571 | Lath | Uy | 09/18/02 | 09/24/02 | 11/25/02 | N/A | 61 | N/A |
| 03485991 | Ly | Chan | 10/02/02 | 10/02/02 | 11/07/02 | 01/07/03 | 35 | 60 |
| 03485991 | Pheakdey | Sok | 10/02/02 | 10/02/02 | 11/08/02 | 01/07/03 | 36 | 59 |
| 03449560 | Morn | Samith | 10/05/02 | 10/07/02 | 11/14/02 | 01/07/03 | 37 | 53 |
| 03486642 | Den | Tith | 10/16/02 | 10/16/02 | 11/19/02 | 01/06/03 | 33 | 47 |
| 03486647 | Vich | Lam | 10/16/02 | 10/17/02 | 12/17/02 | 02/26/03 | 60 | 70 |
| 03486795 | Savonn | Yonn | 10/19/02 | 10/21/02 | 01/02/03 | 02/03/03 | 72 | 31 |
| 03487016 | Diana | Phanthavong | 10/23/02 | 10/28/02 | 01/08/03 | 02/12/03 | 71 | 34 |
| 03487016 | Rida | Chum | 10/23/02 | 10/28/02 | 12/02/02 | 01/22/03 | 34 | 50 |
| 03487193 | Sophannee | Uy | 10/26/02 | 10/28/02 | 11/08/02 | 12/05/02 | 10 | 26 |
| 03480962 | Chea | Theng | 11/18/02 | 11/21/02 | 12/26/02 | 02/10/03 | 34 | 45 |
| 03481235 | Sally | Kong | 11/27/02 | 11/27/02 | 01/07/03 | 02/24/03 | 40 | 47 |
| 03481654 | Mao | Ngeth | 12/13/02 | 12/16/02 | 02/20/03 | 04/09/03 | 65 | 47 |

