UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETS

_____

ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETS,

      Plaintiff,

      v.                                      Case No. 05-11693 RCL

JOSEPH D. GIAMPA, FREDERICK T. GIAMPA,
ADVANCED SPINE CENTERS, INC. d/b/a
FIRST SPINE REHAB, FUTURE
MANAGEMENT CORPORATION,
FUTURE MANAGEMENT BUSINESS TRUST,
EDWARD KENNEDY, BRIAN J. CULLINEY,
D.C., and JENNIFER McCONNELL, D.C.

      Defendants.
_____

## NOTICE OF APPEARANCE

Please enter the appearance of Erica L. Endyke as counsel for the defendants

Joseph D. Giampa, Frederick T. Giampa, Advanced Spine Centers, Inc. d/b/a First Spine

Rehab, Future Management Corporation, Future Management Business Trust.

                              Respectfully submitted,
                              Joseph D. Giampa, Frederick T. Giampa,
                              Advanced Spine Centers, Inc d/b/a First Spine
                              Rehab, Future Management Corporation and Future
                              Management Business Trust,
                              By their Attorney,

                              __/s/ Erica L. Endyke_____
                              Erica L. Endyke (BBO #665238)
                              CONROY & ASSOCIATES
                              114 Waltham St
                              Lexington, MA 02141
Dated: June 26, 2008        (781) 862-8060