UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENCOMPASS INSURANCE ) <br> COMPANY OF MASSACHUSETTS, ) <br> ) <br>     Plaintiff, ) <br>   v. ) <br> ) <br> JOSEPH D. GIAMPA, et al., ) <br> ) <br>     Defendants. ) | CIVIL ACTION <br> NO. 05-11693-RCL |

## SCHEDULING ORDER

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. By **July 10, 2008**, the defendants shall file any oppositions to the plaintiff's motion for leave to file a third amended complaint. The plaintiff shall file any reply by **July 21, 2008**.

2. A hearing on the plaintiff's motion for leave to amend shall take place on **July 23, 2008 at 3:00 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to address the motion, to discuss the status of the case and to address whether there are expert witnesses whose testimony is not tied to the assault issues raised by the proposed third amended complaint.

3. By **July 23, 2008**, the parties shall file or be prepared to file any motions to compel with respect to paper discovery or with respect to any fact witnesses whose testimony is unrelated to the alleged assaults.

                                                                    /s/Judith Gail Dein
                                                                   Judith Gail Dein
DATED: June 26, 2008                        United States Magistrate Judge