UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------------x

ENCOMPASS INSURANCE COMPANY OF　　　　　　C.A. NO.
MASSACHUSETTS,　　　　　　　　　　　　　　　　05-11693 RCL

      Plaintiff,

v.

JOSEPH D. GIAMPA, FREDERICK T. GIAMPA
ADVANCED SPINE CENTERS, INC. d/b/a
FIRST SPINE & REHAB, FUTURE MANAGEMENT
CORPORATION, EDWARD KENNEDY, BRIAN CULLINEY
and JENNIFER McCONNELL,

      Defendants.
-------------------------------------------------------------------------x

## AFFIDAVIT OF JENNIFER L. MCCONNELL

I, Jennifer L. McConnell, being duly sworn, do hereby depose and say as follows:

1. My name is Jennifer L. McConnell. I am a resident of Dedham, Massachusetts. Unless otherwise stated, I make the following statements from my own personal knowledge.

2. In May 2006, I resigned my position as a practicing chiropractor in the employ of the defendant, Future Management Corporation ("Future Management"), in which capacity I had previously provided chiropractic services at the defendant Advanced Spine Centers, Inc. d/b/a First Spine & Rehab.

3. I left Future Management to join Parexel International in my current position as a Senior Drug Safety Specialist. Generally, my responsibilities as a Senior Drug Safety Specialist are to monitor and report the experience of significant medical events by participants in drug and medical device trials. My responsibilities as a Senior Drug Safety Specialist do not include practicing chiropractic medicine of any kind, nor

do they include the billing of insurance companies. A true and accurate copy of a current job posting for a Senior Drug Safety Specialist with Parexel International, which posting accurately describes my own job responsibilities, is attached hereto as <u>Exhibit A</u>.

4. Since I resigned from Future Management in May 2006, I have not engaged in the professional practice of chiropractic medicine, nor do I presently intend to engage in such practice in the future.

5. Earlier this year, I chose not to renew my chiropractic license, causing it to expire on March 31, 2008. A true and accurate copy of my listing with the Massachusetts Board of Professional Licensure reflecting my chiropractic license as "Expired" is attached hereto as <u>Exhibit B</u>.

6. When I resigned from Future Management, I severed all ties with Future Management and First Spine, and since that time I have had almost no contact with the other individual defendants regarding matters other than this litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF JULY 2008.

                                                              Jennifer L. McConnell

### Certificate of Service

I hereby certify that on this 10th day of July, 2008, this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to counsel of record for all other parties.

                                                   ___/s/ Thomas M. Ciampa____

do they include the billing of insurance companies. A true and accurate copy of a current job posting for a Senior Drug Safety Specialist with Parexel International, which posting accurately describes my own job responsibilities, is attached hereto as <u>Exhibit A</u>.

4. Since I resigned from Future Management in May 2006, I have not engaged in the professional practice of chiropractic medicine, nor do I presently intend to engage in such practice in the future.

5. Earlier this year, I chose not to renew my chiropractic license, causing it to expire on March 31, 2008. A true and accurate copy of my listing with the Massachusetts Board of Professional Licensure reflecting my chiropractic license as "Expired" is attached hereto as <u>Exhibit B</u>.

6. When I resigned from Future Management, I severed all ties with Future Management and First Spine, and since that time I have had almost no contact with the other individual defendants regarding matters other than this litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF JULY 2008.

                                                                  _/s/ Jennifer L. McConnell_
                                                                  Jennifer L. McConnell

### Certificate of Service

I hereby certify that on this 10th day of July, 2008, this document filed through the ECF system pursuant to Local Rule 5.4 will be sent electronically to counsel of record for all other parties.

                                                                   ___/s/ Thomas M. Ciampa___

# EXHIBIT A

**Career Opportunities**

| My Career Center | View Job Cart | Back to Search Page |

**Title:** Senior Drug Safety Specialist
**Division:** CRS
**Department:** Medical
**Location:** EU - United Kingdom - Uxbridge
**Hiring Manager:** Tara Ferguson
**Recruiter:** Juana Winter
**Employee Referral Level:** Level 2

Description:

The Senior Drug Safety Specialist will be the project lead and provide technical and process-related expertise to drug safety management (clinical trial and post-marketed) and medical monitoring activities, ensuring compliance with relevant regulations and Standard Operating Procedures (SOPs).

The Key Accountabilities will include Lead and manage projects including the development of project specific safety reporting procedures and workflows and provide guidance to the team on the procedures; Develop project specific safety database customization and data entry guidelines; Participation in signal generation activities; Triage of incoming reports for completeness, legibility and validity; Initial data entry of case reports into safety database / tracking system; Assessment of case reports for seriousness, causality and expectedness; Requesting follow-up i.e. written, telephone; Adverse event (AE) and drug coding; Writing case narratives; Ensuring relevant case reconciliation; Provision of line listings and tabulations for safety reports i.e. periodic safety reports, ad hoc safety reports etc; Quality control of case reports, line listings and tabulations; Ensuring the maintenance of local drug safety reporting requirements; Regulatory authority reporting (electronic and hard copy); Literature reviews.

Experience:

- Education: Degree in Pharmacy, Nursing, Life Science, or other health-related field, or equivalent qualification; Associates/diploma degree in any of the above with appropriate work experience.
- Minimum Work Requirements: Related experience gained in a healthcare environment.
- Skills: Clear understanding of drug safety and the drug development process; Analytical and problem solving skills; Excellent interpersonal skills; Excellent verbal / written communication skills; Time management skills; Team player; Client focused approach to work; Experience with computer applications including database management; Fluent English.

Add to Job Cart

# EXHIBIT B

# EXHIBIT B

The Official Website of the Office of Consumer Affairs & Business Regulation (OCABR)

# Division of Professional Licensure

Mass.Gov

Mass.Gov Home  State Agencies  State Online Services

Home › Division of Professional Licensure ›

## Check A Professional License

By the Division of Professional Licensure

**LICENSEE**

Name: JENNIFER L. MCCONNELL
DEDHAM, MA

NEW SEARCH

| | |
|---|---|
| Licensing Board: | CHIROPRACTORS |
| License Type: | CHIROPRACTOR |
| License Number: | 2171 |
| Status: | EXPIRED - WITHIN 1 RENEWAL CYCLE |
| Expiration Date: | 3/31/2008 |
| Issue Date: | 9/18/1997 |
| Exam Date: | |
| School: | NEW YORK |

This web site displays disciplinary actions dating back to 1993.
**This license has had no disciplinary actions taken during this time.**

**SEARCH**

Office of Consumer Affairs

Search

**ONLINE SERVICES**

Check a License
Locate a Licensed Professional
Online Address Change
Contact the Agency
More...

**REFERENCES & RELATED INFO**

Disclaimer Regarding Website License Searches
Enforcement Process Glossary
Help on License Search
More...

The page above has been generated by the Division of Professional Licensure web server on Thursday, July 10, 2008 at 2:00:55 PM.

© 2007 Commonwealth of Massachusetts

Site Policies  Contact Us  Site Map