UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------------x

ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETTS,

       Plaintiff,

C.A. NO
05-11693 (RCL)

v.

JOSEPH D. GIAMPA, FREDERICK T. GIAMPA,
ADVANCED SPINE CENTERS, INC. d/b/a
FIRST SPINE & REHAB, FUTURE MANAGEMENT
CORPORATION, EDWARD KENNEDY, BRIAN
CULLINEY and JENNIFER McCONNELL,

       Defendants.

-----------------------------------------------------------------------------x

**DEFENDANTS FREDERICK T. GIAMPA, JOSEPH D. GIAMPA, EDWARD KENNEDY, FUTURE MANAGEMENT CORP. and ADVANCED SPINE CENTERS, INC.'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS**

The Defendants, Frederick T. Giampa, Joseph D. Giampa, Edward Kennedy, Future Management Corp. and Advanced Spine Center (hereinafter "Defendants") respectfully request that this Honorable Court stay the proceedings of this action pending resolution of the parallel criminal investigation/prosecution.

In support thereof, Defendants submit the attached Memorandum of Law. Additionally, pursuant to Local Rule 7.1 (a) (2), counsel for Defendants has conferred with counsel of record and no party to this action will oppose Defendants' Motion for Stay of Proceedings.

WHEREFORE, the defendants respectfully request that the Court allow this motion and stay the proceedings of the instant action as well as whatever other relief the Court deems appropriate.

        Respectfully submitted,
        Frederick T. Giampa
        Joseph D. Giampa
        Edward Kennedy
        Future Management Corp.
        Advanced Spine Centers, Inc.
        By counsel,


        /s/ Matthew J. Conroy
        Matthew J. Conroy (BBO# 566928)
        MATTHEW J. CONROY & ASSOCIATES, P.C.
        114 Waltham Street
        Lexington, MA 02421
August 12, 2008        (781) 862-8060

## CERTIFICATE OF SERVICE

    I, Matthew J. Conroy, do hereby certify that a true and accurate copy of the foregoing pleading was served upon all counsel of record by ECF and 1st Class United States mail postage prepaid this 12th day of August 2008.


        /s/ Matthew J. Conroy
        Matthew J. Conroy