UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENCOMPASS INSURANCE COMPANY OF
MASSACHUSETTS,

        Plaintiff,

vs.

CIVIL ACTION NO.: 05-11693 RCL

JOSEPH D. GIAMPA, FREDERICK T.
GIAMPA, ADVANCED SPINE CENTERS,
INC. d/b/a FIRST SPINE & REHAB,
FUTURE MANAGEMENT
CORPORATION, EDWARD KENNEDY,
and BRIAN J. CULLINEY,

        Defendants.

## [PROPOSED] ORDER

AND NOW, this _7th_ day of _October_, 2010, upon consideration of Plaintiff Encompass Insurance Company's Motion to Remove Ex Parte Attachment of Jennifer McConnell's Real Property, it is hereby ORDERED that the Motion is GRANTED. The attachment of Jennifer McConnell's property at 403 High Street, Dedham, MA is hereby removed. The attachments on the additional Defendants' properties remain undisturbed.

Dated: _Oct 7_, 2010

_____
Honorable Judith G. Dein
United States Magistrate Judge