| FRAUDULENT RE-EXAMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER | CLAIMANT FIRST NAME | CLAIMANT LAST NAME | DATE OF LOSS | INITIAL EXAM | RE-EXAM #1 | RE-EXAM #2 | DAYS BETWEEN D.O.I.E. & D.O.R.E. #1 | DAYS BETWEEN D.O.R.E. #1 & D.O.R.E. #2 |
| 03481654 | Nhoeun | Hem | 12/13/02 | 12/16/02 | 01/20/03 | 03/18/03 | 34 | 56 |
| 03481722 | Sarom | Him | 12/12/02 | 12/16/02 | 01/27/03 | N/A | 41 | N/A |
| 03487193 | Sakun | Sam | 10/26/02 | 12/28/02 | 12/10/02 | 02/06/03 | 42 | 57 |
| 03490345 | Rithy | Mao | 12/26/02 | 12/30/02 | 03/03/03 | 04/10/03 | 62 | 37 |
| 03482803 | Thaverei | Veuk | 01/21/03 | 01/21/03 | 02/27/03 | 04/24/03 | 36 | 55 |
| 03482803 | Sareth | Veuk | 01/21/03 | 01/21/03 | 03/03/03 | 04/24/03 | 40 | 51 |
| 03483246 | Phath | Sim | 02/07/03 | 02/07/03 | 03/20/03 | 04/22/03 | 40 | 32 |
| 03483838 | Sokean | Phlong | 02/14/03 | 02/18/03 | 03/26/03 | 05/07/03 | 35 | 41 |
| 03483838 | Brandon | Ouer | 02/14/03 | 02/18/03 | 03/26/03 | 04/29/03 | 35 | 33 |
| 03500338 | Jimmy | Rom | 03/24/03 | 03/25/03 | 06/09/03 | N/A | 75 | N/A |
| 03500338 | John | Rom | 03/24/03 | 03/25/03 | 05/09/03 | N/A | 44 | N/A |
| 03500338 | Kong | Liv | 03/24/03 | 03/25/03 | 05/12/03 | 06/30/03 | 47 | 48 |
| 03500623 | Channak | Phal | 03/28/03 | 03/31/03 | 04/28/03 | 06/04/03 | 27 | 36 |
| 03504357 | Sokhon | Sem | 06/03/03 | 06/04/03 | 07/17/03 | 11/11/03 | 42 | 116 |
| 03504615 | Kimsan | Mom | 06/07/03 | 06/12/03 | 08/11/03 | 09/24/03 | 59 | 43 |
| 03504615 | Vanneck | Chea | 06/07/03 | 06/12/03 | 09/11/03 | 11/06/03 | 90 | 55 |
| 03506013 | Sokunthea | Eang | 06/12/03 | 06/16/03 | 08/26/03 | N/A | 70 | N/A |
| 03505976 | Keo | Kothpratoum | 06/28/03 | 06/30/03 | 08/07/03 | 11/13/03 | 37 | 97 |
| 03505976 | Vanta | Phanthanousi | 06/28/03 | 06/30/03 | 08/07/03 | 10/27/03 | 37 | 80 |
| 03506712 | John | Rom | 07/11/03 | 07/14/03 | 08/13/03 | 09/30/03 | 29 | 47 |
| 03506712 | Liv | Kong | 07/11/03 | 07/14/03 | 08/13/03 | N/A | 29 | - |
| 03510448 | Kim | Sambath | 07/26/03 | 07/30/03 | 11/13/03 | 12/29/03 | 105 | 45 |
| 03510448 | Samnang | Sok | 07/26/03 | 07/30/03 | 09/16/03 | 01/13/04 | 47 | 118 |
| 03510448 | Sophannara | Eang | 07/26/03 | 07/30/03 | 12/11/03 | 02/16/04 | 133 | 66 |
| 03508820 | Katherine | Mam | 08/12/03 | 08/13/03 | 09/15/03 | 10/28/03 | 32 | 42 |
| 03508820 | Linda | Nuth | 08/12/03 | 08/13/03 | 09/15/03 | 10/28/03 | 32 | 42 |
| 03508820 | Kimsat | Nuth | 08/12/03 | 08/13/03 | 09/16/03 | 10/28/03 | 33 | 41 |
| 03511086 | Morn | Samith | 09/18/03 | 09/22/03 | 10/23/03 | N/A | 30 | N/A |
| 03513997 | Chareth | Rath | 10/27/03 | 10/28/03 | 12/08/03 | 03/15/04 | 40 | 97 |
| 03513997 | Kristina | Rath | 10/27/03 | 10/28/03 | 12/01/03 | 01/09/04 | 33 | 38 |
| 03513997 | Saleen | Phan | 10/27/03 | 10/28/03 | 12/16/03 | 02/09/04 | 48 | 54 |
| 03513997 | Vongdeaone | Khiaosoth | 10/27/03 | 10/28/03 | 11/12/03 | 12/01/03 | 380 | 18 |
| 03514331 | Chhat | Phim | 11/07/03 | 11/13/03 | 12/23/03 | Unknown | 39 | N/A |
| 03530556 | Ken | Truong | 12/10/03 | 01/07/04 | 03/05/04 | 04/15/04 | 57 | 40 |
| 03532767 | Demetri | Molina | 01/10/04 | 01/13/04 | 02/24/04 | 05/13/04 | 41 | 78 |
| 03532767 | Roberto | Delvalle | 01/10/04 | 01/13/04 | 03/18/04 | 07/27/04 | 64 | 130 |
| 03532353 | Pat | Song | 01/03/04 | 01/14/04 | 02/11/04 | 04/26/04 | 27 | 74 |
| 03533438 | Michael | Inthabane | 01/19/04 | 01/22/04 | 04/06/04 | 05/26/04 | 74 | 49 |
| 03536789 | Savy | Vong | 03/16/04 | 03/18/04 | 04/26/04 | 06/03/04 | 38 | 37 |
| 03540127 | Sam | Sok | 05/14/04 | 05/17/04 | 06/16/04 | 08/02/04 | 29 | 46 |



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF MASSACHUSETTS, <br><br>      Plaintiff, <br><br> vs. <br><br> JOSEPH D. GIAMPA, FREDERICK T. GIAMPA, ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE & REHAB, FUTURE MANAGEMENT CORPORATION, EDWARD KENNEDY, BRIAN J. CULLINEY and JENNIFER McCONNELL <br><br>      Defendants. | CIVIL ACTION NO.: 05-11693 RCL |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

  The Plaintiff, Encompass Insurance Company of Massachusetts, pursuant to Federal Rule of Civil Procedure 15(d), hereby moves the Court for leave to file a Third Amended Complaint. The proposed Third Amended Complaint is attached hereto as Exhibit A.

  Encompass does not bring this motion lightly.  But, as more details about the attempted murder, murder-for-hire, and obstruction of justice plot described in the Third Amended Complaint came to light, Encompass decided that the filing of an amended and supplemental complaint was necessary to prevent further violence and to bring those responsible for the attacks to justice.  Given the serious and unusual nature of the allegations added to the Third Amended Complaint, the prejudice that will be suffered by Encompass if its motion is denied is evident and overshadows any potential concerns about delay or prejudice to defendants.  Moreover, if the allegations in the Third Amended Complaint prove true, defendants coordinated an attack on an officer of the court in order to obstruct justice.  This Court would clearly have a strong interest in

bringing the perpetrators to justice to preserve its own legitimacy and to send the message that

this type of activity is completely unacceptable and will have serious consequences.  In addition,

although it may delay this case in the short run, allowing this amended and supplemental

complaint to be filed will result in the most efficient and speedy resolution of the entire

controversy between these parties as intended by Federal Rule of Civil Procedure 15(d).  For

these reasons and those discussed below, Encompass respectfully requests that the Court grant its

motion.

  This Third Amended Complaint adds new allegations supporting the additional

racketeering acts of attempted murder, murder-for-hire, and obstruction of justice under the

Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 ("RICO").  As detailed

in the attached Third Amended Complaint, Encompass alleges that enforcers were hired to

prevent Encompass' former lead counsel in this case from continuing to litigate this case.  (Third

Am. Compl. ¶¶ 1, 425, 436, 442, 451, 462-70.)  The enforcers made at least three attempts on

Encompass' former lead counsel's life.  During the first attempt, Encompass' former lead

counsel was savagely beaten with brass knuckles, resulting in, among other things, a head injury

that required seventeen staples to close.  (*Id.* ¶¶ 427-36.)  The second attempt involved a masked,

baseball-bat wielding attacker.  Encompass' former lead counsel was entering his car during the

second attempt and was able to partially shield the blows from the enforcer's baseball bat,

preventing a second serious head injury.  (*Id.* ¶¶ 437-42.)  The enforcers intended to use a

medieval weapon called a mace during the third attack but, fortunately, the final attempt on

Encompass' former lead counsel's life was thwarted by the timely intervention of private

security hired by the attorney and by the Massachusetts state police.  (*Id.* ¶¶ 447-51.)  Although

these new allegations differ in nature from the activities described in earlier versions of the

complaint, they are alleged to be part of the same conspiracy and were intended to perpetuate and protect defendants' medical fraud. A supplemental pleading is therefore appropriate under Federal Rule of Civil Procedure 15(d).

Federal Rule of Civil Procedure 15(d) provides that the Court may "on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented."[1] The purpose of this rule is to promote as complete an adjudication of the dispute between the parties as possible. Wright, Miller & Kane, 6A Federal Practice and Procedure: Civil 2d § 1504 n. 1. A motion to supplement the pleadings should be "freely" or "liberally" granted when doing so will "promote the economic and speedy disposition of the entire controversy between the parties, will not cause undue delay or trial inconvenience, and will not prejudice the rights of any of the other parties to the action." *Boston Police Superior Officers Fed'n. v. Jordan*, No. 83-3396, 1984 U.S. Dist. LEXIS 19036, at *1-2 (D. Mass. Feb. 29, 1984); *Winslow v. Commissioner, Maine Dep't of Human Services*, 139 F.R.D. 15, 17 (D. Me. 1991) (quoting Wright, Miller & Kane, 6A Federal Practice and Procedure § 1504 at 186-187 (1990)); *see also Structural Systems, Inc. v. Sulfaro*, 692 F. Supp. 34, 36 (D. Mass. 1988) (listing similar factors). In determing whether justice

---

[1] As the allegations added to the Third Amended Complaint are based on events that took place after the filing of the original pleadings, a motion to supplement the pleadings under Fed. R. Civ. P. 15(d), as opposed to a motion to amend the pleadings pursuant to Fed. R. Civ. P. 15(a), is proper. *Strahan v. Linnon*, 967 F. Supp. 581, 590 (D. Mass. 1997). In the Third Amended Complaint, Encompass reorganized and streamlined some allegations relating to defendants' medical insurance fraud scheme for ease of readability, but did not add any new fraud allegations. Nevertheless, even if the Court were to decide to evaluate this motion under Fed. R. Civ. P. 15(a), it still should allow amendment, as courts use the same standard to evaluate motions under Rules 15(a) and 15(d). *Mueller Co. v. United States Pipe & Foundry Co.*, 351 F. Supp. 2d 1, 2 (D.N.H. 2005) ("Courts, including this one, generally assess motions to supplement pleadings under the same standard applicable to motions to amend.") (citing Moore's Federal Practice § 15.30 (3d ed.); *Nkihtaqmikon v. BIA*, 453 F. Supp. 2d 193, 201 (D. Me. 2006) ("Most courts have held that the same standard applies to a motion to file supplemental pleadings under Fed. R. Civ. P. 15(d).").

requires granting leave to supplement, a court should balance prejudice to the non-moving party against any harm to the movant if leave is not granted.  3 Moore's Federal Practice § 15.15[1] (3d ed.).

The harm that will be suffered by Encompass if leave to supplement is not granted in this case outweighs any prejudice to defendants that this ruling would cause.  Indeed, it is hard to imagine a circumstance that would result in more prejudice to a movant than preventing it from asserting claims for attempted murder, murder-for-hire, and obstruction of justice.  Most importantly, every day that goes by without bringing those responsible for the attacks to justice could result in additional prejudice to Encompass, as its employees, agents or attorneys continue to be at risk of further attacks.  There can be no greater interest for Encompass than protecting the safety of its employees and those hired to safeguard its legal interests.  The attacks also confirm the legitimacy of the fraud allegations in the case, which provide background and motive for the attacks.

Moreover, allowing the complaint to be supplemented in this case would promote the most complete, speedy, and economic adjudication of this dispute.  Not only are the allegations of attempted murder, murder-for-hire and obstruction of justice related to the earlier allegations of medical fraud, but also Encompass has alleged that they are all part of the same conspiracy. Encompass has alleged that the attacks were intended to protect and perpetuate the conspiracy to defraud Encompass and were therefore a continuation of the medical fraud conspiracy.  In similar circumstances, the court in *Boston Police Superior Officers Fed'n. v. Jordan*, No. 83-3396, 1984 U.S. Dist. LEXIS 19036 (D. Mass. Feb. 29, 1984) allowed a complaint to be supplemented to include additional acts in the "previously alleged pattern of unlawful conduct and harrassment by the defendants."  *Id.* at *1.  As described in the Third Amended Complaint,

the attacks in this case were just one more act in a pattern of racketeering activity extending back to at least 1998.  (Third Am. Compl. ¶¶ 470, 484.)  Notably, Encompass did not add any additional defendants to the Third Amended Complaint and thus any potential prejudice faced by the implicated parties is significantly reduced.  *Structural Systems, Inc. v. Sulfaro*, 692 F. Supp. 34, 36 (D. Mass. 1988) (parties would suffer no prejudice because subject of supplementation was already a party to the case in a different capacity)

Finally, Encompass' efforts to quickly assert these claims argues in favor of allowing the pleading to be supplemented.  The last of the attempts on its former lead counsel's life took place in November of 2007.  (Third Am. Compl. ¶ 451.)  At the time the attacks described in the Third Amended Complaint took place, Encompass and its counsel could not prove that the attacks were related to this litigation.  It took the efforts of law enforcement to connect these attacks to the defendants in this case.  Furthermore, Encompass' replacement counsel faced the difficult task of learning all the facts of this sprawling fraud case and confirming that the attempted murder was related to this fraud.  Given the serious nature of these accusations, it is understandable that replacement counsel wanted to fully investigate the situation and proceed carefully before bringing the new allegations.  This entire process, from the investigation of the attacks to the drafting of this Third Amended Complaint, took only a matter of months.  Given the gravity of the allegations involved, this delay is in no way excessive.

WHEREFORE, the Plaintiff requests that this Court grant its motion and accept the Third Amended Complaint for filing.

Respectfully submitted,

June 25, 2008                              /s/ Barry Gross
                                          Barry Gross (*admitted pro hac vice*)
                                          William M. McSwain (*admitted pro hac vice*)
                                          Richard E. Coe (*admission pro hac vice pending*)
                                          DRINKER BIDDLE & REATH LLP
                                          One Logan Square
                                          18th and Cherry Streets
                                          Philadelphia, PA 19103
                                          (215) 988-2700

                                          *Counsel for plaintiff Encompass Insurance*
                                          *Company of Massachusetts*

## CERTIFICATE OF SERVICE

I, Barry Gross, hereby certify on this 25th day of June, 2008, that the foregoing MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, the attached THIRD AMENDED COMPLAINT, and accompanying exhibits were filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Copies were also sent to the attorney of record for each party via Federal Express.

                                          /s/ Barry Gross
                                          Barry Gross

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETTS,

            Plaintiff,

vs.

JOSEPH D. GIAMPA, FREDERICK T.
GIAMPA, ADVANCED SPINE CENTERS,
INC. d/b/a FIRST SPINE & REHAB,
FUTURE MANAGEMENT
CORPORATION, EDWARD KENNEDY,
BRIAN J. CULLINEY and JENNIFER
McCONNELL

            Defendants.

CIVIL ACTION NO.: 05-11693 RCL

## **ORDER**

        AND NOW, on this _____ day of _____, 2008, it is hereby

ORDERED that the Motion of the Plaintiff, Encompass Insurance Company of Massachusetts,

for Leave to File its Third Amended Complaint is GRANTED.  Plaintiff's attached Third

Amended Complaint shall be entered on the docket under the case number referenced above.

                      BY THE COURT

                      _____

                      Reginald C. Lindsay, U.S.D.J.